UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
SECURITIES AND EXCHANGE COMMISSION, )
                                                        )
        Plaintiff,                    )
                                                        )
v.                                                      ) Case No.
                                                        )
TELEXFREE, INC., et al.                                 )
                                                        )
        Defendants and Relief Defendants. )
                                                        )
_____)

## EVIDENTIARY APPENDIX

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

/s/ Frank C. Huntington
Frank C. Huntington (Mass. Bar No. 544045)
  Senior Trial Counsel
Deena R. Bernstein (Mass. Bar No. 558721)
  Senior Trial Counsel
James Fay (Mass. Bar No. 553435)
  Senior Counsel
Scott Stanley (NY Bar No. 4504601)
  Staff Attorney
Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street
Boston, MA 02110
(617) 573-8960 (Huntington direct)
(617) 573-4590 (fax)
huntingtonf@sec.gov (Huntington email)

Dated: April 15, 2014