# EXHIBIT A-1

MA SOC  Filing Number: 201356347670   Date: 11/15/2013 12:24:00 PM



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

Special Filing Instructions

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

Federal Employer Identification Number: 000832397 *(must be 9 digits)*

1. Exact name of the corporation: TELEXFREE, INC.

2. Jurisdiction of Incorporation:   State: MA   Country:

3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:
Name: JAMES MERRILL
No. and Street: 225 CEDAR HILL ST SUITE 200
City or Town: MARLBOROUGH   State: MA   Zip: 01752   Country: USA

5. Street address of the corporation's principal office:
No. and Street: 225 CEDAR HILL ST SUITE 200
City or Town: MARLBOROUGH   State: MA   Zip: 01752   Country: USA

6. Provide the name and addresses of the corporation's board of directors and its president, treasurer, secretary, and if different, its chief executive officer and chief financial officer.

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | JAMES MERRILL | 4705 S DURANDO DR # 100 - J51<br>LAS VEGAS, NV 89147 USA |
| TREASURER | CARLOS WANZELER | 4705 S DURANDO DR # 100 - J51<br>LAS VEGAS, NV 89147 USA |
| SECRETARY | JAMES MERRILL | 4705 S DURANDO DR # 100 - J51<br>LAS VEGAS, NV 89147 USA |
| DIRECTOR | JAMES MERRILL | 4705 S DURANDO DR # 100 - J51<br>LAS VEGAS, NV 89147 USA |
| DIRECTOR | CARLOS WANZELER | 4705 S DURANDO DR # 100<br>LAS VEGAS, NV 89147 USA |

7. Briefly describe the business of the corporation:

SALES OF COMMUNICATION SERVICES

8. Capital stock of each class and series:

| Class of Stock | Par Value Per Share<br>Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding<br>Num of Shares |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | |
| CNP | $0.00000 | 275,000 | $0.00 | 0 |

**9. Check here if the stock of the corporation is publicly traded:** __

**10. Report is filed for fiscal year ending:** 12/31/ <u>2013</u>

**Signed by** <u>JAMES MERRILL</u> , **its** <u>PRESIDENT</u>
**on this 15 Day of November, 2013**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved