# EXHIBIT A- 2

MA SOC   Filing Number: 201270206860   Date: 2/15/2012 12:10:00 PM



**The Commonwealth of Massachusetts**
**William Francis Galvin**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

## Articles of Amendment
(General Laws, Chapter 156D, Section 10.06; 950 CMR 113.34)

Federal Employer Identification Number: 000832397 *(must be 9 digits)*

1. Exact name of corporation: COMMON CENTS COMMUNICATIONS, INC.
2. Registered office address: 225 CEDAR HILL ST SUITE 200   MARLBOROUGH , MA  01752  USA

**These Articles of Amendment affecting article(s):**

X Article 1    __ Article 2    __ Article 3    __ Article 4    __ Article 5    __ Article 6

*(Specify the number(s) of articles being amended(I-IV))*

4. Date adopted: 1/1/2012
5. Approved by:
   X the incorporators.
   or
   __ the board of directors without shareholder approval and shareholder approval was not required.
   or
   __ the board of directors and the shareholders in the manner required by law and the articles of organization.

6. State article number and text of the amendment.

### ARTICLE I

The exact name of the corporation, *as amended*, is:
*(Do not state Article I if it has not been amended.)*

TELEXFREE, INC.

### ARTICLE II

The purpose of the corporation, *as amended*, is to engage in the following business activities:
*(Do not state Article II if it has not been amended.)*

### ARTICLE III

Amendments to Article III cannot be filed on-line at this time

### ARTICLE IV

If more than one class of stock is authorized, state a distinguishing designation for each class, *if amended*. Prior to the issuance of any shares of a class, if shares of another class are outstanding, the Business Entity must provide a description of the preferences, voting powers, qualifications, and special or relative rights or privileges of that class and of each other class of which shares are outstanding and of each series then established within any class.
*(Do not state Article IV if it has not been amended.)*

### ARTICLE V

*As amended*, the restrictions imposed by the Articles of Organization upon the transfer of shares of stock of any class are:

*(Do not state Article V if it has not been amended.)*

### ARTICLE VI

*As amended*, other lawful provisions for the conduct and regulation of the business and affairs of the business entity, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the business entity, or of its directors or stockholders, or of any class of stockholders:

*(Do not state Article VI if it has not been amended.)*

The amendment shall be effective at the time and on the date approved by the Division, unless, a *later* effective date not more than *ninety days* from the date and time of filing is specified:

**Later Effective Date:   Time:**

**Signed by   CARLOS WANZELER , its   PRESIDENT
on this 15 Day of February, 2012**

© 2001 - 2012 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201270206860   Date: 2/15/2012 12:10:00 PM

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

February 15, 2012 12:10 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*