# EXHIBIT B- 3

B1 (Official Form 1) (04/13)   Case 14-12526   Doc 1   Entered 04/13/14 22:55:40   Page 1 of 19

| UNITED STATES BANKRUPTCY COURT<br>District of Nevada | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>TelexFree Financial, Inc | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 46-4387555 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2321 NW 37th Ave.<br>Coconut Creek, FL                     ZIP CODE 33063 | Street Address of Joint Debtor (No. and Street, City, and State):                     ZIP CODE |
| County of Residence or of the Principal Place of Business:   Florida | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                     ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

BOS 47401108v3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>TelexFree Financial, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>See Attached Schedule 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
| ☐   Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/13)                                                                                          Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>TelexFree Financial, Inc. |
|---|---|

| **Signatures** | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

<table>
<tr>
<td width="50%">

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    _____
    Date

</td>
<td width="50%">

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney\***

X _____
    Signature of Attorney for Debtor(s)

    *Theresa M. Pitt*  #3717
    Printed Name of Attorney for Debtor(s)
    Gordon Silver
    Firm Name
    3960 Howard Hughes Pkwy, Ninth Floor
    Las Vegas, NV 89169
    Address
    702-796-5555
    Telephone Number

    _____
    Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual
    Stuart A. MacMillan
    Printed Name of Authorized Individual
    Interim CEO
    Title of Authorized Individual
    April 13, 2014
    Date

</td>
<td>

    _____
    Address

X _____
    Signature

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

## SCHEDULE 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada, contemporaneously with the filing of this petition.   The Debtors filed a motion requesting joint administration.

1.      TelexFree, Inc.
2.      TelexFree, LLC.
3.      TelexFree Financial, Inc.

*BOS 47401108v3*

MINUTES OF A SPECIAL MEETING
OF
THE BOARD OF DIRECTORS
OF
TELEXFREE FINANCIAL, INC
(a Florida corporation)


April 13, 2014

On April 13, 2014 at 8:11 pm a special meeting of the Board of Directors (the "Board") of TelexFree Financial, Inc (the "Corporation") was held telephonically. All of the parties present were able to be heard. James Merrill and Carlos Wanzeler, being all the directors of the Corporation, were present. Also present were: (1) from Greenberg Traurig LLP Nancy Mitchell, Jody Davis, Maria DiConza, Jonathan Bell, Matt Hinker, Avi Fox, Zack Polidoro, and Michael Cohen; (2) from Gordon Silver Greg Garman and Teresa Pilatowicz; (3) from Alvarez & Marsal Lawrence Hirsh, Bill Runge, Tim Meighan, and Aileen Daversa; (4) from Joe H. Craft, CPA Joe H. Craft; and (5) from Impact This Day, Inc. Stuart A. MacMillan.

The meeting was called to order by James Merrill, President and a director, and on the agenda was the approval of the filing of a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

The Board unanimously waived any notice requirements for a meeting.

The Board considered the Corporation's liabilities, the strategic alternatives available to it, and the impact of each of the foregoing on the Corporation's businesses.

The Board had the opportunity to consult with the management and the advisors of the Corporation about the strategic alternatives available to the Corporation.

Thereupon, upon motion duly made and seconded, the Board unanimously approved the following resolutions:

RESOLVED, that in the judgment of the Board of the Corporation, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief, along with certain affiliated entities, under the provisions of Chapter 11 of the Bankruptcy Code ("Chapter 11") in the United States Bankruptcy Court for the District of Nevada; and

RESOLVED, that Stuart A. MacMillan and Joe H. Craft (collectively, the "Authorized Persons"), acting alone or together be, and they hereby are, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Chapter 11 proceeding, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefor and to obtain any debtor in possession financing, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ the law firm of Greenberg Traurig, LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Greenberg Traurig, LLP; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ the law firm of Gordon Silver, as special Nevada bankruptcy counsel to represent and assist the Corporation in carrying

