# EXHIBIT C-2

1

Volume:    I
Pages:  1-238
Exhibits:  1-11


COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE SECRETARY OF THE COMMONWEALTH
SECURITIES DIVISION
ONE ASHBURTON PLACE - 17TH FLOOR
BOSTON, MASSACHUSETTS 02108


IN THE MATTER OF:

TELEXFREE INC.                      Docket No. 2014-0004


ON-THE-RECORD INTERVIEW OF **CARLOS WANZELER**, a

witness called by and on behalf of The Office of the

Secretary of State, Securities Division, One

Ashburton Place, Boston, Massachusetts, before Dianne

E. Brown, a Court Reporter and Notary Public in and

for the Commonwealth of Massachusetts, commencing on

Wednesday, March 26, 2014, at 10:14 a.m.


MASS. SEC. DIV. 431

2

# A P P E A R A N C E S

Patrick Ahearn, Esquire
Chief of Enforcement
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548

    COUNSEL FOR:  The Securities Division

Anthony Leone, Esquire
Enforcement Attorney
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548

    COUNSEL FOR:  The Securities Division

Timothy O'Hara, Esquire
Enforcement Attorney
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548

    COUNSEL FOR:  The Securities Division

William J. Neelon, Esquire
Corporate Finance Attorney
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548

    COUNSEL FOR:  The Securities Division

3

Mark A. Berthiaume, Esquire
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts 02110
(617) 310-6007

     COUNSEL FOR:  Carlos Wanzeler


Erin Hayes, Esquire
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts 02110
(617) 310-6007

     COUNSEL FOR:  Carlos Wanzeler


Jeffrey A. Babener, Esquire
Babener & Associates
Bank of America Financial Center
121 S.W. Morrison, Suite 1020
Portland, Oregon 97204
(503) 226-6600

     COUNSEL FOR:  Carlos Wanzeler



ALSO PRESENT:    Maria Pinheiro
                 Benoit Language Services

4

## I N D E X

**WITNESS**                         **PAGE**

**CARLOS WANZELER**

By Mr. Leone              9

By Mr. O'Hara             41

By Mr. Neelon             67

5

## E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 1 | Screen Shot of TelexFREE Back Office | 93 |
| 2 | TelexFREE LLC Profit and Loss 2012 | 125 |
| 3 | TelexFREE LLC Profit and Loss 2013 | 139 |
| 4 | TelexFREE Inc. Profit and Loss 2012 | 148 |
| 5 | TelexFREE Inc. Profit and Loss 2013 | 150 |
| 6 | E-mail | 164 |
| 7 | TelexFREE LLC Balance Sheet as of December 31, 2012 | 174 |
| 8 | TelexFREE LLC Balance Sheet as of December 31, 2013 | 182 |
| 9 | TelexFREE Inc. Balance Sheet as of December 31, 2012 | 204 |
| 10 | TelexFREE Inc. Balance Sheet as of December 31, 2013 | 207 |
| 11 | E-mail | 215 |

6

|    | |
|----|---|
| 1 | **P R O C E E D I N G S** |
| 2 | |
| 3 | **Wednesday, March 26, 2014** |
| 4 | **10:14 a.m.** |
| 5 | |
| 6 | MR. LEONE:  Good morning, we are on the |
| 7 | record.  Today is March 26, 2014 and the time |
| 8 | is 10:15.  Mr. Wanzeler, we anticipate that |
| 9 | this interview today will be conducted in |
| 10 | English, however we do have an English to |
| 11 | Portuguese and vice versa interpreter here in |
| 12 | the event that you do not understand a |
| 13 | question in English or the Division does not |
| 14 | understand a response in English.  Ms. |
| 15 | Interpreter, could you please state your name |
| 16 | for the record? |
| 17 | THE INTERPRETER:  Maria Pinheiro. |
| 18 | MR. LEONE:  Could you spell it? |
| 19 | THE INTERPRETER:  Spell it P, as in |
| 20 | Peter, I-N-H-E-I-R-O; first name Maria. |
| 21 | MR. LEONE:  And could you please swear |
| 22 | in the interpreter? |
| 23 | *MARIA PINHEIRO, was sworn as the* |
| 24 | *Portuguese Interpreter.* |

7

1          MR. LEONE:  This on the record

2     investigative testimony is taken pursuant to

3     the authority conferred on the Office of the

4     Secretary of the Commonwealth by

5     Massachusetts General Laws, Chapter 11A,

6     Section 407B.  My name is Anthony Leone, I am

7     an attorney with the Massachusetts Securities

8     Division; with me today at the far end of the

9     table is Patrick Ahearn, Chief of

10    Enforcement, Timothy O'Hara and William

11    Neelon, also attorneys with the Division.

12         A few ground rules, today the Division

13    controls the record.  We will only go on and

14    off the record at the direction of one of the

15    Division staff members.  If you need to take

16    a break at any time please let me know and we

17    will do so and go off the record; however, if

18    a question is pending, I would ask that you

19    answer the question first before we take a

20    break.  Please answer all questions verbally

21    as nonverbal actions are not reflected on the

22    record.

23         THE WITNESS:  Okay.

24         MR. LEONE:  Do not begin providing an

1    answer to a question until the Division staff

2    member completes it.  If you do not

3    understand a question, indicate so and we

4    will try to rephrase it; however, any answer

5    you provide today to a question will indicate

6    that you have understood the question.

7    Please provide all of your answers on an if-

8    you-know basis.  Unless the question

9    specifically requests, you should not guess

10   or speculate when providing an answer.  When

11   using the proper name of an individual or

12   entity for the first time please spell it

13   out.  Advise the court reporter if we are

14   talking too fast, and if anyone has a cell

15   phone today, if you could turn it off.

16        THE WITNESS:  Already did mine.

17        MR. LEONE:  Okay.  Mr. Wanzeler, do you

18   understand that your testimony today is

19   pursuant to a subpoena?

20        THE WITNESS:  I understand.

21        MR. LEONE:  Do you consent to being

22   placed under oath?

23        THE WITNESS:  Sure.

24        MR. LEONE:  Would you please place the

9

1       witness under oath?

2           **CARLOS WANZELER,** *having been*

3           *satisfactorily identified by the production*

4           *of his Massachusetts driver's license and*

5           *duly sworn by the Court Reporter, was*

6           *examined and testified as follows:*

7

8   (BY MR. LEONE)

9   Q.      Mr. Wanzeler, could you please state and

10          spell your full and complete name?

11  A.      Carlos, C-A-R-L-O-S, middle name Nataniel,

12          N-A-T-A-N-I-E-L, last name Wanzeler,

13          W-A-N-Z-E-L-E-R.

14  Q.      Thank you.  Mr. Wanzeler, your testimony has

15          been requested by the Division as part of an

16          inquiry as to whether there have been

17          violations of the Massachusetts Uniform

18          Securities Act; however, the facts developed

19          in this investigation might constitute

20          violations of other state or federal criminal

21          or civil laws.  Mr. Wanzeler, do you

22          understand that you may assert your rights

23          under the Fifth Amendment of the United

24          States Constitution and Article 12 of the

10

```
 1          Massachusetts Declaration of Rights and as
 2          such refuse to answer any question which may
 3          tend to incriminate you?
 4     A.   I understand.
 5     Q.   Mr. Wanzeler, are you being represented by
 6          counsel today?
 7     A.   Yes, represented by counsel.
 8               MR. BERTHIAUME:  As I mentioned at
 9          yesterday's on-the-record interview, Mark
10          Berthiaume, Greenberg Traurig; with me is
11          Erin Hayes, also Greenberg Traurig, and
12          Jeffrey Babener.  The three of us represent
13          the company but are also representing Mr.
14          Wanzeler for purposes of today's interview.
15               MR. LEONE:  And, Counsel, do you also
16          represent anyone else in this matter?
17               MR. BERTHIAUME:  Well, we represent Mr.
18          Merrill who testified yesterday.
19               MR. LEONE:  Anyone else?
20               MR. BERTHIAUME:  No.
21     (BY MR. LEONE)
22     Q.   Mr. Wanzeler, do you understand that you have
23          a right to an attorney who represents your
24          interests in your personal capacity and only
```

11

1          your interests?

2     A.   I do.

3     Q.   Mr. Wanzeler, do you understand that giving

4          testimony under oath as you are today

5          subjects you to the pains and penalties of

6          perjury?

7     A.   I do.

8     Q.   Even though we have subpoenaed your testimony

9          today, you should understand that in addition

10         to questions from the Division this is your

11         opportunity to provide any exculpatory

12         information that you may have.  With those

13         understandings are you prepared to proceed?

14    A.   Okay.

15    Q.   Is there anything that could affect your

16         ability to testify truthfully and competently

17         today?

18    A.   No.  I'm here to tell the truth, whatever you

19         guys need.

20    Q.   I'm going to ask you a few questions about

21         conversations or activity that may have

22         occurred between the time that you received

23         the subpoena to provide testimony and your

24         arrival here today.  I want to make it clear,

12

1        however, that I do not want to know about

2        conversations you may have had with counsel

3        or if counsel presented you with any

4        documents I don't want to hear about that

5        either.

6    A.   Mm-hm.

7    Q.   Prior to coming here today, other than the

8        counsel that is present here, who else is

9        aware that you're providing testimony to the

10       Division?

11   A.   Nobody.

12   Q.   Prior to coming here today what if any

13       documents, other than those presented by

14       counsel, did you review?

15   A.   Just the document you guys sent to me.

16   Q.   The subpoena document?

17   A.   The subpoena document.

18   Q.   No others?

19   A.   No others.

20   Q.   Mr. Wanzeler, what is your date of birth?

21   A.              1968; I got a little older.

22   Q.   Have you ever gone by any other name or

23       names?

24   A.   Nope.

13

```
1     Q.   Do you have any nicknames?

2     A.   Nope.

3     Q.   Where do you currently live?

4     A.   I live at 373 Howard Street, Northborough

5          01532.

6     Q.   How long have you lived at Howard Street?

7     A.   About a year and a half, I think.

8     Q.   Is that a single-family residence?

9     A.   Yes, single-family.

10    Q.   Do you live with anyone else?

11    A.   My wife and my kids.

12    Q.   And what is your wife's name?

13    A.   Katia Barbosa Wanzeler.

14    Q.   And if you could just spell that?

15    A.   W-A-N-Z-E-L-E-R; I know it's a hard name.

16    Q.   And you also live with your kids, how many

17         kids?

18    A.   I have one kid 16 years old,          last

19         name

20    Q.   Do you own the Howard Street property?

21    A.   Yes, I do.

22    Q.   Do you have a mortgage on that property?

23    A.   No.

24    Q.   Do you have any home equity line on that
```

14

```
 1          property?
 2    A.    Nope.
 3    Q.    Prior to the Howard Street address where did
 4          you live?
 5    A.    41A Mount Avenue.
 6    Q.    Where is that located?
 7    A.    Worcester, Mass 01606.  I live there for 11
 8          years.
 9    Q.    Did you live with anybody at the Worcester
10          address?
11    A.    Just my wife.
12    Q.    Excuse me, the Mount Ave. address?
13    A.    The Mount Avenue?
14    Q.    Yes.
15    A.    Yeah, it's my wife live with me and my kid,
16          too.
17    Q.    Have you lived in United States for your
18          entire life?
19    A.    Twenty-six years; since 1988.
20    Q.    And where else have you lived besides the
21          United States?
22    A.    No, just Brazil; before the U.S. it was
23          Brazil.
24    Q.    Anywhere in particular in Brazil?
```

15

| | | |
|---|---|---|
| 1 | A. | Vitoria Espirito Santo. |
| 2 | Q. | Do you own any other real property in the |
| 3 | | United States? |
| 4 | A. | Yes, I own two properties for about 10 or 11 |
| 5 | | years now; one in Florida, Boca Raton, and |
| 6 | | the 41A Mount Avenue, that's my other |
| 7 | | property. |
| 8 | Q. | What is the address of the Boca Raton |
| 9 | | property? |
| 10 | A. | Oh, Jesus, it's -- that's a vacation home, |
| 11 | | 2740 -- I'm not sure of the whole address. |
| 12 | Q. | If you don't know, don't guess. |
| 13 | A. | Yeah, okay. |
| 14 | Q. | How long have you owned the Boca Raton |
| 15 | | property? |
| 16 | A. | About 11 years. |
| 17 | Q. | And how long have you owned the 41 Mount |
| 18 | | Avenue property? |
| 19 | A. | About 15. |
| 20 | Q. | Any other real property in the United States? |
| 21 | A. | No. |
| 22 | Q. | Do you any real property outside the United |
| 23 | | States? |
| 24 | A. | In Brazil. |

16

| | | |
|---|---|---|
| 1 | Q. | Can you describe that property? |
| 2 | A. | Yeah, I own a property in Praiacanto. |
| 3 | Q. | Can you spell that for the record? |
| 4 | A. | P-R-A-I-A-C-A-N-T-O; I own that property for |
| 5 | | about 10 years.  I have another home |
| 6 | | Bairrode, B-A-I-R-R-O-D-E, separate now, |
| 7 | | Fatima, F-A-T-I-M-A; that house I own about |
| 8 | | 12 or 13 years; and I have another one in the |
| 9 | | same Bairrode Fatima about -- it's two house |
| 10 | | in Bairrode Fatima, again over 10 years. |
| 11 | Q. | Out of the property that you've mentioned do |
| 12 | | you have a primary residence? |
| 13 | A. | Primary residence, that's the 373 Howard |
| 14 | | Street. |
| 15 | Q. | And these other properties, do you rent them |
| 16 | | when you're not there? |
| 17 | A. | I rent; always I work in like real estate for |
| 18 | | many years. |
| 19 | Q. | Do you own any other property that we haven't |
| 20 | | discussed so far? |
| 21 | A. | Not in my name, no. |
| 22 | Q. | Do you own property with your wife? |
| 23 | A. | No. |
| 24 | Q. | Does your wife own other properties? |

17

```
 1    A.   No.

 2    Q.   Do you speak any other languages?

 3    A.   I speak Portuguese.

 4    Q.   Any other?

 5    A.   A little Spanish, por ultimo, that's what

 6         they call about.

 7    Q.   Can you describe your formal education?

 8    A.   Yep, I done my high school in Brazil and then

 9         I decide come to U.S. in 1988; just work and

10         try, you know, I have a good story but if we

11         have time I can tell you guys.

12    Q.   So in 1988 you moved to the U.S.?

13    A.   I move to U.S., worked two jobs, a dishwash,

14         I start work 9 a.m. to 5 p.m., 6 p.m. to

15         about midnight.  The reas I work so hard at

16         that time 'cuz I lost my father and I need

17         take care of my mum and my four brother and

18         sister.

19    Q.   When you first moved to the United States

20         where did you live?

21    A.   621 Lakewood Street, and then I live there,

22         then I move to my own house; actually, I rent

23         the house 41A Mount Ave., then I bought it

24         back 10 years/11 years ago.
```

1    Q.    The Lakewood Street, is that Massachusetts?

2    A.    In Worcester, Mass.

3    Q.    I believe you stated that you worked two

4          jobs, one as a dishwasher, what was the other

5          job?

6    A.    Both was two restaurant; I just do one

7          restaurant call City Time that time in 1988.

8          I work like nine to five and then I go to

9          Crickets restaurant and after, start six

10         o'clock to midnight, and I worked there for

11         about two years and I got girlfriend that

12         time that work in UMass Massachusetts in the

13         hospital and I got job there and I work 11

14         years there, UMass Hospital, I work for

15         janitor.  Then I quit from my job at

16         nighttime from the restaurant, then I work in

17         the UMass 10:30 at night to seven in morning

18         and I keep work in the restaurant seven in

19         the morning to five o'clock.

20               At that time in 1993 I met -- I bring

21         all my family to U.S., my mom and brother and

22         sister and no one have a job, only me, and

23         then I start get the Yellow Page, start call

24         out there cleaning company try to get job for

19

```
 1          my family; that's the time I met Jim Merrill

 2          and he's pick up the phone, I said to him,

 3          "Hey, I need job for my family," and I went

 4          to his office and right there with my mom and

 5          my sister and brothers and then he say,

 6          "Okay, I only give a job for you if you work

 7          for me."  That time I remember very well I

 8          quit from the restaurant.  I work daytime and

 9          I started work part time with Jim from five

10          to 10.  And the same time I supervise my

11          family, that's the employees he's have at

12          that time and I remember he's paid me $1 for

13          every hour my family work and I make about $6

14          an hour; that's what I say, it's a good story

15          I like to bring to you guys.  Then I work

16          with him for about into 2001, then he say,

17          "Carlos, we bring that company with you help

18          for about over a million dollars, now I want

19          you be my partner," and I be a partner for

20          him from there on the cleaning company.

21              In 1997, we back a little bit, my wife

22          call his poor mum, you know, ever day, spend

23          a lot of money with prepaid cards and Jim

24          always look for some different business, you
```

20

1  know, and he's come to me and he said to me,

2  "Carlos, I found a company, you know, and

3  very good rates and you can make extra

4  money"; that was World Exchange Communication

5  California.  And I say, "Okay, but I pay

6  about 80 cents a minutes, you know, that's

7  what my wife spend money," 80 cents a minute

8  at that time and he say, "Okay, I will try

9  for one month; if that work well, you know,

10  then we can bring -- I think I can -- we can

11  make some money."  And 1997 I started try

12  that service and I love the service.  I bring

13  the cost for 80 cents to 32 cents a minute

14  and, actually, I don't know, my bill probably

15  went up because my wife speak more and more

16  because the rate was better.  But a month

17  after they went 32 cents a minute to call

18  Brazil to 26 a minute, I say wow, that's

19  great, then I start make my business card and

20  I will call my friends in Brazilian community

21  and I give the card, "Hey, try this."  I

22  remember very well because that time I said

23  to my friends, you know, "You know what, try;

24  if the bill come more, then I pay you bill."

21

1         They try, they like.  Then I work for that

2         company to 2002; 2002 that company was sold

3         for another company called Access

4         Communication and that company decide not

5         work with MLM anymore.  And me and Jim make a

6         decision to build our own company because we

7         believe in the voice over IP, you know,

8         because that time that company only work with

9         the landline; that's a landline company, like

10        a Verizon, I don't know if you guys...

11              Then we start a company we call today

12        Diskavontade, you know, in 2002.  The

13        company's name Brazilian Help Inc.  This

14        company still exist.  We have a couple

15        thousand customer up there, but on that

16        company, you know, since 2002 to today we

17        have a customer use our product for about

18        over 10 years; they're still our customer

19        and -- but we spend a lot of money on the TV

20        advertisement, radio, you know, newspaper to

21        start maintain our customer because some

22        customer quit, you know, some.  We need to

23        maintain a customer so we keep receive the

24        money because the only good news -- the only

22

1  advertise we can do very well was the TV

2  Globe International, that's locate in Miami.

3  We spend about six or seven thousand dollars

4  a month, you know.  In 2012 a guys I know for

5  a long time, Carlos Costa, come to me and

6  say, "Carlos, I have way we can build your

7  business, build your customer online over the

8  Internet"; that's how TelexFREE come aboard.

9  And we build a customer base and bring more

10  customer to, you know, grow our company more

11  and more and that we done very well.  Just

12  try bring you guys little better what happen,

13  why TelexFREE exist.

14 Q. Okay, we're going to back up and go

15  through --

16 A. Yeah, good.

17 Q. -- all that stuff, okay?

18 A. All right.

19 Q. In 1993 your mother and your brother and your

20  sister moved to the United States, right?

21 A. Yeah, 1993, yes, correct; that was the war

22  Gulf, you know, the...

23   MR. BERTHIAUME:  Gulf War.

24 A. Gulf War, that was very hard time because no

```
 1              job; nobody can find job.  I have very hard

 2              time, too.  I'm the only person working in my

 3              house that time.

 4    (BY MR. LEONE)

 5    Q.    After they moved to the United States what

 6          was the first job that they did?

 7    A.    Work with Jim Merrill.

 8    Q.    And was that in 2001?

 9    A.    2003, I think; that's the -- whatever the

10          war, the Gulf, Gulf War was they --

11              MR. BERTHIAUME:  1993.

12    A.    1993, that's the time they start work to Jim

13          Merrill.

14    (BY MR. LEONE)

15    Q.    Okay, so they started to work for Jim in

16          1993?

17    A.    Yeah, 'cuz I remember that very well because

18          that was war, you know, and I remember that

19          was a difficult time for me to get job for my

20          family.

21    Q.    And how did you meet Jim Merrill?

22    A.    By a phone book, like I get a Yellow Page, I

23          call him to try get a job for my family.  You

24          know, I call a lot of cleaning company at
```

24

```
 1              that time and he's pick it up the phone, you

 2              know, and he's the only one at that time give

 3              me the opportunity to hey, come over to my

 4              office, you know, and then we come up friend

 5              to today; he's a great guy.

 6     Q.      And so Mr. Merrill hired you in 1993?

 7     A.      1993, around there, yeah.

 8     Q.      And what did you do for Mr. Merrill back

 9              in -- around 1993?

10     A.      Just cleaning, like I was office cleaning,

11              just cleaning, like my mom, everybody else.

12     Q.      Then I believe while you were cleaning for

13              Mr. Merrill in 1997 there was an opportunity

14              that both you and Mr. Merrill came into,

15              correct?

16     A.      Yeah, that's because we already there talking

17              and he's bring the World Exchange

18              Communication, that's what happen.

19     Q.      Okay, could you describe some of those

20              initial conversations?  What led you to join

21              World Exchange?

22     A.      Because Jim Merrill come to me and he's know

23              my wife is spend lot of money call to Brazil

24              and he's just want bring World Exchange to me
```

25

```
 1              because I can make extra money; he's can make
 2              extra money in MLM market, but that was the
 3              reason because we spend lot of money.  In
 4              Brazil community spend lot of money with call
 5              to Brazil.
 6        Q.    And how did Mr. Merrill find out about World
 7              Exchange?
 8        A.    I think he's looking over the Internet that
 9              time.  Actually, he's have a friend, like
10              Steve Labriola, he's still our friend today,
11              who work for ACN that time, that was another
12              communication, but he's don't like much with
13              ACN the product and he start look for another
14              company and he's found World Exchange in
15              California.
16        Q.    And does ACN stand for anything?
17        A.    We never done ACN, but that was our
18              competition that time.
19        Q.    So ACN was in competition with World
20              Exchange?
21        A.    World Exchange.
22        Q.    So they had similar businesses?
23        A.    Similar business; actually, they still exist.
24        Q.    And what did you do for World Exchange?
```

26

```
 1    A.    Agent; I start be a customer.  I test them
 2          for one month like I told you and I like the
 3          service and I see I can offer that service
 4          for friends and family outside and that's why
 5          I join World Exchange; extra money, too, I
 6          love what they done.
 7    Q.    Besides using the service did you do anything
 8          else for World Exchange?
 9    A.    Nope, just the agent program; I was like
10          agent.
11    Q.    All right, so could you describe the agent
12          program for me?
13    A.    Agent like it's MLM, okay, I bring the -- I
14          can bring the lot of retail customer and the
15          same time I help others to bring the retail
16          customer and I get paid for.
17    Q.    So is it fair to say that you get paid for
18          bringing other people into World Exchange?
19    A.    Not other people, bring more customer to
20          World Exchange because the business like if I
21          can get a customer, that's what I done that
22          time, I help another agent to bring the
23          customer to World Exchange, that's all about,
24          you know, in the same time I help those agent
```

27

```
 1              bring the new customer, then I make money.
 2      Q.      So but you'd bring the agent on first, right?
 3      A.      No, actually, I bring them a customer first
 4              because they try the service first, they come
 5              up agent after.
 6      Q.      So they --
 7      A.      That's what I did; at that time I make my --
 8              a business card and what I did, I bring to
 9              business card to everyone, try the service,
10              that's the way I use, okay, I bring the
11              customer because they usually like have a
12              dial-around.  I don't know you guys heard
13              about 10-10-220, 10-15; our dial-around was
14              10-15-335.
15                   MR. BERTHIAUME:  Dial-around?
16      A.      Dial-around, yeah, exactly.  If anyone have
17              Verize or ATT that time, when they use the
18              dial-around, okay, the 10-15-335, they use
19              our company, World Exchange.  The first step
20              I take to get those guys like a agent, I'd
21              say the same thing happen with me, I done it
22              with them, okay, go ahead and try the
23              service, let me know what you like.  And
24              they'd say, "Okay, I try for 30 days; if
```

28

```
1              higher bill you pay, okay, Carlos?"  And I
2              say, "Okay, I will pay."
3                   MR. BERTHIAUME:  Just slow down a little
4              bit for her benefit, all right?
5                   THE WITNESS:  Okay.
6         (BY MR. LEONE)
7         Q.   And so they tried as a --
8         A.   A customer first.
9         Q.   And then they'd become an agent?
10        A.   Become agent because they see I make money.
11        Q.   But when they became an agent did they
12             already have customers?
13        A.   No, because they cannot have a customer if
14             he's not agent.
15        Q.   Okay.
16        (BY MR. AHEARN)
17        Q.   So once they try the service if they like it
18             they became agents?
19        A.   That's how I train my people in that time.  I
20             ask them to try the service first and if they
21             like, be a agent, very succeed.  I build
22             organization that time or hundred thousand
23             people all over U.S. like Orlando, Florida.
24             I have over hundred thousand people in my
```

47

1        they'd say okay, you have to sell, you have

2        to do that, you know, and nobody do nothing,

3        okay.  In our company make a strategy, they

4        think about they don't sell, but they're

5        selling because they have to do the ads.

6        What we done, we put one hour free, okay, and

7        we said to our promoter, "Okay, for you make

8        money in our company, a couple of ways you

9        can make money, you can sell retail direct to

10       the customer for friends, family, you know,

11       brother, sister, whatever, okay; another way,

12       if you go there and you do what we ask you to

13       do, put ad, you know, and go to your back

14       office and put ad seven days a week, 365

15       days, I know you will get a customer because

16       I know when you put in one free hour there to

17       somebody try our service, I know you'll get a

18       customer," okay, and then that's why we

19       succeed, you know, everybody have to go there

20       and put the ads every day and they get a

21       customer and we pay them for.

22   Q.  Is there any other way for people to make

23       money?

24   A.  It's many ways; if they can put ads or they

48

1           can go to family or friends, hey, I have a

2           great service here.  How you call to Brazil?

3           How you call to you country, okay and they

4           ask those guys okay, how much you spend now

5           to call Brazil, you know, and right there,

6           you know, they give -- okay, can you try one

7           hour free and see if you like.  When they try

8           one hour free, you know, the people sign up,

9           the customers sign up and they make money

10          very month, you know, commission, residual

11          income.

12     Q.   And is there also a networking component of

13          TelexFREE?

14     A.   It is.

15     Q.   And could you describe that networking

16          component?

17     A.   Today we do a couple ways they can make money

18          in our company.

19     Q.   And you're talking about currently?

20     A.   Current.

21     Q.   Currently?

22     A.   The current one now, okay.  It's $149 for

23          somebody be a promoter or association,

24          actually they come association for us.  The

1       $149 we give them Web site, back office,

2       okay, train, okay, we have a conference with

3       the train for them how they can get customer,

4       and right there they make a 10 percent

5       commission with the direct sell and they make

6       1, 2, 3 percent up to the seven levels, okay.

