# EXHIBIT C-3

1

Volume:      I
Pages:   1-102
Exhibits: 1

COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE SECRETARY OF THE COMMONWEALTH
SECURITIES DIVISION
ONE ASHBURTON PLACE - 17TH FLOOR
BOSTON, MASSACHUSETTS 02108

IN THE MATTER OF:

TELEXFREE,INC.                    Docket No. 2014-0004

ON-THE-RECORD INTERVIEW OF **ANGELO M. ALVES**, a

witness called by and on behalf of The Office of the

Secretary of State, Securities Division, One

Ashburton Place, Boston, Massachusetts, before Dianne

E. Brown, CVR-M, a Court Reporter and Notary Public

in and for the Commonwealth of Massachusetts,

commencing on Friday, March 14, 2014, at 10:08 a.m.

2

# A P P E A R A N C E S

Anthony Leone, Esquire
Enforcement Attorney
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548
     COUNSEL FOR:  The Securities Division

William J. Neelon, Esquire
Corporate Finance Attorney
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548
     COUNSEL FOR:  The Securities Division

Timothy O'Hara, Esquire
Enforcement Attorney
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548
     COUNSEL FOR:  The Securities Division

Nicholas C. Theodorou, Esquire
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000
     COUNSEL FOR:  Angelo M. Alves

Elizabeth M. Holland, Esquire
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000
     COUNSEL FOR:  Angelo M. Alves

         ALSO PRESENT:    Jane Lamb-Ruiz
                          Universal Dialect

3

# I N D E X

**WITNESS**                          **PAGE**

**ANGELO M. ALVES**

By Mr. Leone                          6

By Mr. Neelon                         36

By Mr. O'Hara                         76

4

# E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 1 | One-Page Document | 62 |

1          **P R O C E E D I N G S**

2

3                              **Friday, March 14, 2014**

4                                    **10:08 a.m.**

5

6          MR. LEONE:  Good morning, we are now on

7     the record.  Today is March 14, 2014 and the

8     timing is 10:09.  An interpreter is present

9     today to translate from English to Portuguese

10    and vice versa.  Ms. Interpreter, could you

11    please identify yourself for the record?

12          THE INTERPRETER:  Jane Lamb-Ruiz.

13          MR. LEONE:  And would you please swear

14    the interpreter in?

15          *JANE LAMB-RUIZ was sworn as the*

16    *Portuguese Interpreter.*

17          MR. LEONE:  This on-the-record

18    investigative testimony is taken pursuant to

19    the authority conferred on the Office of the

20    Secretary of the Commonwealth.  Do you

21    understand that?

22          THE WITNESS:  Yes.

23          MR. LEONE:  My name is Anthony Leone,

24    I'm an attorney with the Massachusetts

6

1        Securities Division.  With me today is

2        William Neelon, an attorney with the

3        Division.  Do you understand that your

4        testimony today is pursuant to a subpoena?

5             MR. THEODOROU:  You have to answer yes

6        or -- you have to answer; you've got to say

7        it.

8             THE WITNESS:  Yes.

9             MR. LEONE:  Do you consent to being

10        placed under oath?

11             THE WITNESS:  Yes.

12             MR. LEONE:  Would you please place the

13        witness under oath?

14

15             *ANGELO M. ALVES*, having been

16        satisfactorily identified by the production

17        of his Massachusetts Driver's License and

18        duly sworn by the Court Reporter through the

19        Portuguese Interpreter, was examined and

20        testified as follows:

21

22   (BY MR. LEONE)

23   Q.   Could you please state and spell your full

24        name for the record?

7

1    A.    Angelo Alves, A-N-G-E-L-O A-L-V-E-S.

2                MR. LEONE:   Thank you.   A few ground

3          rules:   The Division controls the record; we

4          will only go on or off the record at the

5          direction of either Bill or myself.   If you

6          need to take a break at any time please let

7          us know and we will do so; however, if a

8          question remains pending you must answer the

9          question before taking a break.   Please

10         answer all questions verbally; nonverbal

11         answers aren't reflected, such as the book

12         was this high.   Do not begin providing an

13         answer until the question has been completed.

14         If you do not understand a question let us

15         know and we will try to rephrase it; however,

16         if you answer a question we will interpret

17         that to mean that you have understood the

18         question.   Please provide answers to all

19         questions on an if-you-know basis unless we

20         ask you to estimate.

21                THE INTERPRETER:   If you know and then

22         what's the second?

23                MR. LEONE:   We will try to rephrase the

24         question.   When using the proper name of an

8

```
1        individual or place for the first time,

2        please state it and spell it.  Please let the

3        interpreter or the court reporter know if we

4        are talking too fast and we will try to slow

5        down.  If anyone in the room has a cell

6        phone, please turn it off or put it on silent

7        mode.

8             Mr. Alves, your testimony has been

9        requested by the Division as part of an

10       inquiry as to whether there have been

11       violations of the Massachusetts Uniform

12       Securities Act.  Do you understand that?

13            THE WITNESS:  Yes.

14            MR. LEONE:  However, the facts developed

15       in this investigation might constitute

16       violations of other state or federal criminal

17       or civil laws.  Mr. Alves, do you understand

18       that you may assert your rights under the

19       Fifth Amendment of the United States

20       Constitution and Article 12 of the

21       Massachusetts Declaration of Rights?

22            THE WITNESS:  Yes.

23            MR. LEONE:  And as such you may refuse

24       to answer any question which may tend to
```

9

1          incriminate you.  Do you understand that?

2               THE WITNESS:  Yes.

3     (BY MR. LEONE)

4     Q.   Mr. Alves, are you being represented by

5          counsel today?

6     A.   Yes.

7               MR. LEONE:  And, Counsel, could you both

8          identify yourselves for the record, please?

9               MR. THEODOROU:  Nicholas Theodorou,

10         Foley Hoag LLP.

11              MS. HOLLAND:  And Elizabeth Holland,

12         Foley Hoag LLP.

13              MR. LEONE:  All right, and starting with

14         you, Mr. Theodorou, do you represent Mr.

15         Alves in his individual capacity today?

16              MR. THEODOROU:  I do.

17              MR. LEONE:  Is there any other person or

18         entity that you are representing today?

19              MR. THEODOROU:  No.

20              MR. LEONE:  Ms. Holland, do you

21         represent Mr. Alves in his individual

22         capacity today?

23              MS. HOLLAND:  Yes, I do.

24              MR. LEONE:  Is there any other person or

10

1          entity that you are representing today?

2                MS. HOLLAND:  No.

3      (BY MR. LEONE)

4      Q.   Mr. Alves, do you understand that giving

5           testimony under oath as you are today

6           subjects you to the pains and penalties of

7           perjury?

8      A.   Yes.

9                MR. LEONE:  Even though we have

10          subpoenaed your testimony today you should

11          understand that in addition to answering

12          questions from the Division this is your

13          opportunity to provide any exculpatory

14          information that you may have.

15               THE INTERPRETER:  Is that written down?

16               MR. LEONE:  I will break the sentence

17          down.  Even though we have subpoenaed your

18          testimony today you should understand that in

19          addition to answering questions this is your

20          opportunity to present any exculpatory

21          information that you may have.

22               MR. THEODOROU:  Do you define

23          exculpatory?

24               MR. LEONE:  We do not define exculpatory

```
 1            in particular.  If there's any information

 2            that Mr. Alves --

 3                 MR. THEODOROU:  May I have an

 4            opportunity to define it for my client?

 5                 MR. LEONE:  We can give you an

 6            opportunity.  Would you like an opportunity

 7            now, Counsel?

 8                 MR. THEODOROU:  Just one minute; we can

 9            step outside.

10                 MR. LEONE:  Certainly.  Let me finish

11            the instructions and then we can --

12                 MR. THEODOROU:  Okay.

13                 MR. LEONE:  -- take a quick moment to

14            step outside and go off the record.

15                 MR. THEODOROU:  I mean I'll take him

16            out.

17                 MR. LEONE:  Okay.

18       (BY MR. LEONE)

19       Q.   With those understandings are you prepared to

20            proceed today, Mr. Alves?

21       A.   Yes.

22       Q.   Mr. Alves, is there anything that could

23            affect your ability to testify truthfully and

24            competently today?
```

12

```
1    A.   No.
2              MR. LEONE:  The time is now 10:20, we'll
3         step off the record for one moment.
4              (Whereupon, the parties go off the
5         record.)
6              MR. LEONE:  All right, the time is now
7         10:21, we are back on the record.
8    (BY MR. LEONE)
9    Q.   Mr. Alves, prior to coming here today, other
10        than counsel that's present here, who else is
11        aware that you're providing testimony to the
12        Massachusetts Securities Division?
13   A.   My wife.
14             MR. THEODOROU:  And your company.
15             THE WITNESS:  Oh.
16             MR. THEODOROU:  We want to add fully.
17   (BY MR. LEONE)
18   Q.   Okay, Mr. Alves, you testified that your wife
19        knows that you were aware about testimony
20        today; is there anyone else?
21   A.   Yes, the company because when I received the
22        subpoena I went to the office and showed it
23        to them.
24   Q.   Okay, let's start with your wife; what is
```

13

```
 1           your wife's name?
 2     A.    Vanessa Moreira, V-A-N-E-S-S-A M-O-R-E-I-R-A.
 3     Q.    When did she first learn that you were going
 4           to provide testimony in front of the
 5           Division?
 6     A.    After I told the company --- showed -- or
 7           told the company about the letter.
 8     Q.    And when you say the company what do you
 9           mean?
10     A.    TelexFREE.
11     Q.    When did you tell TelexFREE that you were
12           coming in to provide testimony?
13     A.    It was five days after I received the letter.
14     Q.    And who did you tell at TelexFREE?
15     A.    When I went there I talked to a secretary
16           called Andrea.
17     Q.    When you went where?
18     A.    To the office in Marlborough.
19     Q.    Did you speak with anyone other than the
20           secretary named Andrea?
21     A.    Yes.
22     Q.    And with whom did you speak?
23     A.    Carlos Wanzeler; he called me.
24     Q.    And could you spell Mr. Wanzeler's name for
```

14

```
 1              the record?
 2    A.    C-A-R-L-O-S, Carlos; and Vaseler,
 3          V-A-S-E-L-E-R.
 4    Q.    And did you say that Mr. Wanzeler called you?
 5    A.    Andrea called me and then she put him on the
 6          line and we were all three on the line.
 7    Q.    So did you travel to TelexFREE's office or
 8          did you call?
 9    A.    I went to the office and I showed her the
10          letter and two or three hours later she
11          returned my call.
12    Q.    What did she initially say to you, Andrea;
13          what did Andrea initially say to you?
14    A.    She said that I had been called to give my
15          testimony with regard to the company.
16    Q.    Did she say that after you showed her the
17          letter or before?
18    A.    After.
19    Q.    And then did you leave the office after
20          showing her the letter?
21    A.    Yes.
22    Q.    And where were you when the secretary called
23          you?
24    A.    She called me asking me if I could come back
```

| | | |
|---|---|---|
| 1 | | to the office and as I live far away I said |
| 2 | | that was a bit hard to do; that's when she |
| 3 | | asked me to hold on and then she got him, |
| 4 | | Carlos, on the line. |
| 5 | Q. | And then you spoke with Carlos? |
| 6 | A. | Yes. |
| 7 | Q. | And could you describe that conversation? |
| 8 | A. | He told me to -- he called me to say to be -- |
| 9 | | to not worry, because I had gone there and I |
| 10 | | was worried, and that they wanted to get my |
| 11 | | testimony about what the company was about, |
| 12 | | about the telephone service that I use to |
| 13 | | call my father and brothers in Brazil, which |
| 14 | | is the product that the company has. |
| 15 | Q. | Anything else on the call? |
| 16 | A. | And he said that I wasn't to use the word |
| 17 | | investment. |
| 18 | Q. | Why would he say that? |
| 19 | A. | When I asked him why shouldn't I use that |
| 20 | | word he said to me, "Is it an investment?"   I |
| 21 | | said no because I work for the company I can |
| 22 | | use the ads. |
| 23 | Q. | How could you use the ads? |
| 24 | A. | Because the ads are the telephone plan that I |

16

1       sell.