out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Gordon Silver; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ the restructuring firm of Alvarez & Marsal, as its restructuring financial consultant to assist the Corporation in managing its chapter 11 case and restructuring its operations under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Alvarez & Marsal; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ the accounting firm of Joe H. Craft, CPA to provide Joe H. Craft to serve as Chief Financial Officer of the Corporation while the Chapter 11 case is pending and to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of the accounting firm of Joe H. Craft, CPA; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ the consulting firm of Impact This Day, Inc. to provide Stuart A. MacMillan to serve as Interim Chief Executive Officer of the Corporation while the Chapter 11 case is pending and to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Impact This Day, Inc.; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ an escrow agent acceptable to the Corporation's Interim Chief Executive Officer (the "Escrow Agent"), if appropriate, to hold certain of the Corporation's cash during the pendency of the chapter 11 cases and to execute any documents or instruments which in their judgment are necessary or appropriate to effect and manage the escrow arrangement; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ Kurtzman Carson Consultants LLC as claims agent to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Kurtzman Carson Consultants LLC; and

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ J. Frank Associates, LLC d/b/a Joele Frank, Wilkinson Brimmer Katcher ("Joele Frank") as public and investor relations representative to represent and assist the Corporation in its public relations activities, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Joele Frank; and

RESOLVED, that the payment of retainer fees to the aforementioned professional service providers prior to the date of this meeting is hereby ratified, approved and confirmed; and

RESOLVED, that the execution by the Authorized Persons of engagement letters between the Corporation and the foregoing professional service providers, in substantially the form circulated at this meeting, is hereby ratified, approved and confirmed; and the Authorized Persons shall execute and deliver such documents on behalf of the Corporation, with such additions, deletions, or changes therein as the Authorized Persons deem necessary, desirable, convenient or appropriate and consistent with the best interests of the Corporation; and

RESOLVED, that the Corporation's Board of Directors is hereby increased to three persons; and

RESOLVED, that Stuart A. MacMillan be, and he hereby is, elected to serve as an independent Director of the Corporation, to serve until his successor is duly elected and qualified; and

RESOLVED, that Joe H. Craft be, and he hereby is, elected to serve as Chief Financial Officer of the Corporation, to serve until his successor is duly elected and qualified; and

RESOLVED, that Stuart A. MacMillan be, and he hereby is, elected to serve as Interim Chief Executive Officer of the Corporation, to serve until his successor is duly elected and qualified; and

RESOLVED, that all prior authorizations regarding signature authority over accounts of the Corporation with banks and other depository institutions, brokerage firms, securities firms or other entities holding funds belonging to the Company (each a "Depository" and collectively the "Depositories") are hereby revoked; and

RESOLVED, that each of the Chief Executive Officer and Chief Financial Officer, including persons holding such positions on an interim basis, acting singly, shall be, and each of them hereby is, authorized acting for and on behalf of the Corporation:

>  (a) to sign checks, withdrawals and payments from the funds of the Corporation on deposit with the Depositories to the extent that he or she may deem necessary or advisable in the best interests of the Corporation;

>  (b) to open, keep and close accounts and safe deposit boxes with any Depository to the extent that he or she may deem necessary or desirable in the best interests of the Corporation;

>  (c) to cause to be deposited in accounts with any Depository from time to time such funds of the Corporation to the extent that he or she may deem necessary or desirable in the best interests of the Corporation;

>  (d) to designate from time to time officers and agents of the Corporation authorized to sign or countersign checks, drafts or other orders for the payment of money issued in the name of the Corporation against any such account;

>  (e) to make such general and special rules and regulations with respect to such accounts (including without limitation authorization for use of facsimile signatures) as he or she may deem necessary or advisable; and

>  (f) to take possession of, and deposit with the appropriate Depository, all cash, cashier's checks, and other similar instruments of the Corporation; and

RESOLVED, that, if any Depository shall require that the Board of the Corporation adopt a prescribed form of resolution or resolutions relating to the foregoing actions, such resolution or resolutions is hereby adopted by the Board of Directors, and the Secretary or any Assistant Secretary of the Corporation is authorized to certify the adoption of any such resolution as though it were presented to the Board of Directors at the time of adopting this resolution, and to insert all such resolutions in the minute book of the Corporation immediately following this resolution; and

RESOLVED, that any and all actions previously or hereafter taken or to be taken by the Authorized

Persons of the Corporation, or any of them, with respect to and in contemplation of, the actions authorized by any of the foregoing resolutions, are hereby authorized, approved, ratified and confirmed, and that any and all documents, instruments and agreements executed by any of the Authorized Persons in connection therewith be, and they hereby are, ratified, approved and confirmed.