7       Then if they sell 10 customer, when they

8       bring 10 customer to the company, okay, they

9       be able come promoter.  When they come a

10      promoter then we say to them, "Okay, now I

11      give you, too, you can go over the Internet,

12      you can place you ads, okay, if you maintain

13      five customer every month, okay, you make $50

14      a week if you place the ads seven days a

15      week"; that's what we do today.  But before

16      they do that they have to show to us they can

17      bring 10 customer, you know, on board and

18      they have to show to us -- to we pay them $50

19      a week they have to show us they keep at

20      least five customers use our service month

21      after month, that's what today.  If they help

22      two person do the same he's do, bring in 10

23      customer and the same time help those two

24      people maintain five customer a month, okay,

```
 1              then he start make a hundred dollars a week.

 2              But he needs to help those two people he's

 3              bring by bringing the customer to our

 4              company.  Nobody make money if they don't

 5              bring the customer.  That's the point in our

 6              company today.

 7     Q.   Okay, let's start with the 10 customers that

 8              someone needs to bring on to become a

 9              promoter; is that right?

10     A.   Yep.

11     Q.   Does TelexFREE review those customers?

12     A.   TelexFREE -- what do you mean review?

13     Q.   Okay, how does TelexFREE know that a promoter

14              has brought on 10 customers?

15     A.   Well, because somebody have to go on their

16              Web site and purch 49.90 the product.

17              MR. BERTHIAUME:  Purchase?

18     (BY MR. LEONE)

19     Q.   Purchase?

20     A.   Yeah, from their Web site, because they have

21              a replicate Web site.  We give replicate Web

22              site.

23              MR. BERTHIAUME:  Replicated?

24              THE WITNESS:  Yeah.
```

29

```
 1              organization.  It was 2006, 2005/2006.
 2     Q.    Now, you didn't recruit a hundred thousand
 3              people?
 4     A.    No, no.
 5     Q.    The people you recruited and the people they
 6              recruited filtered up to a hundred thousand?
 7     A.    They repeat what I done.
 8     Q.    Okay.            .
 9     A.    Very succeed; it's the best company.
10     (BY MR. LEONE)
11     Q.    And then sometime in 2002 there's an entity
12              Brazilian Help that gets formed, right?
13     A.    Yes.
14     Q.    And who formed that?
15     A.    I did.
16     Q.    And where did you form it?
17     A.    In Massachusetts; actually, still exist with
18              thousands of customers, that was our product.
19     Q.    And Brazilian Help is --
20     A.    Brazilian Help is a Diskavontade, the same,
21              okay.  I just try to clarify.
22     Q.    Okay, and what is Diskavontade?
23     A.    Diskavontade is a Brazilian Help, but that's
24              a -- Diskavontade, that mean call much you
```

1        want.

2    Q.   So it's another phone service?

3    A.   It's the same company, but it's like Web

4        site, you understand, you have a -- Brazilian

5        Help is the name but you have like nice name

6        and people, I want Diskavontade, like call

7        much you want, something like that.  For the

8        Brazilian community that's a nice name.

9    Q.   Okay.  And did you have a position with

10        Diskavontade?

11    A.   I'm the president; I still.

12    Q.   Do you have an ownership interest in

13        Diskavontade?

14    A.   I'm the owner.

15    Q.   Are you the only owner?

16    A.   I'm the only one.

17             MR. BERTHIAUME:  And just to be clear, I

18        think that what he was saying, Diskavontade

19        is a name, a DBA for Brazilian Help.

20             THE WITNESS:  Brazilian Help, yes.

21    (BY MR. LEONE)

22    Q.   And so are you also the -- or are you the

23        only owner of Brazilian Help?

24    A.   Yes; actually, supposed to be Jim, too, but

31

1          always he trust me when I build that company

2          but he's have some percentage of that, too;

3          always he's got paid a percentage.

4    Q.   So that's an informal type of arrangement?

5    A.   Informal, but he's on there, too.

6    Q.   And did Diskavontade also have an MLM

7          component to it?

8    A.   We try on the five levels, like pay 10

9          percent for direct customer and 2 percent for

10         the indirect customer, but that time when we

11         try the Internet was not very good in the

12         U.S. or Brazil, you know, and people -- we

13         have a ATA people plug in at home to use the

14         service.  We don't have the dial-around or

15         anything.

16    Q.   What's an ATA?

17    A.   ATA is like a phone adapter, like a Vonage;

18         you guys heard about Vonage?

19    Q.   Okay.

20    A.   You sign up for the product, they send like a

21         phone adapter you can plug over the Internet

22         and make a phone call.  That time, you know,

23         our quality was not that great because the

24         quality of the Internet was not great, but

32

```
 1              today is a different story; probably if we

 2              done this in the past with the agents

 3              probably we done very well, but because the

 4              qual, we not was very good succeed and then

 5              we just keep retail customer to sell direct

 6              to the customer.

 7      Q.      So if the quality wasn't very good why would

 8              people keep it for 10 years?

 9      A.      Because it was cheaper, you know.  It's

10              still -- it's not that bad, okay, some people

11              have a bad Internet.  I don't talk about --

12              see, we talk about 2003/2004 and every month

13              it got better and better.  You know, it's not

14              that people cannot make a phone call, but

15              they can make a phone call and some people

16              keep forever because they save a lot of

17              money.  But today is a different story.

18              Today the qual of the Internet, it's great

19              everywhere what I see.

20      Q.      Okay.  Starting in 2002 did Diskavontade have

21              any employees?

22      A.      Yes, we have about four employees.

23      Q.      And this is 2002, right?

24      A.      2002, because always we work with the direct
```

33

```
 1              customer, you know, and when we put our ads
 2              on the TV Global we need somebody answer the
 3              call when somebody call the I 800 number.
 4         Q.   Okay, who were those employees?
 5         A.   Actually, that time I have employee in Brazil
 6              because it was cheaper for us and we have --
 7              I have a small office in my house in Brazil
 8              and we hire four people up there to answer
 9              the call.
10         Q.   Do you remember any of their names?
11         A.   Yes, I do.
12         Q.   Okay, what --
13         A.   Was Sanaza.
14         Q.   And if you could spell these names for the
15              record?
16         A.   S-A-N-A-Z-A.  And I have another one,
17              actually, I have one in U.S., too, they done
18              for me, Elaina, E-L-A-I-N-A.  I have -- jeez,
19              there's so many, it was long time when I put
20              out there.
21         Q.   If you don't remember just say that you don't
22              remember, okay?
23         A.   I don't remember, sorry; all the name I don't
24              remember.
```

34

1    Q.   And in 2002 the program that Diskavontade

2         had, where did you get that from?

3    A.   We start from the scratch.  We build our own

4         server, like we found a company called

5         Logitel, that's our first switch we bought.

6    Q.   Could you spell that, please?

7    A.   Logitel, A-O-G-I-T-E-L.  And we bought our

8         first switch around 2002, I don't remember

9         the exactly year, okay, it was between 2000

10        and 2002 and we start and we hire someone

11        from Logitel and teach us how we build VoIP

12        product, serve, all right, and from that it's

13        a lot of learn; for 15 years or 14, 12 years

14        it was lot of learn till we get what we are

15        today with the big infrastructure.  We have a

16        big infrastructure today.

17   Q.   Okay.  And how about the MLM component of

18        Diskavontade, did you take that from

19        anywhere?

20   A.   Like I said, was -- we can do very well,

21        always we do very well, but is not went very

22        well because that time the Internet was not

23        that good.

24   Q.   No, no, no, but what I'm asking you is the

35

```
 1            program itself, the way it was structured,

 2            was that based upon any other program or did

 3            you create that from scratch?

 4     A.     I done by World Exchange.  I follow up what

 5            they done.  They have a 10 percent direct

 6            commission and 2 percent indirect commission

 7            up to the seven levels.

 8     Q.     And so did you model it off of World Exchange

 9            or did you use the exact --

10     A.     I model exact what they done, know why,

11            because was so succeed up there.

12               MR. BERTHIAUME:  So what?

13     A.     Succeed, they have succeeded.

14               MR. BERTHIAUME:  Succeed?

15     A.     Succeed, yeah, and I say why change something

16            was great, you know, and they don't want do

17            MLM anymore and they finish the MLM part, you

18            know, then I say I just want to continue with

19            the VoIP, VoIP over IP.

20     (BY MR. LEONE)

21     Q.     Did you have to pay World Exchange to use

22            that program?

23     A.     No, because they finish.  They not do that --

24            they don't do MLM anymore.
```

36

```
 1    Q.   Why did they stop doing MLM?

 2    A.   Because the company got sold.

 3    Q.   And who did it get sold to?

 4    A.   Access Communication.

 5    Q.   And who owns Access Communication, do you

 6         know?

 7    A.   I not -- I don't know, but they decide don't

 8         do MLM anymore.  They just do direct

 9         customer.  Actually, when they got sold we

10         still continue making money.  We the only

11         agent they continue on board, you know, and

12         pay us for one or two years more after they

13         finish because we have a lot of customer, you

14         know, we bring a lot of customer to the

15         company.

16    Q.   How many customers did you bring to the

17         company?

18    A.   Oh, jeez, it was thousands 'cuz we make -- we

19         usually make about $30,000 a month just for

20         that platform; and that was the prob, I think

21         that time if they kill us, you know, they

22         will have a prob because we make a lot of

23         money, we bring a lot of customer on board

24         and they decide keep us for two or three
```

37

```
 1              years more.
 2       Q.     And when they decided to keep you, did they
 3              keep you under the MLM program?
 4       A.     No, because they finish -- just 'cuz we --
 5              always we done two ways, we done the MLM, but
 6              we done direct retail customer, too, you
 7              know.
 8       Q.     But when you said you were making 30K a
 9              month --
10       A.     Just retail customer.
11       Q.     And how would you be paid for a retail
12              customer sale?
13       A.     Because I done TV advertisement, I spend -- I
14              make good money with them what I done.  I
15              done my own business, you know, I start up
16              with a TV advertisement that time, you know,
17              I bring a lot of customer to use.
18       Q.     But how would you get paid from the sale of
19              the retail product?
20       A.     Because they only pay 10 percent direct
21              commission.
22       Q.     So it was a commission?
23       A.     Exactly.
24       Q.     In 2002 Brazilian Help and Diskavontade had
```

38

```
 1            approximately four employees, but what were

 2            the most amount of employees you've had under

 3            Diskavontade?

 4     A.     Twelve total.

 5     Q.     And who were those individuals?

 6     A.     I don't remember all the name 'cuz that was

 7            build in Brazil.  I put a customer service in

 8            Brazil to answer all the calls.

 9     Q.     Do you remember any of the names?

10     A.     Like I -- Sanaza was one.  I can write

11            everything down.  I can get this right

12            information for you later if you guys be

13            okay.

14                MR. AHEARN:  If we want to request

15            additional information we'll let your

16            counselor know.

17                THE WITNESS:  Okay, no problem.  I want

18            to give the right information.  I don't want

19            to guess.

20                MR. LEONE:  And thank you, that's right,

21            and so today --

22                THE WITNESS:  Okay.

23                MR. LEONE:  -- as you know.

24     (BY MR. LEONE)
```

39

```
 1    Q.   And so Diskavontade also had a five-level MLM
 2         program, correct?
 3    A.   Actually seven.
 4    Q.   Seven levels?
 5    A.   Seven levels.
 6    Q.   And how many individuals were in that
 7         program?
 8    A.   That time I think we get about 500 agents in
 9         the U.S.
10    Q.   What were the most amount of agents that
11         Diskavontade has had?
12    A.   No more than a thous.
13    Q.   A thousand?
14    A.   A thousand.
15    Q.   And out of that pool of a thousand agents did
16         you have a biggest agent?
17    A.   Yes, I have a Jose Arantes was a good one.
18    Q.   Could you spell that, please?
19    A.   Jose, J-O-S-E, Arantes, A-R-A-N-T-E-S.  Jose
20         Arantes was --
21    Q.   Is that his full name?
22    A.   Yeah.  Plus I put a Diskavontade in Brazil,
23         too, then we done very well in Brazil.
24    Q.   Other than Jose Arantes, any other big
```

40

```
 1        agents?
 2   A.   Carlos Costa was good one, like not in the
 3        U.S., but in Brazil in that time.
 4   Q.   So you brought Carlos Costa into
 5        Diskavontade?
 6   A.   Oh, yeah, that was that time great man; he
 7        work very hard.
 8   Q.   Any other ones besides Jose and Carlos?
 9   A.   Helio Silva was good one.
10   Q.   Could you spell that?
11   A.   Helio, H-E-L-I-O, Silva, S-I-L-V-A.  There's
12        so many; my brother was a good agent, Fabio
13        Wanzeler, you know, so many ones I can't give
14        you guys -- I don't want guess here again,
15        but I can give you guys many as you want.
16   Q.   Okay.
17   A.   And the good thing, everybody happy, no one
18        ever lose money in our business; never -- we
19        never have any complaints.  Like I said to
20        you guys, I'm here for 25 years, you never
21        see any complaints from myself or for our
22        companies in the 25 years.
23   Q.   Okay.  And does Diskavontade have a Web site?
24   A.   Yes, they do.
```

41

1    Q.    And when was the Web site created?

2    A.    In 2002, I think.

3    Q.    And who created the Web site?

4    A.    I have guys in Brazil Web design, they done

5          the Web site for us.

6    Q.    What is the name of those guys?

7    A.    Bruno; actually, he's still with us.  He's

8          done the Web site on TelexFREE, too.

9    Q.    Bruno, does Bruno -- is that -- that's his

10         first name?

11   A.    Bruno Cardosa.

12   Q.    And does Bruno work for a company?

13   A.    He's still with us.

14   (BY MR. O'HARA)

15   Q.    Is he paid by TelexFREE for the work he does?

16   A.    Now he's do.  He's -- no, actually, he's paid

17         by Ympactus.

18   Q.    Okay, and when he was --

19   A.    Not TelexFREE, Ympactus.

20   Q.    When he was building Diskavontade's Web site

21         was he paid by --

22   A.    That time he's paid by -- actual, he's paid

23         by World Exchange because I put the name the

24         same company 'cuz I was very succeed on the

42

```
 1              passion with the company.  I mount a company
 2              in Brazil call World Exchange Two, okay, and
 3              the name, a fantasy name, it was still
 4              Diskavontade, but the name World Exchange is
 5              still in Brazil, okay, he's work for World
 6              Exchange; but that's Brazil and don't get
 7              confused on the U.S.  But I was so passion
 8              with the company I done that change my life,
 9              you know, that's why I done the same name in
10              Brazil.  But those guys always work with me
11              for long time.
12      Q.      Okay, and World Exchange Brazil was your
13              company, correct?
14      A.      Yes.
15      Q.      Thanks.
16      A.      For since 2005.
17      Q.      Okay.
18      A.      We build in 2005 and sell the same product we
19              sell here.
20      Q.      And that's the Diskavontade products, right?
21      A.      Exactly.
22      Q.      Okay.  So all agents in Brazil, would they be
23              agents of World Exchange Brazil?
24      A.      World Exchange Brazil.  We always try to do
```

43

```
 1            everything legally inside a country to pay
 2            our tax, you know, and because I know Brazil
 3            is very restrict in tax and we try put
 4            everything there to pay all our tax, pay the
 5            tax for the agent, you know, that's how we
 6            try to do the best thing we can to be
 7            comprise on the company.
 8      Q.    Okay, so Carlos Costa, for instance, was an
 9            agent of World Exchange Brazil?
10      A.    World Exchange Brazil.
11      Q.    And did World Exchange Brazil do all of its
12            business in Brazil under the name
13            Diskavontade?
14      A.    Yes.
15      Q.    Okay.
16      A.    We have a Diskavontade there and Diskavontade
17            here.
18     (BY MR. LEONE)
19      Q.    For the product that Diskavontade -- the
20            V-O-I-P product, how did you come up with the
21            pricing for that product?
22      A.    Well, the -- always we look for a company
23            around us, like Vonage or BroadVoice, you
24            know, and we try to do better than those
```

44

```
 1            guys, you know, and we all be comparable, you
 2            know, and we don't try be too cheap.  I know
 3            we can because we have a very good rate
 4            because we do a lot of minutes a month, we
 5            can be half a price we do today, but why we
 6            do that, make all our -- Vonage or everybody,
 7            you know, mad; we try don't do that.  We try
 8            to be comparable, okay, and that's where the
 9            price come, okay.  Vonage --
10    Q.      What was the price for Diskavontade, and it's
11            the same today or no?
12                 MR. BERTHIAUME:  Are you talking about
13            2002 --
14                 MR. LEONE:  Yes.
15                 MR. BERTHIAUME:  -- the original --
16    (BY MR. LEONE)
17    Q.      Yes, we're going to start with 2002.
18    A.      2002 we have always about 49.90; we never
19            change.  And like we have a comparable
20            product, actually, for Diskavontade.  At
21            Diskavontade we have a product where the
22            people only call landline, not cell phone
23            that the people pay about 9.95, the same as
24            Vonage charge, okay, and the people can call
```

45

```
1        landline in Brazil.  We have a product for
2        the people call a cell phone or landline for
3        over 40 countries that I charge 49.90, okay,
4        and like Vonage charge 69.90, BroadVoice
5        charge 54.90, you know, for long time, since
6        I know them.  And always we try to be
7        comparable, you know, with everybody and we
8        work with everybody.
9            MR. AHEARN:  Can we go off the record
10       for a minute?
11           MR. LEONE:  Yes, let's go off the
12       record.
13           (Whereupon, the parties go off the
14       record.)
15           MR. LEONE:  The time is 11:25, we are
16       now back on the record.
17           THE WITNESS:  Okay.
18   (BY MR. LEONE)
19   Q.  Mr. Wanzeler, you mentioned a company called
20       TelexFREE, are you familiar with that
21       company?
22   A.  Oh, yes.
23   Q.  Could you describe TelexFREE for me?  Why
24       don't we start --
```

```
 1                 MR. BERTHIAUME:   When you say TelexFREE,

 2           you --

 3      (BY MR. LEONE)

 4      Q.   What's your understanding of the company

 5           TelexFREE?

 6      A.   TelexFREE come on board in 2012, help

 7           Diskavontade product 'cuz it's same company

 8           for me, you know, because they both -- we own

 9           the same company, to sell our product over

10           the Internet instead invest money, you know,

11           in a TV advertise and radio, you know, save

12           money and work with the promoters to put ads

13           in many Web site around the world; that's

14           what TelexFREE about, save our money.

15           Instead of spend lot of money on TV

16           advertisement, we help our promoter sell our

17           product, change their life, and our company

18           make more customer than we done before.

19      Q.   And it makes more customer how?

20      A.   The agents sell our product, you know, like

21           when the agent go there, what we -- let's put

22           it this way, most people don't like selling

23           things, that's what the most MLM markets, you

24           know, around the world -- the MLM market when
```

51

1    A.    Somebody have to go there and sign up for the

2          service.

3    (BY MR. LEONE)

4    Q.    Okay, so let's take one promoter, when they

5          bring on one customer what does that customer

6          do?

7    A.    The customer use the service only.

8    Q.    How does the customer sign up for the

9          service?

10   A.    They go on the Web site for the promoter Web

11         site, okay, and they go there, fill out the

12         name, address, and pay for the service,

13         49.90.

14   Q.    Where do they go on the Web site to do that?

15   A.    The Web site we give to them, the replicate

16         Web site.  Let's put it this way, like say

17         you want sign up association our company,

18         okay, that's the first step for you.  When

19         you sign up for association, TelexFREE give

20         you a Web site like called TelexFREE dot com

21         slash or the user name you pick it up or any

22         name you pick it up; that Web site you can

23         give to your customer.  When you give that

24         Web site to your customer, they can try one

52

1       hour free and the same time they like the

2       service, okay, they go and you like, okay,

3       then you go on your back office and pay the

4       49.90 for your continue use for 30 days.

5       When the customer go to the back office, the

6       back office from the customer, okay, and pay

7       the 49.90, he's make his 10 percent

8       commission and the customer use month after

9       month, he's still make a 10 percent

10      commission.  The question you ask, how the

11      customer come up, from his Web site; we give

12      a replicate Web site for them.

13   Q. So the replicated Web site that the customer

14      goes to, what do they do when they get to

15      that Web site?

16   A. They have like a link they can come up a

17      customer.  They have like TelexFREE99,

18      explain the plan, you know, and they have a

19      link there they can say okay, try to service

20      for one hour before you buy, you know, they

21      can go here, there, and download the

22      software.  Many ways they can try the

23      service, you know, they can use our access

24      number we have inside U.S., you know, over 50

53

```
1              country and try the service for one hour and
2              when he sign up the customer go there and
3              sign up with name, address, everything, they
4              have a log-in, customer log-in and a
5              password.  They try one hour; when they try
6              one hour, they can log in to his -- the
7              customer back office and they can pay the
8              invoice for 49.90 and continue use the
9              service for 30 days.
10     Q.      The log-in and password that a customer
11             receives, they use that to access the back
12             office?
13     A.      The back office for the customer.
14     Q.      And so is the back office for the customer
15             different from the back office for the
16             promoter?
17     A.      It is.
18     Q.      And how is it different?
19     A.      They're different because the back office for
20             the customer, they don't see commission
21             residual, they don't see anything up there;
22             they only see what they use or the minutes
23             they use, you know, or paid invoice, that's
24             all the customer see.  Customers don't see
```

54

```
 1          what the promoters see because the promoter

 2          when they go on the back office see the

 3          customer they have, they see how much they

 4          make, the commission, the residual, you know,

 5          they make and all the notification we want to

 6          the promoters there in the back office of the

 7          promoter, it's totally different, it's two

 8          different.

 9     Q.   Does a customer need a log-in and password

10          before they can access the 99 TelexFREE

11          program?

12     A.   They need a user name and a password only if

13          they want continue use the service for 49.90

14          or use the -- actually, no, sorry, they need

15          to use -- they need the log-in to the back

16          office anyway.  When he sign up to make one

17          hour free, they have to go on the back office

18          and register his telephone number up there;

19          if he's not register the telephone number

20          there, they cannot use our service.  Okay,

21          when he's go there first time, okay, I want

22          use one hour free, he sign up for the

23          service, put all his information there, okay,

24          and he's will receive a verify e-mail, okay,
```

55

1        because just for make sure, you know, it's

2        validation the account, and when he receive

3        the validation in his e-mail, then he's can

4        go there with the log-in user name and two

5        step up there; one step is say okay, register

6        your number, okay, and second step you say do

7        your password 'cuz sometime this customer is

8        couple ways he's can use today.  First way he

9        can use from the access number, then he's

10       need register his telephone number there;

11       that way our sister, you know, will --

12              MR. BERTHIAUME:  System.

13  (BY MR. LEONE)

14  Q.    System?

15  A.    Sister, yeah.

16              MR. BERTHIAUME:  System.

17  A.    System.

18              MR. BERTHIAUME:  System?

19              THE WITNESS:  Yeah.

20              MR. BERTHIAUME:  Okay.

21              THE WITNESS:  Thank you for correcting

22       me.

23              MR. BERTHIAUME:  No, that's okay.

24  A.    We'll know that customer is our customer,

1         okay, and they have a credit for one hour.

2         Okay, when they do that and then they have

3         another step, okay, put your password.  Why

4         you password, because let's say we have a

5         Telex app, I don't know if you guys heard

6         about that's a new application like WhatsApp

7         we do today, he's can download this on

8         Android or any phone he's have, or iPhone

9         today, okay, and put the user name and the

10        password he's put up there and our system,

11        you know, will find out that's a customer and

12        they can use from the Telex app, too, call

13        any cell phone or any phone around the world,

14        you know, with the application.  If they

15        like, okay, they get a message, they use one

16        hour, the customer get a message if you like

17        the service please back up on the

18        TelexFREE.com Web site, put a user name and a

19        password and they get more credit, okay, and

20        they have a --

21    (BY MR. LEONE)

22    Q.   And so how do they pay for the continued use

23         of the service?

24    A.   By his credit card; a credit card or a couple

1        ways they can be paid, if the agent,

2        promoter, okay, have money in his account,

3        he's can go ahead and pay for his customer,

4        okay, that's one they bill it.  If the agent

5        don't have credit card or whatever, the

6        customer want to pay that account, they can

7        go ahead and go there and pay that account

8        with a credit card they have.  Credit card

9        many ways -- we work with iPayout today, they

10       have many ways the customer can pay through

11       iPayout, I don't know if you guys know about,

12       they can do wire transfer, they can pay with

13       ZipZap, or any other way; many ways our

14       customer can pay their bills.

15   Q.  Currently can a customer go to the main

16       TelexFREE page, not a replicated page but

17       just the regular Web site page and

18       purchase --

19   A.  We don't sell anything if it's not a promoter

20       today because we don't want to compete with

21       our promoter.  And when the agent or promoter

22       customer want sign up on our Web site, the

23       first thing we ask, what's your promoter ID;

24       try to be fair with -- if they go on

58

1    Diskavontade, probably they can sign up 'cuz

2    no promoters there.  We don't want to compete

3    with promoters.

4    Q.   And so to back up to what you mentioned about

5         an agent promoter, they can pay for a

6         customer?

7    A.   If they have the money they make with us with

8         residual income, yes.  A couple ways they can

9         do that, the agent can request the money from

10        the company and the company will send the

11        money for him, but let's say they have a

12        customer there, okay, and a customer say,

13        "Hey, I don't have a credit card, can I pay

14        you money here?" Okay, if the agent have

15        money inside his back office, that's the

16        money he's make with commission residual,

17        okay, then he can go ahead and pay for the

18        agent -- for the customer.  A lot of agent

19        promoter we have they own stores, especially

20        in the Brazilian market, many, many customer

21        go in the store, they don't have a credit

22        cards, okay, and they want buy our service

23        but they don't have credit cards, you know,

24        and then they go in the store there, the

59

```
 1              agent have those account available and the
 2              agent sell to direct customer with the he's
 3              have inside his system.  Got it?
 4        Q.    But do those customers then pay the agent
 5              outside of the Web site?
 6        A.    They pay in the store, yeah, pay the money;
 7              that's what we call bones.  I don't know if
 8              you guys see when I send to you they receive
 9              payment on the bones.  Bones is like the
10              agent request the money to our company, he's
11              use the money to pay to customer use the
12              service, but he's received from the customer,
13              you know, instead the customer go direct and
14              pay in our company, they can pay to the
15              agent, but the agent have the money he's win
16              from the -- for the money from the residual
17              income he's have.  But the question there,
18              this money is already 1099, okay, it's money
19              the agent make and they're clear, just to be
20              clear.
21        Q.    This is all how it happens currently, right?
22        A.    This is happen before and now.  The agents
23              can pay for his customer but the customer pay
24              him.  It's not the agent pay for the
```

60

1        customer, the agent pay with the money he's

2        have in his back office, he's not withdraw

3        that, okay, I have money here, I can request

4        the money for the company or I can use to pay

5        invoice inside the system.  And the customer

6        want sign up, they have an invoice number,

7        okay, and the customer give the agent invoice

8        number, okay, the agent put the invoice

9        number there; let's say if the agent have a

10       thousand dollars to request our company and

11       they pay 49.90, he's going to have around

12       $950 after they pay that.  And the customer

13       already paid them, it's no different if he's

14       request the money he's make $50; if he's —

15       the customer go there and pay the agent, he's

16       make $50 either way, okay.  The nice thing is

17       that he's still making his commission

18       residual income, okay, when the customer pays

19       it doesn't matter if the customer pay with a

20       credit card or he's pay the invoice for the

21       agent, he see the 10 percent commission right

22       there.

23    Q.   So an agent promoter could also just pay for

24       a customer and not get money from the

```
 1            customer, right?

 2    A.      No, why they do that?

 3    Q.      Well, could they do that?

 4    A.      Oh, if they want to give away, yes, but you

 5            know what, let's say a businessman, I'm a

 6            businessman, if I want get that customer, if

 7            I know they use our service for one month and

 8            I know he's going to pay every month, month

 9            after month, I probably give away -- I can

10            give away one month to my customer and 49.90,

11            know what, I gonna have this customer for one

12            year or two years use the service because

13            when he start use the service, he's be happy.

14            But I don't know -- I don't see why the agent

15            pay the customer and not make money, you

16            know, it's not reason for.

17                    MR. BERTHIAUME:  Reasonable?

18    A.      Yeah, I don't see why they do that.  I never

19            see that -- I don't see that on my system,

20            okay, I think the customer pay him, okay?

21    (BY MR. O'HARA)

22    Q.      If a customer pays an agent with cash and the

23            agent then -- well, the agent pays for the

24            customer, right, there's money deducted from
```

62

1               the agent's account?

2      A.       His account; let's say it's like a bank, you

3               see what you receive, what you pay, you know,

4               if he's pay an invoice inside there, they see

5               that that box right there, okay, minus 49,

6               under there they see okay, 4.99 commission

7               residual.

8      Q.       Okay.

9      A.       They see right there what they make.

10     Q.       Sure, okay, and then if the agent pays for

11              the customer and the customer pays the agent

12              cash, say it's cash, does the agent then

13              forward that cash to TelexFREE?

14     A.       No.   The cash goes to the agent because the

15              money is already there.   The money is the

16              agent already make from TelexFREE on the

17              residual income, okay?