2   Q.  How long did the call last?

3   A.  Five minutes.

4   Q.  What time of day was the call?

5   A.  After lunch sometime, I don't remember.

6   Q.  Going back to when you went to the offices,

7       not the building, but could you describe the

8       offices of TelexFREE within the building?

9   A.  On the first floor there's an announcement

10      that says that it's under construction and

11      that they're expanding their office space;

12      and on the second floor are the people that

13      work there that -- the people that work

14      there.

15  Q.  Did you go into the offices on the first

16      floor?

17  A.  No, it's under construction.  I didn't know

18      my way around there and so I saw that there

19      was a thing that said under construction; it

20      was the first time I'd been there, so then I

21      figured out to go upstairs.

22  Q.  What thing did you see that said under

23      construction?

24  A.  They were putting out tables and computers.

17

```
 1              They were in the process of putting up tables

 2              and computers.

 3    Q.   Who is they?

 4    A.   I got there, there was a glass door and there

 5              was an announcement on the glass door; there

 6              was nobody there so I asked for information

 7              and I went up to the second floor.

 8    Q.   Could you see through the glass door?

 9    A.   Yes.

10    Q.   And what did you see inside?

11    A.   There were some tables and there were some

12              cans of paint.

13    Q.   Were there any people in there?

14    A.   No.

15    Q.   How big was the office, could you see?

16    A.   It was -- the size of it was about 10 rooms

17              this size.

18    Q.   And there was no one in there?

19    A.   No.

20              MR. THEODOROU:  For the record 10 rooms

21              this size relates to the size of the current

22              conference rooms that we are in.

23    (BY MR. LEONE)

24    Q.   Would you say that there were 10 rooms
```

1          approximately 10 by 10 feet?

2     A.   Right.

3     Q.   And so to be clear, there was no one in the

4          office, correct?

5     A.   On the first floor, but on the second floor

6          there were people; there was not only Andrea,

7          there were other people.

8     Q.   On the first-floor office was there a sign?

9     A.   Yes, there was a thing on the door with the

10         name of the company.

11    Q.   Did you try to open up the door?

12              THE INTERPRETER:  He knocked on the door

13         and he saw there was nobody there.

14              MR. THEODOROU:  That was good, I thought

15         you were going to translate it for him.

16    (BY MR. LEONE)

17    Q.   And so then after you went to that door how

18         did -- why did you go upstairs?

19    A.   Because I asked for information where was the

20         office of TelexFREE.

21    Q.   And who did you ask?

22    A.   There was a guy going by and I asked him if

23         he knew where the office was.

24    Q.   Did that individual work in the building?

19

```
1    A.    I don't know; he was coming into the
2          building.
3    Q.    And when you went upstairs was there a sign
4          for TelexFREE?
5    A.    Yes.
6    Q.    Where was that sign?
7    A.    It was on the door of the second floor.
8    Q.    The second-floor door, was it like the first-
9          floor door, a glass door?
10   A.    There's a reception area where you go in and
11         there's a person there, a receptionist.
12   Q.    Was it a TelexFREE person in the reception
13         area?
14   A.    I don't know.  I went in there and I said I
15         wanted to speak to somebody from TelexFREE
16         and she made a call and then she escorted me
17         in.
18   Q.    Escorted you in to where?
19   A.    To a room.
20   Q.    How big was the room?
21   A.    Half the size of this room.
22   Q.    And could you describe that size in terms of
23         feet?
24   A.    Eight by 10.
```

20

```
 1    Q.   And what was in that room?
 2    A.   There was a table, a computer, and three or
 3         four chairs.
 4    Q.   And was there any TelexFREE signs in there?
 5    A.   I don't remember.  I don't remember.  I don't
 6         recall.  When I came into the reception area
 7         there was a list of -- a list with the
 8         company information on it and then...
 9    Q.   So the second-floor office there was a list
10         of companies, correct?
11    A.   Yes.
12    Q.   Do you remember how many?
13    A.   No.
14    Q.   Could you guess?
15    A.   No, I saw the names but I already knew that
16         the place I wanted was there so -- 'cuz I'd
17         asked the guy on the first floor, the
18         gentleman.
19    Q.   Let's back up; were there more than 10 names
20         on the list?
21    A.   I don't recall.
22    Q.   What did the list look like?
23    A.   It was a sheet of paper with names on it.
24    Q.   Where was the sheet of paper?
```

```
 1    A.   There was a window, a glass window, and it

 2         was stuck on the glass window.

 3    Q.   Where was the window?

 4    A.   On the second floor area in the reception, at

 5         reception.  Okay, it wasn't a window, there

 6         was a door and then next to the door is the

 7         glass.

 8    Q.   How did you get upstairs from the first floor

 9         to the second floor?

10    A.   I went by the stairway.

11    Q.   And after you got off the stairway where did

12         you go?

13    A.   The guy said to me you go up the stairs, you

14         just come out the stairs and go to the end of

15         the corridor and you'll find the office of

16         TelexFREE.

17    Q.   On the second floor after the reception you

18         went in a room, correct?

19    A.   Yes.

20    Q.   How many people were in that room?

21    A.   On that day I had a friend with me so there

22         was me, my friend, and the person that came

23         to deal with us, talk to us.

24    Q.   And what was that person's name that came to
```

```
 1            talk with you?

 2     A.     I don't know his name; I showed him the

 3            letter and he showed it to Andrea.

 4     Q.     So was Andrea there as well?

 5     A.     No.  He said to me she would call me back --

 6            she would call me.

 7     Q.     How did you know that that man worked for

 8            TelexFREE?

 9     A.     Because when the girl said there was someone

10            to see somebody from TelexFREE he was the

11            person who came out and attended me, took me

12            into the room.  He was the one who took the

13            letter and showed it to her and then he said

14            she would call me back.

15     Q.     How do you know that that man showed the

16            letter to Andrea?

17     A.     Because he left the room and he went to

18            another room and then he came back.  I didn't

19            see her, I only talked to her on the phone.

20     Q.     The room that you were in, were there any

21            pictures on the wall, anything like that?

22     A.     No.

23     Q.     Was there a computer in the room?

24     A.     Yes, there was a computer on the table.
```

23

1    Q.   And there was a phone in the room?

2    A.   Yes.

3    Q.   But the man went to another room to make the

4         call?

5    A.   I think he showed the letter to her; he went

6         out and then he came back.

7    Q.   What was your friend's name?

8    A.   Elson, E-L-S-O-N.

9    Q.   And what's Elson's last name?

10   A.   I don't know exactly.

11   Q.   How long have you been friends with him?

12   A.   Like five or six months; I met him at church.

13   Q.   So you've been friends with him for five or

14        six months but you do not know his last name?

15   A.   I don't know his last name specifically.  I

16        don't know if it's Maforte, M-A-F-O-R-T-E.

17           MR. THEODOROU:  So you believe it's

18        Maforte?

19           THE WITNESS:  Yeah.

20   (BY MR. LEONE)

21   Q.   Do you have his cell phone number?

22   A.   Yes.

23   Q.   Why did he come with you, Ellison?

24   A.   Because I called him to go with me and he

```
1            said he would.
2       Q.   You said that you met Ellison at church,
3            right?
4                 MR. THEODOROU:  Is his name Ellison or
5            Elson?
6                 THE WITNESS:  Elson.
7                 MR. THEODOROU:  E-L-S-O-N?
8                 THE WITNESS:  Yes.
9                 MR. THEODOROU:  Elson.
10      (BY MR. LEONE)
11      Q.   Elson, you met Elson at church, sorry?
12      A.   Yes.
13      Q.   Which church?
14      A.   Assembly of God.
15      Q.   And where is that church located?
16      A.   In Malden.
17      Q.   Do you know the address?
18      A.   Number 2 Elm Street.
19      Q.   And how long -- do you go to that church as
20           well?
21      A.   Yes.
22      Q.   And how long have you gone to that church?
23      A.   A year and a half.
24      Q.   How often do you go there?
```

1    A.    Two or three times a week.

2    Q.    And does Elson also go two or three times a

3          week?

4    A.    Sometimes.

5    Q.    Moving forward, prior to coming here today,

6          other than documents which counsel may have

7          shown you which I do not want to know about,

8          what other documents did you review, if any?

9    A.    No, there was no documents.

10   Q.    Mr. Alves, what's your date of birth?

11   A.    August 29, 1983.

12   Q.    And where were you born?

13   A.    Brazil.

14   Q.    Where in Brazil?

15   A.    In the state of Minas Gerais, G-E-R-A-I-S.

16   Q.    And is there a particular city or town?

17   A.    Itanhomi, I-T-A-N-H-O-M-I.

18   Q.    Mr. Alves, have you ever gone by any other

19         name or names?

20   A.    No.

21   Q.    So only Angelo M. Alves, correct?

22   A.    Yes.

23   Q.    Where do you currently live?

24   A.    Malden.

26

| | | |
|---|---|---|
| 1 | Q. | What is your address? |
| 2 | A. | Twenty-three Bainbridge Street. |
| 3 | Q. | Malden, Massachusetts, correct? |
| 4 | A. | Yes. |
| 5 | Q. | Do you live there with your wife? |
| 6 | A. | Yes, and my son. |
| 7 | Q. | And how long have you lived at Bainbridge |
| 8 | | Street? |
| 9 | A. | Five-and-a-half years. |
| 10 | Q. | Where did you live before Bainbridge Street? |
| 11 | A. | 756 Broadway in Everett, Massachusetts. |
| 12 | Q. | And how long did you live there? |
| 13 | A. | Four years. |
| 14 | Q. | Did you live at the Broadway Everett address |
| 15 | | with anyone else? |
| 16 | A. | My wife. |
| 17 | Q. | Anyone other than your wife? |
| 18 | A. | No, because when my son was born a few months |
| 19 | | later we moved. |
| 20 | Q. | Where did you live prior to the Everett |
| 21 | | location? |
| 22 | A. | On Florence Street in Everett. |
| 23 | Q. | How long did you live there? |
| 24 | A. | A year and a half. |

27

| | | |
|---|---|---|
| 1 | Q. | And did you live there with anyone else? |
| 2 | A. | No, only my wife. |
| 3 | Q. | When did you move to the U.S.? |
| 4 | A. | At the end of 2003. |
| 5 | Q. | Where did you first live when you came to the |
| 6 | | United States? |
| 7 | A. | I spent some time, some months at the house |
| 8 | | of a friend in Philadelphia, I don't remember |
| 9 | | the address, and then I came to my cousin's |
| 10 | | house. |
| 11 | Q. | Okay, starting with the Philadelphia |
| 12 | | residence, what was your friend's name? |
| 13 | A. | Nilson, N-I-L-S-O-N, Fonseca, F-O-N-S-E-C-A. |
| 14 | Q. | And how did you know Nilson? |
| 15 | A. | From Brazil I knew him. |
| 16 | Q. | So Nilson had already come to the United |
| 17 | | States? |
| 18 | A. | Yes. |
| 19 | Q. | And, I'm sorry, after Philadelphia then you |
| 20 | | moved in with relatives; is that correct? |
| 21 | A. | With my cousin, yes. |
| 22 | Q. | And where was that? |
| 23 | A. | In Everett at 912 Broadway.  I was there for |
| 24 | | some months with him and then I moved with my |