The meeting was adjourned at approximately 8:31 pm. EST.

IN WITNESS WHEREOF, the undersigned duly appointed Secretary of TelexFree Financial, Inc. (the "Corporation") does hereby certify that the aforesaid minutes and the resolutions contained therein are the true and correct minutes and resolutions duly adopted by the Board of Directors of Corporation at a special meeting thereof duly noticed and called, and that a signed copy of the aforesaid minutes has been filed in the minute book of Corporation.


James Merrill
Secretary to the Corporation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| TelexFree Financial, Inc. | Case No. 14-_____ (   ) |
| Debtor. | (Joint Administration Requested) |

Following is the <u>consolidated</u> list of the above-captioned Debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest claims. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information contained herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

| | Name of Creditor[1] | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1. | Jozelia Sangali | Boston, MA US<br>Email: jozelia_miriam@hotmail.com<br>Telephone: 2756789045 | Trade Debt | Contingent, Disputed | 1,346,731.13 |
| 2. | Leonardo Francisco | 30 D Mount Ave<br>30 D 1<br>Marlborough, MA US<br>Email: leocaul@hotmail.com<br>Telephone: 9783109244 | Trade Debt | Contingent, Disputed | 903,813.63 |
| 3. | DL1 INC | 97 Bellevue Avenue<br>Melrose, MA US<br>Email: davidbeeba@gmail.com<br>Telephone: 8573122571 | Trade Debt | Contingent, Disputed | 740,910.88 |
| 4. | Renato Alves | rua nove<br>252 jardim bela vista<br>serra, Es BR<br>Email: renato.alves.88@hotmail.com<br>Telephone: 2798230867 | Trade Debt | Contingent, Disputed | 737,264.68 |
| 5. | Benjamin Argueta | 14 Illinois Ave<br>Somerville, MA<br>Email:<br>benjamin_gauchao@yahoo.com<br>Telephone: 8572598240 | Trade Debt | Contingent, Disputed | 673,543.49 |
| 6. | Marco Almeida | rua sostenis miranda<br>81 centro<br>itabuna, MO UY<br>Email: marcobrum53@hotmail.com<br>Telephone: 9545881667 | Trade Debt | Contingent, Disputed | 553,579.35 |
| 7. | JMC INC | 3611nw 19th St<br>Coconut Creek, FL US<br>Email:<br>marcosclubflorida@gmail.com<br>Telephone: 9548182549 | Trade Debt | Contingent, Disputed | 500,308.92 |
| 8. | Edwin Herman Maina Lima | Calle Tarope<br>Cobija, Pa BO<br>Email: aldemar.neto@ac.gov.br | Trade Debt | Contingent, Disputed | 496,201.74 |
| 9. | David Martinez | caserio el tunal<br>112<br>El Rosario, PA SV<br>Email: dmj500@charter.net<br>Telephone: 7743123480 | Trade Debt | Contingent, Disputed | 493,707.88 |
| 10. | Paola Zollo Alecci | Rua da Calcada N12<br>12 Canico<br>Canico, PT<br>Email: paolazollo3@gmail.com | Trade Debt | Contingent, Disputed | 456,342.69 |

---

[1]     This list does not include lessees for which the Debtors are required to hold a security or credit deposit under the terms of the applicable lease.  The Debtors reserve all rights with respect to these deposits.