18     Q.       Okay.

19     A.       That money, it's like a bank, you know, when

20              you see -- you state of a bank, okay, you see

21              how --

22                   MR. BERTHIAUME:   Statement.

23     A.       -- much you make, statement, it's the same

24              thing.   If the agent make a residual income

63

```
 1          on our company they can do anything they want
 2          with that money; first of all, he's declared
 3          that money.  We have 1099 by the end of year.
 4          Okay, they can transfer this money to any
 5          other agent, they just can pay invoice, they
 6          can do anything they want because their money
 7          will be clear, okay.  When they pay for the
 8          customer it's easy because a lot of customer
 9          don't have a credit card, you know, we want
10          get those customers, okay.  If the agent --
11          the customer pay for the agent because the
12          customer don't have a credit card and the
13          agent, you know, pay for them, it's for us
14          it's good, okay.  First of all, it's not a
15          lot of money come out the company, you know,
16          the money stay inside the company, that's a
17          good prof for the company; instead I have the
18          agent request money, they get customer and
19          use the service, you know, and use our
20          product.
21     (BY MR. O'HARA)
22     Q.   I'm not sure I followed the last two
23          sentences, you said the agent requests money
24          from the --
```

64

```
 1    A.    Oh, yeah, because if the agent make $1,000 in
 2          my company, couple ways he's can do; he can
 3          request the money, right; if they request the
 4          money I have to send the money to his
 5          account, bank account.
 6    Q.    Okay, request the money from TelexFREE?
 7    A.    If he's pay for customer inside the syst is
 8          better for our company, right?
 9    Q.    Why?
10    A.    Because we sell a customer; we get a
11          customer.  He's not request the commission
12          residual to put in his pocket, he's just sell
13          a customer.  I pay less and get a customer.
14          You got it?
15    Q.    You -- TelexFREE pays less?
16    A.    Let's say you a agent, you have a thousand
17          dollars right there, what's better for me, I
18          pay a thousand dollars for you or you bring
19          the customer to our company; what's better
20          for the company?  The better for the company
21          you bring -- if he's bring 100 customer to
22          the company and the company don't have to
23          transfer any money to the agent, okay, it
24          would be better for the company and get more
```

65

```
 1              customer because this customer will pay month

 2              after month.  That's what I try to say, for

 3              us it's much better if the agent sell and pay

 4              with a commission or they make in our

 5              company, then the customer go there and pay

 6              the credit card, first of all we save money

 7              there on the fee; with the credit card fee is

 8              about 3.5 percent right there, you know,

 9              that's what the company's not pay.  It's very

10              good for the company.

11    (BY MR. LEONE)

12    Q.    How does TelexFREE know which customer the

13          agent is paying for?

14    A.    Because the log-in show up there, right

15          there, you know, the agents pay for 'cuz

16          every agent have a log-in name.

17              MR. BERTHIAUME:  And he's paying an

18          invoice.

19    A.    And he's paying an invoice; they pay invoice

20          and the amount he is paid.  Everything is a

21          track inside the system.

22    (BY MR. LEONE)

23    Q.    So is there a track of just customers for

24          TelexFREE?
```

66

| | | |
|---|---|---|
| 1 | A. | We track everything, customer, agent, |
| 2 | | promoter, whatever, agent/promoter is the |
| 3 | | same.  Every amount get in, every amount get |
| 4 | | out inside the system we track that. |
| 5 | Q. | So TelexFREE has a tracking system for people |
| 6 | | that are just customers? |
| 7 | A. | Yeah, we do, a customer and a promoter. |
| 8 | Q. | No, no, no, but how about just customers? |
| 9 | A. | Yes, because at the log-in for the customers |
| 10 | | is different from the log-in for the |
| 11 | | promoter. |
| 12 | Q. | And has that always been the case? |
| 13 | A. | Always; customer is a customer, promoter is a |
| 14 | | promoter. |
| 15 | Q. | And you've always had separate log-ins? |
| 16 | A. | Separate log-ins; you log in for the |
| 17 | | customers, it's different for log in for the |
| 18 | | promoter.  Actually, I give that to you guys, |
| 19 | | you guys asked for a lot of report, you guys |
| 20 | | can see all customers, all promoters, I put |
| 21 | | all separate for you guys before. |
| 22 | Q. | Looking at the log-ins for individuals, how |
| 23 | | can you tell that it's either a customer or a |
| 24 | | promoter? |

67

1   A.   Because when you go to the Web site

2        www.TelexFREE.com, you have to select; if you

3        go with promoter log-in there, try go with a

4        customer log-in, you cannot log in.  If the

5        promoters have to select a promoter and put a

6        user name and a password; if the promoter

7        select the customer and put a user name and

8        password, he's cannot get in.  It's two

9        different, you know.  The customers is same

10       thing, let's say if the customer go there and

11       select promoter and put user name and a

12       password, they cannot log in the back office.

13       They only can log in the back office if they

14       select customer, put a user name and a

15       password, then they log into the back office

16       on the customer.  It's two different;

17       promoters it's bring customer to our company,

18       customers use the service.

19  (BY MR. NEELON)

20  Q.   If a promoter is also using the service does

21       he have a separate log-in?

22  A.   You have to have.

23  Q.   So he would have two log-ins if he was using

24       the service?

Lee & Associates * Certified Court Reporters * (781) 848-9693

68

1     A.    If he's use the service you have to be a

2           customer, he's have to go there and sign up

3           on Web site.

4     Q.    So he would have two log-ins, a promoter and

5           a customer?

6     A.    Two log-in, one promoter, one for the

7           customer.

8     (BY MR. LEONE)

9     Q.    Could it be the same user name and they just

10          click?

11    A.    No, no.

12    Q.    And has that always been the case?

13    A.    Always been the case, is have to go there,

14          log in -- actually, no, in the begin -- I

15          remember now, in the begin we give one --

16          when the agent come promoter we give a free

17          account for they can try one month of the

18          49.90, they don't pay for the first month,

19          but that was way begin and then every time

20          the promoter sign up there was account

21          vinculator with a promoter --

22                 MR. BERTHIAUME:  A what?

23    A.    -- vinculator, it's together.

24                 MR. BERTHIAUME:  Linked?

69

```
 1     A.    Link, okay, that was the begin when we start
 2           TelexFREE in 2012.  Then we don't see, you
 3           know -- and then we decide, okay, we're not
 4           going to do that anymore because a lot of
 5           conflict in our system and then, okay, the
 6           customer have to sign up, doesn't matter if a
 7           promoter or not promoter, they have to sign
 8           up on the Web site.  Then we stop that --
 9                 MR. BERTHIAUME:  Conflict?
10     A.    -- conflict together.  Today is no way; today
11           is promoter is a promoter, customer's a
12           customer.
13     (BY MR. LEONE)
14     Q.    But a promoter could also be a customer,
15           correct?
16     A.    Oh, yes, why not.  Actually, I want them be
17           first customer, know why, because if they use
18           the service and they like the service they
19           can refer for another.  I don't see why our
20           promoter not be the first customer, because
21           how you can sell something if you don't know
22           about.  Now, that's what -- remember when I
23           said in the beginning here I done this, the
24           first thing I done with Exchange become the
```

```
 1              first customer because I want try the

 2              service, I want see if that work, then I can

 3              sell for another.  And I guarantee to you

 4              most our promoters is the first customer.

 5      (BY MR. NEELON)

 6      Q.   Are promoters required to have an active

 7              V-O-I-P account in order to qualify for any

 8              bonuses or any type of compensation?

 9      A.   Always sells was requirement.  If they don't

10              have sell, they don't have customer, they not

11              make money on our company.

12      Q.   So are they required to have an active

13              V-O-I-P service in order to qualify for any

14              compensation?

15      A.   What do you mean a V-I-P service, I'm sorry?

16      (BY MR. LEONE)

17      Q.   Do promoters need to have a 99 TelexFREE --

18      A.   No, no, they don't have to be their own

19              customer; it's no require for them to be

20              their own customer to be a promoter because

21              they can sell.  That's what -- I have a

22              promoter, they don't call anywhere,

23              especially in U.S., people live inside U.S.,

24              okay, they don't need the product, but they
```

1         know a lot of Brazilian people, a lot of

2         Spanish people use the service, you know,

3         they can sell.  We now require our promoter

4         be the first customer, but for the Spanish,

5         Brazilian market and most those countries,

6         they will be the first customer because they

7         save money; how they not gonna be the first

8         customer, if he spend money on another

9         company, they know pay so much money, they

10        will be the first customer.  Ninety percent

11        of our promoters today is the Spanish,

12        Brazilian, around, you know, they use our

13        service.

14   Q.   Ninety percent of promoters today use the

15        service?

16   A.   I think so because I don't know why they not

17        use because I tell, you know, that's -- if

18        I'm a promoter -- I cannot guarantee that,

19        sorry, I take the 90 percent off because I

20        cannot guarantee, but if I'm promoter, if I

21        call to Brazil, I will use the service; why I

22        use another company, I gotta use the service

23        I believe, I have my passion, you know,

24        that's what I do.  In my case in my personal,

1          that's what I done before, that's how I will

2          do if I'm a promoter.

3     Q.   And does TelexFREE define a customer as

4          someone -- how does TelexFREE define what a

5          customer is?

6     A.   When the customer go on the Web site and

7          he'll sign up for the service.

8     Q.   So are -- when we say 10 customers, does that

9          mean 10 separate log-ins?

10    A.   Exactly; cannot be one customer -- 10

11         customer be the same log-in, have to be

12         different log-in.

13    Q.   But could it be the same customer with

14         different log-ins?

15    A.   We not allow on our -- we try not allow on

16         our system.  We have a case a customer want

17         buy for the family, you know, some customer

18         want buy for their mom or uncle or something,

19         but what we try, especially on new one, we

20         try not -- we try prevent people, you know,

21         not be their own customer, that's what we try

22         prevent on our system and we've never --

23    Q.   That's nowadays?

24    A.   Exactly.  And very restrict in our company

73

1          and we try to be better every day to try --

2          those guys try make money in our company and

3          not do the right way, okay, we try and make a

4          lot of restriction in our -- when people sign

5          up, this is not happening.

6     Q.   The structure that you described with the 10

7          customers and the five customers, that was

8          recently changed, right?

9     A.   That recently changed.

10    Q.   And what was the change?

11    A.   First because we have a new product --

12    Q.   I'm sorry, when was it changed?

13    A.   March 9.

14    Q.   Okay, and then why was it changed?

15    A.   Why is it changed, we going to bring two new

16         product on the board, okay, one is Telex

17         Mobile and the way we change, we cannot sell

18         a package in Telex Mobile, okay, that's one

19         of the reas and then we think about, okay,

20         instead of buy package, you know, why we not

21         request to sell those before, buy the

22         package, and that make easy for us because

23         the new product will come aboard and to tell

24         the true, you know, a lot of people don't

74

1    understand the business we do and we try

2    quiet those people down, you know, and we

3    think the way we do now people will

4    understand better our business because we get

5    a hammer everywhere.  We get a hammer in

6    Brazil, got a hammer in Portugal, and here,

7    that's why I'm here today, you know, and we

8    try to be -- it's very hard for us explain

9    what I explain to you here outside because

10   I'm not there, you know, and then we try

11   be -- nothing wrong what we done before, but

12   we try show the people the company want

13   customer.  The company is not here to bring

14   agent aboard, we want to bring customer

15   aboard; that's one of the big reas we change

16   our comp plan and the way big companies do

17   out there like Herbalife or Avon or

18   something, you know, try, okay, bring 10

19   customer, you be a promoter, now you maintain

20   you five customer, you know, always we ask a

21   customer, customer, customer.  We ask a

22   customer before but to buy a wholesale

23   package and because a lot of question about

24   we decide to change; not only because that,

75

```
 1              it's more because the product and we think

 2              that our promoter make more money the new

 3              company we are and the old one.  I see more

 4              money there for our promoters, that's why we

 5              change.

 6         Q.   Under the old system did TelexFREE have a way

 7              of keeping track of how many 99 TelexFREE

 8              customers --

 9         A.   Oh, yes, actually February we track was about

10              11 million minutes our customer use and over

11              five -- I think it was 580 customer, retail

12              customer, we talk about retail customer, we

13              don't talk about any --

14              MR. BERTHIAUME:  580?

15         A.   580 thous or more.

16              MR. BERTHIAUME:  Thousands?

17         A.   And the customer paid TelexFREE99 49.90.

18         (BY MR. LEONE)

19         Q.   And when you say retail customers, are those

20              people that just use the 99 TelexFREE product

21              or could those also be people who are

22              promoters and using the product?

23         A.   There can be some, but I believe most peoples

24              retail customer come outside and use our
```

1       service.

2   Q.  From that number that you've given, 580,000,

3       is there a way to determine how many people

4       out of that 580,000 only use the 99 TelexFREE

5       product?

6   A.  That's all use only the 99 TelexFREE product.

7   Q.  But I believe you just said that the 580,000

8       also includes promoters who may use the 99

9       Telex --

10  A.  I don't think so.  This is a retail customer.

11      Okay, if the promoter -- remember I said to

12      you that everybody have to be a customer; if

13      the promoter want be the first customer, they

14      can go there and sign up for be a customer.

15  Q.  So that 580,000 number could include

16      promoters who have signed up?

17  A.  Could include promoter, yes.

18  Q.  And do you know if it includes promoters?

19  A.  Of course, I think some those customers is

20      promoter.

21  (BY MR. O'HARA)

22  Q.  The 580,000 retail 99 TelexFREE packages that

23      were sold in February 2014, that's the total

24      amount of 99 TelexFREE packages that were

77

1       sold in that month?

2   A.  That month.

3   Q.  Okay, now, could you --

4           MR. BERTHIAUME:  Well, is that -- I want

5       to make sure we're saying the same thing.

6       Are we necessarily saying that there were

7       580,000 customer packages sold, new packages

8       sold in February, I mean I believe a

9       significant portion is recurring of the

10      customers that were --

11          MR. O'HARA:  But they buy every month,

12      they have to buy a new --

13          MR. BERTHIAUME:  Correct, but not new

14      customer.

15  A.  Not new customer; we have recurring customer

16      pay every month and we have a new customer.

17      I think -- I don't remember if I look at

18      that, but I think 70 percent was -- 70 or 60

19      percent was recurring customer pay every

20      month.

21  (BY MR. O'HARA)

22  Q.  Okay, so let's just say it a different way,

23      maybe this will be more clear for the record,

24      in February 2014 there were about 580,000

78

```
 1              accounts using 99 TelexFREE?
 2     A.    Paying the 49.90.
 3     Q.    They paid 49.90?
 4     A.    Exactly.
 5     Q.    Okay.
 6     A.    And the quest you guys have can be some agent
 7           bought this 49.90 and use like a customer, I
 8           say yes, can be some agent but I guarantee to
 9           you guys most our customers, it's a retail
10           customer.
11     Q.    And could you look at these 580,000 accounts
12           and determine which account belongs to a
13           promoter versus --
14     A.    It's hard to look because first of all it's a
15           different log in, you know, it's very hard to
16           know if it's a promoter or is a customer,
17           okay, let's put it this way, for us it's a
18           customer; they use, they pay, okay, and 11
19           million minutes there, we see the 11 million
20           minutes use, okay, for us don't make
21           different if it's a promoter or if it's a
22           different customer.  We have 580 customer, 80
23           thousand customer and we have 11 million
24           minutes use, okay; for us it's good for our
```

79

```
 1              company, it was a very good margin, you know,
 2              we see people use our service, it's not
 3              something people buy and not use, you
 4              understand, that's what for us is important.
 5    Q.        Of the 580,000 99 TelexFREE accounts in use
 6              in February 2014 approximately what
 7              percentage of those customers paid cash -- or
 8              paid directly to TelexFREE as opposed to
 9              having their agent pay for them?
10    A.        That's a hard because -- probably -- I don't
11              know.  I cannot guess.  I have to look that.
12    Q.        Yeah, you couldn't even approximate based on
13              historically how much?
14    A.        I never look.
15    Q.        Never look, okay.
16    (BY MR. NEELON)
17    Q.        Mr. Wanzeler, earlier you testified that
18              TelexFREE keeps a list of just retail
19              customers, correct?
20    A.        They have a name, retail customer and they
21              have promoters.
22    Q.        Right, two separate lists, correct?
23    A.        Two separate lists.
24    Q.        So would it be possible to compare the names
```

80

```
 1            on those lists to determine how many sales

 2            are made --

 3       A.   It is, but you never take a hundred percent

 4            of that, you know, because how many Joao

 5            Silva are in U.S., okay, it can be --

 6                 MR. BERTHIAUME:  How many what?

 7       A.   Joao Silva, same name, it's hard.  Let's put

 8            it this way, if there's a Carlos Wanzeler, I

 9            can compare it because name Wanzeler is very

10            hard name and I never find one inside U.S.,

11            only mine, okay?  I easily can go there and

12            compare it, okay, this is a promoter, is a

13            customer.  But in another way I don't see how

14            we can found out.

15       (BY MR. NEELON)

16       Q.   Could you also compare addresses?

17       A.   We can; be hard, believe me, it's 580,000,

18            can you think about go each one of them and

19            compare them, that would take about one year

20            from now to compare those.  That would be

21            very hard.  But, guys, what I try to say

22            here, it's a customer use our service, for us

23            if it's promoter, a customer outside, people

24            use, was 11 million minutes, somebody use 11
```

81

| | |
|---|---|
| 1 | million minutes because they like the |
| 2 | product, it's not something, you know, we not |
| 3 | have a product, we not have a service there, |
| 4 | you know, that's what I want to be up front |
| 5 | to you guys; if there's a promoter who's a |
| 6 | customer, I guarantee to you there's a lot of |
| 7 | retail customer there, but for us don't make |
| 8 | a difference. |
| 9 | (BY MR. LEONE) |
| 10 | Q.   Do you have any figures for prior to |
| 11 | February; how about January, how many |
| 12 | customers did you have then? |
| 13 | A.   I have their -- actually, it's about -- we |
| 14 | grow about 30 percent, 20 percent every |
| 15 | month; every month we grow like 20 percent or |
| 16 | 30 percent.  If you minus 20 percent there, |
| 17 | that's what I think was in January. |
| 18 | Q.   How about a year ago? |
| 19 | A.   A year ago, that's what happened; our company |
| 20 | start in Brazil, okay, grow, grow, grow, grow |
| 21 | to June. |
| 22 | MR. BERTHIAUME:   To grow, grow, grow to |
| 23 | what? |
| 24 | A.   To June 2013. |

82

1      (BY MR. LEONE)

2      Q.    June?

3      A.    Exactly.

4      (BY MR. NEELON)

5      Q.    This is TelexFREE in Brazil?

6      A.    TelexFREE, yeah.

7             MR. BERTHIAUME:  Wait a minute, are we

8        talking about Ympactus or are we talking

9        about TelexFREE Inc., I just want to make

10       sure we're all talking the same --

11     A.    That's Ympact because TelexFREE Ympactus

12       start in Brazil.  They use our name brand and

13       bring a lot of customer, right.  We see the

14       grow there and we see the drop because the

15       only TelexFREE U.S. use, then we see grow

16       again, grow, grow, grow, up to today.  Then

17       we see about 10/20 percent, you know, grow

18       every month.

19     (BY MR. LEONE)

20     Q.    So coming back to my question, a year ago do

21       you know how many TelexFREE users only used

22       the 99 TelexFREE program?

23     A.    Yeah, I know that.

24     Q.    And how many?

83

1     MR. BERTHIAUME:  Off the top of his

2   head?

3 A. I don't know from top head, but I can get the

4   number for you.

5 (BY MR. LEONE)

6 Q. Would it be less or more than 580,000?

7 A. Oh, less.

8 Q. Could you guess?

9 A. I can't.

10 Q. Okay.

11 A. I need to look.

12 Q. Okay.  All right, moving forward, does

13   TelexFREE have a Web site in the U.S.?

14 A. Our Web site is international; it's U.S., all

15   worldwide.

16 Q. So the same Web site is used around the

17   world?

18 A. Same Web site everywhere.

19 Q. What is that Web site address?

20 A. TelexFREE.com.

21 Q. When was that Web site created?

22 A. 2012.

23 Q. Who created the Web site?

24 A. I did.

84

```
 1      Q.   Who drafted the content that existed on the

 2           Web site in 2012?

 3      A.   What do you mean?

 4      Q.   So the Web site had information on it; is

 5           that right?

 6      A.   That was the Brazilian Ympact down there;

 7           everything was done --

 8                MR. BERTHIAUME:  Just Ympactus,

 9           Y-M-P-A-C-T-U-S?

10      A.   Yes, everything was designed by Ympact in

11           Brazil on the Web site.

12      (BY MR. O'HARA)

13      Q.   So Ympactus created the Web site that

14           TelexFREE uses?

15      A.   Yes.

16      Q.   Is that -- who at Ympactus created the Web

17           site?

18      A.   Bruno Cardosa.

19      Q.   And did he do it by himself or did he have

20           other people helping him?

21      A.   He did it by himself that time.

22      (BY MR. LEONE)

23      Q.   Did you give Bruno information to put on the

24           Web site?
```

85

```
 1    A.    No, they done it all there because Carlos

 2          Costa give all the information what they need

 3          to put up there.

 4    (BY MR. O'HARA)

 5    Q.    So Carlos Costa was in charge of the content

 6          on the site?

 7    A.    Exactly.

 8    Q.    I think you said earlier in your testimony,

 9          this is just going to a slightly different

10          topic, that 2012 you made a decision or your

11          company, I guess Brazilian Help made the

12          decision to move the advertising from

13          television-based to Internet-based, right?

14    A.    Mm-hm.

15    Q.    Was that your idea?

16    A.    That was idea with Costa when he's call me

17          that time 'cuz he have more experience with

18          the Internet basis than me.

19    Q.    Can you just tell us how that idea to change

20          directions in --

21    A.    Yeah, he's --

22                MR. BERTHIAUME:  Just let him finish.

23                THE WITNESS:  Okay, sorry, go ahead.

24    (BY MR. O'HARA)
```

86

```
1    Q.   So can you just tell us how that decision to

2         change direction in the marketing took place?

3    A.   The decision was that he call me and he say,

4         "Carlos, I know you spend a lot of money with

5         the TV advertisement and I have a good idea

6         here.  If we do this over the Internet, you

7         know, you can get much more customer and you

8         do the TV advertisement now."  That's what

9         the idea was about.

10   Q.   Okay, and when did you first meet Carlos

11        Costa?

12   A.   2005.

13   Q.   And how did you meet him?

14   A.   He's come an agent on Diskavontade Brazil.

15        Actually, he's agent for Herbalife, too, he

16        have a very good experience on the network

17        market.

18   Q.   So you first met him through your company --

19   A.   Through my company, he was my top agent in

20        Brazil.

21   Q.   Okay, you didn't know him before he came to

22        your company?

23   A.   Oh, no.

24   (BY MR. LEONE)
```

1    Q.   How did he find out about your company?

2    A.   Because he's already know Diskavontade before

3         and he's work for another company up there

4         and one day when he's left I said to him,

5         "You know, Carlos Cost, one day if you come

6         to my company I want work together with you

7         because I know you very hard work."  You

8         know, then he's have this good idea then he's

9         come back in 2012, let's work together.

10   Q.   My question is how did he find out about

11        Diskavontade to become an agent?

12   A.   Because he was a -- oh, that was in Brazil;

13        in 2005 we start sell our plan in Brazil and

14        he's work for Herbalife in that time, I

15        think, and he saw my company, you know, and

16        he's come -- and he's call my company,

17        someone in my company in Brazil and he's went

18        down there, he's say he's want speak direct

19        with me and that time I was in U.S., then I

20        went down because he's was big agent, you

21        know, very good agent, then that's how he

22        started be agent in Diskavontade in Brazil.

23        Then he's left, work for another companies,

24        and then he's -- I give him the opportunity

88

```
 1           because he's very good agent, was my mistake,
 2           I lost him at that time because I have one of
 3           my employee don't understand how network work
 4           and always was conflict my employee with him
 5           and he's left from my company and that time I
 6           feel so bad because, you know, I lost a very
 7           good agent.  Then I called him that time and
 8           say, "Carlos, one day if you come, we do
 9           something together because you are hard
10           work," and I see him work on other companies
11           there, the company only don't pay him much,
12           you know, that guy was great, very
13           experienced guys and he's work like a company
14           Pronto-tel, something like that.  He's build
15           everything, all the idea on Pronto-tel and I
16           don't see -- I see -- they only make money,
17           he's not making nothing and I said to him,
18           "One day you come to me again, we do
19           something together 'cuz I know you very smart
20           man."  And he's come to me in 2012 and we
21           done a business.  Thanks God and thank the
22           hard work he's done.
23      Q.   Had you been in contact with him?
24      A.   Carlos Cost?
```

89

1    Q.   From 2005 to 2012?

2    A.   Every day.

3    (BY MR. O'HARA)

4    Q.   Even when he wasn't part of Diskavontade?

5    A.   No, because he's a part of Ympactus.

6         Ympactus, the business for TelexFREE in

7         Brazil.

8    Q.   When was Ympactus created?

9    A.   2012.

10   Q.   2012, yeah, so you said that -- or I think I

11        heard you say that Carlos left

12        Diskavontade --

13   A.   Diskavontade --

14   Q.   -- at some point --

15             MR. BERTHIAUME:  Just let him finish.

16   (BY MR. O'HARA)

17   Q.   So at some point Carlos left Diskavontade; is

18        that correct?

19   A.   Yeah, it's about two thousand sev or 2008.

20   Q.   So between 2008 and 2012 were you in contact

21        with Carlos Costa?

22   A.   A couple of times I just talk with him, see

23        how he's doing or something; then he's back

24        again in 2012.

90

1    Q.   And did he make contact with you or did you

2         make contact with him?

3    A.   He's call me.

4    Q.   And what did he call you for?

5    A.   Because he's believe in the product we have,

6         very good product, you know, and he's believe

7         the idea he's have with our product, you

8         know, he's can sell a lot, you know, and that

9         was true, that's what happened.  And then

10        he's just bring the idea what's he have about

11        TelexFREE and then we built.

12   Q.   Okay, and when he talked -- in your response

13        you used the term "our product," are you

14        referring to Diskavontade's product?

15   A.   TelexFREE99.

16   Q.   TelexFREE99, so --

17   A.   It's already exist in the Diskavontade today.

18   Q.   Okay, so there was a product that

19        Diskavontade sold that was called

20        TelexFREE99?

21   A.   Yeah, we put a name TelexFREE99.

22   Q.   Okay, and when did you create that product?

23   A.   2012.

24   Q.   2012, okay, so you created it or you

91

1          rebranded a product?

2     A.   The name was Diskavontade, but that's what

3          the main name we sell for 49.90; because it's

4          different company, we want make something new

5          and we brand-name for TelexFREE99.

6     Q.   Same product, new name?

7     A.   New name.

8     Q.   Got it, okay.  So then Ympactus was --

9     A.   Sorry about that, guys, my English sometimes

10         I confuse.  I'm going to try to be slow.

11              MR. LEONE:  If you don't understand any

12         of the questions that we ask in English we

13         can use the interpreter, so just let us know.

14              THE WITNESS:  No, no, I understand

15         everything.

16              MR. O'HARA:  I talk fast, too, so ask me

17         to repeat the question.

18              THE WITNESS:  I want everybody here be

19         clear, no confuse, and you guys know what...

20    (BY MR. O'HARA)

21    Q.   So Ympactus was created in 2012?

22    A.   2012.

23    Q.   And was TelexFREE also created in 2012?

24    A.   Yes, that's the Ympactus.

92

```
 1              MR. BERTHIAUME:  Well, when you said

 2         TelexFREE --

 3    (BY MR. O'HARA)

 4    Q.   TelexFREE in the United States?

 5    A.   Yeah, TelexFREE, I have a company called Comm

 6         Cents Communication.

 7              MR. BERTHIAUME:  Common?

 8    A.   Common Cents Communication.

 9              MR. BERTHIAUME:  Common Cents, C-E-N-T-

10         S, Communications.

11    A.   Okay, got it, okay.  For since 2002; what I

12         did in that time, we already have a company

13         created, we use that company and just change

14         Comm Cents Communication to TelexFREE

15         International.  Because we already have that

16         company open, we use the same company.

17    (BY MR. LEONE)

18    Q.   Going back to the TelexFREE Web site, is that

19         Web site accessible to the public?

20    A.   Yes.

21    Q.   And is there also a nonpublic portion of that

22         Web site?

23    A.   I think so, right, everybody can access the

24         Web site.
```

Lee & Associates * Certified Court Reporters * (781) 848-9693

93

1    Q.   But is -- there's also a back office, right?

2    A.   Oh, the back office it's for TelexFREE only

3         for our employees; that's not for the public.