28

```
 1          wife.
 2    Q.    What was your cousin's name?
 3    A.    Charlie Santos.
 4    Q.    Does he go by any other name?
 5    A.    No.
 6    Q.    Mr. Alves, what do you do for work right now?
 7    A.    I was working in construction plastering, but
 8          my arm is infected so it's been a month that
 9          I haven't worked.
10    Q.    Prior to your being injured how long had you
11          been a plasterer?
12    A.    Since 2004.
13    Q.    And did you work for yourself?
14    A.    I started a company, then I worked for
15          myself, then I went back to the company.
16    Q.    What was the company you started?
17    A.    JR Plastering.
18    Q.    That's JR Plastering?
19              MR. THEODOROU:  I think she said he
20          started the company; he didn't start the
21          company.  You didn't start the company?
22              MS. HOLLAND:  I think there was a
23          mistranslation.
24              MR. LEONE:  Let's see if we can try to
```

29

```
 1          clarify this.

 2               MR. THEODOROU:  Yeah, worked, he worked

 3          for JR Plastering.

 4               MS. HOLLAND: I just -- I think there was

 5          a little lost there.

 6     (BY MR. LEONE)

 7     Q.   Okay, have you --

 8               MR. THEODOROU:  Listen to what he's got

 9          to say because you're able to --

10     (BY MR. LEONE)

11     Q.   Since 2004 you've been working as a

12          plasterer, correct?

13     A.   Yes.

14     Q.   And did you work for anyone?

15     A.   Yes.

16     Q.   Who did you work for?

17     A.   Junior Plastering.

18               MR. THEODOROU:  Junior or JR?

19     A.   First for JR, then I went to work for the

20          son.

21     (BY MR. LEONE)

22     Q.   And what was the son's name?

23     A.   Junior.

24     Q.   What was his full name?
```

30

1    A.   Michael Rof Jr., R-O-F.

2    Q.   And how long did you work for that company?

3    A.   The first company I worked for for a year and

4         a half, then I left the company, then I went

5         back to the company to work for the son and I

6         worked for five years.

7    Q.   So if my math is right that brings us up to

8         about 2009, correct?

9    A.   When I went to -- when I stopped working for

10        the son I went to work for myself and help

11        my -- and I also help my wife.

12   Q.   Did you have a company name when you worked

13        for yourself?

14   A.   No.

15   Q.   Have you ever started a company?

16   A.   No.

17   Q.   Have you ever incorporated any entity in

18        the -- in Massachusetts?

19   A.   What do you mean a company?

20   Q.   I believe what I said was have you ever

21        incorporated an entity here in Massachusetts?

22             MR. THEODOROU:   Incorporated; have you

23        ever filed any papers to set up a company in

24        Massachusetts?

```
 1              THE WITNESS:  Yes.
 2              MR. THEODOROU:  You set up a company?
 3    (BY MR. LEONE)
 4    Q.   What was the name of the company?
 5    A.   AMA Painting Services.
 6    Q.   When did you set up the AMA Painting
 7         Services?
 8    A.   2007, I think.
 9    Q.   And is that company still in existence?
10    A.   No.
11    Q.   Did you set that company up with anybody
12         else?
13    A.   No.
14    Q.   Have you set up any other companies in
15         Massachusetts?
16    A.   No.
17    Q.   Has anyone else ever set up a company in
18         Massachusetts that you have been involved in?
19    A.   No.
20    Q.   Do you have a personal telephone number?
21    A.   Yes.
22    Q.   What is it?
23    A.   617-438-9124.
24    Q.   And what kind of phone number is that?
```

32

```
 1    A.   The company or the kind of phone?

 2    Q.   Well, the company first; what company is that

 3         with?

 4    A.   Sprint.

 5    Q.   And is that a landline or a cell phone?

 6    A.   Mobile cell phone.

 7    Q.   Do you have any other personal telephone

 8         numbers?

 9    A.   No.

10    Q.   Does your wife have a separate telephone

11         number?

12    A.   Yes.

13    Q.   What is that number?

14    A.   857-249-3279.

15    Q.   And what company is that number with?

16    A.   Sprint.

17    Q.   And is that also a mobile phone?

18    A.   Yes.

19    Q.   When you were working as a plasterer did you

20         have a work telephone number as well?

21              MR. THEODOROU:  For which period of

22         time?

23    (BY MR. LEONE)

24    Q.   Let's start with the last two years?
```

33

```
 1    A.   No.

 2    Q.   So you only used the Sprint mobile number

 3         617-438-9124?

 4    A.   Yes.

 5              MR. LEONE:  Okay, the time is now 11:02,

 6         let's go off the record for a minute.

 7              (Whereupon, the parties go off the

 8         record.)

 9              MR. LEONE:  The time is 11:12.  We are

10         now back on the record.

11   (BY MR. LEONE)

12    Q.   Mr. Alves, how did you learn about TelexFREE?

13    A.   I heard people talking about it; there was

14         some comments on Facebook, too, and a friend

15         of mine was already in it.  He called me the

16         first time to say come on -- to get into it

17         and I said no, I didn't want to.  That was a

18         about a year, a little less than a year ago.

19         And then I heard people talking about it; I'd

20         go to a party or to a birthday party and I'd

21         hear people commenting on it, so that's when

22         four months I decided to become part of it.

23         Before that I went onto the Internet and I

24         looked at YouTube videos and I saw how it
```

```
 1              worked and...
 2        Q.    Okay, let's start from when you first, I
 3              believe you testified, heard people talking
 4              about it; when was that?
 5        A.    A year and a half ago was the first time I
 6              heard it mentioned.
 7        Q.    And where did you hear people talking about
 8              TelexFree?
 9        A.    In the street or at parties, like a birthday
10              party.
11        Q.    Anywhere else?
12        A.    No; that's when I went to the Internet and
13              did some research on it.
14        Q.    When you first heard about it did you ask any
15              questions about TelexFREE?
16        A.    No, I only said I didn't -- I wasn't
17              interested.
18        Q.    Did people try to get you involved with
19              TelexFREE when you first heard about it about
20              a year and a half ago?
21        A.    No, when I said I didn't want to, he didn't
22              mention it again.
23        Q.    Who is he?
24        A.    Somebody I met at a party I didn't know; at a
```

35

1    birthday party I went to, I didn't know him;

2    and when I decided to participate it was a

3    friend of mine, we go to the same church and

4    his name is Zander, Z-A-N-D-E-R, Lemos, L-E-

5    M-O-S, yes.

6      MR. THEODOROU:  L-E?

7      THE WITNESS:  M-O-S.

8  (BY MR. LEONE)

9  Q. And is that the same church that you

10    mentioned before that you go to?

11  A. Yes.

12  Q. Were a lot of people at the church involved

13    in TelexFREE?

14  A. No; it's a small church, there are only 40

15    members.

16  Q. Out of 40 members how many were involved in

17    TelexFREE or are involved in TelexFREE today?

18      MR. THEODOROU:  As best you can recall,

19    about how many or how many?

20  A. Ten people.

21  (BY MR. LEONE)

22  Q. So you would estimate that 10 out of about 40

23    people at your church are in TelexFREE?

24  A. Yes.  We don't talk about this at church.

1    Q.   Do you know who the first person was from

2         church that got involved in TelexFREE?

3    A.   No.

4    Q.   And when did you join TelexFREE?

5    A.   End of November, beginning of December.

6              MR. THEODOROU:  Not -- you didn't join,

7         your wife wanted to join.

8              THE WITNESS:  Yes, yeah.

9    (BY MR. LEONE)

10   Q.   So -- go ahead.

11   A.   It was my wife; at the beginning I didn't

12        want to have anything to do with it.  She

13        wanted to get into it; at first I didn't, so

14        she doesn't do anything on computers, she

15        doesn't understand about computers.

16             MR. THEODOROU:  That's your wife.

17   A.   I'm sorry, I don't understand about -- no,

18        she doesn't understand, excuse me, so then we

19        decided to get into TelexFREE.

20   (BY MR. NEELON)

21   Q.   Why did your wife want to join TelexFREE?

22   A.   Because of the comments that she heard of the

23        expectation that one could earn extra money.

24   Q.   What were the comments that she heard?

37

| | | |
|---|---|---|
| 1 | A. | The comments she heard was that people were |
| 2 | | making extra money, changing their lives, no, |
| 3 | | not changing their lives, but making more |
| 4 | | money than they did. |
| 5 | (BY MR. LEONE) | |
| 6 | Q. | And so is it fair to say you started to have |
| 7 | | conversations with your wife about TelexFREE |
| 8 | | in November of 2013? |
| 9 | A. | When we -- yes, when we started -- when we |
| 10 | | decided to be part of TelexFREE. |
| 11 | Q. | Do you know the date that you joined |
| 12 | | TelexFREE? |
| 13 | A. | Not the exact date. |
| 14 | Q. | How about the month? |
| 15 | A. | End of November. |
| 16 | Q. | End of November 2013? |
| 17 | A. | 2013. |
| 18 | | MR. THEODOROU:  I just want to clarify |
| 19 | | for the record the account is in his wife's |
| 20 | | name, just so you -- clarify that. |
| 21 | | MR. LEONE:  Understood. |
| 22 | (BY MR. LEONE) | |
| 23 | Q. | When you and your wife, the account is in |
| 24 | | your wife's name, joined, what did you |

38

```
 1            understand TelexFREE to be?

 2    A.      He said to me that it was a way of making

 3            money but I thought it was a pyramid and that

 4            somebody was going to get hurt; that was what

 5            I thought when I got the first invitation.

 6    Q.      And why did you think it was a pyramid,

 7            TelexFREE?

 8    A.      Because in the way I was seeing it, it was a

 9            way to make money easily, to make a quick

10            buck.

11    (BY MR. NEELON)

12    Q.      What changed your mind to make you think it

13            was not a pyramid scheme?

14    A.      When I went to the Internet and I saw how it

15            worked and that there was in fact a product.

16    (BY MR. LEONE)

17    Q.      How much did you and your wife initially

18            invest in TelexFREE?

19    A.      Four thousand two hundred and sixty-five

20            dollars -- seventy-five.

21    Q.      When you joined did you sign any contract?

22    A.      Yes, I clicked on join on the Internet.  I

23            clicked on the agreement on the Internet.

24    Q.      Did you read the agreement?
```

1    A.    No.

2    Q.    And what did you get for the two thousand --

3          $4,275?

4    A.    The beginning?

5    Q.    Yes.

6    A.    Two hundred and eighty dollars.

7    Q.    How did you get $280?

8    A.    Because when I bought the packages I got a

9          hundred dollars on the -- when I bought the

10         three packages I got a hundred dollars on the

11         second, a hundred dollars on the third, and

12         80 from a binary, from the binary one.

13   Q.    So the $4,275 went to buying three packages,

14         correct?

15   A.    Yes.

16   Q.    And what do you mean by a package?

17   A.    Each package is a plan that I sign for one

18         year which is a product and which I have the

19         right to sell for one year.

20   Q.    Do the packages have a name?

21   A.    They're called Family.

22   Q.    So these Family Packages, what was that

23         package?

24   A.    I don't know pretty much what -- I don't know

1        exactly what it's about.  I posted the ads on

2        the Internet and then what I get is the right

3        to sell the package over the -- to sell the

4        product.

5    Q.   So by posting ads you get the right to sell

6        the product; do you get anything else?

7    A.   No, when I play the Family Package --

8             THE INTERPRETER:  Can I ask him to start

9        again?

10   A.   When I get the Family that gives me the right

11       to post the ads seven days a week and that

12       pays me $7 per package, sorry, per -- a week.