| | Name of Creditor[1] | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| | | Telephone: 351963000000 | | | |
| 11. | Robert Bourguignon | 3611 NW 19th Street Coconut Creek, FL 33066 Email: 9548182549 Telephone: flavioarraz@gmail.com | Trade Debt | Contingent, Disputed | 439,901.03 |
| 12. | Carla Peres | R Machado de Assis 820 Jd Santa Inacia PORTO ALEGRE, 17 PT Email: carlagperes@outlook.com Telephone: 351912000000 | Trade Debt | Contingent, Disputed | 438,318.66 |
| 13. | Pedro Taveras | Calle 5 Este No. 6 Email: ptc59@hotmail.com Telephone: 8095568719 | Trade Debt | Contingent, Disputed | 438,318.66 |
| 14. | Nathana Santos Reis | Rua Vinicius Torres Email: nathanasreis@gmail.com | Trade Debt | Contingent, Disputed | 402,462.43 |
| 15. | Jose Anominondas Jr | rua barao de lucena 62 pitimbu natal, MO UY Email: wjempreendimentos@icloud.com Telephone: 8488288206 | Trade Debt | Contingent, Disputed | 388,771.09 |
| 16. | Vagner Roza | RUA TEREZA DE JESUS S/N CENTRO IPIRANGA, PR BR Email: vagnerflamengo2009@hotmail.com Telephone: 4299168155 | Trade Debt | Contingent, Disputed | 386,447.83 |
| 17. | Norberto Rey | 1003 E 31s Ave 1003 1003 E 31st ave Tampa, FL US Email: reytrucking@yahoo.com Telephone: 8133574453 | Trade Debt | Contingent, Disputed | 374,237.06 |
| 18. | Jacqueline Zieff | 42 Arlington Rd Brookline, Ma US Email: july3jane@aol.com Telephone: 6178039988 | Trade Debt | Contingent, Disputed | 367,109.37 |
| 19. | Jose Carlos Maciel | 18 Hayes St. Apt.2 Framingham, MA US Email: jcmkgb@hotmail.com Telephone: 5088169680 | Trade Debt | Contingent, Disputed | 364,086.43 |
| 20. | Michael Calazans | 3611 NW 19th Street Coconut Creek, FL 33066 Telephone: 9548182549 | Trade Debt | Contingent, Disputed | 350,420.82 |
| 21. | Bruno Graziani | 80 Lilac Circ 80 centro Marlboro, MA US Email: graziani8926@gmail.com Telephone: 9783891408 | Trade Debt | Contingent, Disputed | 344,505.92 |
| 22. | Renato Ribeiro | 14 Washington St | Trade Debt | Contingent, | 340,479.07 |

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| | | Medford, MA US Email: renatousa05@gmail.com Telephone: 781-960-3914 | | Disputed | |
| 23. | Marcelino Salazar Bacilio | av san borja norte 1325 san borja lima, lim PE Email: marcelino.sb@outlook.com Telephone: 5114362762 | Trade Debt | Contingent, Disputed | 337,291.89 |
| 24. | Edison Oswaldo Jurado Aleman | AV. CARLOS FREIRE LT 248 PB PASAJE A LT 24 LA LIBERTAD DE CHILLOGALLO Quito, Pi EC Email: oswaldojuradoaleman@gmail.com Telephone: 593996000000 | Trade Debt | Contingent, Disputed | 312,890.45 |
| 25. | Roman Mishuk | Kosachiv 3 24 Kovel, Vo UA Email: mishuknew@gmail.com Telephone: 380507000000 | Trade Debt | Contingent, Disputed | 310,913.19 |
| 26. | Rosa Marina Cabral Souto | Caminho Lombo de SíÃ££o Tiago 19-A Canhas Ponta do Sol, Ma PT Email: telexfree.r@hotmail.com Telephone: 351292000000 | Trade Debt | Contingent, Disputed | 303,026.59 |
| 27. | Du painting Dba | 1 main St 555 Hyannis, MA US Email: edpnegocios@hotmail.com Telephone: 16175016788 | Trade Debt | Contingent, Disputed | 302,831.12 |
| 28. | Graca Luisa andrade | rua velha ajuda bl-G Funchal, Ma PT Email: projectosfx@gmail.com Telephone: 351962000000 | Trade Debt | Contingent, Disputed | 298,988.46 |
| 29. | Paulo Francisco da Silva | rua alindo robelito 2725 setor 23 Vilhena, MA US Email: avpaulo_207@hotmail.com Telephone: 6175951543 | Trade Debt | Contingent, Disputed | 295,946.29 |
| 30. | Leone da Silva santos | Av. Rubens Carvalho Av. 100 Feira de Santana, BA US Email: araujommn@gmail.com Telephone: 7536972394 | Trade Debt | Contingent, Disputed | 295,946.29 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| TelexFree Financial, Inc. | Case No. 14-_____ (   ) |
| Debtor. | (Joint Administration Requested) |