4    Q.   Okay.

5    A.   You talk about the Web site or you talk about

6         the back office?

7    Q.   So there's a difference; is that right?

8    A.   There's two different; the Web site when the

9         customer go there and sign up for the

10        service; back office what we keep track for

11        everything we have, payment, everything.

12            MR. LEONE:   I'd like to introduce a two-

13        page exhibit containing a screen shot of the

14        TelexFREE back office.

15            THE WITNESS:   Sure.

16            **(Whereupon, Exhibit No. 1, Screen Shot**

17        **of TelexFREE Back Office, was marked for**

18        **identification.)**

19            MR. LEONE:   Mr. Wanzeler, just take a

20        moment to review that, please.

21               (Witness views document.)

22            THE WITNESS:   I'm ready.

23    (BY MR. LEONE)

24    Q.   Have you had a chance to review this

94

```
 1              document, Exhibit 1?

 2      A.      Exhibit 1, yep.

 3      Q.      And have you had a chance to review it?

 4      A.      That looks to me is the back office for our

 5              agent.

 6      Q.      Okay, what I'm asking you is just have you

 7              had a chance to review the exhibit?

 8                  MR. BERTHIAUME:  Have you had a chance

 9              to look at it?

10      A.      Yes.

11      (BY MR. LEONE)

12      Q.      And could you describe the exhibit?

13      A.      This is a TelexFREE back office.

14      Q.      And does the back office always look as it

15              appears in this picture?

16      A.      It look like -- it's hard to know because a

17              lot of people -- I found some fraud before,

18              people make the same Web site we build, you

19              know.  The first thing I look, I look here,

20              what does the printscreen.com; this is not

21              TelexFREE.com.  How are you -- what's this

22              Web site here?  This is look like not come

23              from us.  Printscreen.com, it's supposed to

24              be TelexFREE.com here.
```

95

1    Q.   Okay, so if you were on a computer and you

2         were looking at this back office, it would

3         say TelexFREE.com?

4    A.   Yeah, the first thing I look on the top, you

5         know, what's the address.  The address I look

6         here, I cannot say this is mine because the

7         address is not TelexFREE.com.

8    Q.   Okay, but does this --

9    A.   But does look the same.

10   Q.   It looks the same, okay.

11   A.   Yeah.

12   Q.   Okay.  And would this be a promoter's back

13        office or a customer's back office?

14   A.   Promoter's back office.

15   Q.   And why would it be a promoter's back office?

16   A.   Because I can see here they can see the

17        network left and right to see the balance,

18        they can do the balance; I can see the date

19        there, the sign-in on the side, user name and

20        a password; see here date the four, eight,

21        that's exist.

22             MR. BERTHIAUME:  Four, three, is that

23        what --

24   A.   Four, three, right, it's very small.  Yeah,

96

1          can see advertisement, reports, you know,

2          that's what they do, they advertise the tree,

3          they can see everybody under them, the

4          statement; customer cannot see that, that's

5          the back office for the agent, for the

6          promoter.

7    (BY MR. LEONE)

8    Q.   And how would the customer's back office

9          look; what would be on that back office?

10   A.   Customer's going to be home, probably like

11         register your cell phone, you know, or your

12         password or invoice, that's all; it's not

13         much information.

14   Q.   And are there pictures in the customer's back

15         office?

16         MR. BERTHIAUME:   Icons?

17   (BY MR. LEONE)

18   Q.   Or icons, yeah.

19   A.   It's more pictures, not like everything here,

20         no.

21   Q.   So which icons would be in the customer's --

22   A.   Sometimes we give some information for the

23         customer, we can put some information there,

24         or notify the customer you haven't pay on

97

```
 1           invoice or something like that, but nothing
 2           like advertisement, reports, you know,
 3           there's nothing like that.
 4      Q.   So would any of these icons appear in the
 5           customer's back office?
 6      A.   No.
 7      Q.   None of them would?
 8      A.   None of them, because they don't need that.
 9           It's only -- the customer appear only the
10           place they can register the telephone number,
11           you know, and they can change the password or
12           they can pay the invoice.  If I remember
13           correct, there's only sold me three things
14           that appear there; there's not much.
15      Q.   Would those appear as icons or would those
16           appear just as text?
17      A.   I think just the text on the top, something.
18           I can go ahead and sign up somebody, take one
19           for you guys see, but it's total different.
20      Q.   And do you have your own user name and
21           password for TelexFREE's back office?
22      A.   For promoter or for customer.
23      Q.   For either.
24      A.   No, I don't have, but I can get one for you.
```

98

```
1              I can call our company and get one.

2     Q.    Well, how would you log on right now to get

3           on to the back office?

4     A.    No, I log in like administrator.  I have a

5           log-in as administrator, I don't need to go

6           to the back office for the customer.  I can

7           look there direct as administrator and I

8           don't usually go there because I already have

9           this access and, you know, on the admin site.

10    Q.    What is the admin site, the back office site

11          look like?

12    A.    The admin, the admin everything; it's

13          information, invoice, all the agents, all

14          the -- everything is there.  If I want to

15          look on the back office I don't have to go

16          log in like a promoter, I can go there and

17          click and I can look the back office for each

18          one of my agent, each one of my promoter.

19    Q.    Did someone create the back office?

20    A.    Bruno Cardosa; he's the one done everything.

21          But I'm very impressed because I don't see

22          TelexFREE.com on the top; it's supposed to be

23          HPP what this about, print, this is not our

24          company.
```

99

1        (BY MR. NEELON)

2        Q.   Is this an accurate representation, though?

3             You said they look the same, correct?

4        A.   Yeah, they look the same, but you understand

5             that it's a very -- if you go there in the

6             back office you print that, it have to come

7             my address on the top here, okay, and that

8             would make -- we have a couple of agent have

9             a fraud and people go there and try steal

10            money or something from their back office.

11            The first thing I look, you know, I look

12            where's my address here; you see, the address

13            is not here, that's not us.

14       (BY MR. LEONE)

15       Q.   What other information would you look at to

16            confirm that it was the back office?

17       A.   The most information look for the address.

18       Q.   Any other information?

19       A.   The address is most important because that's

20            what prove the promoters are in our back

21            office; if the information they have does not

22            match, this is somebody else make a fake Web

23            site, same ours, and try do something.  If I

24            go there and I bring it right now in the back

100

```
 1            office, I guarantee to you there's a
 2            TelexFREE.com on the top.
 3       Q.   Stepping back, how would a promoter log on to
 4            the back office?
 5       A.   They have to go TelexFREE.com slash his user
 6            name and above there they have a user name
 7            and password; they can put the user name and
 8            a password and log in.
 9       Q.   And then it would bring them to the back
10            office?
11       A.   Bring them to the back office; even on this
12            one, I don't said this is not our back
13            office, but this address here completely give
14            me a confuse.
15       Q.   I'd like to focus your attention on the
16            icons.
17       A.   Okay, sure.
18       Q.   In the third row, second column, there's an
19            icon, correct?
20       A.   Yes.
21       Q.   Which icon is that?
22       A.   Best Western.
23       Q.   And is there a logo within the icon?
24       A.   Best West logo.
```

101

1    Q.    And what's Best Western?

2    A.    Best West logo that was Ympactus.  Ympact set

3          up agreement with company called Incortel.

4          This company Incortel went to Ympactus say,

5          okay, I have agreement with Best Western so

6          we can build a beautiful -- for you guys

7          because the World Cup, the --

8                MR. BERTHIAUME:  Olympics.

9    A.    Olympus, okay, and what happened there, in 11

10         years you guys, Ympactus, can make double the

11         money and you -- and not make only double the

12         money, but you keep the business.  Incortel

13         would usually do sell shares for a lot of

14         customers, that's Incortel, that's what they

15         do.

16   (BY MR. LEONE)

17   Q.    Can you spell that, please?

18   A.    Incortel, that's I-N-C-O-R-T-E-L, okay?  And

19         what they'd say, okay, you -- Ympactus's

20         money, it's about 31 million and we use about

21         $16 million that time, you invest this money

22         back and I guarantee to you in 11 years

23         you'll make the double money, okay, and you

24         have the build.  And Ympact like the

102

```
 1              investment and invest and Incortel

 2              supposed -- Ympactus say okay, I'm not going

 3              to sell anything, I keep all the rooms

 4              because I want a Best West for the Olympus,

 5              everything, and keep 11 years, okay, you

 6              don't have to set up; Incortel give two

 7              choice for us:  I can sell everything for you

 8              guys and you guys make a 60 million Rio,

 9              okay, before 11 years, or you can go ahead,

10              keep the rooms because already contract with

11              Best West, you know, and do that for 11 years

12              and you have the building, you guys can do

13              whatever you want after 11 years.  And I --

14              and Ympact say okay, let's keep it up for 11

15              years and we make our decision later what we

16              do with the build.  But if you said to me we

17              make double money, it's a good investment,

18              Ympactus' investment.  But this is nothing,

19              already put in here, nothing about TelexFREE

20              International inside West, that's Ympact will

21              make their decision to do that.

22      Q.    This TelexFREE Tijuca icon, would that appear

23            in a U.S.-based promoter's back office?

24      A.    They appear.  What they tried to do, you
```

103

1      know, Ympactus put it right there.  First of

2      all, Ympact want put the name in TelexFREE

3      and we say okay, no problem we use our name

4      in there.  The good thing is they're give

5      more creditbilit for our promoters, okay,

6      TelexFREE is market-based; TelexFREE built,

7      you know, a hotel in Rio de Janeiro, this in

8      the markets is very good for us and for our

9      promoters, more credibilit, that's what they

10     tried to do.  And they try -- in the meantime

11     they'd say, hey, we don't put money in our

12     pocket, okay, we invest and we create a more

13     credibilit for our company, not only in the

14     hotel but the invest their own builder and

15     all, they have their own office up there in

16     Brazil, they always try put money in

17     investment.  I talk about Ympact, okay, to

18     make sure this monies don't go any pocket to

19     anybody; we always invest the money, you

20     know, for -- it's more accurate for the

21     company.  It's better than stay in the bank,

22     right, if money stay in the bank nobody makes

23     money, only the banks make money.  If you

24     have money invest in a property or something,

Lee & Associates * Certified Court Reporters * (781) 848-9693

104

```
 1              that's what the Ympact has done.
 2      Q.      So this Best Western logo was in the U.S.-
 3              based promoter's back office?
 4      A.      Because the back office, it's international;
 5              we don't have a back office for Brazil, for
 6              U.S., or anyone, it's one back office, okay,
 7              to show up for Ympactus in Brazil, it will
 8              show up to here, to Japan, or anywhere in the
 9              world.
10      Q.      That icon, could you click on it?
11      A.      Yes, I can.
12      Q.      And where would that take you?
13      A.      That take to Best Western; actually, the
14              Incortel, what the Incortel do, I think so,
15              I'm not sure.  I'm not click on that, but if
16              they do, they will bring to the Incortel Web
17              site and they explain what Incortel do.  This
18              icon here is only to show to all promoters in
19              Brazil, Ympact want show the company's always
20              want being accurate for TelexFREE; the
21              company's not taking money, not putting in
22              anybody's pocket.  The company bringing
23              investment, that's what the icon give more
24              credibilit.  If you have a company what do
```

105

| | |
|---|---|
| 1 | you want to do; if you buy something, the |
| 2 | company buys something you want show to your |
| 3 | agents, right, that's what they tried to do |
| 4 | here. |
| 5 | (BY MR. O'HARA) |
| 6 | Q.   Who at Ympactus made the decision to enter |
| 7 | this contract with Incortel? |
| 8 | A.   Carlos Costa. |
| 9 | Q.   So was it his sole decision? |
| 10 | A.   Yeah, was his decision. |
| 11 | Q.   And where did -- or did Ympactus have to pay |
| 12 | money to enter into this agreement with |
| 13 | Incortel? |
| 14 | A.   No. |
| 15 | Q.   Okay, so did they -- |
| 16 | A.   What do you mean, Ympact would pay any money? |
| 17 | Q.   Well, did Ympactus have to invest any money |
| 18 | in order enter this deal with Incortel? |
| 19 | A.   Oh, yeah, the Ympact invest 60 million Rio; |
| 20 | it's about $8 million. |
| 21 | Q.   Okay. |
| 22 | A.   Fifty percent for the hotel and they |
| 23 | invest -- actually it was 10 million in Rio, |
| 24 | about $5 million that time, and they pay like |

```
 1              1 million in Rio every month to the contract,

 2              to the two years contract; that was the build

 3              will be done.  And TelexFREE liked that

 4              because the name the hotel will be Best West

 5              TelexFREE, that's will bring our brand name

 6              way up; that was good for TelexFREE.

 7      (BY MR. LEONE)

 8      Q.      When a U.S. promoter went to the back office

 9              how would they know that the Best Western

10              logo didn't apply to them?

11      A.      They look -- when they click that they can

12              see all the information.  They can see that's

13              Incortel information, what Incortel do.  They

14              can see nothing our company, but they can see

15              what the Incortel, what they build, you know,

16              in our company.  They don't see any of that

17              information besides seeing Incortel there.

18              When they click there they direct those

19              agents direct to the Incortel Web site.

20      (BY MR. O'HARA)

21      Q.      Okay, going back to the money that Ympactus

22              was paying under the agreement with Incortel,

23              I think you said they were paying about $1.5

24              million a month?
```

107

```
 1    A.   No, not dollar, they pay 1 million Rio; it's

 2         about $500,000 a month, that's Ympact.

 3    Q.   Yeah.  Where was Ympactus getting the money

 4         to make those monthly payments from?

 5    A.   The profit they make there.

 6    Q.   Okay, so they were paying out of the

 7         company's --

 8    A.   From Ympact company.

 9    Q.   Okay, so the company Ympactus was paying out

10         of their profits?

11    A.   For the profit of what they have.  Actually,

12         we have agreements we can show you guys, the

13         Ympact or something; I don't know if we bring

14         to you guys already, but we have the

15         agreement, everything, we can make sure

16         translator there for you guys or you guys can

17         see how the deal was done, okay?

18   (BY MR. LEONE)

19    Q.   Have you ever had any formal association with

20         Ympactus?

21    A.   What do you mean, sorry?

22    Q.   Are you an owner of Ympactus?

23    A.   I am?

24    Q.   Are you?
```

108

1    A.    Yeah, I was part of that Ympact; when we done

2          in Brazil I was part of Ympact.

3    Q.    What was your ownership interest?

4    A.    It was about 30 percent; actually, I was

5          30 -- sorry, 40 percent me, 40 percent Carlos

6          Costa, and 20 percent Jim Merrill.

7    Q.    Percentage -- go ahead.

8    A.    Ympact in Brazil, yes.

9    Q.    Were those percentages always --

10   A.    Always.

11   Q.    Is Ympactus still operating today?

12   A.    No, because they were shut down by Brazil in

13         June 2013.  I hopefully by next month we be

14         start operate again.  We work hard to get

15         that done because they don't give any chance

16         for us like you guys do today.  They went

17         there, shut us down to try investigate us

18         after that, that's what happen in Brazil and

19         I think they don't -- they can't do anything

20         anymore because we just said to them hey, two

21         option here, let's give the money back to all

22         our promoter because we have enough money to

23         give everybody money back and the result I

24         don't think they can do anything anymore;

109

1         they have to give the money back or

2         something.

3     Q.  Ympactus uses TelexFREE brand name in

4         Brazil?

5     A.  Exactly.

6     Q.  Or used to use it, correct?

7     A.  Yeah, the brand name, that's what they use.

8     Q.  Was there an agreement between Ympactus and

9         TelexFREE Inc. to use the name?

10    A.  Yes, we do.

11    Q.  And who entered into that agreement?

12    A.  Carlos Costa times the company here, like

13        Ympactus times to TelexFREE International; we

14        have two different agreement, like one

15        agreement with the both company.

16    Q.  Could you describe those agreements?

17    A.  I cannot, but I can give to you guys, that's

18        better.

19    Q.  Did Carlos pay any money to TelexFREE to use

20        the logo?

21    A.  Nope.

22    Q.  So Carlos was able to use the Telex -- Carlos

23        Costa was able to use the TelexFREE logo

24        without doing anything?

110

```
1    A.    Because we done that together, he's was the

2          position with the marketplace, I'm the

3          position of the techno, like --

4                MR. BERTHIAUME:  Technology?

5    A.    Yeah, exactly, and Jim, you know, it's more

6          about vendors or something.  Then we start

7          from scratch, you know, TelexFREE was not

8          built before, you know, like I talk about

9          TelexFREE, you know, when we start from the

10         scratch, I know we already have a product or

11         something, but because Carlos Costa already

12         was in Diskavontade and I want bring him and

13         I know he's a hard work, okay, we never ask

14         him a money to do anything.  You come our

15         partner, you know, we do this together from

16         the scratch and I think it was fair enough.

17   (BY MR. LEONE)

18   Q.    Now that Ympactus is, as you say, shut down,

19         what happened to the Best Western contract?

20   A.    Still there because what happened, they stop,

21         okay, the Best West is still a contract but

22         we don't know when we're going to finish,

23         okay.  We still -- couple things still

24         negotiated because Incortel -- actually, I
```

1          went to Brazil a week ago, Incortel have a

2          very good idea come to the government and say

3          okay, TelexFREE already pay 50 percent, not

4          TelexFREE, Ympact's already paid 50 percent

5          of the deal, okay, and then Incortel say

6          okay, let's do this, I want pay another 50

7          percent and finish, okay, and I hope they

8          will accept and they say okay, Ympactus still

9          own 50 percent and we're going to finish the

10         build and Incortel would own 50 percent, you

11         know, and nobody lose money because it

12         stopped, you know, we want this deal done by

13         the Olympus.

14              MR. BERTHIAUME:  Olympics.

15    A.    Olympics, yeah, and we about 99 percent this

16         will happen and it will be build.

17    (BY MR. O'HARA)

18    Q.    Just one other question on Ympactus, I think

19         you said a few minutes ago that you think

20         Ympactus will be operating again in Brazil in

21         about a month?

22    A.    Yeah, because I think because I don't think

23         they have a -- first of all, we give

24         opportunity to them before -- I don't

112

1      think -- the news all over now against Acre,

2      that's what the one state only shot down --

3             MR. BERTHIAUME:  Acre, A-C-R-E?

4   A.   Yeah, that's the only state, it's a -- you

5      know, make decision and shot Ympactus down,

6      okay.  And three months ago we offer Acre to

7      give money back to all our promoter, okay, we

8      have about 600 million in Rios, about $300

9      million, you know, there's already money

10     there, it's about $350 million, you know, is

11     already there to -- we can pay off the

12     promoter.  We found out to give money the

13     money back to our promoters, about 280

14     million Rio, see, we have about almost 700

15     million with them, if we want to give the

16     money back for every one, you know, like

17     bought all those package, let's say 13.75 or

18     whatever, if someone bought those package and

19     not have a chance to sell those package,

20     okay, we want to pay the different or

21     everything they don't sold because the

22     company was shut down.  And two or three

23     months ago we went and said to them -- we

24     always try fight to keep our company, nothing

113

1    wrong, they cannot find anything wrong, you

2    know, we bring the best people we know, no --

3    and figure out we have about 90,000 page, you

4    know, just prove everything's okay there, and

5    we were so tired and we say -- and me and

6    Carlos Costa just think about, you know what,

7    let's do this; if we give all the money back

8    to our promoter, now what we prove, we prove

9    nothing wrong, right, we can give the money

10   back, right, that's what they try accuse us

11   like a Ponzi, okay, if we -- we cannot give

12   the money back if we're a Ponzi 'cuz -- you

13   understand?  Then let's do this, let's be

14   smart, let's say to them we want give the

15   money back for whatever people not get the

16   whole money not sold the package.  And we

17   make the agreement, we send to Acre, okay,

18   and they're back to us, they said okay, I

19   want you guys give the money back, but I want

20   you guys give the full money back since they

21   started.  Said what do you mean full, if

22   somebody already sold those package, okay,

23   why I need to give money back to someone

24   who's already sold those package, you know,

114

1        it's not make sense.  Okay, we want to give

2        money back to whatever who's not sold the

3        package and this go to the news, everything,

4        a lot of pressure with them, we want give the

5        money back, okay.  Actually, a big magazine

6        in Sao Paulo last week, actually, I think I

7        still have it, they come on a page there and

8        say Ympact want to give the money back and

9        they don't want to give the money back and

10       because a lot of -- now the news against the

11       Acre, I don't think they have a choice, give

12       the money back to the people, that's what we

13       want.  And I hope if by the next month

14       everything -- money is back to the promoter,

15       we prove we're okay, we can open Brazil again

16       'cuz that will be big prove we okay.

17  (BY MR. O'HARA)

18  Q.   You referenced I think a figure of like $700

19       million --

20  A.   About 700 million Rio.

21  Q.   Rio, okay.

22  A.   It's 350 million; it's only 280 million to

23       give all the money back to Brazil.

24            MR. BERTHIAUME:  280 million Rio?

115

```
 1     A.    Rio; it's about 100-something-million-

 2           dollars.

 3    (BY MR. O'HARA)

 4     Q.    Now, does Ympactus have 700 million Rio in

 5           bank accounts in --

 6     A.    No, froze with the government.

 7     Q.    But are they in accounts in Brazil?

 8     A.    They're in the account, a government account.

 9           They take from our bank and put in some

10           government account.

11     Q.    Okay, so Ympactus has frozen 700 million Rios

12           in --

13     A.    700 million Rios.

14     Q.    -- Brazil?

15     A.    Exactly.  We have enough to send back and we

16           have enough to -- you know, but I don't

17           think -- I hope -- that's my country, you

18           know, I hope -- that's not the way I don't

19           want to think about; I hope they will give

20           the money back, whatever, you know, and

21           unfroze and know that was big mistake.

22                 MR. BERTHIAUME:  Big mistake that?

23     A.    It was big mistake that froze us in June

24           2013, don't give no chance; that's why I love
```

116

1   America, you know, because you guys work

2   together, you want find out from us, what's

3   the company do, what's happening, not go

4   there and kill the company first, then start

5   find out what the company but after; that's a

6   big different here and in Brazil, that's why

7   I know I love living here 'cuz I can see if

8   there's something wrong I know you guys go

9   there and shut down, but you guys know if not

10  anything wrong then we keep the business,

11  right, that's different in Brazil, lot of

12  politica.  I thought because we have a great

13  product -- a lot of things I think, you know,

14  why we were shut down, because we save people

15  money, you know, a lot of people join

16  TelexFREE99 because I don't know if you guys

17  know, but Brazil was the big expense money

18  people inside to call to cell phone, you

19  know, it's about 80 cents a minute to call

20  inside -- mobile to mobile inside Brazil and

21  we can sell that to 2 cents a minute from

22  U.S. and the VoIP connection, you know, that

23  what can be bigger one; in another way we

24  found out Acre, that state owe about 480

117

1            million Rio, you know, and almost that state,

2            but either way I don't want guess, I hope

3            they give money back for our promoters.  I

4            don't say it -- I can't say anything, you

5            know, to -- sooner or later there's something

6            come, you know, and everyone will know about.

7    (BY MR. NEELON)

8    Q.    Is Ympactus able to operate in other states

9            or because it's been shut down in Acre --

10   A.    They shut down whole Brazil, you know,

11           they're not supposed to do that because only

12           state Acre, that's the first mistake they

13           done, they shut down whole Brazil, not -- and

14           another thing, why they shut down for the

15           customer.  We have thousand and thousand of

16           customer use the product, why they don't

17           keep; our customer paid the 49.90, you know,

18           and shut down the agent program only.  No,

19           they don't give no opportunity to us to keep

20           the business, you know, we ask for can our

21           customer continue pay our company, we need

22           that, right, to survive.  And I thought of

23           something, probably they'll win if we don't

24           have a company inside U.S and pay our lawyers

118

1          up there because that's what we did, you

2          know, we -- from our company in U.S. we paid

3          the lawyers up there till we survive because

4          in another way we got killed, we cannot

5          survive.  How will we survive if everything's

6          froze, you know, we cannot pay lawyer, we

7          cannot do anything, okay, but thanks God we

8          not only Brazil, we around the world and we

9          can continue do business.  That's what

10         happened, that's the truth.

11              MR. LEONE:  All right, why don't we

12         collect Exhibit 1.  The time is 12:48, why

13         don't we go off the record here.

14              **(Whereupon, the parties go off the**

15         **record.)**

16              MR. LEONE:  All right, the time is now

17         1:45 and we are now back on the record.

18    (BY MR. LEONE)

19    Q.   Mr. Wanzeler, what can you tell me about the

20         corporate structure of TelexFREE?

21    A.   TelexFREE corporate structure, we talk about

22         what the company is?

23    Q.   Sure, why don't we start there.

24    A.   Yeah, we have a TelexFREE LLC in Nevada and

| | | |
|---|---|---|
| 1 | | we have a TelexFREE Inc. and we have a |
| 2 | | TelexFREE International we never use 'cuz |
| 3 | | everything comes to LLC and the Inc. and we |
| 4 | | have Ympactus in Brazil, that's construction. |
| 5 | Q. | Do you have an ownership interest in any of |
| 6 | | those entities? |
| 7 | A. | Every one. |
| 8 | Q. | Starting with the LLC, what is your ownership |
| 9 | | interest in the LLC? |
| 10 | A. | Same, 40. |
| 11 | Q. | And the incorporated entity? |
| 12 | A. | Same thing. |
| 13 | Q. | And the international entity? |
| 14 | A. | Same thing. |
| 15 | Q. | And Ympactus? |
| 16 | A. | Yep, all keep the same. |
| 17 | Q. | Has your ownership interest always been 40 |
| 18 | | percent in those entities or has it changed |
| 19 | | over time? |
| 20 | A. | I think just Nevada I have a 50-50 with Jim |
| 21 | | because Carlos Costa is no not here and one |
| 22 | | was Carlos Costa before was Nevada; I don't |
| 23 | | remember.  I think it's 50-50 here in the |
| 24 | | U.S. and 40 in Brazil in the Ympactus.  Sorry |

120

1        about the confuse.

2    Q.   Other than Carlos Costa and Jim Merrill that

3         you've mentioned, does any other person own

4         any other type of ownership interest in any

5         of the TelexFREE entities?

6    A.   Nothing, just me, him, and Carlos Costa.

7    Q.   Has any TelexFREE entity employed the

8         services of any financial professional?

9    A.   No, not that I know.  What do you mean, can

10        you be more clear?

11   Q.   Do you have either -- for example, an

12        accountant?

13   A.   Yeah, we have Joe Graft.

14             MR. BERTHIAUME:  It's Craft, C-R-A-F-T.

15   A.   Joe is J-O-E, Craft, if you can help me

16        spell.

17             MR. BERTHIAUME:  I just did.

18   A.   Okay, he's the accountant.

19   (BY MR. LEONE)

20   Q.   He's the accountant for which entities?

21   A.   For TelexFREE LLC and TelexFREE Inc.

22   Q.   And how long has he been the accountant for

23        those two entities?