13            MR. THEODOROU:  How much a week?

14            THE INTERPRETER:  Oh, a hundred dollars,

15       a hundred dollars a week.

16            MR. LEONE:  Okay.

17            THE INTERPRETER:  Sorry.

18   (BY MR. LEONE)

19   Q.   How many ads do you post per day?

20   A.   Five for each, 15 total.

21   Q.   And how do you post the advertisements?

22   A.   Before I used to go to back office, choose a

23       site, and validate the offer -- the ads

24       because in the contract if I don't do it

1     every day, if I miss one day I don't get

2     money for that week.  So I started using a

3     service where they do it, they post

4     automatically for me.  I pay 495 per package

5     per month for them to post for me.

6  Q.  To back up, do you write the advertisements?

7  A.  No, I go to the computer, I copy it, and then

8     I send it via the computer.

9  Q.  Do you know who writes the advertisements?

10 A.  No.

11 Q.  How do you know where to post the ad?

12 A.  Because on the back office there's a page

13     where the sites are and it allows you to

14     validate and then it sends them out

15     automatically for posting.

16 Q.  When you were posting the advertisements

17     yourself how long did that take per day?

18 A.  From three to eight or 10 minutes; it depends

19     on if the Internet is going slow or not that

20     day, it can take more or less time.

21 Q.  And I believe you testified that now you use

22     a service to post the ads, right?

23 A.  Yes.

24 Q.  And could you describe how that works?

42

```
1    A.   It's called Telex EZ; you put in your
2         password and your login and it will
3         automatically do it for you and you pay by
4         PayPal.
5    Q.   Does TelexFREE have a Web site?
6    A.   Yes.
7    Q.   What is the Web site?
8    A.   TelexFREE.
9    Q.   Is it TelexFREE.com?
10   A.   Yes.
11   Q.   Did you help create that Web site?
12   A.   No.
13   Q.   So I believe you mentioned that there's the
14        advertisement part of the package but there's
15        also the product, correct?
16   A.   Yes.
17   Q.   What is the product?
18   A.   It's V-O-I-P; you can use it to call more
19        than 40 countries and I use it to call my
20        family in Brazil two or three times a week.
21   Q.   How many V-O-I-P packages do -- excuse me,
22        how many V-O-I-P programs do you get with the
23        three Family Packages that you purchased?
24   A.   For my use?
```

43

```
1    Q.   In total.

2    A.   It's five a week.

3    Q.   So you get five new V-O-I-P packages a week?

4    A.   Yes.

5    Q.   How many do you start off with?  How many

6         V-O-I-P programs do you start off with when

7         you invested 4,275?

8    A.   Okay, I bought one and if you keep doing it

9         five days a week for seven days -- no, seven

10        days for a week, at the end of the week you'd

11        get five, of which I sell the products and

12        that's where the hundred dollars per week

13        comes from; 29.99 goes to Telex and she pays

14        me -- and it pays me 20.

15   Q.   So do you sell the product back to Telex?

16   A.   No, it pays me to sell a product.

17   Q.   I'm a little unclear.  What happens to the

18        five new V-O-I-P programs you get per week?

19   A.   Those are the ones that I'm selling when I

20        post the ads.

21   Q.   How do you know that you've sold those

22        products?

23   A.   Because once a week there's a way to

24        repurchase so I go to back office and I
```

Lee & Associates * Certified Court Reporters * (781) 848-9693

44

```
 1              repurchase them.

 2      Q.      You repurchase the five ads that you get per

 3              week?

 4      A.      Yes, because when I sell them it's 49.95 --

 5              99; 29.99 goes to the company and they pay on

 6              to me 20 which is -- corresponds to five ads

 7              per day and that gives me $20 per ad which is

 8              a hundred dollars per week.

 9      (BY MR. NEELON)

10      Q.      So when you hit repurchase you don't know

11              where -- do you know who's buying those

12              packages?

13      A.      No.

14      (BY MR. LEONE)

15      Q.      How many V-O-I-P package -- programs have you

16              sold?

17      A.      I don't have the count of how many.

18      Q.      Let's break it down.  I believe you testified

19              that you bought one for yourself, correct?

20      A.      Yes.

21      Q.      Have you sold any others -- any other

22              V-O-I-P programs within the last month?

23      A.      Outside the company --

24      Q.      Yes.
```

45

```
1    A.    -- or with the exception of the company?
2          Yes, I did.
3    Q.    How many?
4    A.    Ten or 12.
5    Q.    And who did you sell those to?
6    A.    I buy it every month for $50 and then I use
7          or my wife or cousin uses it.
8    Q.    Okay, let's -- maybe this will make sense --
9                MR. THEODOROU:  So they want to know --
10   (BY MR. LEONE)
11   Q.    -- how many unique packages do you sell?
12               MR. THEODOROU:  Well, I was going to
13         ask --
14               MR. LEONE:  Go ahead, Counsel.
15               MR. THEODOROU:  I don't mean to -- so 10
16         or 12 outside of the company off the ad, go
17         through with him who, you know, bought, okay,
18         go through the list.
19               THE WITNESS:  My wife, Eva Oliveira --
20               MR. THEODOROU:  Is that what -- is that
21         the focus that you want to know right now?
22               MR. LEONE:  We'll clean it up, but this
23         is good, yeah.
24               MR. THEODOROU:  Go ahead, go through,
```

46

1       your wife...

2               THE WITNESS:  My wife; Eva, E-V-A,

3       Oliveira, O-L-I-V-I-E-R-A, I mean E-I-R-A;

4       Fabio Silva, F-A-B-I-O, Silva, S-I-L-V-A;

5       Aguinaldo, A-G-U-I-N-A-L-D-O; Antonio Alves;

6       Arnoldo Souza, S-O-U-Z-A; I'm not sure of the

7       last name, Eliana, E-L-I-A-N-A; Joao,

8       J-O-A-O, Moreira, M-O-R-E-I-R-A; and Watson,

9       Henrique, H-E-N-R-I-Q-U-E.

10              MR. THEODOROU:  Watson Henrique?

11              THE WITNESS:  Yeah.

12              MR. THEODOROU:  Okay, Watson, Sherlock

13      Holmes, go ahead, thanks.

14  (BY MR. LEONE)

15  Q.   Who is Antonio Alves?

16  A.   He's in Brazil; it's my cousin.

17  Q.   So I believe that you named about nine?

18  A.   My wife.

19  Q.   Including your wife.

20  A.   My cousin, too.

21  Q.   Right.

22              THE INTERPRETER:  You can speak

23      Portuguese.

24  (BY MR. LEONE)

47

1   Q.   These individuals that you listed, are they

2        buying the program every month?

3   A.   The VOIP?

4   Q.   Yes.

5   A.   Yes.

6   Q.   So would it be fair to say that you've sold

7        the VOIP program to nine people?

8   A.   Yes.

9   Q.   How many VOIP programs do you have in your

10       back office?

11  A.   To sell?

12  Q.   Yes.

13  A.   I don't know the amount when I go to do the

14       posting of the ads.

15  Q.   Would it be over --

16  A.   There's no way to know.

17  Q.   Would it be over a hundred?

18  A.   I don't know.

19  Q.   Do you get a certain number of VOIP programs

20       with each Family Package?

21  A.   I know that I receive them but I don't know

22       the quantity.  I haven't taken specific

23       training about how this works; all I did was

24       go to the Internet and look at a few videos.

48

```
1    Q.   Did you help create the VOIP program at all?

2    A.   No.

3    Q.   Other than the $100 per week per Family

4         Package that you receive are you compensated

5         in any way?

6              MR. THEODOROU:  Wait, which means other

7         than 100 do you get any other money outside

8         of the hundred per week; what are the --

9         how -- what are the other ways you make money

10        or can make money?

11             THE WITNESS:  With the Telex?

12             MR. THEODOROU:  Yes.

13   (BY MR. LEONE)

14   Q.   And, Mr. Alves, you understood counsel's

15        question in English, correct?

16   A.   Yes.  When I indicate a promoter it gives me

17        a hundred dollars per indication; when that

18        person does a binary I get $80 and 2 percent

19        of the earnings that the person I brought in

20        pays to me, not the person, the company.

21   Q.   Any other way?

22   A.   No.

23   Q.   So in November, approximately November of

24        2013 you invested $4,275, how much money have
```

49

1          you received since then?

2     A.   $3,700.

3     Q.   How did you invest that first 4,275, with a

4          check, with a wire, etc.?

5     A.   It was by transfer.

6     Q.   And could you describe that transfer?

7     A.   I gave the money to the person that invited

8          me in; he had the money in his back office

9          and he used it to pay the invoice.

10    Q.   Who was that person that you gave the money

11         to?

12    A.   Zander.

13    Q.   And did you give cash to Zander?

14    A.   Yes.

15    Q.   And then Zander paid your invoice, correct?

16    A.   Yes.

17    Q.   And what do you mean by an invoice?

18    A.   When you sign in the computer generates a

19         number for you to pay.

20    Q.   Okay, when the computer generates the number

21         for you to pay, what's that number?

22    A.   It's the process that you use to pay to

23         activate the package.

24    Q.   And do you know if Zander took the cash that

Lee & Associates * Certified Court Reporters * (781) 848-9693

50

```
1              you gave him and then gave it to the company?
2       A.     I don't think so because I think he used the
3              bonus that he had in his back office to pay
4              for it.
5                     MR. THEODOROU:  Which is money he had
6              made?
7                     THE WITNESS:  Yes.
8       (BY MR. LEONE)
9       Q.     You mentioned the term "binary," what does
10             the term binary mean in terms of the
11             TelexFREE program?
12      A.     When you buy three packages that makes up
13             what is called a pair or a binary.
14      Q.     And what does the binary get for a person who
15             is invested in TelexFREE?
16      A.     Eighty dollars each time that you make one.
17      Q.     When you make one pair?
18      A.     Yes.
19      Q.     So Zander Lemos introduced you to TelexFREE,
20             have you introduced anybody to TelexFREE?
21      A.     The people whose names I mentioned, those are
22             the people to whom I sold the product.
23      (BY MR. NEELON)
24      Q.     So those people all purchased Family Packages
```

51

1           as well?

2      A.    Yes.

3      (BY MR. LEONE)

4      Q.    Have some of those individuals purchased more

5            than one Family Package through you?

6      A.    Yes.

7      Q.    How many packages have those individuals

8            purchased?

9      A.    It's difficult to say the exact amount, but

10           Arnoldo, for instance, eight; Eva Oliveira,

11           two; Aguinaldo, 11; Eliana, two.

12     Q.    How about Fabio Silva?

13     A.    Two; and Antonio, eight.

14     Q.    And Watson?

15     A.    Five.

16     (BY MR. NEELON)

17     Q.    Has anyone ever purchased the VOIP without

18           purchasing the Family Package from you?

19     A.    Yes.

20     Q.    And how often has that happened?

21     A.    My cousin and I sell to my wife.

22     (BY MR. LEONE)

23     Q.    How did you go about bringing the nine people

24           into TelexFREE?