### CERTIFICATION CONCERNING CONSOLIDATED LIST OF
### CREDITORS HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the consolidated *List of Creditors Holding the Thirty (30) Largest Unsecured Claims* (the "*Top 30 List*"), submitted herewith, is complete, and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the consolidated Top 30 List have been completed. Therefore, the listing does not and should not be deemed to constitute:  (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2014.

Signature: _____

By: Stuart A. MacMillan
Title: Interim CEO

BOS 47401108v3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

TelexFree Financial, Inc.,

                    Debtor.

Chapter 11

Case No. 14-_____ (   )

(Joint Administration Requested)

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % Equity Interest |
|------|---------|-------------------|
| TelexFree, LLC | 4705 S Durando DR # 100 - J51 Las Vegas, NV | 100% |

[The remainder of this page is intentionally blank.]

*BOS 47401108v3*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| TelexFree Financial, Inc., | Case No. 14-_____ (   ) |
| Debtor. | (Joint Administration Requested) |

### CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The above-captioned case debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Nevada, containing the *List of Security Equity Holders* of the Debtor for the common stock only, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2014.

Signature: _/s/ Stuart A. MacMillan_____
By: Stuart A. MacMillan
Title: Interim CEO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| TelexFree Financial, Inc., | Case No. 14-_____ ( ) |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING LIST OF ALL CREDITORS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of All Creditors*, submitted herewith, pursuant to Local Rule 1007-1(a) of the Local rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Nevada, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of All Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2014.

Signature: ___/s/ Stuart A. MacMillan___
By: Stuart A. MacMillan
Title: Interim CEO

BOS 47401108v3

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Attorney Generals Office
Attn Bankruptcy Department
One Ashburton Place
Boston, MA 02108-1698

Massachusetts Securities Division
Anthony R. Leone, Esq.Enforcement Section
One Ashburton Place, Room 1701
Boston, MA 02108-1552

Nevada Department of Taxation
Attn Bankruptcy Section
555 E Washington Ave Ste 1300
Las Vegas, NV 89101

Office of the Attorney General NV
Attn Bankruptcy Dept
555 E Washington Ave Ste 3900
Las Vegas, NV 89101

Office of the Nevada Attorney General
Daniel G Bogden
333 South Las Vegas Blvd
Lloyd George Federal Building
Las Vegas, NV 89101

Office of the United States Trustee
Attn Scott A. Farrow
300 Las Vegas Blvd SouthRoom 4300
Las Vegas, NV 89101

Securities & Exchange Commission
Sandra W. Lavigna
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648

SEC Secretary of the Treasury
100 F Street, NE
Washington, DC 20549

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
820 Silverlake Blvd.Suite 100
Dover, DE  19904

Secretary of Treasury
Attn: Officer, Director, Or Managing Agent
15TH & Pennsylvania Avenue, NW
Washington, DC  20220

Securitles & Exchange Commission Philadelphia Regional Office
Daniel Hawke Regional Director
701 Market StreetThe Mellon Independence Center
Philadelphia, PA  19106

U.S. Attorney General
Eric H. Holder, Jr., Esq.
950 Pennsylvania Avenue, N.W.
Bankruptcy Department
Washington, DC  20001

Leonardo Francisco
30 D Mount Ave30 D 1
Marlborough, MA  01606-0000

DL1 Inc
97 Bellevue Ave
Melrose, MA  02176-0000

Renato Alves
Rua Nove252 Jardim Bela Vista
Serra, ES

Benjamin Argueta
14 Illinois Ave
Somerville, MA  02145-0000

Marco Almeida
Rua Sostenis Miranda81 Centro
Itabuna, MO

JMC INC
3611 NW 19th St
Coconut Creek, FL  33066

Edwin Herman Maina Lima
Calle Tarope
Cobija, PA

David Martinez
Caserio El Tunal112
El Rosario, PA