24   A.   A year and a half, something like that; since

121

| | | |
|---|---|---|
| 1 | | we started in the U.S., you know, because we |
| 2 | | start in the U.S. I think after July 2013, |
| 3 | | that's how we started grow in the U.S. and I |
| 4 | | think since then he started work with us. |
| 5 | Q. | Did you have an accountant before Joe Craft? |
| 6 | A. | No. |
| 7 | Q. | Who did the accounting for the entity before |
| 8 | | Joe Craft? |
| 9 | A. | Always Joe Craft.  He's done 2012 and he's |
| 10 | | done 2013. |
| 11 | Q. | Any other financial professionals that you |
| 12 | | can think of? |
| 13 | A. | Nope. |
| 14 | Q. | Does any TelexFREE entity produce a balance |
| 15 | | sheet on an annual basis? |
| 16 | A. | All two do balance sheet, Inc. and LLC. |
| 17 | Q. | The Inc. and the LLC produce balance sheets? |
| 18 | A. | Yep. |
| 19 | Q. | Currently who is responsible for compiling |
| 20 | | the incorporated entity's balance sheets? |
| 21 | A. | Joe. |
| 22 | Q. | Currently who is responsible for compiling |
| 23 | | the LLC's balance sheet? |
| 24 | A. | Joe, too. |

122

```
 1    Q.   Has anyone ever -- has anyone else ever been

 2         responsible for compiling the balance sheets

 3         of the Inc. or the LLC?

 4              MR. BERTHIAUME:  When you say

 5         responsible, do you mean participate in or

 6         primarily responsible, I mean there are

 7         just --

 8              MR. LEONE:  Sure, let me try to clarify.

 9    (BY MR. LEONE)

10    Q.   The incorporated entity, has that produced a

11         balance sheet for 2012 and 2013?

12    A.   Yes.

13    Q.   And has a balance sheet been compiled for the

14         LLC in 2012 and 2013?

15    A.   Yes.

16    Q.   Has Joe Craft compiled the balance sheet for

17         the incorporated entity in 2012 and 2013?

18    A.   Yes.

19    Q.   And has Joe Craft compiled the balance sheet

20         for the LLC in 2012 and 2013?

21    A.   Yes.

22    Q.   Is anybody responsible for reviewing the work

23         of Joe Craft?

24    A.   Yes, it's Andrea, it's one I employ in the
```

123

```
 1              office; she's the one do the QuickBooks and
 2              work with Joe Craft do all the numbers.
 3       Q.     What's Andrea's -- could you spell Andrea's
 4              name for the record?
 5       A.     Andrea is A-N-D-R-E-A, her last name is very
 6              complicated, it's Biach, B-I-A-C-H, I think,
 7              I guess, okay, I'm not -- 'cuz it's very hard
 8              name.  She's the one do the QuickBooks in our
 9              office and Joe Craft do all the bookkeeper,
10              you know, and do the tax, everything.  She's
11              the one like make the payment and receive
12              payment.
13       Q.     And is Andrea an employee of --
14       A.     TelexFREE.
15       Q.     Any specific entity within TelexFREE?
16       A.     She is finance department.
17       Q.     Who does Andrea report to?
18       A.     To Joe Craft.
19       Q.     Is Joe Craft an employee?
20       A.     No, he's just an accountant, CPA accountant.
21       Q.     Does anybody supervise Andrea's work?
22       A.     Joe Craft; like Andrea just ent the numbers.
23              MR. BERTHIAUME:  Enter the numbers?
24       A.     Yeah, and Joe Craft review the numbers and do
```

124

```
 1              the tax or whatever.  Actually, we have

 2              another company now because the size our

 3              company, Waterhouse Company; it was a big

 4              company.

 5                   MR. BERTHIAUME:  Price Waterhouse?

 6         A.   Price Water because we get large and we need

 7              them, now we have Price Water review what Joe

 8              Craft do.

 9    (BY MR. LEONE)

10         Q.   Have you ever reviewed balance sheets for the

11              incorporated entity?

12         A.   A couple because that's not my department,

13              you know, Jim actually is a little more aware

14              than me on the QuickBooks or something.  I'm

15              more on technology, like make sure the phones

16              work and Jim is work more with Andrea and Joe

17              with the accounts or something like that.

18              But, yeah, of course I keep track with them,

19              see how our company is doing.

20         Q.   And do you review the -- have you ever

21              reviewed the balance sheets for the LLC?

22         A.   I did; quickly, but I did.

23         Q.   Have you ever identified errors in either of

24              the balance sheets?
```

125

```
 1    A.    No.

 2    Q.    Do any TelexFREE entities produce a profit

 3          and loss statement on an annual basis?

 4    A.    Yes.

 5    Q.    Which entities?

 6    A.    Both TelexFREE LLC and TelexFREE Inc.

 7    Q.    And who is a primarily responsible for

 8          compiling TelexFREE Inc.'s profit and loss

 9          statement?

10    A.    Joe Craft.

11    Q.    And the LLC?

12    A.    Joe Craft.

13    Q.    And has that always been the way it's worked?

14    A.    Always the way it work.

15    Q.    Does Andrea also assist Joe in the --

16    A.    Yes.

17    Q.    And have you ever reviewed the profit and

18          loss statement for either the incorporated

19          entity or the LLC?

20    A.    Yes, I did.

21              MR. LEONE:  I would like to introduce a

22          one-page exhibit titled TelexFREE LLC Profit

23          and Loss with a Bates stamp T-F dash M-S-D

24          0000011.
```

126

```
 1              THE WITNESS:  Okay.

 2              (Whereupon, Exhibit No. 2, TelexFREE LLC

 3         Profit and Loss 2012, was marked for

 4         identification.)

 5              MR. LEONE:  Mr. Wanzeler, if you could

 6         just take a moment to review that, please.

 7              (Witness views document.)

 8              THE WITNESS:  Okay, again, that's not my

 9         area, but I can try helping, question me if I

10         can respond.

11    (BY MR. LEONE)

12    Q.   Okay, so let's start with have you had a

13         chance to review the exhibit, Exhibit 2?

14    A.   Yeah, I did.

15    Q.   Can you just generally describe the exhibit?

16    A.   What I think, what I understand here, income

17         paid through the bank 2 million 445 thous.

18              MR. BERTHIAUME:  He's not asking you to

19         go through specific items.  Do you recognize

20         it to be profit and loss statement for

21         TelexFREE LLC for 2012?

22    A.   I recognize that, yep.

23    (BY MR. LEONE)

24    Q.   And is there a date range that's listed here?
```

1    A.   I think January to December 2012.

2    Q.   And towards the bottom of the Exhibit 2 is

3         there a date listed there?

4    A.   February 25, 2014, that's what -- I think

5         that's when they print this page.

6    Q.   And are there words that follow the date?

7    A.   Cash base.

8    Q.   What's your understanding of cash basis?

9    A.   That's what left to the company.  I'm

10        sorry --

11            MR. BERTHIAUME:  If you know.

12   A.   I don't know, okay, I'm not very like good

13        with the...

14   (BY MR. LEONE)

15   Q.   Mr. Wanzeler, as we move forward, all the

16        questions I'm going to ask are going to be on

17        an if-you-know basis; if you don't know, tell

18        me you don't know.

19   A.   Okay.  I don't know.

20   Q.   Have you seen this document before?

21   A.   I think I remember seeing something 'cuz I

22        think we sent to you guys and they send to me

23        to review.

24   Q.   Who sent it to you to review?

```
 1    A.   No, like when we do the subpoenas, the
 2         documentation, and they send me to review,
 3         you know, to answer the question for
 4         subpoenas and I see this document.
 5    Q.   Okay.
 6    A.   But this is -- again this went more to Jim
 7         and Joe because they understand better than
 8         me.
 9    Q.   Who is primarily responsible for compiling
10         the data that's on this Exhibit 2?
11    A.   Jim Merrill, Joe, and Andrea.
12    Q.   Do you see a line item that reads income from
13         Ympactus?
14    A.   Yes.
15    Q.   And is there an amount or figure that's
16         listed to the right of that?
17    A.   11,000,869, that's what I see here, yep.
18    Q.   The word Ympactus, do you know what that's
19         referring to?
20    A.   Just one thing I know, no money come from
21         Ympactus to U.S., never come.  I know
22         Ympactus owe some money but I don't know how
23         much.  Okay, again, I don't know what this
24         about, but I know Ympact owns some money but
```

129

```
 1          never --
 2                  MR. BERTHIAUME:  Ympact owes some money?
 3     A.   Yeah, Ympact, I think Ympact owes from about
 4          2012, 2013 it's about 200-and-some-thousand
 5          dollars, $200 million, something like that,
 6          200-something; I don't remember because I
 7          remember when Joe show it to me, that's what
 8          Ympact supposed send to our company to pay
 9          termination, all those customer use up there,
10          that was never sent because they close up
11          there.
12     (BY MR. LEONE)
13     Q.   And so the record is clear, the figure to the
14          right of Ympactus, could you state that
15          fully, please?
16     A.   11,869,444.93.
17                  MR. BERTHIAUME:  Ninety-three cents.
18     A.   Yeah, you want I do it again?
19     (BY MR. LEONE)
20     Q.   No, that's fine.  Do you know what that
21          number represents?
22     A    That represent the amount termination with
23          the customer use in Brazil.
24     (BY MR. O'HARA)
```

130

1    Q.   What do you mean when you use -- phrase

2         "amount termination"?

3    A.   Yeah, because we use TelexFREE99 Brazil,

4         they're supposed to pay TelexFREE

5         International for what they use; they never

6         send, they never pay what the customer use

7         because every termination, everything, it's

8         paid by U.S., it's not up there.  What I --

9         when the contract between Ympact and

10        TelexFREE, I think Ympact make a 10 percent

11        commission with everything happen with -- I

12        not remember for sure, but I think that's

13        what it is.  But they never send any money to

14        here.  I think this is correct.

15   (BY MR. LEONE)

16   Q.   Do you see a line item later on down on the

17        sheet under expenses that reads agent

18        commission paid through system; do you see

19        that?

20   A.   Yeah, I see that.

21   Q.   What does that mean?

22   A.   That I think is as the agent we pay a

23        commission inside U.S. and international, not

24        Brazil; this does not include Brazil.

131

1    Q.   What does the word system mean?

2    A.   Oh, through the system, that mean the agent

3         pay commission inside the syst, it's like

4         instead they'll request the money, they pay

5         inside the system to new customer like I

6         explained this morning or new agent come

7         aboard, new promoter come aboard, instead

8         somebody pay with a credit card, they pay

9         inside the system, we call like a bones,

10        that's what we call on our system.  Like the

11        monies never come from credit card or any

12        bank account, everything was paid inside

13        TelexFREE system.  The money went inside

14        TelexFREE system and paid invoice inside

15        TelexFREE system.

16   Q.   Is that considered to be an expense of the

17        company?

18   A.   Oh, yes, because we have to declare that,

19        that's money come to the company and money

20        pay out and we have to send 1099, everything,

21        that's what the -- that's what's supposed to

22        be done.

23   (BY MR. O'HARA)

24   Q.   So you send a 1099 to a rep even if they

132

```
 1              don't take money out of their --
 2    A.   Oh, yeah, I have to send 1099 for every month
 3         they seat inside our company; does not matter
 4         if it come to our bank or it stay inside the
 5         system and we pay all the tax.
 6    (BY MR. LEONE)
 7    Q.   When you say it's all within the system, who
 8         controls that system?
 9    A.   It's automatic control by our program.
10    Q.   But TelexFREE's program?
11    A.   TelexFREE program.
12    Q.   And who calculates the commissions?
13    A.   The system; it's automatic on the system,
14         calculate the commission; everything is
15         there, it's automatic.  We cannot do, it's
16         millions of people.  The sister have to be a
17         good sister to calculate it well.
18    Q.   The system, right?
19    A.   Yeah, the system.
20    (BY MR. O'HARA)
21    Q.   For all of the money that hasn't been taken
22         out, I guess that's in the back of office of
23         a representative of TelexFREE, that's
24         essentially the amount they've earned in
```

133

```
 1              dollars, right?

 2    A.   Yes.

 3    Q.   Okay, U.S. dollars?

 4    A.   U.S. dollars.

 5    Q.   For all those individuals that haven't taken

 6         their money out of Telex, is that back office

 7         money, is there a bank account of TelexFREE

 8         somewhere?

 9    A.   It's like they have a bank account inside his

10         back office; like I said before, they can

11         request the money and we pay through the bank

12         or if they be able to pay invoice inside our

13         system for another promoter come on board or

14         for a customer or anything they want, they

15         can pay invoice inside our system, but that's

16         the money they won by commission, residual,

17         and that's why I have to say I have to

18         declare that money, not only the money go to

19         the bank, but the money they earn for our

20         system.

21    Q.   Okay.  But when an agent is paid by TelexFREE

22         but it's, you know, credited to their back

23         office account --

24    A.   Yeah, let's say if the agent sold 100
```

134

```
 1              TelexFREE99, he make $4,990, okay, and that
 2              $4,990 appear on his back office, okay, he
 3              have that money; the agent can request that
 4              money or the agent can go ahead and say, " I
 5              want to come aboard like association.  I want
 6              to pay $149."  They say, "Okay, I have money
 7              here in my back office, give them the cash
 8              and I pay here in my back office."
 9     Q.      Yeah.
10     A.      Okay, and they pay the money in the back
11              office.  Or like a customer come on board and
12              say, "Okay, I want to use TelexFREE99 but I
13              don't have a credit card."  And he's go ahead
14              and say, "Okay, I have money here, I have
15              $4,990 and, okay, I can pay your invoice here
16              inside the back office."  Like I said, just
17              try explain to you, all this money for our
18              company does not matter, it looks like a bank
19              account; I want -- the company wants to
20              declare everything because either inside our
21              system or outside our system come to the
22              bank; that's why you see here paid inside the
23              system; some companies don't do that, some
24              companies think about, okay, this is inside
```

135

```
 1            the sys why we got to show up to the tax, but

 2            we want show to the tax.  We want to pay all

 3            the tax we -- the money coming or come out,

 4            doesn't matter if it come from bank or come

 5            or paid by inside our system.

 6       Q.   Yeah, I think I understand that clearly now.

 7            So when TelexFREE credits an agent's back

 8            office does it set actual money aside

 9            somewhere else in case the agent wants to --

10       A.   Yeah, that's their money.

11       Q.   That's their money?

12       A.   Yeah, they see the residual income inside the

13            sys, they can do whatever they want; pay

14            invoice, request money, or whatever they

15            want.

16       Q.   Yeah, but I'm wondering, I just want to know,

17            I mean how did that -- I mean does TelexFREE

18            then set money, actual dollars aside in some

19            other bank account?

20       A.   It's like a bank account, you know, the bank

21            statement, every time you sell something we

22            place a commission or residual on the bank

23            statement; every time you pay something you

24            see on the bank statement minus you paid the
```

136

```
 1              invoice or what you paid.  It's like same as
 2              a bank statement, like you use your credit
 3              card, like this is a virtual payment but it
 4              looks like when you use your credit card you
 5              look on the bank statement you can see how
 6              much you have there, how much you pay, and
 7              all that's the same thing.
 8         Q.   Okay.
 9         (BY MR. LEONE)
10         Q.   Further down on Exhibit 2 there's the word
11              refund, do you see that?
12         A.   Mm-hm.
13         Q.   What does that word reference?
14         A.   Refund, okay, that's when the agent not
15              happy, you know, with our service we give --
16              anytime they want they can ask for the money
17              back.  And some agent, like $23,000, you
18              know, they say, okay, I want my money back
19              and the company just give the money back.
20              The company only want keep a happy agent,
21              promoter.  Anytime -- in my company procedure
22              anytime they want the money back we give to
23              them.
24         Q.   Under refund there are four subcategories; is
```

137

1           that right?

2    A.     Mm-hm.

3    Q.     One of them reads charged twice; what does

4           that mean?

5    A.     That's one we have an error in our system,

6           sometime they click it twice on the same

7           invoice and they charge twice for the same

8           invoice and then we found that; actual most

9           time we found that, you know, just refund

10          back to the customer.

11   Q.     And below charged twice there's the word

12          fraud, right?

13   A.     Yep.

14   Q.     What does that reference?

15   A.     That's somebody else use a different credit

16          card, somebody else's credit card and try pay

17          inside our system; we found out and we refund

18          the money and we just cancel that call.

19   Q.     That's credit card, right?

20   A.     Credit card, yep.

21   Q.     Going back to the top of those four words, it

22          says chargebacks; do you see that?

23   A.     Yes.

24   Q.     What does that word mean?

138

```
1    A.    Most it's the same thing; sometime we don't

2          have a chance to find out, you know, somebody

3          else see -- use different credit card,

4          somebody else don't know about and they make

5          a chargeback to our company.  A lot of time

6          we found out we give the money back and

7.         sometime we cannot.  We have a couple

8          problems before but we try -- we fix our

9          system, ask for documentation, and prevent

10         that happening.  Now, we work with iPayout

11         and just say our best customer in the three

12         months and oh, we only have about two or

13         three chargeback, you know.  Talk about right

14         now, we pretty good shape right now, but we

15         work so hard before to try and get to the

16         point we are today.

17   Q.    You mentioned a couple of problems back in

18         the past, what --

19   A.    Yes, because people -- our sys does not ask

20         for documentation for credit card.  Now, when

21         we moved to iPayout, they very restrict on

22         documentation.  When somebody pay with a

23         credit card they ask photo ID or something.

24         We don't have that in our system before, you
```

1        know, and when we move to iPayout, you know,

2        everything was resolved.  Thanks God they

3        have very restrict and our chargeback went

4        way down.

5    Q.   That's strict, right?

6    A.   Right, yep.

7        MR. LEONE:  You can keep that exhibit in

8        front of you.

9        THE WITNESS:  No problem.

10       MR. LEONE:  I'd like to introduce a two-

11      page exhibit with the heading TelexFREE LLC

12      Profit and Loss January through December 2013

13      and there is a Bate stamp

14      T-F dash M-S-D 0000004.

15      **(Whereupon, Exhibit No. 3, TelexFREE LLC**

16      **Profit and Loss 2013, was marked for**

17      **identification.)**

18      MR. LEONE:  Mr. Wanzeler, if you can

19      take a moment to review that, please.

20      THE WITNESS:  Yes.

21        (Witness views document.)

22      THE WITNESS:  Okay, I am okay.

23   (BY MR. LEONE)

24   Q.   Mr. Wanzeler, have you had a chance to review

140

1           Exhibit 3?

2     A.    Yeah, I do.

3     Q.    Do you recognize Exhibit 3?

4     A.    I do.

5     Q.    Have you seen Exhibit 3 before?

6     A.    Yeah, I do.

7     Q.    Could you generally describe Exhibit 3?

8     A.    It's almost the same thing on the last one we

9           look, the same 2012, but this January to

10          December 2013 and what quest you have here

11          for this one I can answer for you?

12    Q.    Okay, as with the Exhibit No. 2, is there a

13          date printed at the bottom of page 2?

14              MR. BERTHIAUME:   Next page.

15    A.    Yeah, February 25th of 2014.

16    (BY MR. LEONE)

17    Q.    And is there the same text, cash --

18    A.    Cash base.  Actually, now I start understand

19          more on cash base.

20    Q.    It's cash basis, right?

21    A.    Cash basis, yep.

22    Q.    Who's primarily responsible for compiling the

23          information contained on Exhibit 3?

24    A.    Joe Craft.

141

```
 1    Q.   Did you review this data before it was

 2         finalized?

 3    A.   Yes, I did.

 4    Q.   Do you see a line item which reads income

 5         from Ympactus?

 6    A.   Yes, I do.

 7    Q.   Is this the same Ympactus that's listed on

 8         the January to December 2012 profit and loss?

 9    A.   That's correct; that's the money we suppose

10         receive by Ympact we never receive.

11   (BY MR. NEELON)

12    Q.   So you never received that income?

13    A.   No.   Actually, if you go a little down below,

14         bad debts, that's 1,086 or something, that's

15         why they never pay us.

16   (BY MR. LEONE)

17    Q.   Bad debts?

18    A.   Yep.

19             MR. BERTHIAUME:   186 million.

20    A.   Yep, 186 because I think they put 11 million

21         from the first one and 174 for the second

22         one; that's what I think I understand here.

23   (BY MR. LEONE)

24    Q.   What's your understanding of the word bad
```

142

1     debts?

2  A.   I think it's something we never receive,

3       that's what that mean in English.

4  Q.   And how do you know that Ympactus is

5       responsible for those bad debts?

6  A.   Because that's the amount that Ympact suppose

7       send to us by the agreement we have with

8       them.

9  (BY MR. NEELON)

10 Q.   And you testified that that represented

11      termination costs?

12 A.   Termination costs or the amount -- we talk

13      about the amounts, some setup fees, they only

14      make 10 percent; the $50 set-up fee, they

15      make only 10 percent, the rest have to come

16      to TelexFREE99.  By the way, I think this --

17      we need to review the contract and you guys

18      will understand a little more, but that's I

19      thought about a 180/190 million dollars.

20 Q.   So I think you also testified that Ympactus

21      was shut down in June of 2013?

22 A.   Yes.

23 Q.   So for the first six months of 2013 Ympactus

24      owned 174,183,644.66 to TelexFREE?

143

```
 1    A.   Yes.

 2    Q.   That represents six months' worth?

 3    A.   That's correct.  We never worried about

 4         because we thought this is never going to

 5         happen in Brazil, you know why ask for big

 6         money, you know, to U.S., you know, to the

 7         same owner, we say, jeez, leave the money

 8         there if we don't need.  We never bring $1

 9         from Brazil to here.

10    (BY MR. LEONE)

11    Q.   Staying with Exhibit 3, which is the 2013

12         profit and loss for TelexFREE LLC, do you see

13         line item which reads payroll expenses?

14    A.   Do you see that?  Second page?

15    Q.   Why don't we direct you to the first page

16         down towards the bottom.

17    A.   Okay.

18    Q.   Do you see the word payroll expenses or the

19         words payroll expenses?

20    A.   Yep, payroll reimburse expense, that's what I

21         see some number.

22    Q.   And are there categories that go into payroll

23         expenses?

24    A.   That have to be our employees.
```

144

```
 1    Q.   And is there a total payroll expenses listed
 2         on the next page?
 3    A.   Yep, I think that's employee.  The amount I
 4         see here, 65 thou, I'm sure that's employees.
 5    Q.   And these are employees of TelexFREE LLC?
 6    A.   Yeah, employees TelexFREE LLC.
 7    Q.   How many employees did TelexFREE LLC have
 8         2013?
 9    A.   Over 10, around 10 or whatever.  I don't --
10         it's less than 10.  We use a lot late as 2013
11         because we increased the company but begin
12         probably was about four or five and by the
13         end of the year, over 10; because, again,
14         most of our customer service was in Brazil.
15         It's less money to pay.  We have over a
16         hundred employees in Brazil that time.  Then
17         we have to increase here when Brazil was shut
18         down.
19    (BY MR. O'HARA)
20    Q.   Are the employees in Brazil paid by Ympactus?
21    A.   By Ympactus.
22    (BY MR. NEELON)
23    Q.   So are they employed by Ympactus?
24    A.   Employed by Ympactus.
```

145

```
1       (BY MR. LEONE)

2    Q.   Are they currently being paid by Ympactus?

3    A.   Not now I think 'cuz they're shut down,

4         right, they don't have employees anymore now;

5         they wait for the company open again.

6    Q.   The section payroll expenses, does that also

7         appear on Exhibit 2, January through December

8         2012 for the LLC, the other exhibit?

9    A.   This one here?

10   Q.   For Exhibit 2, which the top reads January

11        through December 2012.

12   A.   Okay, back again.

13   Q.   Is there a line item for payroll expenses on

14        Exhibit 2?

15   A.   I don't see it here.

16   Q.   Did TelexFREE LLC have employees in 2012?

17   A.   Like I say, we have all the employees by

18        Ympact in Brazil, we use them up there in

19        Brazil and we don't need to have anybody

20        here.

21           MR. BERTHIAUME:  There's also Inc.

22   A.   And by that time I use only Andrea here, but

23        she's was a Diskavontade employee, you know,

24        same company, it's my company, and I pay
```

146

```
 1              through Diskavontade.  We have two or three

 2              employees here, but I already pay through

 3              Diskavontade but when TelexFREE is grow, then

 4              we put everybody on the payroll on the

 5              TelexFREE because most employee work in the

 6              TelexFREE, not in Diskavontade.  Someone is

 7              still work part time in Diskavontade and

 8              someone part time in TelexFREE.

 9    (BY MR. LEONE)

10    Q.    Okay, and sorry to switch back and forth --

11    A.    No problem.

12    Q.    -- but let's go back to Exhibit 3.

13    A.    No problem.

14    Q.    On the second page which has Bates No. 5 on

15          it, there is a section called other expenses;

16          do you see that?

17    A.    Yeah, I see.

18    Q.    There is a line item which reads loss on

19          investment; is that correct?

20    A.    Yep.

21    Q.    And which investment is that?

22    A.    I don't know, sorry.  But, again, if we call

23          Joe or somebody know more better in QuickBook

24          they will tell you what they are.  I don't
```

147

```
 1              want to guess, like we talk at begin.
 2         Q.   But you reviewed this exhibit?
 3         A.   I review quick review and like the one I -- I
 4              just want to know the profit of the company,
 5              you know, what's the -- I just go on the last
 6              line, okay, the company is make money, okay,
 7              good; that's what always I done, not on
 8              details.  Actually, on the first time I'm
 9              reviewing the details with you guys.
10         Q.   And did the company make more money in 2013
11              than in 2012?
12         A.   Of course, yes.
13         Q.   What was the total income in 2012?
14              MR. BERTHIAUME:  For LLC as opposed
15              to --
16    (BY MR. LEONE)
17         Q.   For LLC.
18         A.   This is LLC, I think you see here it's about
19              2 million four four five, 1 million 775,
20              that's those two.  I'm not going to count
21              Ympactus because they never pay us.
22              MR. BERTHIAUME:  Are you asking him the
23              net income?
24    (BY MR. LEONE)
```

148

1  Q. I'm asking for total income in 2012 for the

2    LLC.

3  A. If you see the total income was $50 million

4    409; if you look on total income for the

5    2013, $865 million.

6  Q. Roughly, right?

7  A. That's the numbers here.

8    MR. LEONE:  I'd like to collect Exhibit

9    2 and 3, please.

10   THE WITNESS:  If it's not clear, please

11   ask me again and I will respond.  I just want

12   to make sure you guys get clarify.

13   MR. LEONE:  I would like to introduce

14   Exhibit 4, which has the title TelexFREE Inc.

15   Profit and Loss January through December

16   2012.

17   **(Whereupon, Exhibit No. 4, TelexFREE**

18   **Inc. Profit and Loss 2012, was marked for**

19   **identification.)**

20   MR. LEONE:  Mr. Wanzeler, if you could

21   take a moment to review this, please.

22   THE WITNESS:  Sure.

23   MR. LEONE:  It's a one-page exhibit.

24   THE WITNESS:  Okay.

1          (Witness views document.)

2    (BY MR. LEONE)

3    Q.   Mr. Wanzeler, have you had an opportunity to

4         review?

5    A.   I'm ready, yep.

6    Q.   Do you recognize this document?

7    A.   I do.

8    Q.   Have you seen this document before?

9    A.   Yes, I did.  Actually, there was a big

10        question here we gotta declare the tax inside

11        the system, you know, that's I recognize very

12        well and I'd say yes.

13   Q.   So you've reviewed this document before?

14   A.   This one, yes, I did very well.

15   Q.   Who is responsible for compiling this data?

16   A.   Joe Craft.

17   Q.   And did you review this data after Joe Craft

18        compiled it?

19   A.   I did before and after.

20   Q.   The terms that are listed on the 2012

21        TelexFREE Inc. profit and loss sheet, where

22        they also exist on the TelexFREE LLC profit

23        and loss 2012 sheet are they used in the same

24        way; for example, through the system, does

150

```
1            the system mean the same thing here?
2     A.    Same thing.
3               MR. BERTHIAUME:  Do you know?
4     A.    Yep, same thing.
5     (BY MR. LEONE)
6     Q.    What was the total income for TelexFREE
7           Incorporated in 2012?
8     A.    2,834,835.07.
9     Q.    And how about the net income, what was that?
10    A.    Where is the net income?  477,652 and 23
11          cents.
12    Q.    And is there also a gross profit listed on
13          this profit and loss sheet?
14    A.    I'm not sure.
15              MR. LEONE:  Thank you, Counsel.
16    A.    Okay, 2,812,144 and 65 cents.
17              MR. LEONE:  I would like to introduce
18          Exhibit 5, Mr. Wanzeler.  Take a moment to
19          review this.  It has the heading TelexFREE
20          Inc. Profit and Loss January through December
21          2013, and if you could look up after you've
22          looked at that Exhibit 5.
23              (Whereupon, Exhibit No. 5, TelexFREE
24          Inc. Profit and Loss 2013, was marked for
```

1           identification.)