52

```
 1    A.   I commented to them about the business and
 2         that I was making an extra hundred to 300
 3         dollars a week and they showed -- they
 4         manifested an interest in it.
 5    Q.   Did you comment in person?
 6    A.   Yes.
 7    Q.   Did you comment online?
 8    A.   Only with Addison, text messages; Addison,
 9         the first time I spoke to him.
10    Q.   Did you ever use any Web sites to recruit
11         additional people into TelexFREE?
12    A.   I put one ad on craigslist for it.
13    Q.   When did you put that ad on craigslist?
14    A.   A month or a month and a half ago, I don't
15         remember exactly.
16    Q.   Does your wife do any recruiting?
17    A.   No.
18    Q.   Have you ever recruited at the church that
19         you go to?
20    A.   No, we don't talk about this at church.
21    Q.   Does TelexFREE supervise your recruitment?
22    A.   Can you make that clearer, please?
23    Q.   Have you ever received any training from
24         TelexFREE on how to recruit people?
```

53

```
 1    A.   No.

 2    Q.   Does TelexFREE review potential recruits

 3         before allowing you to bring them in?

 4    A.   No.

 5    Q.   How are you credited with the recruits that

 6         you bring in?

 7    A.   It deposits money in the back office.

 8    Q.   What deposits money in the back office?

 9    A.   The bonus for the binary and the hundred

10         dollars for the referral is put into the back

11         office by the company.

12    Q.   How does the company know that you have

13         referred these people to TelexFREE?

14    A.   When you log in it asks you who the sponsor

15         is.

16    Q.   And then do they put your name in?

17    A.   Yes.

18    Q.   Do they put your full name in or do they put

19         a user name in?

20              MR. THEODOROU:  In your case, though,

21         they put your wife's name in, though, right?

22              THE WITNESS:  The user name.

23              MR. THEODOROU:  So when you say your,

24         you're talking generically?
```

54

```
1              MR. LEONE:  With your family, correct,
2         yes.
3              MR. THEODOROU:  I just want to clarify
4         for the record.
5              MR. LEONE:  Thank you.
6    (BY MR. LEONE)
7    Q.   What is your user name?
8    A.   A-N-J-O-A.
9    Q.   Do you supervise any of the people that you
10        have brought into TelexFREE?
11   A.   No, I just show them how to do the posting of
12        the ads.
13   Q.   And how do you show the recruits how to post
14        the ads?
15   A.   I show them how I do mine on the computer.
16   Q.   So do they come over to your house and you
17        show them on your computer?
18   A.   Yes, or I go to their house.
19   Q.   How about your cousin, he's in Brazil, right?
20   A.   I do the posting for him.
21   Q.   Other than your cousin Antonio Alves are all
22        of the other individuals that you mentioned
23        from Massachusetts?
24   A.   No, my brother-in-law is in Brazil.
```

55

```
1    Q.   What's your brother-in-law's name?

2    A.   Joao Moreira.

3    Q.   And do you post the advertisements for him as

4         well?

5    A.   Yes.

6    (BY MR. NEELON)

7    Q.   Why do you post their ads for them?

8    A.   Because I have no way to show him how to do

9         the posting of the ads.  I tried to

10        explain -- oh --

11             MR. THEODOROU:  You can say it in

12        English or in whatever you want to say it. Go

13        ahead.

14   A.   I tried to explain to him how to do it by

15        phone, but he preferred me to do it for him.

16   (BY MR. LEONE)

17   Q.   Is TelexFREE also in Brazil?

18   A.   No.

19   Q.   Was TelexFREE ever in Brazil?

20   A.   Based on what I know, yes, it has been.

21   Q.   And when did it stop operations in Brazil?

22   A.   In the middle part of last year.

23   Q.   And was Antonio Alves using TelexFREE Brazil

24        prior to joining with you?
```

1    A.    No.

2    Q.    And was your brother-in-law using TelexFREE

3          Brazil prior to you bringing him on under

4          your recruitment?

5    A.    No.

6    Q.    Do you know why TelexFREE is not operating in

7          Brazil?

8    A.    No.

9    (BY MR. NEELON)

10   Q.    Do a lot of people post the ads for friends

11         or family members in Brazil?

12   A.    I don't know.  I don't know because as it was

13         in Brazil, the company, some people were

14         already part of the company then, and then he

15         knows how the system works.

16   Q.    How do you get money to your brother-in-law

17         through posting his ads?

18   A.    He uses eWallet which keeps his records and

19         then he receives the money in Brazil through

20         the eWallet card, like an ATM card.

21   Q.    So he's able to withdraw his funds from the

22         back office to his eWallet?

23   A.    Yes.

24   Q.    And then it transfers to his bank account?

57

1    A.   Yes.

2    (BY MR. LEONE)

3    Q.   The card that you mentioned, is that linked

4         with his bank account?

5    A.   Yes.

6    Q.   Do you also use the eWallet?

7    A.   Yes.

8    Q.   Have you always used the eWallet?

9    A.   No.

10   Q.   What other payment methods did you use?

11   A.   I can use the money to pay for the signing up

12        of another person.

13   Q.   And that's -- the signing up of another

14        person is done through the back office not

15        the eWallet, correct?

16   A.   Yes.

17   Q.   Have you ever transferred money from your

18        back office to your eWallet to a bank

19        account?

20   A.   I still haven't, no; I haven't yet done that.

21   Q.   Have you withdrawn any money from the eWallet

22        as of today?

23   A.   No.

24   Q.   Is there any reason why you have not

58

```
 1            withdrawn any money yet?
 2    A.   No.  I'm waiting to get back the money I
 3            invested before I take any money out.
 4    Q.   Have you paid for any other individual's
 5            invoice?
 6    A.   Yes.
 7    Q.   How many persons have you paid invoices for?
 8    A.   Fabio, Eva.
 9    Q.   Is that all?
10    A.   Yes.
11    Q.   And then Fabio has -- let's start with Fabio,
12            has Fabio paid you outside of the TelexFREE
13            network for paying his invoice on the
14            TelexFREE network?
15    A.   Yes.
16    Q.   And how much has Fabio paid you?
17    A.   A thousand four hundred twenty-five.
18    Q.   And how did he pay you?
19    A.   In cash.
20    Q.   When did he pay you?
21    A.   December.
22    Q.   I believe you said that you also paid for
23            Eva's invoice, correct?
24    A.   Yes.
```

59

```
 1    Q.   And did Eva pay you outside of that TelexFREE
 2         network for paying her invoice inside of the
 3         network?
 4    A.   Yes.
 5    Q.   And how much did she pay you?
 6    A.   I didn't have the money to pay her entire
 7         invoice; it was up to 2000, so I got the rest
 8         transferred from another login and I paid her
 9         invoice.
10    Q.   What was the other login that you used to
11         transfer -- what are you transferring when
12         you transfer to pay an invoice?
13    A.   The money.
14    Q.   So from what other login did you transfer to
15         pay the remainder of Eva's invoice?
16    A.   My cousin -- no, brother-in-law.
17    Q.   So did Eva pay you and your brother-in-law
18         outside of the network?
19    A.   Yes, because I didn't have all the money I
20         needed to pay both her invoices.
21    Q.   And how did Eva pay you?
22    A.   In cash.
23    Q.   And when did she pay you?
24    A.   It was the end of January, end of
```

60

```
 1              December/January, beginning of January.
 2    Q.    And how did she pay your brother-in-law in
 3          Brazil?
 4              MR. THEODOROU:  If you know.  Do you
 5          know how she paid your brother-in-law?
 6              THE WITNESS:  No.
 7    (BY MR. LEONE)
 8    Q.    Do you know if she paid your brother-in-law?
 9    A.    I believe she did because otherwise he would
10          have said something to me.
11    Q.    How much money is currently in your eWallet?
12              MR. THEODOROU:  About how much.
13    A.    Four hundred/five hundred dollars.
14    (BY MR. LEONE)
15    Q.    And have you used any other program to
16          transfer cash within the TelexFREE network
17          other than the eWallet program?
18              THE INTERPRETER:  Within the?
19              MR. LEONE:  TelexFREE network.
20    A.    No.
21    (BY MR. LEONE)
22    Q.    Did you help create the eWallet program?
23    A.    No.
24              MR. LEONE:  The time is now 12:10, let
```

61

```
 1            me go off the record.
 2                 (Whereupon, the parties go off the
 3            record.)
 4                 MR. LEONE:  The time is now 1:03, we are
 5            now back on the record.  I'd like to note
 6            that Timothy O'Hara has joined the parties
 7            today.  Mr. O'Hara is an attorney with the
 8            Division.
 9       (BY MR. LEONE)
10       Q.   Mr. Alves, before we broke we were discussing
11            certain individuals that you had recruited to
12            TelexFREE and you had mentioned a brother-in-
13            law, correct?
14                 THE INTERPRETER:  What's his name,
15            Antonio?
16       A.   That's right.
17       (BY MR. LEONE)
18       Q.   What is his TelexFREE user name?
19       A.   Seven four Moreira, M-O-R-E-I-R-A.
20       Q.   I believe you testified that your cousin was
21            also an individual that you recruited to
22            TelexFREE, correct?
23       A.   Yes.
24       Q.   What is your cousin's TelexFREE user name?
```

```
 1    A.    The same as I have, A-N-J-O-3.

 2          MR. LEONE:  I would like to introduce

 3          Exhibit 1, which is a one-page document.

 4          (Whereupon, Exhibit No. 1, One-Page

 5          Document, was marked for identification.)

 6          MR. LEONE:  Mr. Alves, if you could

 7          please take a moment to review document

 8          number -- Exhibit No. 1 and when you have a

 9          moment if you could look up.

10          (Witness views document.)

11  (BY MR. LEONE)

12    Q.    Mr. Alves, have you had a chance to review

13          Exhibit 1?

14    A.    Yes, this was what I posted on craigslist on

15          the Internet.

16    Q.    So you have seen this document before?

17    A.    That's what I went to the Internet and I

18          copied it and posted it on craigslist.

19    Q.    Okay, let's back up for one moment.  Could

20          you please read the last sentence of the

21          document?  It begins with, "If you want."

22          MR. THEODOROU:  As best you can, you

23          know.  You want him to read it aloud or --

24          MR. LEONE:  Yes, please.
```

63

```
 1                    MR. THEODOROU:  Oh, okay.
 2        A.    The company -- Portuguese or...
 3        (BY MR. LEONE)
 4        Q.    In English, if you could.
 5        A.    The company is doing --
 6                    MR. THEODOROU:  You want the last
 7              sentence?
 8                    MR. LEONE:  The last sentence, please.
 9                    MR. THEODOROU:  The last sentence, "If
10              you want."
11        A.    If you want to know more about this fantastic
12              business that it's revolution the lives of
13              many people, it will be a pleasure to help
14              you.
15        (BY MR. LEONE)
16        Q.    And is there a number underneath that
17              sentence?
18        A.    Yes, my number.
19        Q.    And what is that number?
20        A.    My phone number.
21        Q.    The sentence that you read prior, what does
22              that sentence mean?
23        A.    That if somebody called me and I couldn't
24              respond to them I pass it to the upline
```

64

```
 1              person to respond to them.
 2      Q.      Did you make this post?  Did -- Mr. Alves,
 3              did you make this post on craigslist?
 4      A.      Yes; I copied it and then I posted it.
 5      Q.      What did you copy?
 6      A.      Number 1 through No. 9.
 7      Q.      And could you describe what you mean by No. 1
 8              through No. 9?
 9      A.      I researched it on the Internet, I got it, I
10              wrote it, I copied it, and I pasted it.
11      Q.      And by No. 1 through No. 9 you mean the text
12              that reads starting with No. 1, ad placement
13              payment, to No. 9, hotel company shares,
14              correct?
15      A.      Yes.
16      Q.      Where did you get this information?
17      A.      I went to Google.
18      Q.      And where did you go once you went to Google?
19      A.      I went to Google and I put in TelexFREE;
20              various sites came up with the TelexFREE.
21      Q.      Do you mean the TelexFREE.com Web site?
22      A.      That's right, I put TelexFREE.com in Google.
23      Q.      Which Web site did you get the information
24              contained from No. 1 to No. 9 on this
```

65

```
 1          craigslist post?
 2   A.     I put in TelexFREE and I got a number of
 3          referrals, hits, and I don't remember the
 4          exact address of the site, but that's how I
 5          found it and I clicked on it and it took me
 6          to this.
 7   Q.     And then once you went to that site with this
 8          information what did you do next?
 9   A.     Can you clarify?
10   Q.     So you went to a Web site that had
11          information on it after you typed
12          TelexFREE.com into Google, correct?
13   A.     Yes.
14   Q.     And you eventually went to a site that had
15          this information contained in Exhibit 1 on
16          it, correct?
17   A.     Yes.
18   Q.     When you got to that site what did you do
19          with that information?
20   A.     I read it and I copied it and I got the idea
21          of posting it on craigslist.
22              MR. THEODOROU:  Did this come from the
23          Telex site?
24              THE WITNESS:  No.
```

66

1              MR. THEODOROU:  No, okay.

2        (BY MR. LEONE)

3     Q.   So this information came from a different

4          site, correct?