2                THE WITNESS:  Okay.

3                     (Witness views document.)

4                THE WITNESS:  Yep, I remember this very

5           well 'cuz we paid big money on the tax this

6           year.

7      (BY MR. LEONE)

8      Q.   And so, Mr. Wanzeler, have you had an

9           opportunity to review the document?

10     A.   Yep.

11     Q.   Have you seen this document before?

12     A.   I see that before.

13     Q.   Have you reviewed the information on this

14          document before?

15     A.   I done.

16     Q.   Who was responsible for compiling the

17          information contained on Exhibit 5?

18     A.   Joe Craft.

19     Q.   And did you review that information after Joe

20          Craft compiled the information?

21     A.   I did.

22     Q.   Could you just generally describe this?

23     A.   This was the total income was at 325 million

24          dollars 126 548 and 07 cents and 56,195,709

152

```
1         and 54 was paid through the bank; 268,000,930

2         dollars and seven -- five seven 53 was paid

3         inside our system.

4    Q.   You also mentioned taxes; is that right?

5    A.   Yeah, we pay about -- pretty good money this

6         year, I think about $20 million in taxes this

7         year.

8    Q.   Both Exhibit 4 and Exhibit 5, those were both

9         done -- or they both contain the term cash

10        basis; is that correct, down the bottom?

11   A.   Yes, I can see the name here cash base, yep.

12   Q.   I'm not sure if you mentioned this, but what

13        was the total income for the incorporated

14        entity in 2013?

15            MR. BERTHIAUME:  I think he read that

16        one.  He read that.

17   (BY MR. LEONE)

18   Q.   Could you please --

19   A.   I read 325,126,548 and 07 cents.

20   Q.   And does Exhibit 5 also list a gross profit?

21   A.   324,728,811 and 56 cents.

22   Q.   Okay.

23            MR. LEONE:  At this point I'd like to

24        collect exhibit -- Tim, go ahead.
```

153

1              MR. O'HARA:  A couple of questions for

2          you, Mr. Wanzeler.

3              THE WITNESS:  Sure.

4     (BY MR. O'HARA)

5     Q.   On the profit and loss for all of them,

6          actually, we'll just look at the one in front

7          us for 2013, Telex Inc., the category of

8          income, can you go through the different

9          sources of income that would be included in

10         this item?

11    A.   Everything.

12    Q.   Okay.

13    A.   Promoters, setup fee, promoter wholesale

14         package, and retail customer paid.

15    Q.   Okay, and there are two income -- or two

16         categories you associated with promoters what

17         were they?

18    A.   Promoters like when they pay the setup fee of

19         $50.

20    Q.   Okay, and then when they buy the --

21    A.   When they buy wholesale package when they buy

22         the 10 package or the 50 package.

23    Q.   Okay.

24    A.   And the retail customer, that customer pay

154

```
 1         49.90 a month.
 2    Q.   Yeah, okay so those are kind of the three --
 3    A.   That's all three.
 4    Q.   Okay, so that explains these numbers here in
 5         that section.
 6    A.   Exactly.
 7    Q.   And if we look on the 2013 Telex Inc. profit
 8         and loss there is a line item that says
 9         income paid through system and then there's a
10         figure 216,930,757 and 53 cents; if we can
11         then look down with that figure in mind to
12         agent commission paid through system, I
13         believe it's the same figure?
14    A.   Yes.
15    Q.   Can you explain why those numbers are --
16    A.   Yeah, because the number -- if they're paying
17         inside the sys because they make the money
18         inside the system; the same money go out, the
19         same money go in.  If the agent pay, let's
20         say a hundred dollars, if he's pay with the
21         money he's make, it's same money we receive a
22         hundred dollars, same money he's pay; that
23         money is never going to be different.
24    Q.   Okay, and then if the --
```

155

```
 1    A.   Make sense?

 2    Q.   Sure, and then just so I'm crystal clear

 3         here, if an agent is paid initially through

 4         the system and then they take money out of --

 5    A.   If he's paid --

 6    Q.   They turn it into cash, then it doesn't

 7         change anything?

 8    A.   It doesn't change anything, 'cuz if he take a

 9         hundred dollars from the system and pay a

10         hundred dollars, it's the same hundred dollar

11         that match.

12    Q.   Okay.

13    A.   Income and outcome.

14    Q.   Sure, okay, thank you.

15    A.   I like your question, please every question

16         you guys have I just want answer.

17   (BY MR. LEONE)

18    Q.   On Exhibit 5 there's an entry for what

19         appears to be an event; do you see that?

20    A.   When?

21    Q.   In the middle of the page is the word event;

22         do you see that?

23    A.   Yep, okay, that can be one of seminar

24         probably we done; I think Orlando, and we
```

156

1          just -- promoter pays just a small fee just

2          for help the company because we done a lot of

3          like event.

4     Q.   And you had an event in Orlando?

5     A.   Yeah, we have in Orlando, we have in Boston.

6     Q.   How many people attended the Orlando event?

7     A.   I think it was about 2,500 people there.

8     Q.   How much did each of them pay to attend?

9     A.   I don't remember but there's not much, just

10         for cover event; you can see here it's only

11         $4,503.

12    Q.   Did each promoter pay a fee to go to Orlando?

13    A.   To the event, to get inside the event and get

14         trained, yes.  But, again, I just tell the

15         true, we don't make money on those events,

16         it's only for cover, you know, do the best

17         for them.

18    Q.   Two lines above event it says bonus; do you

19         see that?

20    A.   Yeah, I see that.

21    Q.   What does that mean?

22              MR. BERTHIAUME:  If you know.

23    A.   I don't know.  It's not much money, but I

24         don't know.  You need to ask Joe Craft.

Lee & Associates * Certified Court Reporters * (781) 848-9693

1      (BY MR. O'HARA)

2   Q.   One or maybe more than one question for you,

3        but looking on the item that says payroll

4        expense.

5   A.   Okay.

6   Q.   See that, I think we saw payroll expenses

7        also on the profit and losses for TelexFREE

8        LLC, too?

9   A.   Mm-hm.

10  Q.   Can you just explain the difference in

11       payroll for Telex LLC and Telex Inc., who's

12       on what payroll?

13  A.   I will guess here, but I think payroll

14       expense, that's what you pay to employee, but

15       you need to dock the tax, payroll tax you

16       send to the government and you need to pay

17       the payroll service, I think that's what they

18       try put a line in there.  Okay, this I paid

19       payroll salary a hundred thous, reimburse for

20       the 58, I just guess, yeah, but I think Joe

21       Craft will do much better job than I do here.

22  Q.   Yeah, okay, I think my question, though, is

23       considering you're running the company, are

24       there certain employees that are employed or

158

1        paid by Telex Inc. and then certain employees

2        that are paid by Telex LLC?

3    A.  I tell something, we want pay all one company

4        but we have couple problem with the banks

5        shut us down sometime we have a bank account

6        'cuz TelexFREE LLC is supposed to do all the

7        U.S., not Massachusett.  TelexFREE LLC was

8        built to save tax money if the people's not

9        inside the Massachusett, okay, but we -- bank

10       is -- like after we have those problems in

11       Brazil, okay, bank start shot us down and

12       then we have to move and make a payroll to

13       TelexFREE LLC, move to payroll TelexFREE Inc,

14       you know, that's what happened.

15   Q.  Okay, so if I'm understanding you correctly,

16       sometime in the course of 2013 it was Telex

17       Inc.'s funds that were being used to pay

18       employees --

19   A.  Exactly.

20   Q.  -- sometimes it was the other?

21   A.  Because the banks and that's the biggest

22       problem we have today, when they hear -- like

23       I tell the true, guys, when they hear we have

24       a subpoenas here, I just lost Wells Fargo;

159

```
 1            Now Wells Fargo don't want to do business
 2            with us because have subpoenas today.  I know
 3            that's not you guys' problem, but that's what
 4            happened to our company today.
 5       Q.   And then on this 2013 profit and loss for
 6            Telex Inc., the item that says management and
 7            marketing, do you see that, it's kind of
 8            midway through the expenses section on page
 9            1?
10       A.   Yeah, I don't know what's about.
11       Q.   So you don't know what kind of items are
12            included in that category?
13       A.   I don't know.  I need to ask Joe.  We done a
14            lot of market, like special I think we
15            Botafogo; you guys heard about Botafogo,
16            TelexFREE and like a big football --
17                 MR. BERTHIAUME:  When you say -- what
18            was the word you used, the football word,
19            Botafogo or whatever that was; what was that?
20                 THE WITNESS:  Yes, it's a big team in
21            Brazil.
22                 MR. BERTHIAUME:  But what's it called?
23                 THE WITNESS:  Botafogo.
24                 MR. BERTHIAUME:  How do you spell that?
```

1          THE WITNESS:  B-O-T-A-F-O-G-O.

2     A.   Okay, and Botafogo do -- they go in a couple

3          of countries to play football and for us is

4          very good name because Brazilians and people

5          know about Botafogo and some money, I know --

6          I think this money, that's what it is, we pay

7          for Botafogo for the whole year up to -- by

8          the end 2014.  For sure that's the money we

9          pay.

10    (BY MR. O'HARA)

11    Q.   So TelexFREE paid just over $4 million --

12    A.   Four million --

13    Q.   -- to Botafogo?

14    A.   -- dollars just for Botafogo put our names

15         there, like on a T-shirt, whatever, play for

16         the full year.

17    Q.   Is it a sponsorship?

18    A.   Sponsorship, yeah.  The amount, that's all

19         because we don't do any other advertisement

20         or anything besides that.

21    Q.   That's the only advertising that --

22    A.   That's the only one we done.  Actually, we

23         want to do it here, too, get a big fan team

24         here and put our names right there 'cuz this

161

```
 1            is good for our name.
 2     (BY MR. LEONE)
 3     Q.   So is it your testimony that that is the only
 4          advertising you do?
 5     A.   For the -- not the advertisement, that's
 6          correct here, like what you just said --
 7               MR. BERTHIAUME:   Marketing.
 8     A.   Marketing, like --
 9     (BY MR. O'HARA)
10     Q.   Sponsor?
11     A.   A sponsor; not advertise, but sponsor a
12          football team and just use our name and
13          everybody can see our name; that's a big
14          thing for us.  If you go on TV advertise,
15          spend a lot of money, you'll probably spend
16          that money, you know; especially Brazilian
17          people, they're very fantasy with the
18          football, you know, they're crazed about
19          them.  Most people, like Ecuador, because we
20          have -- we are all around the world, it's not
21          only U.S., not only Brazil, you know, this is
22          big for us and we got a lot of customers, a
23          lot of agents, a lot of promoters.
24     (BY MR. LEONE)
```

162

| | | |
|---|---|---|
| 1 | Q. | Why is the incorporated entity sponsoring a |
| 2 | | football team in Brazil? |
| 3 | A. | It's not only Brazil because that team |
| 4 | | have -- they go outside the country to play. |
| 5 | | Actually, today -- I forget the name, but |
| 6 | | they have to go outside the country and |
| 7 | | play -- I forget exactly name, but I can find |
| 8 | | out for you guys.  They're not playing in |
| 9 | | Brazil now; they play in Ecuador and they |
| 10 | | play in a lot of countries. |
| 11 | Q. | Do they play in the United States? |
| 12 | A. | I think they plan to come here, too, but I |
| 13 | | don't know yet.  Botafogo is not only play |
| 14 | | football in Brazil, they play all around. |
| 15 | Q. | There's also a category specifically on this |
| 16 | | 2013 TelexFREE Inc. profit and loss with the |
| 17 | | word advertising; is that right? |
| 18 | A. | Where? |
| 19 | Q. | Right under expenses; do you see that? |
| 20 | A. | Okay, eight thous 970, I don't know about |
| 21 | | that.  I just need to ask Joe.  It's not a |
| 22 | | lot of money, either, you see 8,970, that can |
| 23 | | be -- know what, that can be some magazine |
| 24 | | probably put a -- something there because we |

163

1           got a hamming about a couple of place we get

2           a hamming about people tell about things

3           about bad our company and we try explain

4           that's not it is the way to talk about; you

5           know, some magazine we have to spend to just

6           give our word that that's not what they see.

7           Not the advertise for our business, but it's

8           something we need to give, you know, because

9           think about this, if we -- somebody hammers

10          and we don't say anything it look like we,

11          you know, okay --

12     Q.   Can we just stop for one -- that word you're

13          using, what's the word you're using?

14     A.   Ham, like somebody punch you all the time.

15               MR. BERTHIAUME:   Hammer?

16     A.   Hammer, hammer, okay, somebody try punch you

17          all the time, say, hey you guys, bad, bad,

18          bad, you need to hire someone, or magazine or

19          something to say hey, they don't understand

20          our business, that's what we pay for.  They

21          don't do -- believe me, newspaper, everybody,

22          they don't do anything for free; they do it

23          when they want tell bad about you.  If you

24          want put something there, you have to pay for

164

```
 1              them to do it.  They never tell good news,

 2              you know, with your company.

 3                   MR. LEONE:  I would like to collect just

 4              Exhibit 5, please

 5                   THE WITNESS:  That's the one?

 6                   MR. LEONE:  The two-page exhibit, yes,

 7              keep Exhibit 4 out in front of you.  So I'd

 8              like to introduce Exhibit 6 which begins with

 9              an e-mail correspondence from Mr. Merritt to

10              myself and another attorney.

11                   (Whereupon, Exhibit No. 6, E-mail, was

12              marked for identification.)

13                   MR. LEONE:  Mr. Wanzeler, if you could

14              take a moment to review that, please.

15                   THE WITNESS:  Sure.

16                   MR. LEONE:  It's a two-page exhibit.

17                   (Witness views document.)

18                   THE WITNESS:  Okay, I already review.

19         (BY MR. LEONE)

20         Q.   Have you had a chance to review this exhibit,

21              Mr. Wanzeler?

22         A.   Yes, I do.

23         Q.   Do you recognize this document?

24         A.   Not much, but I remember that.
```

| | | |
|---|---|---|
| 1 | Q. | What is this document, Exhibit 6? |
| 2 | A. | I think this one is a document we sent April |
| 3 | | 23. |
| 4 | Q. | Who's we? |
| 5 | A. | 2013, right? |
| 6 | Q. | Right, but you used the word we, who is that? |
| 7 | A. | No, the Joe Graft.  Joe Graft sent it to Jim |
| 8 | | Merrill and Jim Merrill sent it to you guys, |
| 9 | | our lawyer, but this document, I know what |
| 10 | | you're going to ask here, why is it different |
| 11 | | from this one to this one or whatever, |
| 12 | | because this is not done yet.  When you guys |
| 13 | | ask the tax was not done.  This is April 23, |
| 14 | | that's not the date we done our tax; our tax |
| 15 | | is done in May and we correct everything in |
| 16 | | May. |
| 17 | Q. | All right, let's back up for a second. |
| 18 | | Exhibit 6 is contained within an e-mail; is |
| 19 | | that correct? |
| 20 | A. | What do you mean? |
| 21 | Q. | The heading on this page, is that an e-mail |
| 22 | | heading at the top? |
| 23 | A. | Gerry Nehra, that's our lawyer. |
| 24 | Q. | Okay, so who sent this document? |

166

1    A.    I think Andrea sent this document on the

2          QuickBooks to Gerry Nehra and Gerry Nehra

3          sent to you guys.

4    Q.    And so is there a to field here?  Does it say

5          who this was sent to?

6    A.    What do you mean, I don't understand the

7          question, I'm sorry.

8    Q.    Okay, I'll try to rephrase.

9    A.    Yes.

10   Q.    On the upper portion of the document there's

11         a couple of different words in bold:  from,

12         sent, to, subject; do you see that?

13   A.    Oh, yeah, that's Gerry Nehra, that's from our

14         lawyer.

15   Q.    Yes.

16   A.    Sent to Greenside, Michael.

17   Q.    Yes.

18   A.    That's not you guys -- oh, you are on here,

19         that's you, right?

20   Q.    Correct.

21   A.    Subject inquire No. 3998.

22   Q.    And that's inquiry, correct?

23   A.    Yep, inquiry, okay.

24   Q.    And is there an attachment?

167

| | | |
|---|---|---|
| 1 | A. | Attachment in response to inquiry No. 5. |
| 2 | Q. | And below there appears to be a profit and |
| 3 | | loss; is that correct? |
| 4 | A. | That's correct. |
| 5 | Q. | For which entity? |
| 6 | A. | That's TelexFREE Inc. |
| 7 | Q. | And is there a date range listed? |
| 8 | A. | January to December 2012. |
| 9 | Q. | Is that the same header that's on top of |
| 10 | | Exhibit 4? |
| 11 | A. | Exactly, it is. |
| 12 | Q. | If we could flip to the second page, are the |
| 13 | | same words cash basis listed there? |
| 14 | A. | Yes. |
| 15 | Q. | And is there a date? |
| 16 | A. | April 23, 2013. |
| 17 | Q. | Going back to the first page -- |
| 18 | A. | Okay. |
| 19 | Q. | -- is there a total income listed? |
| 20 | A. | Okay. |
| 21 | Q. | Is there one? |
| 22 | A. | 1,864,939.07. |
| 23 | Q. | The number that's listed for total income on |
| 24 | | Exhibit 6, is that the same number that's |

168

```
 1              listed for total income on Exhibit 4?
 2      A.      It's not and I can say why.
 3      Q.      Why don't you tell me why there's a
 4              difference between the total income?
 5      A.      Because this here, by the date we sent to you
 6              guys, this is not done.  They're not put here
 7              what the income inside our system; inside our
 8              syst see there 974 thous 454 dollars and 74
 9              cents, that's not appear here because we
10              not -- the date we send to you they don't
11              have that information yet.  What I try
12              explain here, the date they send April 23rd,
13              to you guys, this is not done to the income
14              tax.  We done the income tax in May, then we
15              correct; this one is the right one.
16      Q.      Why would the income tax affect total income?
17      A.      No, no, because we're not put the information
18              for the 974 on the last year, but we add that
19              after we sent this to you guys.  You guys ask
20              the information in 2013, April 23rd, we done
21              the tax in later June that time.  What I try
22              to say here, they work in the QuickBook, they
23              still work in the QuickBook when they send
24              this information to you guys; this is not
```

169

1          complete the time they send to you.  That's

2          all the respond I can say to you and that's

3          what information.  The one they send on April

4          23rd, this is not done yet. They send what

5          they have on QuickBook; what happened there,

6          Andrea just went to the QuickBook, okay,

7          let's print this and send to you guys.  The

8          only different you can see here was the

9          974,454 that's what they pay inside our

10          system and we found out we need declare that

11          money; we did.

12     Q.   The date that this response was submitted to

13          the Division is April 23, 2013, correct?

14     A.   Submit to you.

15     Q.   Yes.

16     A.   Exactly.

17     Q.   And that is after December 2012, correct?

18     A.   Exactly, that's correct.  We done the tax in

19          June 2013.  We done our tax after you guys

20          ask for this information; that was not done.

21          That's why I ask you guys -- we ask you guys

22          to this document because we want to explain

23          because we knew this can be wrong.  Actually

24          we have e-mail from Gerry Nehra ask for this

170

1         document.

2    Q.   Aside from total income are there other

3         figures that aren't the same between Exhibit

4         6 and Exhibit 4?

5    A.   That can be because they review all this to

6         do the income tax but I don't think they'll

7         be a lot of different; can be some small

8         amount different, something, no.  Actually,

9         know what, big different, the agent

10        commission, that will be different, too,

11        because in this one here they only have a

12        payment for the agent commission paid through

13        the bank and we add the payment for the

14        commission paid through the system.  You can

15        see this income for the paid commission

16        increase 520 thous to 974; everything else is

17        almost the same, 17, you understand, or some

18        amount increase here they found out about,

19        you know, we pay more.  You can see the 24,

20        but problems in this category, it go to some

21        other place because what I try to say here,

22        Mr. Leone, the time they sent this, this was

23        not done.  This is not what the tax -- the

24        preparation for the income tax.  They done

171

```
 1              the tax somewhere around June.
 2      Q.      Did the same person produce or compile both
 3              of these documents?
 4      A.      Same, Joe Graft.
 5      Q.      Joe Craft?
 6      A.      Joe Craft, but the time they send to you Joe
 7              Craft does not review and not finish the tax
 8              yet.  Who's done that, Andrea sent that to
 9              Gerry Nehra 'cuz we just ask for
10              documentation, you know, you guys ask in
11              April or something and she's says okay, I
12              have a QuickBook, that's not ready to do
13              that.  She's just go there and print.
14              MR. BERTHIAUME:  I think the one
15              question he had asked, though, was whether
16              Joe Craft had prepared the one that Gerry
17              Nehra sent from Andrea.
18              MR. LEONE:  Thank you.
19              MR. BERTHIAUME:  Do you know if Joe
20              Craft prepared this one?
21              THE WITNESS:  I'm not sure.
22      (BY MR. LEONE)
23      Q.      Was Joe Craft the accountant for TelexFREE
24              Incorporated at the time of April 23, 2013?
```

172

```
1    A.    I think so, but I'm not sure.  I can get the

2          date what he start with us, but I know he's

3          prepare the tax -- he's done the tax for 2012

4          and 2013, that's for sure, but if he's

5          done -- if he's come on my company after

6          April 23rd, I don't know, but I know he's

7          prepare the tax for us.

8    (BY MR. NEELON)

9    Q.    I'm still just confused as to how the taxes

10         would affect what TelexFREE Incorporated paid

11         out as agent commissions?

12   A.    Because if we increase -- we never put the

13         money -- see, they're paid through the

14         system; the paid through the system, now we

15         have to increase the number here, 974, too,

16         because that's with the increase.

17   Q.    But even paid through the bank is -- see on

18         one document is $1,131,370.87.

19   A.    Hold on, where do you see this?

20   Q.    If you read the line it says --

21              MR. BERTHIAUME:  Are you talking about

22         income or are you talking about expenses?

23              MR. NEELON:  Paid through a bank, under

24         expenses.
```

```
 1                    MR. BERTHIAUME:  Oh, expenses.

 2                    MR. LEONE:  For which exhibit, Bill?

 3                    MR. NEELON:  Exhibit --

 4                    THE WITNESS:  One million 131.

 5                    MR. O'HARA:  The one ending in 10 in the

 6              bottom right corner.

 7                    MR. LEONE:  Exhibit 4.

 8                    MR. NEELON:  Exhibit 4, excuse me.

 9       (BY MR. NEELON)

10       Q.   If you read the line for agent commission on

11            Exhibit 6, I believe.

12       A.   Again, I'm not prefer this, I tell the true.

13            If I guess here, what I try said this is the

14            correct one, guaranteed to you guys.  This is

15            incorrect.

16       (BY MR. O'HARA)

17       Q.   Okay, so what's name of the exhibit you're

18            guaranteeing is correct?

19       A.   The one here.

20       Q.   Is that Exhibit 6?

21       A.   Six.

22                    MR. LEONE:  Four.

23       (BY MR. O'HARA)

24       Q.   Exhibit 4; okay.
```

174

1    A.    That's the correct one, okay, because I have

2           to pay the tax with the inside the system and

3           what come of the bank, that's was our

4           decision because was big question on that

5           time, if we have to pay this inside the sys

6           or not pay inside the sys because this one

7           never went to the bank.  Now then we talk

8           with the lawyers, you know, and they said no,

9           you have to --

10          MR. BERTHIAUME:  Without going into what

11          potential confidential communications existed

12          with the lawyers.

13    A.    This is the right one and we done this one.

14           This one here is not correct.

15          MR. BERTHIAUME:  Exhibit 4 versus

16          Exhibit 6.

17          THE WITNESS:  Exactly.

18    (BY MR. LEONE)

19    Q.    Just so we're 100 percent clear, Exhibit 4 is

20           what you testified to be the correct profit

21           and loss for the incorporated entity for

22           2012?

23    A.    This Exhibit 4, exactly, that's correct.

24          MR. LEONE:  Okay, why don't we collect

175

1              Exhibit 4 and Exhibit 6 and why don't we take

2              a five-minute break here.

3                   **(Whereupon, the parties go off the**

4              **record.)**

5                   MR. LEONE:  The time is now 3:08, we are

6              now back on the record.  I'd like to

7              introduce Exhibit 7, which is a one-page

8              exhibit titled TelexFREE LLC balance sheet as

9              of December 31, 2012.

10                  **(Whereupon, Exhibit No. 7, TelexFREE LLC**

11             **Balance Sheet as of December 31, 2012, was**

12             **marked for identification.)**

13                  MR. LEONE:  Mr. Wanzeler, could you take

14             some time to review that, please.

15                  (Witness views document.)

16                  THE WITNESS:  I'm all right.

17        (BY MR. LEONE)

18        Q.   Mr. Wanzeler, have you had a chance to review

19             this document?

20        A.   Yes, I did.

21        Q.   Have you seen this document before?

22        A.   Yes.

23        Q.   Who is responsible for compiling the data in

24             this document?

176

1    A.   Joe Craft.

2    Q.   Have you ever reviewed this document before?

3    A.   Yeah, I did.

4    Q.   Was that before or after Mr. Craft compiled

5         the information?

6    A.   After.  Again, I have to review everything

7         before we bring it to you guys, that's what I

8         did.

9    Q.   Is there a section on this balance sheet

10        which describes the amount of total assets

11        for TelexFREE LLC as of December 31, 2012?

12   A.   Yes, three thous 475, that's correct.

13            MR. BERTHIAUME:  Total -- references to

14        the total assets.

15   A.   Okay, 14,059,866 and 89 cents.

16   (BY MR. LEONE)

17   Q.   Drawing your attention lower, does the

18        balance sheet also reference total equity?

19   A.   Okay.

20   Q.   Do you see section that says total equity?

21   A.   Okay, yep, 8,589,915 and 83 cents.

22   Q.   I'm sorry, just to back is there also a

23        section that reads total liabilities above

24        that?

177

1   A.   Okay, 14 million -- okay, 5,470,951.06.

2   Q.   Okay.

3   A.   Again, I try help here, but that's not my --

4        but I know the numbers, I probably can help

5        you guys.

6   Q.   And does this balance sheet, Exhibit 7, list

7        any information about taxes?

8   A.   I don't see.

9   Q.   Under liabilities and equity, do you see

10       anything there?

11  A.   Total liability and equity, that's what

12       you're saying?

13  Q.   So is there a section or a line item on this

14       for federal income taxes?

15  A.   Okay, 4,624,800.60.

16  Q.   Do you know if those income taxes were paid?

17  A.   If it's here for sure; we pay all our tax.

18  Q.   And there's a line item right below there

19       which says payable Brazilian Help

20       Incorporated; do you see that?

21  A.   Yes, that's Diskavontade.

22  Q.   Why would TelexFREE LLC have the liability of

23       approximately --

24  A.   Because that time we don't have -- sometime

1        they don't have a bank because the bank --

2        that I think that can be something we don't

3        have a bank to pay something and we pay the

4        Diskavontade.

5             MR. BERTHIAUME:  Do you know or are you

6        guessing?

7    A.   I guess; I don't know.

8    (BY MR. LEONE)

9    Q.   Okay, and as I mentioned before, if you know

10       unless otherwise indicated.

11   A.   No, I don't know, I'm sorry.  I try to

12       respond.  I want to answer the question,

13       that's what's the problem.  I don't want to

14       leave you guys with no answer.  I want to

15       answer the question.

16            MR. BERTHIAUME:  But if you don't know

17       the answer, you can't.

18   (BY MR. LEONE)

19   Q.   And then moving up to other current assets;

20       do you see that?

21   A.   Okay, loan, okay.

22   Q.   So there's one that says loan to TelexFREE

23       Inc.; do you see that?

24   A.   Okay.

179

1    Q.    Do you have any information on that?

2    A.    That's for sure probably the bank shut down

3          TelexFREE Inc. or TelexFREE LLC and we just

4          need money for TelexFREE Inc. to pay all our

5          debt, that's what happened.

6    Q.    And then below that it says loan to Ympactus

7          dash current.

8    A.    That's the money they never paid us, look

9          like a loan, they not pay us, it's still

10         dividend.

11   Q.    And below that it reads ProPay reserve.

12   A.    That's the money still in the ProPay, is not

13         paid yet that time, I'm talking about 2012;

14         probably now it's already paid.