5     A.   (Witness moves head up and down.)

6     Q.   And did you read through the whole site?

7     A.   I read it.

8     Q.   I'd like to focus on No. 9, hotel company

9          shares.  The first part, it says, "The

10         company is doing a joint venture with Best

11         Western in Brazil"; do you understand that in

12         English?

13    A.   Yes.  Yes, in back office it says Best

14         Western Tijuca.

15    Q.   What is your understanding of a joint

16         venture?

17    A.   When the hotel is built it means that people

18         can share in the profits that the hotel

19         makes.

20    Q.   And how would one share in the profits of the

21         hotel?

22    A.   I don't know how.

23    Q.   What hotel is this information referring to

24         contained on No. 9, hotel company shares?

1    A.    It says Best Western hotel.

2    Q.    And it also says "the company," who is the

3          company?

4    A.    TelexFREE.

5    Q.    In the same section in English it reads,

6          "TelexFREE and Best Western are building one

7          new hotel 60 percent complete"; do you see

8          that and do you understand that?

9    A.    Yes.

10   Q.    Do you know if this Best Western hotel is 60

11         percent complete that's being referred to in

12         this paragraph?

13   A.    I don't know if it is 60 percent complete.

14   Q.    Have you been to a construction site for the

15         hotel?

16   A.    No.

17   Q.    There's a second sentence that begins,

18         "TelexFREE members will be allowed"; do you

19         see that?

20   A.    Can you make it clearer, the question,

21         please?

22             MR. THEODOROU:   Do you want him to read

23         the sentence?

24   (BY MR. LEONE)

68

```
1    Q.   Could you please read the sentence that
2         begins, "TelexFREE members will be allowed to
3         purchase"?
4    A.   TelexFREE members will be allowed to purchase
5         shares in this venture from October 13, 2013.
6    Q.   And could you continue to read, please?
7    A.   And receive income from these shares for 11
8         year period.  Those shares are reserved for
9         TelexFREE partners prior to being offered to
10        the general public.
11   Q.   What does that sentence mean or those
12        sentences mean that you just read?
13   A.   That people will have profit sharing with the
14        hotel for a period of 11 years.
15   Q.   And who would have profit sharing?
16   A.   The people who acquire shares, stocks of the
17        hotel.
18   Q.   In this document who does it say can acquire
19        those shares?
20   A.   TelexFREE members.
21   Q.   Do you know anybody who purchased these
22        shares?
23   A.   No.
24   Q.   Do you know how much these shares cost?
```

69

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Do you know anyone who's receiving income |
| 3 | | from any shares? |
| 4 | A. | No. |
| 5 | Q. | Other than this post here, No. 9, hotel |
| 6 | | company shares, have you -- I believe you |
| 7 | | said that it's also in the back office that |
| 8 | | identifies a hotel, correct? |
| 9 | A. | Yes. |
| 10 | Q. | Are the two -- are the craigslist post and |
| 11 | | the back office related? |
| 12 | A. | No, not as far as I know. |
| 13 | Q. | Does the craigslist post reference a |
| 14 | | different hotel than is referenced in the |
| 15 | | back office link? |
| 16 | A. | In the one on back office it says Best |
| 17 | | Western Tijuca, which is a city, I think, in |
| 18 | | Rio de Janeiro where it's being built. |
| 19 | Q. | Have you heard anyone else from TelexFREE |
| 20 | | mentioning hotel company shares? |
| 21 | A. | No. |
| 22 | Q. | But you saw this on a different Web site, |
| 23 | | correct? |
| 24 | A. | Yes. |

70

```
1    Q.   And that was available online?

2    A.   Yes.

3    Q.   Did you need a password to see that Web site?

4    A.   No.

5    Q.   And did you need a password to see your

6         craigslist post?

7    A.   No.

8    Q.   So this craigslist post was available to

9         anybody on the Internet, correct?

10   A.   Yes.

11   Q.   On the back office Best Western TelexFREE

12        Tijuca link that you mentioned can you click

13        on that?

14   A.   Yeah, you can click on it but I was never

15        curious enough to do that to see what was in

16        it.

17   Q.   Do you know anyone else who has clicked on

18        that link?

19   A.   No.

20   Q.   Have you seen anything on any TelexFREE.com

21        Web site or Web site page referencing a Best

22        Western hotel?

23             MR. THEODOROU:  Other than when he sees

24        in the back office?
```

71

```
 1              MR. LEONE:  Let me rephrase the

 2         question.

 3    (BY MR. LEONE)

 4    Q.   Other than what you see in the back office

 5         have you seen any reference to a Best Western

 6         hotel on TelexFREE.com?

 7    A.   Only this one that I got through Google from

 8         the TelexFREE site.

 9              MR. THEODOROU:  When you say -- may I

10         ask him?

11              MR. LEONE:  At the end, Counsel, we'll

12         let you clarify.

13              MR. THEODOROU:  Oh, at the end of the

14         deposition?

15              MR. LEONE:  Yes.

16              MR. THEODOROU:  Okay.

17              MR. LEONE:  We'll give you a chance

18         to --

19              MR. THEODOROU:  Are you coming close to

20         the end?

21              MR. LEONE:  Yes.

22              MR. THEODOROU:  I was just going to see

23         if I can help clarify.

24              MR. LEONE:  Why don't you go ahead,
```

1          Counsel, sure.

2                  MR. THEODOROU:  When you say this -- you

3          said this did not come from a Telex site?

4                  THE WITNESS:  No.

5                  MR. THEODOROU:  But you saw it on

6          another site?

7                  THE WITNESS:  On Google, yeah.

8                  MR. THEODOROU:  All right, I think the

9          question was -- and the Telex site makes

10         reference to a Best Western, right, in the

11         back office?

12                 THE WITNESS:  Yeah, they have in back

13         office.

14                 MR. THEODOROU:  Did you see Best Western

15         on any other site other than the one you

16         looked at and the Telex -- and the -- other

17         than the back office site and the other site

18         that you saw this on --

19                 THE WITNESS:  No.

20                 MR. THEODOROU:  -- and I'm referring to

21         Exhibit 1 when I say exhibit, did you see it

22         on any other site?

23                 THE WITNESS:  No.

24                 MR. THEODOROU:  Okay.

73

1      (BY MR. LEONE)

2      Q.    When you saw this information on the other

3            site did you understand what was being said?

4      A.    Yes.

5                  MR. THEODOROU:   When you say what was

6            being said, as to what?

7                  MR. LEONE:   What was being written.

8                  MR. THEODOROU:   What was being written,

9            okay.

10     (BY MR. LEONE)

11     Q.    Certainly, so let me rephrase, Mr. Alves,

12           when you saw this information on the other

13           Web site that you mentioned did you

14           understand what was being written when you

15           copied and pasted it onto this craigslist

16           post?

17     A.    Yes.

18     Q.    Is there a location for this craigslist post

19           anywhere on this document?

20     A.    Could you ask the question again?

21     Q.    Sure.   Drawing your attention near the bottom

22           of the post, is there a location listed?

23     A.    Broadway at Everett.

24     Q.    Is there any other location listed?

74

```
 1    A.   Not that I know.

 2    Q.   Below the line Broadway and Everett do you

 3         see the word "location" in English?

 4    A.   Yes.

 5    Q.   And is there a location listed after that?

 6              MR. THEODOROU:  Do we have a magnifying

 7         glass so we can read it?  Can you read it?

 8              THE WITNESS:  Mm-hm.

 9    A.   There is an office where I went to register

10         which is on Everett.

11    (BY MR. LEONE)

12    Q.   An office where you went to register for

13         what?

14    A.   An office by TelexFREE where they rent a

15         space and they make presentations there.

16    Q.   And this is in Everett, Massachusetts?

17    A.   Yes.

18    Q.   Who goes there?

19    A.   People who want to participate or be in --

20         receive presentations

21    Q.   Who from TelexFREE goes there?

22    A.   I'm not part of the office but I went there

23         to be an audience member for a presentation.

24    Q.   Where is the office located?
```

| | | |
|---|---|---|
| 1 | A. | 425 Broadway. |
| 2 | Q. | Everett, Massachusetts? |
| 3 | A. | Yes. |
| 4 | Q. | When did you go to a presentation at this |
| 5 | | office? |
| 6 | A. | When I went to sign up to register. |
| 7 | Q. | How big is the office? |
| 8 | A. | Two rooms that are the size of this room. |
| 9 | Q. | And how big would you say this room is in |
| 10 | | terms of feet? |
| 11 | A. | Ten by 15. |
| 12 | Q. | And you went to a presentation, you said? |
| 13 | A. | Yes, when I signed up to do it and he got |
| 14 | | ahold of me and he showed me how to do the |
| 15 | | ads. |
| 16 | Q. | Who is he? |
| 17 | A. | Zander. |
| 18 | Q. | Did Zander ever mention anything about a |
| 19 | | hotel? |
| 20 | A. | No. |
| 21 | Q. | At the top of the craigslist post there is a |
| 22 | | picture of a lady, correct? |
| 23 | A. | Yes. |
| 24 | Q. | What is that picture describing? |

1   A.   That you're going to receive your money a

2        hundred percent guarantee.

3   (BY MR. O'HARA)

4   Q.   A couple of questions for you, Mr. Alves.

5        The room at 425 Broadway or the office at 425

6        Broadway, I believe you testified that you

7        attended a presentation at this office space?

8   A.   Yes, basically it was; it was a presentation

9        basically how to post the ads.

10  Q.   Okay, how did you know -- or, excuse me, who

11       invited you to this meeting at 425 Broadway?

12  A.   Zander.

13  Q.   Did this meeting occur before or after you

14       had enjoyed TelexFREE as a representative?

15  A.   Did I participate in some meeting before?

16            MR. THEODOROU:   No, were you -- had you

17       already joined; when you went there had you

18       already joined or had your wife already

19       joined Telex.

20  A.   It was the day that I went to sign up.

21  (BY MR. O'HARA)

22  Q.   Okay.   How many people attended this meeting

23       with you?

24  A.   That went to go to that meeting, it was just

```
 1          me and my wife.

 2    Q.    How many people were at the meeting with you

 3          and your wife learning how to post the ads?

 4    A.    It was just me and my wife the day that I

 5          went to sign up.

 6    Q.    So the meeting was basically made just for

 7          you and your wife?

 8    A.    Yes, because when I signed up I asked him to

 9          explain to me how the posting was done.

10    Q.    Do you know if meetings were held to promote

11          the TelexFREE business at this location, 425

12          Broadway?

13    A.    As far as I know, no.  When I went to

14          register or sign up people that I had brought

15          in, that was where I went, but as far as

16          meetings explaining to other people how it

17          works, no.

18    Q.    Thank you.

19    (BY MR. LEONE)

20    Q.    Directing your attention back to Exhibit 1,

21          which parts of Exhibit 1 did you not copy and

22          paste from a different Web site?

23                MR. THEODOROU:  I'm not so sure I

24          understand --
```

1           MR. LEONE:  Let me back up then.

2           MR. THEODOROU:  -- the question.

3           MR. LEONE:  Sure.

4    (BY MR. LEONE)

5    Q.   Mr. Alves, I believe you testified that

6         certain portions of Exhibit 1 you copied from

7         other Internet sites, correct?