15   Q.    What's a reserve?

16   A.    Reserve like ProPay receive all the payment

17         first but they never settle the payment to

18         TelexFREE; like as a company receive the

19         payment for our customer, for a promoter, and

20         the monies go to that company and then that

21         company settle -- it's a merchant account,

22         that company settle the money to TelexFREE,

23         like iPayout today; most money stay in

24         iPayout, we just use the money to pay a

180

```
 1              promoter or pay something, you know, we leave
 2              the money all there.
 3        Q.    And so is that money that ProPay is keeping
 4              or is that money that you're leaving there?
 5        A.    No, no, because ProPay because they have to
 6              settle; on that day probably they don't have
 7              a chance yet to settle to our account, it's
 8              still there.
 9                   MR. BERTHIAUME:  Your money that they're
10              holding.
11        A.    They hold, like because and still today one
12              week or two weeks so they can settle to our
13              account.  They don't receive today and settle
14              tomorrow, it take a little time.
15        (BY MR. O'HARA)
16        Q.    But the ProPay reserve account that's on this
17              exhibit, is there a minimum that has to be in
18              the account, in Telex's ProPay reserve
19              account?
20        A.    I don't think it's a minimum.
21        Q.    So all the money that's left in the ProPay
22              reserve is left their voluntarily by Telex --
23        A.    Exacts --
24        Q.    -- LLC?
```

181

```
1      A.    We can request the money to TelexFREE or we

2            can leave it, they can pay, you know, because

3            always we try like -- we like iPayout today.

4            We prefer leave the money there because they

5            pay all our promoters, they pay everything;

6            if we need the money we bring it to TelexFREE

7            bank, you know; if we don't need, we leave it

8            there to pay promoters and everything.

9            Especially today we have problems with bank,

10           you know, iPayout is our bank, that's what

11           happened today.

12     (BY MR. LEONE)

13     Q.    So currently you can -- or TelexFREE leaves

14           money with iPayout and doesn't put it in a

15           bank?

16     A.    We don't put it in a bank, bank is scared.

17           You know, when we put money in the bank the

18           bank shut us down because we have money in

19           there.  I don't know, but that's what

20           happened with us in a couple last month.

21     (BY MR. O'HARA)

22     Q.    In the bank account section of the current

23           assets; do you see that?

24     A.    Okay.
```

182

```
 1      Q.   And you've been mentioning that banks have
 2           been closing your accounts; do any of these
 3           accounts in this section still exist or are
 4           still open?
 5      A.   Both is close.
 6      Q.   Okay, so both --
 7      A.   Don't give no reference about it.
 8      Q.   When you mean both referencing which
 9           accounts?
10      A.   TD Bank closed the account, Citizen Bank and
11           they don't give no reference for us why they
12           close.  They just send a letter don't want
13           you to be our customer.
14      Q.   What about the ProPay account that's listed?
15      A.   ProPay, they stay and then we went to iPayout
16           because it's a better company 'cuz ProPay
17           cannot handle our customer base.  The
18           software they have there, we have so many
19           customers, so many promoter coming aboard,
20           they cannot handle it; and then we found
21           iPayout and they done better job for us.
22      (BY MR. LEONE)
23      Q.   How is iPayout's software any different than
24           ProPay's?
```

1    A.    Better software and better -- actually one of

2          the biggest problems we have on ProPay

3          because they cannot prevent fraud by credit

4          card.  When receive they not have a good

5          fraud protect for receive credit card in the

6          system.  When we move to iPayout, you know,

7          we don't have no more problem with the fraud.

8          That was the big problem I had with ProPay.

9              MR. LEONE:  We can leave Exhibit 7 out

10         and I'd like to introduce Exhibit 8, which is

11         a one -- a two-page document with the title

12         TelexFREE LLC Balance Sheet as of December

13         31, 2013.

14             **(Whereupon, Exhibit No. 8, TelexFREE LLC**

15         **Balance Sheet as of December 31, 2013, was**

16         **marked for identification.)**

17             MR. LEONE:  Mr. Wanzeler, if you could

18         take a moment to review that document,

19         please.  Thank you.  And look up when you've

20         completed that review.

21             (Witness views document.)

22             THE WITNESS:  Okay, I'm okay.

23    (BY MR. LEONE)

24    Q.    Mr. Wanzeler, have you had a chance to review

1          Exhibit 8?

2     A.    Yep, sure.

3     Q.    Do you recognize this document?

4     A.    I do.

5     Q.    Have you seen it before?

6     A.    Yes, I did.

7     Q.    Could you describe the document generally?

8     A.    What I understand here, that's what the money

9           we have in a couple of banks or merchant

10          accounts.  The total is 37,577,512 and 99 --

11          95 cents.  And in the bank accounts, like we

12          have -- we invest a couple type of business,

13          Telex Electric we invest 2 million and 22

14          dollars 329 dollars; we invest some money

15          with TelexFREE Financial.  Actually, that

16          money was -- TelexFREE Financial was built

17          more for pay our employees and pay --

18          because difficulty we have with another banks

19          with TelexFREE, we try build TelexFREE

20          Financial just to pay our employees, pay

21          something, you know, if they close our

22          account all to TelexFREE.  And Telex Mobile

23          that's what come aboard because with the four

24          biggest carriers, you know, approved we can

185

```
 1              use and we start, I think April 15 we start
 2              cell phone carriers to our customer inside
 3              U.S. that we invest about $500,000 to get all
 4              the licenses.  This is going to be huge
 5              because just this can bring millions and
 6              millions in customer to our agent program.
 7      (BY MR. NEELON)
 8      Q.    Is Telex Mobile an entity?
 9      A.    Yep, Telex Mobile it's our company, we have
10              all license to deal with the biggest
11              carriers, ATT, T-Mobile, Sprint, and Verizon.
12              Anyone use ATT or those four carriers can
13              change to Telex Mobile and will pay a little
14              less money, but the only thing we buy
15              wholesale minutes from them and that's why we
16              can sell for less, you know, and this is
17              going to be huge.  And you can see here every
18              investment we done in our company were the
19              good things.
20      (BY MR. LEONE)
21      Q.    Mr. Wanzeler, who was responsible for
22              compiling the information contained in
23              Exhibit 8?
24      A.    Joe Craft.
```

1    Q.   Did you review the information compiled by

2         Joe Craft after he compiled it?

3    A.   Yes, I did.

4    Q.   If I could draw your attention to some of the

5         entries here.

6    A.   Okay.

7    Q.   Near the top under assets it says eWallet; do

8         you see that?

9    A.   Yeah, that's iPayout.

10   Q.   So eWallet is the same as iPayout?

11   A.   Same iPayout.

12   Q.   How does a promoter take or get money from

13        the back office or iPayout to their own bank

14        account; can you walk me through that?

15   A.   Yes.  Today they have to request money in the

16        back office from TelexFREE and when they

17        request the money, they go right there to

18        iPayout account.  Every promoter we have,

19        they have to set up eWallet account.

20        MR. BERTHIAUME:  Set up what?

21   A.   eWallet account.

22        MR. BERTHIAUME:  eWallet account.

23   A.   Yeah, iPayout.  Then everything is paid

24        through iPayout.  They request money from our

187

```
 1          company, it goes right there and iPayout not

 2          only receive the money from the promoter and

 3          the customer we have, but they pay out the

 4          promoters, too.

 5     (BY MR. LEONE)

 6     Q.   So a promoter will have money from sales and

 7          residual income in their back office,

 8          correct?

 9     A.   Yes.

10     Q.   And then what are the steps that they need to

11          do to transfer to iPayout?

12     A.   Every Tuesday once a week, okay, the promoter

13          can request money, if they have in the back

14          office.

15     Q.   Has that always been that way?

16     A.   Always been that way; once a month or once a

17          week, I'm sorry; every week they can go, if

18          they have money they can request; when they

19          request that money.  All the promoter have to

20          open account, okay, in iPayout.  Then they

21          have their own account there.  When they

22          request the money automatically go to that

23          account and iPayout, we have a key in our

24          back office we can release those amounts.
```

188

```
 1            And when we release those amount, the agent
 2            can request the money out.  That's the reason
 3            we use iPayout because we don't want ours to
 4            transfer the money to him because it's more
 5            guaranteed with, you know, we try prevent
 6            money-laundering or something, you know, we
 7            just want to be clear, okay, that iPayout is
 8            very good company, not only receive money but
 9            to pay out, too.
10     Q.     When a promoter requests money be transferred
11            from the back office to iPayout is there a
12            fee?
13     A.     No, no fee.
14     Q.     When a promoter requests money from iPayout,
15            and I assume they request it to a bank
16            account; is that right?
17     A.     Yeah, to the bank account.  They have a
18            nominal fee, I think iPayout charge, but it's
19            much less than to do wire transfer,
20            something, and request money, that's for
21            iPayout.
22     Q.     Does TelexFREE charge any money for
23            transferring --
24     A.     No.
```

189

1    Q.    -- charge any fee, I'm sorry?

2    A.    No, no money was charged to the agent request

3          the money to iPayout.

4    (BY MR. O'HARA)

5    Q.    Why can an agent only make a request from

6          their eWallet on Tuesday?

7    A.    Because that's the only day we want they do a

8          request.  That's the company, you know, they

9          don't want do every day; do once a week.

10   (BY MR. LEONE)

11   Q.    When you say the company, do you mean

12         TelexFREE?

13   A.    TelexFREE; always like that, once a week.

14         That was how it was built, can request money

15         once a week.

16   (BY MR. O'HARA)

17   Q.    So can a -- and then what days during the

18         week can --

19   A.    Tuesday only.

20   Q.    So Tuesday every rep that wants money has to

21         log in sometime Tuesday?

22   A.    Anytime Tuesday and request the money.

23   Q.    Okay, so they can do it once a week on

24         Tuesday?

190

```
 1    A.   Yep.

 2    Q.   And then when do they get their money?

 3    A.   As soon as they request that money, a week

 4         after that because they request the money,

 5         the money goes to iPayout and iPayout release

 6         one week 'cuz they'll review that money with

 7         us, okay, this is -- are you sure this is not

 8         fraud or something; we just need one week to

 9         verify that money was okay, it's not somebody

10         try problem.  Think about this, if somebody

11         go there in your back office, you know, bad

12         guys and go there and transfer money to some

13         account in iPayout, you know, what happened

14         we need the time to confirm, you know,

15         especially on the big amount money to

16         confirm, you know, we go there, every money

17         after $10,000 we have one employee just look

18         one-by-one and see if those money, it's okay

19         to release.  We just want to make -- we need

20         a week to release the money to iPayout and

21         pay out.  The answer to your question is one

22         week.

23    Q.   Okay, and what employees at TelexFREE review

24         the iPayout --
```

191

1   A.   From the finance; we have about four

2        employees there to review.

3   Q.   What do they look for when they review?

4   A.   They look for if any -- first of all, they

5        look at the ticket because we receive tickets

6        by fraud and one thing they look very hard,

7        you know, if one of the tickets open is not

8        released from one of those account that

9        request money, you know, and they want see,

10       okay, let's say for somebody say, hey, my

11       account got stolen, somebody transfer money

12       for somewhere, you know, and we have that

13       ticket open, the first thing she's do, look,

14       see if anybody request money here or

15       something, you know, they're very -- 'cuz a

16       week is enough time.  You go there every day,

17       you look your statement and you see if

18       anything's going on on your statement.

19  Q.   Is this review being done with personnel in

20       Brazil or in Massachusetts or the United

21       States?

22  A.   Massachusetts.

23  (BY MR. NEELON)

24  Q.   Is there a maximum that you can transfer out

1        of your back office at any given time?

2    A.   For TelexFREE to iPayout, no maximum.  They

3         can transfer any amount.  But I think in

4         iPayout they only release 9,900 a day.

5    (BY MR. O'HARA)

6    Q.   And when people express their -- when people

7         on Tuesday ask for some sort of payout from

8         their eWallet, does iPayout then send

9         TelexFREE some sort of statement saying these

10        are the requests?

11   A.   Oh, no, we can go online and we can see they

12        send the money or what account, we can see

13        everything.  The back office they give to us

14        is very good back office.

15   Q.   Okay, so does -- if like 10 representatives

16        on Tuesday indicated they want money

17        transferred to their iPayout account, they

18        put that in the back office, right?

19   A.   Yeah, believe me, if one our promoter

20        requests money and trans to iPayout, if they

21        don't get paid, believe me, we hear about.

22   Q.   Yeah, I get that, what I want to know is when

23        they indicate that they want their money from

24        iPayout they put that into the back office

1          somehow, right?

2     A.   Yeah, they put it on back office.

3     Q.   Does that information then go to iPayout or

4          does it go to TelexFREE?

5     A.   Go to iPayout.

6     Q.   Okay, so then --

7     A.   When they request money on TelexFREE,

8          TelexFREE know about.

9     Q.   Okay.

10    A.   We have a record that they request money and

11         send to iPayout.

12    Q.   Okay, so iPayout and TelexFREE gets it

13         simultaneously?

14    A.   Exactly, we both know.

15    Q.   Okay.  And then what does iPayout do after

16         they get the request from the representative

17         to pay money?

18    A.   They have a key, like let's say if everybody

19         request money to iPayout on Tuesday, okay,

20         let's say we have a thousand agent, we can go

21         there and select every one by one time and

22         said okay, iPayout make the release; or we

23         can look in a couple one and just select what

24         we want and they can make pay out.  The most

194

```
 1              time I tell the true, we don't have no fraud,
 2              we select everybody and everybody be paid.
 3              So far we pretty good, no frauds, nothing,
 4              you know, we don't have, but we have -- we
 5              can do something if we need to.
 6         Q.   So at some point after Tuesday iPayout sends
 7              Telex some sort of statement saying this is
 8              the request is it okay to pay?
 9         A.   Yes.
10         Q.   And is that done --
11         A.   We need to click -- actually, iPayout don't
12              ask us, the promoters send the money to
13              iPayout, we need go there and look and
14              approve.
15         Q.   So they send money from their back office to
16              iPayout?
17         A.   Exactly.
18         Q.   Okay.  And then what day are they -- oh, then
19              they're paid the following Tuesday?
20         A.   Yeah, follow Tuesday.
21         Q.   So on Tuesday people from the previous week
22              get paid and then new requests --
23         A.   Exactly.
24         Q.   -- get input?
```

195

| | | |
|---|---|---|
| 1 | A. | We ask just one week to review and found out |
| 2 | | if everything's okay. |
| 3 | | (BY MR. LEONE) |
| 4 | Q. | Okay, staying with Exhibit 8 here, I'd like |
| 5 | | to draw your attention to the other current |
| 6 | | assets and you mentioned some of these |
| 7 | | entries before, one of them says Telex |
| 8 | | Electric LLLP; is that right? |
| 9 | A. | That's correct. |
| 10 | Q. | And what is that entity; is that an entity? |
| 11 | A. | Yeah, that's -- actually, that's Jim is more |
| 12 | | involved and Jim always look the best way to |
| 13 | | invest money and get money in our company and |
| 14 | | not stay in the bank.  Telex Elect, it's |
| 15 | | something we invest $2 million in 20 years we |
| 16 | | can get up to $20 million back; plus, the |
| 17 | | good thing there, it's a hundred percent tax |
| 18 | | deduction, you know, whatever we pay here, $2 |
| 19 | | million, we can deduct $2 million for our |
| 20 | | tax.  It's look like instead you pay $2 |
| 21 | | million tax because you help the government |
| 22 | | and build electricity, you know, something, |
| 23 | | the government give you the opportunity, |
| 24 | | okay, you don't pay a tax; that's what Jim |

1           loved this about because in the same way the

2           company make money and help, you know, save a

3           lot of money with the tax.

4      (BY MR. O'HARA)

5      Q.   And did you say with this $2 million

6           investment in 10 years TelexFREE will get $20

7           million back?

8      A.   Ten to 15 years get up to $20 million.

9      Q.   And where exactly is the money going?

10     A.   Like I say, I cannot explain to you, but Jim

11          can explain how that work and, you know, and

12          I think Joe Craft can do that, too.  Okay,

13          but it's not a mistake here, I said to you

14          between 15 and 20 million, but in the long

15          term and a hundred percent money deduct for

16          the tax.  Instead we pay tax, we invest in

17          this.  We gotta pay tax anyway, right, that's

18          a good deal.

19     (BY MR. LEONE)

20     Q.   Are you involved with Telex Electric?

21     A.   Yeah, the company's involved, I'm involved;

22          that's a TelexFREE.  I own TelexFREE, too,

23          right?

24     Q.   So you're involved in it but can you describe

1          what the investment's in then?

2     A.   I cannot describe the TelexFREE Electric in

3          the details; actually, I don't have to do

4          that, I have to trust what my partners do.

5     Q.   So what is your involvement with Telex

6          Electric?

7     A.   Just approve, okay, they say it's a good

8          deal, I just see the contract and I believe

9          what they said to me, you know, and I trust

10         my partner; Jim Merrill think it's a good

11         investment and let's investment.  And, plus,

12         I see here nothing to lose 'cuz I gain on a

13         tax deduction, that's what make me don't

14         worry about at all.

15    Q.   Right below Telex Electric there's Telex

16         Financial; do you see that?

17              MR. BERTHIAUME:   TelexFREE Financial?

18    (BY MR. LEONE)

19    Q.   TelexFREE Financial, do you see that,

20         TelexFREE Financial, Inc.?

21    A.   TelexFREE Financial, like I explained to you

22         before, this is a -- it's a bank -- it's a

23         company and do the pay the employees and pay

24         the debt.  Instead we open TelexFREE only

198

1          because we have so many problems with bank.

2          We open company called TelexFREE Financial

3          just to pay our bills.

4     (BY MR. NEELON)

5     Q.   So are both TelexFREE LLC and TelexFREE Inc.

6          employees paid from TelexFREE Financial?

7     A.   TelexFREE Financial was opened not too long

8          ago, okay, TelexFREE Financial is open

9          because the problem we have in the banks and

10         if all our bank shut down by TelexFREE we

11         need some bank; you know, we try get some

12         place we can pay our employees, pay our debt,

13         you know, and that's what TelexFREE --

14         TelexFREE Financial will just let you guys

15         know that it's another TelexFREE company.

16    Q.   So are TelexFREE Incorporated employees paid

17         out of TelexFREE Financial?

18    A.   Exactly.

19    Q.   And are TelexFREE LLC employees also paid out

20         of TelexFREE Financial?

21    A.   Not now, not after we put TelexFREE Financial

22         in because, like I said, this is not too long

23         ago, okay, we started this not too long ago.

24    (BY MR. O'HARA)

199

```
 1    Q.   Do you know where the $3.8 million that seems

 2         to be in that account is being held, what

 3         institution?

 4    A.   That's from TelexFREE.

 5    Q.   Yeah, so where is that $3.8 million being

 6         held, I mean is it in a bank?

 7    A.   In the bank.

 8    Q.   Okay.

 9    A.   This is a bank.  This is bank account.

10    Q.   What bank?

11    A.   I think it's a PNC, PNC Bank and I hope we

12         can still survive till we can pass this and

13         people understand our business.

14   (BY MR. LEONE)

15    Q.   Okay, I'd like to move further down where it

16         says other assets; do you see that?

17    A.   Yes.

18    Q.   And there's one entry where it reads Citizens

19         Bank Investment and it appears to have zeroes

20         after it; what was that or what is that?

21    A.   You talk about Fidelity Investment?

22    Q.   Let's start with Citizens right above it.

23    A.   Citizen Bank is zero, right, it's nothing

24         there.
```

1    Q.    What was it?

2    A.    If it was, probably moved to another bank,

3          probably Fidelity Investment or something.

4          This is money in the bank, we don't do

5          anything and what Jim did, that's actually

6          his -- he's the one responsible for this,

7          too; what he's did why not investment and

8          make some money and leave the money there, is

9          not making money; that's what about.  The

10         same thing as Middlesex Save.

11   Q.    That's Middlesex Savings account; is that

12         right?

13   A.    Yep.  And I think I have another here,

14         Waddell and Reed, Inc., that's the same

15         thing.  It's two -- it's three banks, like

16         it's a broker, you just put money up there

17         just make some more money.

18   Q.    The Fidelity Investment, did you open up that

19         account?

20   A.    Jim is opening.

21   Q.    Is your name also on the account?

22   A.    My name, yes; all the bank when we open the

23         account we put our personal bank there, too.

24              MR. BERTHIAUME:  So are you asking if

201

1    this Fidelity Investment is in the name of

2    them individually as opposed to the company;

3    is that the question?

4         MR. LEONE:  That's correct.

5    A.   No.

6    (BY MR. LEONE)

7    Q.   So that Fidelity Investment account is in the

8    name of TelexFREE LLC?

9    A.   No.  Fidelity Investment, that's a Fidelity

10   bank, we invest money to the Fidelity bank.

11   Q.   Okay, let me try to ask it a different way.

12   A.   Yeah, please.

13   Q.   The account name for the Fidelity Investment,

14   is there an account name for the Fidelity

15   Investment?

16   A.   I don't think so.  I think --

17        MR. BERTHIAUME:  This is an asset of the

18   corporation.  I mean these aren't individual

19   assets.  This is an asset --

20        MR. LEONE:  Understood.

21        MR. BERTHIAUME:  -- of LLC.

22        MR. LEONE:  That's understood.

23   A.   Yeah, it's a bank -- it's a brokerage, they

24   just, okay, if you put your money here you'll

202

1          make some more percentage.

2     (BY MR. O'HARA)

3     Q.   Do you know how many accounts you have at

4          Fidelity Investment or how many accounts

5          Telex LLC has at Fidelity Investment?

6     A.   Just one.

7     Q.   Do you know what the name of that account is?

8     A.   Well, it was TelexFREE, TelexFREE LLC, but

9          the money go to the Fidel Investment

10         brokerage.

11    Q.   Okay.

12    A.   That's not our company, okay, this is a

13         brokerage name.

14    Q.   I think I understand.

15    A.   Thanks.  Some day probably we own some bank

16         or something but not today, I think we have

17         enough.

18    (BY MR. LEONE)

19    Q.   Do you have authority to withdraw funds from

20         the Fidelity Investment?

21    A.   No.

22    Q.   Do you have authority to withdraw money from

23         any of the entities listed under other

24         assets?

203

1    A.   Not me, I think all Jim because Jim set up

2         those brokerage account, you know, he's the

3         one sign and I think he's the only one that

4         can take money out or something.

5    Q.   Flipping to the second page here of Exhibit 8

6         there's a category that reads other current

7         liabilities; do you see that?

8    A.   Okay, 36 million 836, this, total other

9         current liability, that's the one?

10   Q.   Sure, we can start there.

11   A.   No, no, tell me what you -- sorry.

12   Q.   Right, so above that there's a category that

13        just says other current liabilities; do you

14        see that?

15   A.   Okay.

16   Q.   And so there are a number of entries

17        underneath that heading; is that right?

18   A.   Okay, commission paid?

19   Q.   Yeah, okay, so let's start there.  There's

20        one entry that reads Craft Trust Financial;

21        do you see that?

22   A.   Yep.

23   Q.   What is that?

24   A.   I don't know.

204

1    Q.   Okay.  Skipping the next line there's one

2         that says loan from TelexFREE Inc.; what is

3         that?

4    A.   This is LLC, right?

5    Q.   Correct.

6    A.   That's the money come from LLC Inc. to

7         LLC  -- TelexFREE LLC.

8    Q.   Okay.  And below that payable to Brazilian

9         Help Inc.; what is that?

10   A.   That's like I think we talk about that

11        before, I don't know what that mean, but can

12        be some fee we pay or whatever; probably we

13        have a problem with banks or something we

14        for, but I don't know.

15             MR. LEONE:  All right, I'd like to

16        collect Exhibit 7 and 8, please.   And I

17        would like to enter in Exhibit 9.

18             **(Whereupon, Exhibit No. 9, TelexFREE**

19        **Inc. Balance Sheet as of December 31, 2012,**

20        **was marked for identification.)**

21             MR. LEONE:  It is a one-page document

22        with the header TelexFREE Inc. Balance Sheet

23        as of December 31, 2012.  Mr. Wanzeler, if

24        you would take some time to review that

205

1              document and look up after you have.

2                       (Witness views document.)

3                       THE WITNESS:  I'm okay, it's look all

4              the same to me.

5       (BY MR. LEONE)

6       Q.     So have you reviewed this document, Mr.

7              Wanzeler?

8       A.     I remember -- I think I review a lot of

9              documents, I think this one I review, too.

10      Q.     Have you seen it before?

11      A.     I think so.

12      Q.     And who was responsible for compiling the

13             data on this exhibit?

14      A.     Joe Craft.

15      Q.     And did you review this data after Joe Craft

16             compiled it?

17      A.     Yes, I did.

18      Q.     Could you generally describe this document?

19      A.     That's the balance sheet that say what we

20             have on the bank, on the loan.

21      Q.     And it would be the balance sheet for which

22             entity?

23      A.     For TelexFREE Inc.

24      Q.     As of which date?

206

1    A.   December 31, 2012.

2    Q.   And does this balance sheet list a figure for

3         total assets?

4    A.   If it is it's 1,187,381 and 18 cents.

5    Q.   Okay.  Does it also list total liabilities?

6    A.   It's under here?  Okay, I got it, 709 thous,

7         728 and 95 cents.

8    Q.   Just so we're clear, that's thousand, right?

9    A.   Yeah, 709 thous, 728 and 99 -- 95 cents.

10   Q.   All right, thank you.  And does this balance

11        sheet also list total equity?

12   A.   Okay, 477 thous, 600 and five two and 23

13        cents.

14   Q.   Under other current liabilities which is up a

15        little ways from total equity; do you see

16        that?

17   A.   Okay, yep.

18   Q.   It says loan from shareholders; do you see

19        that?

20   A.   Okay, yep.

21   Q.   And is there a figure?

22   A.   Yeah, a loan from TelexFREE LLC 701 thous

23        525 dollars.

24   Q.   Okay, so that would be the loan from

1          TelexFREE, right?

2      A.   Yes.

3      Q.   Could you describe that loan; do you know

4           what that loan is?

5      A.   Yeah, that -- maybe that's money come from

6           TelexFREE LLC and we'd be paid in TelexFREE

7           Inc.

8      Q.   And there's also an entry above that loan

9           from shareholders, right?

10     A.   It's a zero here.

11     Q.   Do you know --

12     A.   It's from our shareholders, I don't think

13          nothing got paid to TelexFREE to the

14          shareholders.

15     Q.   Do you know what the word shareholders refers

16          to on this balance sheet?

17     A.   It's zero amount, what I see.

18     Q.   The amount is zero, but the word

19          shareholders, do you know who that refers to

20          or does it refer to anyone?

21     A.   I don't know.

22     Q.   Okay.

23               MR. LEONE:   Keep Exhibit 9 and I would

24          like to introduce Exhibit 10 which is a two-

208

1        page document with the header TelexFREE Inc.

2        Balance Sheet as of December 31, 2013.

3                **(Whereupon, Exhibit No. 10, TelexFREE**

4        **Inc. Balance Sheet as of December 31, 2013,**

5        **was marked for identification.)**

6                THE WITNESS:  Yep, okay.

7                MR. LEONE:  Mr. Wanzeler, if you could

8        take a moment to review Exhibit 10 and look

9        up after you've had a chance to do so.

10               (Witness views document.)

11               THE WITNESS:  I'm ready.

12      (BY MR. LEONE)

13      Q.   All right, Mr. Wanzeler, have you had chance

14           to review this document?

15      A.   Actually, this one to tell the true, I don't

16           remember.

17      Q.   Okay, what I'm asking you is have you had a

18           chance to review it --

19      A.   Not --

20      Q.   -- today?

21      A.   Not this one.  No, today, yes.

22      Q.   So you've had a chance to review the Exhibit

23           10 --

24      A.   Today.

1    Q.    -- correct?

2    A.    Yes, but I understand.

3    Q.    Okay, and have you seen this exhibit before?

4    A.    I don't remember see this one.

5    Q.    Do you know who is responsible for compiling

6          the data?

7    A.    Joe Craft.

8    Q.    And did you review the data that Joe Craft

9          compiled?

10   A.    Specifically this document is still like new

11         for me, but I think I review.