8    A.   Yes.

9    Q.   Did you copy and paste all of the information

10        on Exhibit 1?

11   A.   Only the last sentence did I not copy and

12        paste.

13   Q.   With the phone number, correct?

14   A.   Yes.

15           MR. THEODOROU:  Did all the rest get

16        copied, was it all from -- when you copied

17        this was it all together?

18           THE WITNESS:  Yes.

19           MR. THEODOROU:  So just so the record is

20        clear, so when you copied from the top all

21        the way down to where you put the number, it

22        was all one?

23           THE WITNESS:  Yep.

24           MR. THEODOROU:  All together?

```
 1              THE WITNESS:  Not the picture.

 2              MR. THEODOROU:  Not the picture?

 3              THE WITNESS:  Yep, but I take the

 4         picture from the Internet.

 5              MR. THEODOROU:  Okay, but other than the

 6         picture, everything else came together?

 7    (BY MR. LEONE)

 8    Q.   Aside from the last sentence, correct?

 9    A.   Yes.

10    Q.   So the sentence:  If you want to know more

11         about this fantastic business that is

12         revolutionizing the lives of many people it

13         will be a pleasure to help you; and then 617-

14         438-9124, that you wrote, yes or no?

15    A.   Yes.

16              MR. THEODOROU:  Can I clarify that?

17              MR. LEONE:  It's pretty clear that he

18         said yes, Counsel.

19              MR. THEODOROU:  Well, I'm not so sure

20         the question was clear.

21              MR. LEONE:  We'll give you a chance at

22         the end to clear it up, okay?

23              MR. THEODOROU:  Okay.

24    (BY MR. LEONE)
```

80

```
 1      Q.   Mr. Alves, does this document also describe
 2           TelexFREE compensation?
 3      A.   Yes.
 4      Q.   Does it describe multiple compensation
 5           streams?
 6      A.   Yes.
 7      Q.   Which ones does it describe?
 8      A.   Number 1.
 9      Q.   And if you could read it as you go along,
10           just the number and the heading.
11      A.   A contract allowing you to post one ad per
12           day and earn a commission up to 20 per week
13           or $1,040 for up to 52 weeks.
14      Q.   Where were you reading from?  So one of the
15           income streams that's being described is No.
16           1, ad placement payment, correct?
17      A.   Yes.
18      Q.   Are there any others described?
19      A.   Number 3.
20      Q.   Any others?
21      A.   Number 4 and No. 6 and No. 8 and No. 9 that
22           talks about the hotel.
23      Q.   Thank you.
24           (BY MR. O'HARA)
```

81

| | | |
|---|---|---|
| 1 | Q. | Just going back, Mr. Alves, to the image at |
| 2 | | the top of the exhibit, I believe you |
| 3 | | testified that you took this image from |
| 4 | | someone else on the Internet; is that |
| 5 | | correct? |
| 6 | A. | Yeah, that was through Google I put in |
| 7 | | TelexFREE picture or photograph and pictures |
| 8 | | came up. |
| 9 | Q. | Did this picture here appear on the |
| 10 | | TelexFREE.com Web page? |
| 11 | A. | Yes; no, not in my back office but yes, on |
| 12 | | the site. |
| 13 | Q. | TelexFREE.com Web site? |
| 14 | A. | Yes. |
| 15 | Q. | Okay.  And on this image here that we see on |
| 16 | | Exhibit 1 there is a woman and behind her |
| 17 | | there is some sort of design; do you see |
| 18 | | that? |
| 19 | A. | Yes, it's the sign of TelexFREE. |
| 20 | Q. | How do you know that? |
| 21 | A. | Because when you open my back office it's |
| 22 | | there. |
| 23 | Q. | Okay, thank you. |
| 24 | | (BY MR. LEONE) |

82

```
 1    Q.   You don't need a password to go onto the

 2         TelexFREE.com Web site, do you?

 3    A.   No.

 4              MR. LEONE:  Okay, I'd like to collect

 5         Exhibit 1.

 6              MR. THEODOROU:  Can I hold it until I

 7         ask a question?

 8              MR. LEONE:  You can ask it again and

 9         then we'll give it back to you.

10              MR. THEODOROU:  Okay.

11              MR. LEONE:  Thank you.  I believe,

12         Counsel, you may have made some notes on

13         this?

14              MS. HOLLAND:  Yes, I did.

15              MR. LEONE:  Okay.

16    (BY MR. LEONE)

17    Q.   Mr. Alves, how do you know Bobby O. Silva?

18    A.   We worked together.

19    Q.   Worked together where?

20    A.   In construction, in plastering.

21    Q.   Is Mr. Silva also involved in TelexFREE?

22    A.   Yes.

23    Q.   And does he live in Massachusetts?

24    A.   Yes.
```

83

```
 1      Q.   Where does he live?

 2      A.   The current address I don't know, but he used

 3           to live -- he used to be my neighbor and live

 4           below in Apartment 21.

 5      Q.   When did he move out?

 6      A.   Three or four months ago.

 7      Q.   Do you know what town he lives in now?

 8      A.   Somerville.

 9      Q.   When was the last time you worked with Mr.

10           Silva?

11      A.   In the company a few months ago -- a month

12           ago.

13      Q.   And how about out of the company?

14      A.   Huh?

15      Q.   And out of the company do you work with him

16           as well?

17      A.   When I had the company we worked together.

18      Q.   Is Mr. Silva only involved in TelexFREE for

19           your recruitment of him?

20      A.   Yes.

21      Q.   Could you describe the management of

22           TelexFREE?

23      A.   You mean the office?

24      Q.   Yes.
```

84

```
 1    A.   When you go in there's a room and there's a
 2         person --
 3    Q.   I'm sorry --
 4              MR. THEODOROU:  No, no, he's --
 5    (BY MR. LEONE)
 6    Q.   -- I'm talking about persons, do you know the
 7         persons who are involved in the management of
 8         TelexFREE?
 9    A.   No.
10    Q.   But you've spoken with Mr. Wanzeler, correct?
11    A.   No, I only spoke to him once on the phone
12         when he called me.
13    Q.   Are you aware of whether or not Mr. Wanzeler
14         is part of the TelexFREE management?
15    A.   In the back office page it says he's the VP,
16         the vice president.
17    Q.   Okay, does the back office page list any
18         other persons with titles such as vice
19         president?
20    A.   There are two other names, Jimmy Marie --
21    Q.   Could it be Merrill?
22    A.   Yes.
23    Q.   But does it say Jimmy?
24    A.   Yes.
```

85

```
1    Q.   And who else?

2    A.   And Sann Rodriguez; it says he's the top

3         promoter.

4    Q.   Have you ever met Jimmy Merrill?

5    A.   No; I've only seen him in pictures.

6    Q.   What is his position, do you know?

7    A.   I'm not sure, but I think he may be chairman,

8         president/chairman.

9    Q.   And have you ever met Sann Rodriguez?

10   A.   Not personally; I've only seen him in videos

11        or on presentations on YouTube.

12   Q.   Okay.

13             MR. LEONE:  All right, at this time

14        we'll go off the record.

15             (Whereupon, the parties go off the

16        record.)

17             MR. LEONE:  All right, the time is now

18        1:55 and we are now back on the record.

19        Counsel, the Division does not anticipate

20        asking any other questions from its record.

21        Would you have any questions to clarify with

22        your client?

23             MR. THEODOROU:  I do, thank you.

24             MR. LEONE:  Okay.
```

1    MR. THEODOROU:  May I have Exhibit 1?

2    MR. LEONE:  I'd like to reintroduce

3  Exhibit 1.

4    MR. THEODOROU:  Okay.  Now, Mr. Alves,

5  you were asked several questions about

6  Exhibit 1.  To clarify the record, all of the

7  writing on Exhibit 1 you took -- it was all

8  together, you had testified all of the

9  writing below this picture was taken all

10  together from one site, right?

11    THE WITNESS:  Yes.

12    MR. THEODOROU:  Okay, now, you were

13  asked about the last sentence, all the words

14  in this sentence also were taken together

15  with everything else written here except for

16  the number, correct?

17    THE WITNESS:  Yeah, my cell number.

18    MR. THEODOROU:  All right, so that you

19  did not write these words, you also took

20  these words with all the rest of the words on

21  this page, correct?

22    THE WITNESS:  Yes.

23    MR. THEODOROU:  And you just changed the

24  number?

87

1           THE WITNESS:  Yeah, just the number.

2           MR. THEODOROU:  Now, when you -- you

3      testified earlier, again clarifying the

4      record, about a room in Everett that's

5      mentioned here on Broadway, that room -- it's

6      your understanding that that room is rented

7      by Zander -- the promoter who brought Zander

8      into the company?

9           THE WITNESS:  Yeah, that's the promoter

10     brought him.

11          MR. THEODOROU:  All right, so he's the

12     one who has that room?

13          THE WITNESS:  Yes; not Zander, his

14     promoter.

15          MR. LEONE:  So it's not a Telex company

16     to your understanding?

17          THE WITNESS:  No.

18          MR. THEODOROU:  Okay, but it's -- a

19     promoter uses it?

20          THE WITNESS:  Yes.

21          MR. THEODOROU:  Now, earlier today you

22     testified, just again to clarify the record,

23     you testified today about the payment of

24     invoices, correct?

Lee & Associates * Certified Court Reporters * (781) 848-9693

88

1          THE WITNESS:  Yes, correct.

2          MR. THEODOROU:  All right, and so the

3     payment of invoices, those payment of

4     invoices you would use whatever was in your

5     account at Telex, correct, to pay the invoice

6     and then the person paid you directly?

7          THE WITNESS:  Yes, correct.

8          MR. THEODOROU:  All right, so it's the

9     same amount of money on both sides?

10          THE WITNESS:  I expect to have a 1099

11     after the 12 months comes right to me and pay

12     the taxes.

13          MR. THEODOROU:  Okay, again just to

14     clarify the record, so we got the

15     presentation, I know you're interested in the

16     presentations, attending presentations, you

17     recently attended a presentation, right?

18          THE WITNESS:  Yes.

19          MR. THEODOROU:  What was the most recent

20     presentation you attended by the company?

21          THE WITNESS:  Can you ask again, please?

22          MR. THEODOROU:  When was the most recent

23     presentation; when was the last time you went

24     to a company presentation?

89

```
 1                THE WITNESS:  With the real TelexFREE?
 2                MR. THEODOROU:  Yeah, yeah, well, yeah,
 3           with TelexFREE.
 4                THE WITNESS:  In their office or --
 5                MR. THEODOROU:  No, where they did a
 6           presentation.
 7                THE WITNESS:  I just went once on last
 8           Sunday.
 9                MR. THEODOROU:  So you only got the one
10           presentation --
11                THE WITNESS:  Yes.
12                MR. THEODOROU:  -- that Telex made in
13           person, right?
14                THE WITNESS:  Yeah, they say training,
15           it's they was charge like $169 for it was a
16           full day training.  It was --
17                MR. THEODOROU:  Because you asked about
18           the presentations.
19                THE WITNESS:  -- at a Marriot Hotel in
20           Boston.  They start at 10 o'clock till 5 p.m.
21      (BY MR. LEONE)
22      Q.   Okay, and that was this past Sunday, March
23           9th?
24      A.   March 10, yeah, last Sunday.
```

1    Q.   Okay, and that went all day long?

2    A.   Yes.

3    Q.   Who presented at that presentation?

4    A.   Carlos, Jim, Stevie Labriola, and I think it

5         was a Spanish guy, I can't remember his name.