12   Q.    Okay, but you're not sure?

13   A.    I'm familiar; put it this way, everything,

14         yeah, I'm familiar.

15   Q.    Okay, could you just generally describe the

16         document, please?

17   A.    What I understand here, that's the money stay

18         in the bank, that's the assets we have;

19         that's correct?

20   Q.    Okay, and --

21   A.    They say here Bank of America I have $3,066,

22         in the Fidelity Bank I have 40,668.24, Master

23         CFA, tell the true I don't know what it is. I

24         don't know what that means, 20,000 zero 25

210

```
 1            and 45 cents, now the total here 19 -- total
 2            GPG.
 3       Q.   Do you know what GPG stands for?
 4       A.   GPG is one more merchant account that receive
 5            money like iPayout, like I talk before.
 6       Q.   And do you still use GPG or does TelexFREE?
 7       A.   No, we use only iPayout now.
 8       Q.   And why don't you use GPG anymore?
 9       A.   Because get confuse to the people, you know,
10            like think about this, people send money to
11            GPG, send the money to iPayout, you have to
12            use one, so we pick out iPayout.
13       Q.   Okay, so I'd like to highlight just a few of
14            these entries.
15       A.   Okay.
16       Q.   Under total GPG it says PayPal and then under
17            PayPal it says PayPal 2; do you see that?
18       A.   Yep.
19       Q.   What do those refer to?
20       A.   I think it refers same for me; PayPal and
21            PayPal 2 are the same.
22       Q.   What is PayPal?
23       A.   PayPal is the one merchant account to receive
24            money to.
```

211

1    Q.   And that was used in the past?

2    A.   We use in the past.

3    Q.   Why would there be two PayPal accounts?

4    A.   I don't know.

5    Q.   Who would know that?

6    A.   Joe Craft; can be misspell something 'cuz

7         PayPal name is only one.  Well, only if we

8         have two accounts; you know what that can be,

9         that can be if we have two accounts with the

10        TelexFREE Inc. and TelexFREE LLC, they have a

11        Paypal 1 and Paypal 2; that can be different.

12        I don't know, I cannot -- I just try figure

13        out why.

14   Q.   Okay.  Is there a total current assets listed

15        for the incorporated entity as of December

16        31, 2013?

17   A.   You talking way down?

18   Q.   No, it's about two-thirds of the way down,

19        maybe three-quarters.

20   A.   Total current assets, yeah, 19,313,826 and 08

21        cents.

22   Q.   And could you describe what comprises those

23        total assets?

24             MR. BERTHIAUME:  Those total current

1          assets?

2     (BY MR. LEONE)

3     Q.   Total current assets, correct.

4     A.   How I describe that, everything above.

5     Q.   Okay.

6     A.   Everything above I see here, that's what

7          describe.

8     Q.   So all of the entries above total other

9          current assets?

10    A.   That's what the 19 million 313 and 826 and 08

11         cents.

12    Q.   And is there also an entry for total assets

13         on this form?

14    A.   Yeah, 19,456,804.62.

15    Q.   And on page 2 of Exhibit 10 is there an entry

16         for total liabilities?

17    A.   21,971.87.

18    Q.   Is there an entry for total equity?

19    A.   19,434,832 and 75 cents; it's a lot of

20         numbers for me.

21    Q.   Above total equity there's an entry which

22         reads dividend distribution; do you see that?

23    A.   Yep.

24    Q.   And there appears to be a negative number

213

```
 1              after that?
 2      A.      Okay.
 3      Q.      What does that reference?
 4      A.      I can guess; I think this is --
 5      Q.      I don't want you to guess.  Do you know?
 6      A.      I think I know, this is the only money we get
 7              from TelexFREE in 2013, that's what the last
 8              week in 2013 in December we get it.  I think
 9              that's the only thing.  I don't see anything
10              else here, 'cuz I know I get about 3 million-
11              something and Jim get 3-million something.
12      Q.      And did anyone else get money?
13      A.      And Carlos Costa, but that's supposed to be
14              about 9-million-something, but I don't see
15              was another one here.  It was about $10
16              million, that's the only money we receive in
17              December 2013; it was 3.5 for me and 3
18              million for Jim and 3 million for Carlos
19              Costa, you know, around there; that's the
20              only money we get from the company.  That's
21              what I mean but I think I miss here another 3
22              million because it was three people.
23      Q.      And why was Carlos Costa getting 3 million?
24      A.      Because he was part of this business here,
```

214

1        too.

2    Q.    He is a part of TelexFREE Incorporated?

3    A.    Yep.

4    Q.    What did he do for TelexFREE Incorporated

5          in --

6    A.    When we done the partnership in Brazil we

7          done the same company here, too; we grow the

8          organization here and he's a part of the

9          business.

10   (BY MR. O'HARA)

11   Q.    I have a question for you, Mr. Wanzeler.

12   A.    Sure.

13   Q.    The first page, the fixed assets, do you see

14         that section?

15   A.    Fixed asset, yep.

16   Q.    So the item that says equipment and it says

17         equipment 171,952.97.

18   A.    Okay.

19   Q.    Do you know what that entry represents?

20   A.    That's servers we bought.

21   Q.    That's the servers?

22   A.    Yeah, servers.

23   Q.    Okay, so that's the equipment that Telex --

24   A.    For TelexFREE, yeah.

1   Q.   Okay.  And is that in the entry just above

2        that, accumulated depreciation?

3   A.   I don't know what that mean.

4   Q.   Okay, but then going back to the equipment,

5        the servers, do they make up the bulk of

6        TelexFREE's equipment?

7   A.   Where?

8   Q.   Just going back down --

9             MR. BERTHIAUME:  What he just described.

10        You were just talking about it.

11  A.   171 thous, 952 and 97 cents, that was servers

12       we bought for our company.

13            MR. O'HARA:  Okay, got it.

14            MR. LEONE:  Okay, I'd like to collect

15       Exhibit 10 only.

16            THE WITNESS:  Okay.

17            MR. BERTHIAUME:  Ten only?

18            MR. LEONE:  Ten only, we'd like to leave

19       nine out for the moment.

20            THE WITNESS:  I have nine.

21            MR. LEONE:  Yes, you can keep nine,

22       we're just going to collect 10.  And I'm

23       going to introduce Exhibit 11, which is a

24       two-page exhibit with an e-mail.

216

1          **(Whereupon, Exhibit No. 11, E-mail, was**

2          **marked for identification.)**

3              MR. LEONE:  Mr. Wanzeler, if you could

4          take some time to review that document and

5          look up after you've had an opportunity to.

6              (Witness views document.)

7              THE WITNESS:  I'm okay.

8      (BY MR. LEONE)

9      Q.   Mr. Wanzeler, have you had a chance to review

10         this exhibit?

11     A.   Yep.

12     Q.   And do you recognize Exhibit 11?

13     A.   I do.

14     Q.   Have you seen it before?

15     A.   This one here I'd say no, because this one I

16         can see that was done back in April 23 in

17         2013, that's what Gerry Nehra with Andrea

18         sent to you.

19     Q.   And who would have been responsible for

20         compiling the information in Exhibit 11?

21     A.   This was Joe Craft.

22     Q.   And did you review the information that Joe

23         Craft compiled?

24     A.   Not this one.

217

1    Q.    So you've reviewed all of the other balance

2          sheets and profit and loss --

3    A.    This wasn't 2013, you know, I remember that

4          date, actually I was in Brazil in April when

5          he receive those subpoena from you guys to

6          send document and Andrea, same thing we talk

7          before, this one here was prepared by Andrea,

8          sent to Gerry Nehra.  I cannot guarantee

9          either if Joe Craft review that.  I think so,

10         but that was made from Joe Craft and Andrea

11         and Gerry Nehra on this particular one here.

12         And for me again, I come back in the same

13         way, I try explain to you this one isn't

14         complete and I said this one's, it's got --

15         this one not good.

16    Q.    So as you said not good, why is Exhibit 11

17          not good?

18    A.    Because by April 23, 2013 that's not what the

19         income tax to declare.  They're not finished

20         this.  They sent something in QuickBooks to

21         you guys but they're not finished and done

22         with the details what the correct amount, you

23         know.  It's what we do, you know, like people

24         can go there every month and insert data, but

218

1           sometime they miss the data; sometimes they

2           just say okay, this data here goes with this.

3           I agree, but it's not there, you understand,

4           so this happen all the time in our company.

5           Sometime they can put amount, it's an

6           employee that's not supposed to be an

7           employee, it's supposed to be an agent, okay,

8           and this, I guarantee to you, was review

9           after April 23rd that's with done with our

10          tax.  Again, this here, that's correct one,

11          Exhibit No. 9; this one is incorrect.

12     (BY MR. NEELON)

13     Q.   How do you know that this one is correct?

14     A.   Because like we saw before they don't put it

15          here what the amount we see inside our

16          system, you know, it was missed there, they

17          don't put the amount we pay inside our

18          system.

19     (BY MR. LEONE)

20     Q.   On Exhibit 9, which I believe you testified

21          is the correct exhibit, where does it mention

22          the system?

23     A.   No, no, this one is correct.  I do try guess

24          here, I don't know if this is the same thing

219

1          you show me before we go on a break.

2     Q.    No, so what we're looking at now, just to

3          back up, is the balance sheet -- so Exhibit 9

4          is the balance sheet for TelexFREE

5          Incorporated as of December 31, 2012, right?

6     A.    Okay, all right.

7     Q.    Exhibit 9, that's the one-page document.

8     A.    Okay.

9          MR. BERTHIAUME:   That was recently

10         produced.

11         MR. LEONE:   That was recently produced.

12    (BY MR. LEONE)

13    Q.    Exhibit 11 is the two-page document which

14         I'll ask you, does it also have the same

15         header TelexFREE Inc. Balance Sheet as of

16         December 31, 2012?

17    A.    Okay.

18    Q.    Does it have the same header?

19    A.    What it mean the same header?   Sorry about

20         that.   Ask again, I will respond.   I want to

21         respond to your question.

22    Q.    Sure, so Exhibit 9, which is the one-page

23         document that was recently --

24    A.    Right here.

220

1    Q.    -- produced --

2    A.    Okay.

3    Q.    -- has the header TelexFREE Incorporated

4          balance sheet as of December 31, 2012,

5          correct?

6    A.    Right, yes.

7    Q.    Exhibit 11, which is the two-page document

8          has the same header; is that correct?

9    A.    That's correct.

10   Q.    Okay.

11   A.    But the only different here, that can be the

12         same but the only -- what I try to say here,

13         after April 23, 2013 Andrea and Joe Craft

14         went there again and review if everything was

15         correct and probably something was changed

16         because they weren't correct and make sure we

17         do the tax in the right amount.  And for me,

18         what I see here, the number can -- I don't

19         look this, the number can be the same, but

20         for me this one is correct one.

21              MR. BERTHIAUME:  Exhibit 9.

22   A.    Exhibit 9.  Don't take me wrong, I just try

23         to say because I can see the same day is

24         April 23 of 2013, I think they went there and

221

1           they make couple of change after that before

2           they do the income tax and for me this one

3           was February 20, 2014, you see, this one was

4           the correct one.

5       (BY MR. LEONE)

6       Q.   For the record let's -- let's be clear for

7            the record, are you referring to Exhibit 9?

8       A.   Exhibit 9, yeah.  See, when we print February

9            20, 2014, this -- it's after April 23rd; for

10           me that's the correct information right here,

11           that's what I follow up.

12              MR. BERTHIAUME:  Exhibit 9.

13      A.   Exhibit 9, okay, that can be the same.  I can

14           look here the numbers almost the same if you

15           come on the end here, 1,000,168, 1,000,187,

16           you know, it's almost the same number but

17           some correction was done there.

18      (BY MR. NEELON)

19      Q.   Just to take an example, it's your

20           understanding that the actual loan from

21           TelexFREE LLC as listed on Exhibit 9 is

22           701,525, that's correct as opposed to the

23           number on -- listed on Exhibit 11, which is

24           $93,880.88?

1    A.   Exactly, because this one was correct.  There

2        was a mistake there; they never put in the

3        right place, probably they put this in

4        different location or don't put it.  They're

5        not set in the right line, you understand,

6        probably put a -- think about this, the

7        employee there probably take that amount and

8        put on, let's put it on the long shareholder

9        or Bank of America holder, something, because

10       they're placed in the wrong place.  And then

11       after the -- before we do the tax, Andrea go

12       there very careful and found out okay, this

13       amount supposed to be here or not; she's move

14       around because that's what the correction --

15               MR. BERTHIAUME:  Are you -- you're

16       speculating now, you don't know?

17    A.   I don't know, but I can see that -- because

18       know what I said, because the amount's almost

19       the same, you can see that.  The numbers have

20       to be in some place here.

21    (BY MR. LEONE)

22    Q.   Do you know why Andrea or Joe Craft would

23       change the numbers as they were produced on

24       Exhibit 11?

223

1    A.    Because before we do the income tax they have

2            to review line by line is everything correct;

3            if there's -- nothing was place in different

4            category, you understand, because they can

5            place something in the different category,

6            it's not the amount can be wrong, but the

7            category can be wrong when they place that.

8            But, again, what I said to you, Exhibit 9,

9            that was the correct one.

10             MR. LEONE:  All right, why don't we --

11             THE WITNESS:  I'm sorry for the confuse,

12            guys.

13             MR. LEONE:  Why don't we collect Exhibit

14            9 and Exhibit 11.

15   (BY MR. LEONE)

16    Q.    Changing gears, Mr. Wanzeler, who is

17            TelexFREE's biggest promoter currently?

18    A.    We have a lot of big promoters.  What I

19            understand, what I see around, I think we

20            have two big promoters here, we have a

21            Santiago De la Rosa.

22    Q.    Can you spell that for the record, please?

23    A.    Santiago, D-E, Rosa, A-R-O-S.  We have a

24            guy's called Sann Rodrigues.  I have Jose

Lee & Associates * Certified Court Reporters * (781) 848-9693

224

```
 1              Arantes is big leaders, too.  We have a lot
 2              of big leaders.
 3         Q.   Who's the biggest?
 4         A.   I think Sann Rodrigues, I think the one
 5              almost start in the U.S. in the begin,
 6              because he joined Brazil, he signed up in
 7              Brazil, and then Brazil was closed and he's
 8              just been inside the U.S. after Brazil
 9              closed.
10         Q.   Have you met Sann Rodrigues before?
11         A.   Oh, yes, I did; not my best friend, but I
12              did, he's my promoter.  I met him Madrid, I
13              met him in Orlando, you know.
14         Q.   Does Sann Rodrigues -- and can we just back
15              up, could you spell that for the record?
16         A.   Sann, it's I think S-A-N-N; it's two N, I
17              think.  I don't -- I'm not --
18         Q.   You think, okay, and the last name?
19         A.   Rodrigues, R-O-D-R-I-G-U-E-S, Rodrigues.
20         Q.   And does Mr. Rodrigues go by any other name?
21         A.   Not right now; that's what the name I have on
22              the system.
23         Q.   Earlier you testified that you'd met Mr.
24              Rodrigues on at least one occasion; is that
```

225

|   |   |   |
|---|---|---|
| 1 |  | correct? |
| 2 | A. | Yeah, I met him because I went to the |
| 3 |  | meetings, the big meetings, you know, and |
| 4 |  | he's there do the events.  He's one our big |
| 5 |  | leaders. |
| 6 | Q. | When you say one of your big leaders -- |
| 7 | A. | Big leaders because he's the top leader in |
| 8 |  | the U.S.  He's the one almost start in the |
| 9 |  | U.S. that time, you know, because he start in |
| 10 |  | Brazil first, U.S. was very -- is not that -- |
| 11 |  | is not everybody under Sann Rodrigues, but |
| 12 |  | he's a big leader.  I have agents it's |
| 13 |  | nothing about Sann Rodrigues, okay, it's |
| 14 |  | different levels, but he's the one done the |
| 15 |  | work, he's the one promote more people to the |
| 16 |  | business. |
| 17 | Q. | How many people has Mr. Rodrigues brought to |
| 18 |  | the business? |
| 19 | A. | It's a lot of people, but I don't know the |
| 20 |  | amount. |
| 21 | Q. | How much did Mr. Rodrigues make last year? |
| 22 | A. | I don't know the total amount, but I can get |
| 23 |  | the records if you guys need.  Actually, I |
| 24 |  | think you guys have the records. |

226

1    (BY MR. O'HARA)

2    Q.   Did Mr. Rodrigues conduct his business for

3         TelexFREE in the United States?

4    A.   He's a agent like everybody else, just a

5         promoter.

6    Q.   Okay, did he conduct his promoter work --

7    A.   No.

8    Q.   -- from inside the United States?

9    A.   No.   What do you mean conduct?

10        MR. BERTHIAUME:   Where did he go about

11        trying to find customers, agents, whatever,

12        where did he --

13   A.   Oh, not only inside U.S.; he's go around the

14        world.

15   (BY MR. O'HARA)

16   Q.   All right, let me just --

17   A.   He's have a promoters here, Brazil, he's have

18        a promoter in Japan, Madrid, you know,

19        everywhere.

20   Q.   When Mr. Rodrigues joined TelexFREE was he

21        living in the United States?

22   A.   Yes, he's was living in United State; always

23        I -- what I know Sann Rodrigues, he's live

24        here.   I don't remember -- like I say, he's

227

```
 1              not my best friend, I don't know.  If I tell
 2              the true, you guys, I don't know what he's
 3              was, when he joined TelexFREE, okay, but he's
 4              a promoter.  Always I -- what I understand
 5              he's live in Boston, now he's live in
 6              Orlando, that's how I know for Sann
 7              Rodrigues.
 8         Q.   Okay.
 9         (BY MR. LEONE)
10         Q.   When did Sann Rodrigues join TelexFREE?
11         A.   I don't remember the date, but I think we can
12              get that on file you guys have.
13         (BY MR. O'HARA)
14         Q.   Prior to Mr. Rodrigues joining -- becoming a
15              promoter of TelexFREE did you know Mr.
16              Rodrigues?
17         A.   He's come up on -- he's join with Carlos
18              Costa in Brazil; he's -- that time we have a
19              moment in Brazil, big moment up there, and
20              he's call Carlos --
21         (BY MR. LEONE)
22         Q.   A big what, I'm sorry?
23         A.   Moment.
24         Q.   Moment?
```

228

```
 1    A.    Yes, and we do very well in Brazil.  I think
 2          then he's call Carlos Costa and to tell the
 3          true for you guys, I was very concerned when
 4          Sann Rodrigues come because I remember in
 5          2006 he have some problems and in the U.S.
 6          and Carlos Costa call me that time and said,
 7          "Carlos, what do you think about?"  And I
 8          say, "You know what, anybody can join our
 9          company long if they do okay and follow up
10          with, you know, what the procedure, you know,
11          contract, I am okay."  And I remember the
12          first time -- one of the first time I met him
13          and I said to him, "Hey, you can do
14          TelexFREE, but one thing you do wrong in our
15          company, you're not going to be here
16          anymore."  And since that I don't hear
17          nothing bad about him.
18    (BY MR. O'HARA)
19    Q.    You said you -- that Rodrigues had problems
20          in 2006, what are those?
21    A.    Yeah, he's have a company, you know;
22          actually, Sann Rodrigues try a buy a
23          wholesale manage from Diskavontade a long
24          time ago, I think it's in 2006, and we don't
```

229

```
 1              want, okay, and we don't do any deal with
 2              them.  In couple months later, you know, we
 3              see a problem he's having in Massachusett, I
 4              think; I don't know if he's not a propers,
 5              you know, I don't understand, probably he's
 6              not done propers, probably he's don't
 7              understand what's the laws inside the
 8              Massachuster, but I see some problem there
 9              was shot down by SEC, you know, that time,
10              you know, and was thanks God we're not
11              involved.  Diskavontade was around that time;
12              it's still around today, you know, and when I
13              was involved in that business.
14      Q.      You said when you -- when Mr. Rodrigues
15              jointed TelexFREE as a promoter you spoke
16              with him, did TelexFREE provide any
17              supervision of his promoter activities?
18      A.      First thing I told him, you know, if you want
19              do the business with the TelexFREE, make sure
20              you follow up the procedure; anything you do
21              wrong in our business, you'll be out.  But so
22              far, I tell the true, I don't see anything
23              that guy's done wrong, you know.  A couple of
24              people try say he's move one network to
```

230

1               another network.  Carlo he's doing business

2               in another like called Wings here. For me, by

3               the way, I don't think --

4                    MR. BERTHIAUME:  What was that?

5        A.     Wings Company.  For me, I don't --

6        (BY MR. LEONE)

7        Q.     Can you spell that or what is that?

8        A.     Wings is W-I-N-G and I don't want -- I'm not

9               here to tell him anything bad about any

10              company, but for me it's not my business, you

11              know, it's not the way I do business.  But

12              people make to me he's do that business with

13              somebody or something but so far nothing

14              prove, nothing, you know, can prove Sann

15              Rodrigues done that business with anybody

16              else.  You guys probably will hear pretty

17              soon about the Wings.  I don't know if you

18              guys heard about, but that's what it's called

19              Wings Network or something, but I don't know

20              what they do; that's not my business;

21              business not my business I not care about.

22       (BY MR. O'HARA)

23       Q.     Can TelexFREE identify who its biggest

24              promoters are?

231

| | | |
|---|---|---|
| 1 | A. | In the U.S. today I think it's Sann |
| 2 | | Rodrigues. |
| 3 | Q. | No, I mean if you looked at, maybe you have |
| 4 | | some data or something at TelexFREE, can you |
| 5 | | identify who the biggest promoter is and |
| 6 | | who's the smallest promoter in terms of |
| 7 | | generating business? |
| 8 | A. | Yes, I think we can identify by the money |
| 9 | | they make, you know.  Biggest promoters when |
| 10 | | they work hard and make a big tree, you know, |
| 11 | | that's the most making more money, you know, |
| 12 | | and they work more. |
| 13 | Q. | And TelexFREE keeps track of -- |
| 14 | A. | We can keep track. |
| 15 | Q. | -- the trees? |
| 16 | A. | We can keep -- we can get by the amount |
| 17 | | what's the promoter make; that would make us |
| 18 | | know who's the big or not big. |
| 19 | Q. | Over the past two years does Telex review the |
| 20 | | activities of promoters? |
| 21 | A. | Everybody's active, very active. |
| 22 | | MR. BERTHIAUME:  I'm not sure when you |
| 23 | | say -- |
| 24 | (BY MR. O'HARA) |

232

```
 1    Q.   Let's say supervise, review their -- whether
 2         they're following whatever the terms and
 3         conditions are that TelexFREE --
 4    A.   We try do our best.  You know what, a couple
 5         one went and put some banners the way we
 6         don't like, you know, and what we do, the
 7         first thing we do we block; they cannot go to
 8         the back office because they have to call us.
 9         When they call us, you know, we explain we
10         cannot do that, take that off immediately,
11         and I don't have to shot down them twice and
12         they learn, they don't do anymore.  But we
13         keep track, yes, we do, you know, anything we
14         see they do, because in our business we don't
15         like our promoter promote like money, you
16         know, our business we like our promoter go
17         there, see you can change your life, you can
18         make a couple of thousand dollars or, you
19         know, you don't have food, this, or don't
20         have a job, you can make some money.  We
21         against for those guys to say you can make a
22         million dollars in our company; that's not
23         what our company.  Our company's for help
24         people don't have a job or don't have -- you
```

233

```
 1            know, change their life, you know, they don't

 2            have food in their home, something, we try

 3            give opportunity to the people make a small

 4            amount of money.  Those people --

 5      (BY MR. LEONE)

 6      Q.    Have some people made the million dollars?

 7      A.    Yeah, some people make the same Herbalife

 8            because they have a big tree, big work; some

 9            peoples' network they make, but it's not

10            everybody.  But I don't like those guys say

11            you can make a million dollars because not

12            everybody can make the same.  It all depends

13            each guy, you know, like World Exchange I

14            make about a half a million dollars in World

15            Exchange, you know, all my life is there, you

16            know, but I work hard, very hard, but I never

17            say you can make a half a million dollar like

18            I did.  And somebody -- we see somebody do

19            that, we -- immediately we shut down them

20            'cuz that's not the way the business we want

21            to be.

22      (BY MR. O'HARA)

23      Q.    In the past two years how many promoters have

24            you shut down or stopped their activities due
```

234

```
 1              to violating some sort of conditions of
 2              TelexFREE?
 3        A.    I can say hundreds, you know, because in the
 4              begin they try done on a different way in our
 5              business, like try show money, show checks,
 6              or something and when we found out we just
 7              block the IP and give the first shot.  But
 8              like I said to you, we never have to
 9              terminate anybody because when they learn,
10              they don't do anymore and the nice thing,
11              when one do, they pass for everybody, you
12              know, don't do that because they're going to
13              shut cold.  And we done a couple ones.
14      (BY MR. NEELON)
15        Q.    So you said you don't like the promoters to
16              be out showing people, excuse me, showing
17              pictures of people with money and things like
18              that?
19        A.    No, no, no, I don't think this is help
20              anybody and I think this can take -- that's
21              the first thing I learn when I do a network,
22              market, because those guys cannot do the same
23              I did, you know, they can be embarrass, they
24              not be good for rest of their life and I
```

235

1       think each people can do the best, you know,

2       and they can make a small amount of money,

3       they can make a big; they can make as much as

4       they want, but they have to work the way they

5       can.

6           MR. LEONE:  All right, the time is 4:18,

7       why don't we go off the record.

8           **(Whereupon, the parties go off the**

9       **record.)**

10          MR. LEONE:  Okay, the time is 4:25, we

11      are now back on the record.  Mr. Wanzeler,

12      the Division doesn't intend to ask any other

13      questions based on the record thus far.  Is

14      there anything that you would like to add to

15      your testimony today or, Counsel, would you

16      like to ask your client any questions in

17      order to clarify any testimony today?

18          MR. BERTHIAUME:  Just a couple things.

19      Mr. Wanzeler, during the course of the

20      examination by Mr. Leone he asked you a

21      number of questions about Best Western and

22      that Best Western icon that was on your Web

23      site; do you remember those questions?

24          THE WITNESS:  Yep, I remember that, yep.

1          MR. BERTHIAUME:  With respect to that,

2     has TelexFREE Inc. or TelexFREE LLC ever

3     sought any investments by promoters in Best

4     Western?

5          THE WITNESS:  No, never.

6          MR. BERTHIAUME:  At any point has

7     TelexFREE Inc. or TelexFREE LLC suggested to

8     promoters that they could invest in Best

9     Western?

10          THE WITNESS:  Nope, never; never tell

11     any agent we want them invest or something

12     Best Western.

13          MR. BERTHIAUME:  Has any agent or

14     promoter of TelexFREE Inc. or TelexFREE LLC

15     to your knowledge ever invested in any Best

16     Western joint venture with --

17          THE WITNESS:  Nope.

18          MR. BERTHIAUME:  -- Incortel?

19          THE WITNESS:  No.

20          MR. BERTHIAUME:  I have no other

21     questions for Mr. Wanzeler.

22          MR. LEONE:  Counsel, any question?

23          MR. BABENER:  No.

24          MR. LEONE:  Mr. Wanzeler, with that we

237

1         will suspend your testimony today.  The

2         Division does reserve the right to call you

3         back in without the issuance of a new

4         subpoena.  And at this time we are now off

5         the record.

6              **(Whereupon, the proceeding was suspended**

7         **at 4:27 p.m.)**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

238

# C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF PLYMOUTH, SS

         I, DIANNE E. BROWN, a Court Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, do hereby certify that the foregoing
statement of **CARLOS WANZELER** was taken before me on
March 26, 2014.  The witness was duly sworn before the
commencement of his testimony; that the said testimony
was taken audiographically by myself and then
transcribed by me.  To the best of my knowledge the
within transcript is a complete, true, and accurate
record of said On-The-Record Interview.

         I am not connected by blood or marriage
with any of the said parties, nor interested
directly or indirectly in the matter in
controversy.

         In witness whereof, I have hereunto set
my hand and Notary Seal this 27th day of March
2014.


                              _____
                              Dianne E. Brown,
                              Notary Public
                              My Commission Expires:
                              August 12, 2016


MASS. SEC. DIV. 668

Lee & Associates * Certified Court Reporters * (781) 848-9693