6    Q.   Okay, and when you say Carlos, you mean

7         Carlos Wanzeler?

8    A.   Yes.

9    Q.   And when you say Jim you mean James Merrill,

10        right?

11   A.   Yeah, James.

12   Q.   And then Steve Labriola?

13   A.   Yes.

14   Q.   Who is he?

15   A.   I think he's a manager.  He's a part of -- he

16        was the guy speak and explained the new plan

17        and compensation for the TelexFREE.

18   Q.   And that line of questions that your attorney

19        just asked you and I just asked were in

20        English; did you understand all of those

21        questions?

22   A.   Not -- I try; some words it's...

23   Q.   Would you prefer that we do it again with the

24        translator?

91

```
1     A.   Yes, please.

2               MR. THEODOROU:  But the questions I

3          asked, you understand my questions?

4               THE WITNESS:  Yes, yes.

5               MR. LEONE:  Okay, so the questions

6          that --

7               MR. THEODOROU:  Okay, so when you said

8          that, Counsel, he's talking about you.

9               THE WITNESS:  That's the reason that I

10         ask him for the translator because some words

11         I -- you know, if I talk with the people on

12         the street, you know, it's different.

13              MR. LEONE:  Understood.

14    (BY MR. LEONE)

15    Q.   Today, the questions that your attorney just

16         asked you, you understood them, correct?

17              MR. THEODOROU:  Did you understand my

18         questions, Mr. Alves?

19    A.   Yes, correct.

20    (BY MR. LEONE)

21    Q.   Okay, now I'm going to ask you a few

22         questions and we are going to use the

23         translator, the interpreter, okay?

24    A.   Yes.
```

92

```
 1    Q.   So you went to a presentation here at the
 2         Marriott recently, correct?
 3    A.   Yes, training.
 4    Q.   And who presented at that training?
 5    A.   Carlos Wanzeler, James Merrill, and Steve
 6         Labriola, and the other Spanish guy whose
 7         name I don't remember.
 8    Q.   Okay.  And who is Steve Labriola?
 9    A.   He's part of the management but I don't know
10         his function.
11    Q.   And you also mentioned that there was a
12         promoter who brought on Zander, correct?
13    A.   I think it was Sann Rodriguez that brought
14         him.
15    Q.   Where does Zander live?
16    A.   In Saugus.
17    Q.   And at the time that Zander joined TelexFREE
18         where did he live?
19    A.   In Watertown.
20    Q.   Have you ever met Sann Rodriguez?
21    A.   No.
22    Q.   Have you heard of other persons involved in
23         TelexFREE in Massachusetts that have also
24         been recruited by Sann Rodriguez, other than
```

93

1        Zander?

2    A.  Know them personally, no, but there are

3        various persons.

4    Q.  How many people would you estimate?

5    A.  I don't know how many.

6    (BY MR. O'HARA)

7    Q.  Mr. Alves, have you ever received any e-mails

8        from Sann Rodriguez?

9    A.  No.

10   Q.  Are you familiar with the term "downline"?

11   A.  Yes.

12   Q.  What is your understanding of the term

13       downline in the TelexFREE context?

14   A.  When a promoter signs me up or registers me,

15       I become his downline.

16   Q.  And I believe you testified that Zander is

17       the promoter that signed you up?

18   A.  Yes.

19   Q.  And I believe you also testified that Sann

20       Rodriguez is the promoter that recruited

21       Zander to TelexFREE?

22           MR. THEODOROU:  He believes.

23   A.  I believe.

24           MR. THEODOROU:  He believes.

94

1       (BY MR. O'HARA)

2       Q.   Are you part of Sann Rodriguez's downline?

3       A.   Yes.

4            MR. THEODOROU:  If his belief is

5            correct.

6       A.   I think all of them, all of us, because they

7            say that he is the top promoter.

8       (BY MR. O'HARA)

9       Q.   What's your basis for your belief that you're

10           part of Sann Rodriguez's downline?

11      A.   Because he signed up a lot of people; because

12           whenever I hear TelexFREE being talked about

13           I also hear his name being talked about.

14      Q.   How do you know that Zander was recruited to

15           TelexFREE by Sann Rodriguez?

16      A.   I believe that to be true but I'm not

17           asserting it.

18           MS. HOLLAND:  Can we -- could you ask --

19           MR. THEODOROU:  I heard Wanzeler.

20           MS. HOLLAND:  Yeah, I did, too.  Could

21           you please repeat the question?

22           THE INTERPRETER:  Didn't I say Wanzeler?

23           MR. THEODOROU:  You said Wanzeler.

24      (BY MR. O'HARA)

95

```
 1    Q.   Okay, my question was, I believe my question
 2         if I can remember it correctly was --
 3              MR. LEONE:  Why don't we have the court
 4         reporter -- could you please read it back?
 5              (Whereupon, the record was off the
 6         record.)
 7              MR. LEONE:  Could you please translate
 8         that?
 9              THE INTERPRETER:  Is that correct?
10              MR. LEONE:  Could you please translate?
11              MS. HOLLAND:  Rodriguez, not Wanzeler,
12         Rodriguez.
13              THE INTERPRETER:  Oh, I'm sorry.
14              MS. HOLLAND:  Rodriguez.
15    A.   I didn't assert it but I believe it to be
16         true.  I think he's his upline.
17    (BY MR. O'HARA)
18    Q.   Why do you think that?
19    A.   Because he -- I suppose it is because on the
20         site he says that he's the top promoter and
21         he has recruited thousands and thousands of
22         people.
23    Q.   Previously in your testimony you stated that
24         Sann Rodriguez was paying the rent on this
```

96

1          office location at 425 Broadway; is that

2          correct?

3     A.   Yes.

4     Q.   Why do you think that Sann Rodriguez was

5          paying the rent on the office space at 425

6          Broadway?

7     A.   Because he's the upline of him.

8     (BY MR. LEONE)

9     Q.   Was there any signage at that office space?

10    A.   When I went there wasn't.

11    Q.   Were there computers?

12    A.   Yes.

13    Q.   One?

14    A.   Two.

15    Q.   Two computers?

16    A.   And a laptop.

17    (BY MR. O'HARA)

18    Q.   When you were inside the office space at 425

19         Broadway did you see anything in the office

20         that would indicate the office is being used

21         for business outside of TelexFREE?

22    A.   No, I saw nothing that would indicate that.

23    Q.   Aside from being at the office for some

24         training for TelexFREE, was there anything in

1          the office indicating that TelexFREE business

2          was being conducted from the office at 425

3          Broadway?

4     A.   There was the computers, there was a TV.

5     (BY MR. LEONE)

6     Q.   Other than working for TelexFREE, do you know

7          if Sann Rodriguez has any other job?

8     A.   No.

9     (BY MR. O'HARA)

10    Q.   Okay, I'd like to go back to the presentation

11         that took place on last Sunday.  I believe

12         you testified that there was a cost to attend

13         the training session?

14    A.   Yes.

15    Q.   Did you pay to attend the training?

16    A.   Yes, I paid through back office where I

17         bought the ticket.

18    Q.   Thank you.  Can you tell us what topics were

19         discussed at Sunday's training?

20    A.   They presented the new product they have

21         which is new app, a new application, which is

22         similar to What's Up or Skype.

23              MS. HOLLAND:  Say it one more time.  I

24         think the translation got lost; WhatsApp, I

1      believe.

2               THE WITNESS:  Yeah, WhatsApp.

3               MS. HOLLAND:  WhatsApp, yeah.

4               THE WITNESS:  They have the same thing

5          as Skype; you can do like voice or call for

6          the other --

7               THE INTERPRETER:  I just asked him to

8          talk in Portuguese.

9               MR. THEODOROU:  Well, that's okay, he's

10          my client; if he understands I'm going to let

11          him speak in English sometimes because I

12          think it's getting clearer.  Go ahead.

13     A.    They talked about the new plan, the changes,

14          and they're thinking of launching a product

15          called Telex Mobile.

16     (BY MR. O'HARA)

17     Q.    So is it fair to say that they were

18          explaining new Telex products to the

19          attendees of the training?

20     A.    Yes.

21     Q.    At this training presentation was there any

22          discussion of promoting TelexFREE products?

23     A.    Can you clarify the question?

24     Q.    During the presentation or during the

99

```
 1              training were there any presentations on the
 2              manner in which TelexFREE's promoters sell
 3              the retail products?
 4     A.   No.
 5     Q.   At the training on Sunday were there any
 6              presentations on how TelexFREE promoters sell
 7              the promoter packages to new recruits of
 8              TelexFREE?
 9     A.   No.
10     Q.   At Sunday's presentation did you receive any
11              materials such as booklets or pamphlets on --
12              or by virtue of attending the training?
13     A.   They gave me a folder with a notebook and a
14              pen to take notes.
15     Q.   Thank you, and --
16     (BY MR. LEONE)
17     Q.   Did you take any notes?
18     A.   No.  They talked and talked, they presented
19              the product, they sent us to lunch, came
20              back, and that's when they presented their
21              new product.
22     (BY MR. O'HARA)
23     Q.   Thank you.  And when you attended the
24              training did you have to sign in?
```

1    A.   When I bought the ticket over the Internet

2           and then I showed up at the event they gave

3           me a blue bracelet to put on my wrist.

4    Q.   In order to get the bracelet did you have to

5           present them -- did you have to present

6           TelexFREE with a proof of purchase to attend?

7    A.   Yes, I had to show them the paper on which

8           was printed the receipt that I -- and the

9           fact that I bought it.  They were saying that

10          there were some 3,000 people at the event.

11   Q.   Based on your attendance at the event how

12         many people would you estimate attended?

13   A.   More than 2,000.

14   Q.   Was the presentation all conducted in one

15         room for all attendees?

16   A.   Yes.

17   (BY MR. LEONE)

18   Q.   In what language was the presentation given?

19   A.   It was in English, but for those that didn't

20         understand they had earphones so they could

21         hear the interpreter interpreting.

22   (BY MR. O'HARA)

23   Q.   What were you provided for lunch at the

24         presentation?

1    A.   Chicken with mashed potato and a seafood

2          soup.

3              MR. LEONE:   I'd like to collect Exhibit

4          1.   Counsel, is there anything that you'd

5          like to clarify?

6              MR. THEODOROU:   I have no questions

7          regarding the lunch or anything else.

8              MR. LEONE:   Okay.   With that, Mr. Alves,

9          the Division doesn't have any other questions

10         today so we are going to suspend your

11         testimony.   We do reserve the right to call

12         you back in without the issuance of a new

13         subpoena.   Do you understand that?

14             THE WITNESS:   Yes.

15             MR. LEONE:   And with that we are off the

16         record.   The time is now 2:23.

17         **(Whereupon, the proceeding was suspended**

18         **at 2:23 p.m.)**

19

20

21

22

23

24

102

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF PLYMOUTH, SS


        I, DIANNE E. BROWN, CVR-M, a Court Reporter
and Notary Public in and for the Commonwealth of
Massachusetts, do hereby certify that the foregoing
statement of **ANGELO M. ALVES** was taken before me on
March 14, 2014.  The witness was duly sworn before the
commencement of his testimony; that the said testimony
was taken audiographically by myself and then
transcribed by me.  To the best of my knowledge the
within transcript is a complete, true, and accurate
record of said On-The-Record Interview.

        I am not connected by blood or marriage
with any of the said parties, nor interested
directly or indirectly in the matter in
controversy.

        In witness whereof, I have hereunto set
my hand and Notary Seal this 17th day of March
2014.


                    _____
                    Dianne E. Brown, CVR-M
                    Notary Public
                    My Commission Expires:
                    August 12, 2016