EXHIBIT C-4

Volume: I
Pages:  1-153
Exhibits: 1

COMMONWEALTH OF MASSACHUSETTS

OFFICE OF THE SECRETARY OF THE COMMONWEALTH
SECURITIES DIVISION
ONE ASHBURTON PLACE - 17TH FLOOR
BOSTON, MASSACHUSETTS 02108

```
In The Matter of:              )
                               )
                               )
    TELEXFREE                   )      Docket No.:
                               )      2014-0004
                               )
                               )
                               )
```

ON THE RECORD INTERVIEW OF GILSON NASSAR, a witness
called by and on behalf of The Office of The Secretary
of State, Securities Division, before Donna M. Botsch,
a Professional Court Reporter and Notary Public within
and for the Commonwealth of Massachusetts, at One
Ashburton   Place,   Boston,   Massachusetts   02108.
Commencing on Thursday, March 13, 2014, at 10:00 a.m.

# COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE SECRETARY OF THE COMMONWEALTH
## SECURITIES DIVISION
## ONE ASHBURTON PLACE, ROOM 1701
## BOSTON, MASSACHUSETTS  02108

|  |  |
|---|---|
| IN THE MATTER OF: | ) SUBPOENA<br>) AD TESTIFICANDUM<br>) |
| TELEXFREE | )<br>)<br>) Docket No.:  2014-0004 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the attached subpoena to be submitted for service in the manner set out below:

Gilson Nassar
7 Bowers Landing Drive, 106
Merrimack, NH  03054

*[Via Certified Mail Return Receipt Requested & First Class Mail]*

Timothy O'Hara
Enforcement Section

Dated:  February 12, 2014

**MASS. SEC. DIV. 161**

2

# A P P E A R A N C E S

Patrick Ahearn, Esquire,
Associate Director and Chief of Enforcement
Office of the Secretary of State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts  02108
(617) 727-3548
    COUNSEL FOR:    The Securities Division

Timothy O'Hara, Enforcement Attorney
Office of the Secretary of the State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548
    COUNSEL FOR:    The Securities Division

Anthony Leone, Enforcement Attorney
Office of the Secretary of the State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548
    COUNSEL FOR:    The Securities Division

William J. Neelon, Corporate Finance Attorney
Office of the Secretary of the State
Securities Division
One Ashburton Place, Room 1701
Boston, Massachusetts 02108
(617) 727-3548
    COUNSEL FOR:    The Securities Division

Nicholas C. Theodorou, Esquire
Foley Hoag, LLP
155 Seaport Boulevard
Boston, Massachusetts 02109
(212) 930-9700
    COUNSEL FOR:    Gilson Nassar

## ALSO PRESENT:

Jane Lamb-Ruiz, Portugese Interpreter

3

# E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| 1 | TelexFree Back Office website page | 106 |

4

<u>P R O C E E D I N G S</u>

                              **Thursday, March 13, 2014**

                                    **10:26 a.m.**


        MR. O'HARA:  Good morning, we're on
the record.  Today is Thursday, March 13th,
2014, and the time is 10:25 a.m.  This
morning we're on the record, we have an
interpreter with us today, so let's begin by
swearing in the interpreter.

                    **(Whereupon the interpreter was**

                         **sworn by the Notary Public)**

        MR. O'HARA:  For the record, my
name is Timothy O'Hara, I'm an attorney in
the Enforcement Section of the Massachusetts
Securities Division, and with me today from
the Division are, at the end of the table
here, Patrick Ahearn, the Enforcement
Section's Chief of Enforcement, to my left is
Anthony Leone, also an attorney in the
Enforcement Section of the Massachusetts
Securities Division, and to Anthony's left is
William Neelon, also an attorney in the

1          Massachusetts Securities Division.

2                    MR. AHEARN:  Could you interpret

3          that for him?

4                    THE INTERPRETER:  Oh, I didn't

5          realize I was supposed to be interpreting,

6          sorry.

7                    MR. AHEARN:  Would you go through

8          it again?

9                    MR. O'HARA:  I'll go through it

10         again, excuse me, first time.

11                   MR. AHEARN:  And just for the

12         record, Madam Interpreter, would you just

13         identify yourself for the record?

14                   THE INTERPRETER:  Yes, Jane Lamb-

15         Ruiz.

16                   MR. AHEARN:  Thank you.

17                   MR. O'HARA:  Thank you.  Once

18         again, my name is Timothy O'Hara, an attorney

19         in the Enforcement Section of the

20         Massachusetts Securities Division.  Also with

21         me is Patrick Ahearn, the Enforcement

22         Section's Chief of Enforcement.  To my left

23         is Anthony Leone, an attorney with the

24         Massachusetts Securities Division.  And also

1          with us is William Neelon, also an attorney

2          with the Massachusetts Securities Division.

3          To begin with, Mr. Nassar, we have just some

4          ground rules that will cover the interview

5          today.  First of all, as we have an

6          interpreter with us, please wait for the

7          entire question to be asked by myself, and

8          then interpreted by the interpreter before

9          you respond.

10                    THE WITNESS:  I understand.

11                    MR. O'HARA:  Second, if you don't

12         understand a question that is asked, or

13         perhaps even the interpretation, please say

14         so and we will restate the question.

15                    THE WITNESS:  Understand.

16                    MR. O'HARA:  Third, at the end of

17         the examination only your attorney will be

18         granted the right to ask questions to clarify

19         your responses given during the on the record

20         today.

21                    THE WITNESS:  I understand.

22                    MR. O'HARA:  And fourth, during the

23         testimony today, if you need to take a break

24         please let us know, and we will be happy to

1          accommodate your request, provided that

2          you've answered the question that's in front

3          of you.  Regarding control of the record, the

4          Division staff controls and will be asking

5          the questions today.

6                    THE INTERPRETER:  Sorry, could you

7          say that again?

8                    MR. O'HARA:  Of course.  Regarding

9          the control of the record, the Division staff

10         controls the record that's being created here

11         today.  What that means is we'll be asking

12         the questions during the interview.  And just

13         to repeat, if you don't understand a

14         question, or need clarification, please let

15         us know.

16                   THE WITNESS:  Thank you.

17                   MR. O'HARA:  Mr. Nassar, your

18         testimony has been requested by the

19         Massachusetts Securities Division.  It's been

20         requested as part of an investigation into

21         whether there have been violations of the

22         Massachusetts Uniform Securities Act.

23         However, as facts develop in this

24         investigation, they may constitute violations

8

```
 1            of other state and or federal, criminal or
 2            civil laws.
 3                    THE WITNESS:  I understand.
 4                    MR. O'HARA:  Mr. Nassar, do you
 5            understand that your testimony today is
 6            pursuant to a subpoena?
 7                    THE WITNESS:  Yes.
 8                    MR. O'HARA:  Do you understand that
 9            providing testimony under oath subjects you
10            to the pains and penalties of perjury?
11                    THE INTERPRETER:  Under oath of?
12            Oh, under the penalty?
13                    MR. O'HARA:  Pains and penalties of
14            perjury.
15                    THE WITNESS:  I understand.
16                    MR. O'HARA:  Will you please place
17            the witness under oath?
18                        (Whereupon the witness, having
19                         been satisfactorily identified
20                         by the production of his
21                         Brazilian Consulate Card, was
22                         sworn by the Notary Public)
23                    MR. O'HARA:  Mr. Nassar, up to this
24            point have you fully understood everything
```

9

1             the interpreter has said to you?

2                **THE WITNESS:**  Yes, I have.

3    (BY MR. O'HARA)

4    Q.  Mr. Nassar, will you please state and spell your

5        full name for the record?

6    A.  Gilson Oliveira Santos, Junior, spelled G-I-L-S-O-

7        N, Gilson, Oliveira, O-L-I-V-E-I-R-A, Santos, S-A-

8        N-T-O-S, and Junior.

9                **MR. O'HARA:**  And Mr. Nassar, are

10       you being represented by counsel today?

11              **THE WITNESS:**  Yes.

12             **MR. O'HARA:**  Counsel, will you

13       please identify yourself for the record by

14       stating and spelling your full name, and by

15       identifying any and all parties that you're

16       representing in this matter?

17            **MR. THEODOROU:**  Nicholas Theodorou,

18       -I-C-H-O-L-A-S, T-H-E-O-D-O-R-O-U, from the

19       law firm of Foley Hoag, I represent Mr.

20       Nassar.  In addition to any other parties I

21       may be representing in this matter?

22            **MR. O'HARA:**  Yes.

23           **MR. THEODOROU:**  Angelo Alves.

24           **MR. O'HARA:**  Mr. Nassar, do you

1 understand that you may assert your Fifth

2 Amendment rights under the United States

3 Constitution, and thereby refuse to answer

4 any question which may incriminate you?

5     THE WITNESS:  I understand that.

6     MR. AHEARN:  Mr. Nassar, do you

7 also realize that you're entitled to a lawyer

8 that represent you, and only your interest?

9     THE WITNESS:  Yes, I understand

10 that.

11     MR. AHEARN:  Thank you.

12     MR. THEODOROU:  I do not represent

13 Telex in this matter.

14     MR. AHEARN:  That's fine, that's

15 fine.

16     MR. THEODOROU:  Just so you know, I

17 assume that --

18     MR. O'HARA:  Thank you.

19     MR. AHEARN:  We appreciate that.

20     MR. THEODOROU:  -- they have other

21 counsel.

22     MR. O'HARA:  And Mr. Nassar, do you

23 understand that you may assert your rights

24 under Article Twelve of the Massachusetts

1    Constitution, and refuse to answer any

2    question which may incriminate you?

3                THE WITNESS:  Yes.

4                MR. O'HARA:  Okay.

5                MR. THEODOROU:  Also known as the

6    Massachusetts Declaration of Rights.

7                MR. AHEARN:  That's correct.

8                MR. O'HARA:  And with the foregoing

9    considerations in mind that we have just gone

10   over, are you prepared to proceed with the

11   counsel that is with you today?

12               THE WITNESS:  Yes.

13               MR. AHEARN:  Mr. Nassar, is there

14   any reason why you can't listen to questions

15   that are interpreted today, and answer them

16   truthfully?

17               THE WITNESS:  No, there isn't.

18               MR. AHEARN:  Thank you.

19               MR. O'HARA:  Okay, with all the

20   foregoing in mind, are you prepared to

21   proceed with this on the record interview?

22               THE WITNESS:  Yes.

23               MR. O'HARA:  Thank you.  We'll now

24   move on to personal information regarding Mr.

```
 1              Nassar.
 2    (BY MR. O'HARA)
 3    Q.  Mr. Nassar, will you please state your date of
 4        birth?
 5    A.  ███████████, 1973.
 6    Q.  Mr. Nassar, you've stated your full name for the
 7        record, have you ever gone by any other name or
 8        names?
 9                    MR. THEODOROU:  It's his wife's
10            name, Nassar is his wife's name.
11    (BY THE WITNESS)
12    A.  No.
13                    MR. THEODOROU:  Nassar.
14    (BY THE WITNESS)
15    A.  Yes, Nassar.
16    (BY MR. AHEARN)
17    Q.  Would you please explain that?
18                    MR. AHEARN:  Ask him to explain
19            that.
20                    THE INTERPRETER:  Okay.
21    (BY THE WITNESS)
22    A.  Yes, I can.  Nassar is my wife's last name.  And
23        it's Brazilian culture, we do this, we use the
24        wife's last name.
```

1    (BY MR. O'HARA)

2    Q.    Thank you.  And how long have you gone by the last

3          name of Nassar?

4    A.    Since I married her four years ago.

5    Q.    Pardon me for asking, I suppose, is this your

6          first marriage?

7    A.    No.

8    Q.    Prior to this marriage have you used the last name

9          of a previous wife or wives?

10   A.    No, she used mine.

11   Q.    Thank you.  Mr. Nassar, what is your current

12         residential address?

13   A.    7 Bowers Landing Road, apartment 106, Merrimack,

14         New Hampshire.

15   Q.    How long have you lived at this address?

16   A.    Ten months.

17   Q.    Prior to moving to this address where did you

18         live?

19   A.    53 Congress Street, Amesbury, Massachusetts.

20   Q.    How long did you live in Amesbury, Massachusetts?

21   A.    Four or five years.

22   Q.    Prior to living in Amesbury, Massachusetts, did

23         you live anywhere else in Massachusetts?

24   A.    I lived in another address in the same town.

1    Q.   Thank you.   How many years have you lived in

2         Massachusetts?

3    A.   Since -- in total, since 2001.

4    Q.   Mr. Nassar, have you lived in the United States

5         your entire life?

6    A.   No.

7    Q.   What other countries have you lived in during your

8         life?

9    A.   Brazil.

10   (BY MR. LEONE)

11   Q.   Were you born in Brazil?

12   A.   Yes.

13   Q.   And where did you live in Brazil?

14   A.   In Sao Paolo.

15   (BY MR. O'HARA)

16   Q.   Is it accurate to say that you lived in Brazil

17        from 1973 until 2001?

18   A.   That's right.

19   Q.   So, just to be clear, have you only lived in the

20        states of Massachusetts and New Hampshire in the

21        United States?

22   A.   No.

23   Q.   What other states have you lived in?

24   A.   Florida.

1    Q.    How long did you live in Florida for?

2    A.    I believe it was 2003 to 2006.

3    Q.    Where did you live between arriving in the United

4          States in 2001, and 2003, when you started living

5          in Florida?

6    A.    In Amesbury.

7    Q.    Thank you.

8    (BY MR. AHEARN)

9    Q.    So, you lived in Amesbury 2001 to 2003?

10   A.    Correct.

11   Q.    And then you moved to Florida in 2003?

12   A.    Correct.

13   Q.    Where in Florida did you live?

14   A.    Margate is the name of the neighborhood.

15   Q.    Do you have a town?

16   A.    Margate --

17   Q.    Margate is the name of the town?

18   A.    -- is the name of the town.

19   (BY MR. O'HARA)

20   Q.    Thank you.  Mr. Nassar, do you own any real

21         property in the United States?

22   A.    No.

23   Q.    Do you own any real property in Brazil?

24   A.    Yes, I bought one.

16

```
 1    Q.  Does this piece of real property have an address?

 2    A.  Yes.

 3    Q.  Will you please state the complete address of the

 4        property you own for the record?

 5    A.  No, because the house hasn't been -- they haven't

 6        finished building the house yet, but it is in

 7        Curitiba.

 8    Q.  Curitiba is a town in Brazil?

 9    A.  It's a city -- no, it's a state -- no, it's a

10        city, it's a city in the state of Parana,

11        Curitiba, the town.

12    Q.  Okay, thank you.  Is the title to the property in

13        your name?

14    A.  Not yet, I haven't finished paying for it.

15   (BY MR. LEONE)

16    Q.  Why did you move to the U.S.?

17    A.  To get -- to have a better life.

18    Q.  Did anyone else move with you here from your

19        family?

20    A.  Not with me, they came later.

21    Q.  And who also came?

22    A.  My first wife, my parents.

23    Q.  Is that all?

24    A.  My sister -- my two -- my two sisters came later,
```

17

```
 1         afterwards.

 2    (BY MR. O'HARA)

 3    Q.   If we could just go back to the property in

 4         Brazil, I have one more question on that.  When

 5         did you initiate the purchase of the property?

 6    A.   One year ago.

 7    Q.   And when do you anticipate completing the purchase

 8         of the property?

 9    A.   This year.

10    (BY MR. LEONE)

11    Q.   And how much did the property cost?

12    A.   400,000 reais.

13    (BY MR. AHEARN)

14    Q.   Is that Brazilian currency?

15    A.   Yes.

16    (BY MR. O'HARA)

17    Q.   Is the property a residential property?

18    A.   Yes.

19    Q.   Do you intend to reside at this property upon

20         purchase?

21    A.   Yes, when I go back to Brazil.

22    Q.   When you say, quote, when I go back to Brazil, do

23         you mean that you're going to move there?

24    A.   At some point I do intend to go back.
```

18

1    Q.   Thank you.

2    (BY MR. LEONE)

3    Q.   What did you do in Brazil before you came here, in

4         terms of work?

5    A.   I sold cooked food items in the street, like, a

6         stand.

7    (BY MR. O'HARA)

8    Q.   Thank you.  Upon moving to the United States, can

9         you go through your occupational history?

10   A.   Yes.  I worked in restaurants, I painted houses,

11        and the last one was house cleaning.

12   Q.   Could you please give us a time frame on how

13        recent it was that you were involved in house

14        cleaning?

15   A.   Well, I've moved around a lot in my jobs, so I

16        don't have an exact time frame.

17   (BY MR. AHEARN)

18   Q.   Can you give us an estimate?

19   A.   I started cleaning houses about seven years ago,

20        and before that I worked in restaurants, and also

21        painted houses.

22   Q.   So, those were simultaneous?

23                    MR. THEODOROU:  At the same time.

24   (BY THE WITNESS)

1    A.  Most of the time I was doing both things, both

2        jobs.

3    Q.  Both here, in Massachusetts, and in Florida?

4    A.  No, in Florida I did one job.

5    Q.  And what was that?

6    A.  I was installing cable dishes -- antennas, cable

7        t.v. antennas.

8    Q.  So, when you got back from Florida you started

9        your cleaning business?

10   A.  Yes, I started working in a restaurant, and then

11       the owner of the restaurant started offering

12       houses to me to clean -- started getting houses

13       for me to clean.

14   (BY MR. NEELON)

15   Q.  Is there a name of a cleaning company that you

16       worked for?

17   A.  No.

18   (BY MR. AHEARN)

19   Q.  Just worked for yourself?

20   A.  Yes, yes.

21   Q.  And when was the last time you did that job?

22   A.  It was December of 2002 -- 2012.

23   Q.  Thank you.

24   (BY MR. LEONE)

MASS. SEC. 002160  Lee & Associates * Certified Court Reporters * (781) 848-9693

1    Q.   Could you describe where these houses were

2         located?

3                        MR. THEODOROU:  In which state?

4    (BY MR. LEONE)

5    Q.   In Massachusetts, what cities?

6    A.   Newburyport -- there were fifteen houses, but I

7         don't remember, I don't remember one by one where

8         they were.

9    Q.   Is it fair to say they were all over the place?

10   A.   Yes.

11   (BY MR. O'HARA)

12   Q.   For the year 2013 did you file a federal income

13        tax return with the United States government?

14                       MR. THEODOROU:  I want to consult

15            with my client before he answers that.

16                       MR. O'HARA:  Would you like to step

17            out?

18                       MR. THEODOROU:  Can I step out?

19                       MR. O'HARA:  We're going to go off

20            the record.

21                       MR. AHEARN:  We're going to go off

22            the record.

23            (Off the record at 10:57 a.m.)

24            (On the record at 10:58 a.m.)

1          MR. AHEARN:  The time is two

2          minutes before eleven a.m., and we will go

3          back on the record, and there is a question

4          before you, Mr. Nassar.  Mr. O'Hara, repeat

5          the question?

6    (BY MR. O'HARA)

7    Q.   If I recall the question correctly, I believe it

8         was for the year 2013, Mr. Nassar, --

9          MR. THEODOROU:  For the year 2013,

10         or in the year 2013?

11   (BY MR. O'HARA)

12   Q.   For the year 2013 have you filed a federal

13        personal income tax return --

14         MR. THEODOROU:  Relating to 2012?

15         Because 2013 is not due until 2014.

16         MR. O'HARA:  I understand that it's

17         not due.

18   (BY MR. O'HARA)

19   Q.   So, let's start with the first question, for the

20        year 2013, have you filed a federal income tax

21        return with the United States government?

22         MR. THEODOROU:  I just want to

23         clarify too, because it's a little confusing.

24         MR. AHEARN:  That's fine.

1        MR. THEODOROU:  Are you saying has

2            he filed it for last year's income yet?

3        MR. O'HARA:  Yes, exactly.

4   (BY MR. O'HARA)

5   Q.  For the year 2013, your income in 2013 --

6        MR. THEODOROU:  So, have you filed

7            a tax return this year for 2013 yet?  That's

8            a fair question.

9   (BY THE WITNESS)

10  A.  I still haven't received the 1099.

11  Q.  Okay.

12  (BY MR. AHEARN)

13  Q.  So, that answer would be no?  I just want to

14      clarify.

15        MR. THEODOROU:  Yes.  Can I

16            rephrase your question?

17        MR. AHEARN:  No, no, no, let me

18            rephrase my question.

19  (BY MR. AHEARN)

20  Q.  So, you stated, sir, that you hadn't gotten a

21      1099, so that --

22  A.  Not yet.

23  Q.  So, that means you haven't filed a tax return for

24      the year 2013 yet?

```
 1    A.   Not yet.

 2    Q.   Okay.

 3    (BY MR. LEONE)

 4    Q.   And from whom are you awaiting a 1099?

 5    A.   TelexFree.

 6    (BY MR. O'HARA)

 7    Q.   Could you spell TelexFree for the record, please?

 8    A.   TelexFree.  TelexFree, one word.

 9    Q.   Thank you.  For the year 2012, did you file an

10         income tax return with the United States

11         government?

12    A.   Yes, I did.

13    Q.   On the tax form that you filed did you indicate an

14         occupation?

15    A.   Yes.

16    Q.   What occupation, or occupations did you indicate

17         on your tax filings?

18    A.   House cleaning, and the other one was internet

19         work.

20    Q.   On your 2012 income fax filing with the United

21         States government what was your gross income?

22                    MR. THEODOROU:   If you can

23         remember.  If you can remember what your

24         income was.  You asked him about his gross
```

1           income, or his combined, whether he files a

2           joint return with his wife?

3                  MR. AHEARN:  I think the question

4           was clear, they asked what his gross income

5           was.

6                  MR. THEODOROU:  Okay.

7  (BY THE WITNESS)

8  A.  I don't remember exactly.  Forty-four, sorry,

9      44,000, but I don't remember exactly.

10  (BY MR. AHEARN)

11  Q.  So, it was about $44,000.00?

12  A.  I think so.

13  Q.  So, that's an estimate on your part?  I want the

14      record to be clear.

15  A.  Yes, if I had known, I would have brought them

16      with me.

17  (BY MR. O'HARA)

18  Q.  Thank you.

19                MR. AHEARN:  Just for the record,

20           counselor, all questions are if you know,

21           okay?

22                MR. THEODOROU:  Okay.

23                MR. AHEARN:  So, I'm giving an

24           instruction to the witness, --

25

```
 1                    MR. THEODOROU:  That's good.
 2                    MR. AHEARN:  -- all questions are
 3          if you know, if you don't know state you
 4          don't know.
 5                    MR. THEODOROU:  Thank you.
 6                    THE WITNESS:  Okay, thanks.
 7   (BY MR. O'HARA)
 8   Q.   Does your wife have an occupation?
 9   A.   Here, or in Brazil?
10   Q.   Let's start with here, in the United States?
11   A.   She married me, and she started doing house
12        cleaning with me.
13   Q.   Does your wife have an income source from Brazil?
14   A.   When she was there, yes.
15   Q.   When was she most recently in Brazil?
16   A.   Well, since she's been here she didn't go back,
17        she hasn't gone back.
18   Q.   Okay.  How long has your wife been in the United
19        States?
20   A.   Since she married me.
21   Q.   Thank you.  Going back to a previous response that
22        you gave, I believe you indicated on your 2012
23        federal tax filings that your occupations were
24        house cleaning and internet work?
```

26

```
 1    A.    That's right.
 2    Q.    When you indicated on your federal tax returns in
 3          2012 that you had an occupation of internet work,
 4          what did you mean?
 5    A.    Well, I began selling telephone services, and to
 6          do so, I communicated with people over the
 7          internet.
 8    Q.    Was 2012 the first year that you indicated on your
 9          tax filings that you had an occupation of internet
10          work?
11    A.    Yes.
12    Q.    And if you could, describe your internet work more
13          fully for us?
14    A.    So, I would send emails to people, those people
15          who were interested would answer me, and then I
16          would send back to them information on the
17          products that I was selling.
18    Q.    What sort of products were you selling?
19    A.    Telephony products.
20    Q.    And were these -- scratch that.  Were these
21          telephony products products of a company that you
22          were associated with?
23    A.    Yes, I represented a company.
24    Q.    What company did you represent?
```

1   A.   TelexFree.

2   Q.   And when did your representation of TelexFree

3        begin?

4   A.   In the middle of -- in mid 2012.

5   (BY MR. AHEARN)

6   Q.   Did you ever represent any other telephony

7        companies, like TelexFree?

8   A.   No, that was the first.

9   (BY MR. O'HARA)

10  Q.   Can you tell us what TelexFree, the company, is?

11  A.   A company that does advertising in telephone

12       services, or telephony.

13  Q.   How long has TelexFree provided these services?

14  A.   That I know, they've been in business for nine

15       years.

16  Q.   How do you know this?

17  A.   Information on them on the internet.

18  (BY MR. LEONE)

19  Q.   What information?

20  A.   That it's been selling these services -- that it's

21       been in business, or selling these services for

22       the last nine years, more or less.

23  (BY MR. AHEARN)

24  Q.   Is this a representation of TelexFree?

28

```
 1    A.   No, that's what's on the internet.

 2    Q.   Where on the internet?

 3    A.   If you give me Google, and I look for it, I'll

 4         find it for you.  TelexFree, before had another

 5         name, which is Disque A Vontade.

 6                        THE INTERPRETER:  Shall I

 7         translate?

 8                        MR. AHEARN:  Is that translatable?

 9                        THE INTERPRETER:  Yes, it means

10         dial whatever you want, or dial when you want

11         -- dial as much as you want, Disque A

12         Vontade.

13    (BY MR. O'HARA)

14    Q.   Has any of the information that you have on

15         TelexFree, has any of that information come from

16         TelexFree's website?

17    A.   No, it comes from comments on the internet.

18    (BY MR. LEONE)

19    Q.   How did you know to search for TelexFree?

20    A.   I didn't understand the question.

21    Q.   Did somebody tell you about TelexFree?

22    A.   Yes.

23    Q.   Who?  Who told you about TelexFree?

24    A.   San Rodriguez.
```

```
1    (BY MR. AHEARN)

2    Q.   And who is that?

3    A.   He's a rep, the company rep -- a company rep.

4    Q.   And how did you come to know him?

5    A.   I met him through -- I'm trying to remember.

6    Q.   Do you remember when you met him?

7    A.   It was in Florida.

8    Q.   I'm trying to help you refresh your memory.

9    A.   Thank you.

10   Q.   Where in Florida did you meet him, if you can

11        recall?

12   A.   In Orlando.

13   Q.   And what were you doing in Orlando when you met

14        him?

15   A.   I went to a meeting where he was doing -- where he

16        was presenting.

17   Q.   And how did you learn about that meeting?

18   A.   Some friend of mine told me about it.

19   Q.   Did you go with your friend?

20   A.   No.

21   Q.   You went by yourself?

22   A.   Yes, he gave me the address.

23   (BY MR. LEONE)

24   Q.   What was the presentation on?
```

1    A.   It was about a company called Fone -- sorry, Fone

2         Club, Fone Club.

3    Q.   And when was that presentation?

4    A.   2004, 2005.

5    **(BY MR. AHEARN)**

6    Q.   And as a result of going to that presentation, did

7         you do anything?

8    A.   Yes, I bought it's products.

9    **(BY MR. LEONE)**

10   Q.   What were those --

11   A.   I bought it's products, and then the company

12        closed.

13   Q.   What were those products?

14   A.   They were products that enabled you to call

15        Brazil.

16   Q.   Were they phone cards?

17   A.   Yes, exactly.

18   **(BY MR. O'HARA)**

19   Q.   So, you bought phone cards?

20   A.   Yes.

21   Q.   Did you ever sell any products for this company?

22   A.   No.

23   **(BY MR. AHEARN)**

24   Q.   Were you able to use the phone cards?

31

```
1    A.   Yes.

2    (BY MR. LEONE)

3    Q.   And I believe you testified that the company

4         closed, correct?

5    A.   Yes.

6    Q.   And why did they close?

7    A.   I don't know.

8    (BY MR. AHEARN)

9    Q.   Were you disappointed it closed?

10   A.   Yes, I thought I would get something out of it.

11   (BY MR. LEONE)

12   Q.   How much money did you put into it?

13   A.   $9,000.00.

14   (BY MR. O'HARA)

15   Q.   What were you expecting to get from the company?

16   A.   I thought I would get a good return on it, but I

17        don't remember exactly how much I thought I would

18        get.

19   (BY MR. LEONE)

20   Q.   And how did you plan on getting a return on it?

21   A.   By making presentations about the company to other

22        people.

23   Q.   And why would you have those presentations?

24   A.   Because if the company had presentations to more
```

1          sellers, then I would also --

2                         THE INTERPRETER:  I didn't quite

3             get what he said.

4    (BY THE WITNESS)

5    A.   If I -- if I introduced more people to the company

6         they would buy cards, and then I would get a

7         commission.

8    (BY MR. AHEARN)

9    Q.   When did the company close?

10   A.   I don't remember exactly, but it was right after I

11        went to see that presentation.

12   (BY MR. LEONE)

13   Q.   Where was the company located?

14   A.   I don't know.

15   (BY MR. O'HARA)

16   Q.   Did you ever receive a commission for finding new

17        sellers?

18   A.   No, I didn't find any because there wasn't enough

19        time.

20   Q.   Is it accurate to say you did not receive any

21        return on your outlay of $9,000.00?

22   A.   I did not receive a return.  After several years

23        it went to court, and it was determined that the

24        company had to pay me back, and I received the

```
 1          money back, the $9,000.00.

 2     Q.   Thank you.

 3     (BY MR. AHEARN)

 4     Q.   What court?

 5                    THE INTERPRETER:  Excuse me, it

 6          went to court -- it went -- the law took care

 7          of it, not it went to court, the law took

 8          care of it.

 9     (BY MR. AHEARN)

10     Q.   What do you mean by the law took care of it?

11     A.   The company closed, and we were waiting around to

12          have the money back that we had paid into the

13          company.

14     Q.   So, they voluntarily paid you back?

15     A.   Yes, by -- okay, by determination of the -- of the

16          enforcement -- the authorities, and the lawyer.

17     Q.   What authorities?

18     A.   I do not know what authorities, but I know that

19          one day I got that money back.

20     Q.   Did you get interest too?

21     A.   I don't remember.

22     (BY MR. LEONE)

23     Q.   Do you remember who paid you?

24     A.   A lawyer sent a letter, and then I received a
```

34

```
 1        check.
 2                        MR. O'HARA:  All right, we're going
 3               to go off the record, the time is 11:20 a.m.
 4                    (Off the record at 11:20 a.m.)
 5                    (On the record at 11:42 a.m.)
 6                            (Whereupon Mr. Ahearn left the
 7                        On The Record Interview)
 8                        MR. LEONE:  The time is now 11:42,
 9               we are now back on the record.
10      (BY MR. LEONE)
11      Q.    Mr. Nassar, are you still in contact with San
12            Rodriguez?
13      A.    No.
14      Q.    When was the last time you spoke with San
15            Rodriguez?
16      A.    I saw him in 2012, and I spoke to him by phone in
17            2013.
18      Q.    Starting with the time that you saw him in 2012,
19            where did you see him?
20      A.    At his house.
21      Q.    And where is San Rodriguez's house?
22      A.    In the area -- in the Boston area, I don't know
23            exactly.
24      (BY MR. O'HARA)
```

35

1    Q.   What was the purpose of the meeting with Mr.

2         Rodriguez?

3    A.   To find a way to make extra money.

4    Q.   What did you discuss with Mr. Rodriguez at this

5         meeting?

6    A.   About work.

7    Q.   What type of work?

8    A.   Work to do with representing company.

9    (BY MR. LEONE)

10   Q.   Which company?

11   A.   The TelexFree.

12   Q.   What was San Rodriguez's position with Fone Club?

13   A.   He was, if I'm not wrong, the owner, he was like,

14        a big -- like, a -- like, an owner, partner.

15   Q.   And did you stay in touch with him from when Fone

16        Club closed until 2012?

17   A.   No.

18   Q.   And did you contact Mr. Rodriguez in 2012?

19   A.   No, it was he that sent me an email.

20   Q.   And what did the email say?

21   A.   That he had an opportunity to talk to me about,

22        that he was going to talk to me about this

23        opportunity.

24   (BY MR. O'HARA)

36

```
 1    Q.   Was anyone, besides you and Mr. Rodriguez, at this
 2         meeting in 2012?
 3    A.   It was his wife, my wife, his son, but with regard
 4         to this business of earning extra money, that was
 5         only me and him discussing that.
 6    Q.   At the time of this meeting -- scratch that.  Was
 7         the company TelexFree mentioned in the email from
 8         Mr. Rodriguez that invited you to his house?
 9    A.   No.
10   (BY MR. LEONE)
11    Q.   Do you still have the email?
12    A.   I can try to find it.
13   (BY MR. O'HARA)
14    Q.   Prior to the meeting at Mr. Rodriguez's house in
15         2012 had you heard of the company TelexFree?
16    A.   Are you asking about TelexFree?
17    Q.   Yes.
18    A.   Yes.
19    Q.   So, it's fair to say that at this meeting with --
20         is it correct to say at this meeting with Mr.
21         Rodriguez you had heard of TelexFree before that
22         meeting?
23    A.   Yes.
24    Q.   When did you first learn of TelexFree?
```

37

```
 1    A.   It was about April, May of 2012.

 2    Q.   At what point in 2012 did the meeting with Mr.

 3         Rodriguez take place?

 4    A.   It was between June and July.

 5    Q.   Thank you.  So, how did you first learn of

 6         TelexFree?

 7    A.   Internet, on the internet.

 8    Q.   Do you recall how you came across TelexFree on the

 9         internet?

10    A.   I don't remember exactly, you know, you see stuff

11         through videos, emails, I don't remember.

12    (BY MR. LEONE)

13    Q.   I would like to go back to the meeting at San

14         Rodriguez's house, correct?

15    A.   Yes, sir.

16    Q.   What did San Rodriguez tell you about TelexFree?

17    A.   He said he was -- he said he was looking for more

18         information.

19    Q.   Who was looking for more information?

20    A.   San Rodriguez.

21    Q.   What kind of information was he looking for?

22    A.   If he really was going to act as an independent

23         agent, or rep of the company or not.

24    (BY MR. O'HARA)
```

1  Q.  Just to clarify, when you use the word he in that

2      response, Mr. Nassar, are you talking about Mr.

3      Rodriguez acting as a representative of the

4      company?

5  A.  Yes.

6  Q.  Thank you.

7  **(BY MR. LEONE)**

8  Q.  And just to clarify again, did Mr. Rodriguez

9      introduce the topic of TelexFree at that meeting,

10     or did you introduce the topic of TelexFree?

11 A.  He talked about the company at that meeting, and I

12     said to him that I had heard about that company

13     over the internet.

14 Q.  Did Mr. Rodriguez tell you anything new that you

15     did not learn over the internet, at that meeting?

16 A.  No.  He did not have a lot of information.

17 **(BY MR. O'HARA)**

18 Q.  Did you provide information on TelexFree to Mr.

19     Rodriguez during this meeting?

20 A.  No.

21 **(BY MR. LEONE)**

22 Q.  Did he give you any papers, or any reports?

23 A.  No.

24 Q.  Do you know if Mr. Rodriguez was already involved

39

```
1           in TelexFree at that time?

2    A.    That I know, no, he was not.

3    (BY MR. O'HARA)

4    Q.    When did your representation of TelexFree begin?

5    A.    Two weeks after the meeting with San Rodriguez.

6    (BY MR. LEONE)

7    Q.    And did San Rodriguez's representation of

8          TelexFree occur before then, or after?

9    A.    No, he -- he said that there was going to be

10         information, and that he would get back to me.

11   Q.    And did he get back to you?

12   A.    Yes, he called me.

13   Q.    And when did he call you?

14   A.    Some ten days after that.

15   Q.    And what did he say on that call?

16   A.    He said he liked the company, and was I interested

17         in being an independent rep for the company.

18   Q.    So, was it your understanding that Mr. Rodriguez

19         was involved at the company at the time of the

20         call?

21   A.    Yes, for him to be able to invite me to be a rep

22         for the company, he would already have to have

23         been one.

24   (BY MR. O'HARA)
```

1      Q.   So, Mr. Rodriguez invited you to become a

2           representative of TelexFree?

3      A.   Yes.

4      (BY MR. LEONE)

5      Q.   Did he invite anyone else?

6      A.   That I know, no, that I know of.

7      (BY MR. O'HARA)

8      Q.   In order to accept Mr. Rodriguez's invitation to

9           represent TelexFree, did you pay him any money?

10     A.   No.

11     Q.   Did you provide him with any money in order to

12          become a representative of TelexFree?

13                     MR. THEODOROU:  This is to

14          Rodriguez?

15                     MR. O'HARA:  Yes.

16                     MR. THEODOROU:  Okay.

17     (BY MR. O'HARA)

18     Q.   Did you provide Mr. Rodriguez with any money to

19          become a representative of TelexFree?

20     A.   No.

21     (BY MR. NEELON)

22     Q.   What was the TelexFree opportunity, as you

23          understood it, that day that you met with Mr.

24          Rodriguez?

41

1  A.  It was to sell a service that was cheaper to

2      people that were making international calls.

3  (BY MR. LEONE)

4  Q.  Was that the only service that TelexFree provided?

5  A.  Yes.

6  (BY MR. O'HARA)

7  Q.  Can you describe the service that you're

8      referencing?

9  A.  It's a VOIP, a VOIP service, voice over internet

10     protocol.

11  (BY MR. LEONE)

12  Q.  And how would a representative of TelexFree make

13     money through that service?

14  A.  Because when you get a client, the client pays a

15     monthly fee, and the rep gets ten percent of that

16     monthly fee.

17  (BY MR. O'HARA)

18  Q.  And what is the monthly fee?

19  A.  49.95.

20  Q.  Is that the only VIOP (sic) service that a

21     customer of TelexFree can purchase?

22  A.  Yes.

23  Q.  And if I understood you correctly, Mr. Nassar, did

24     you say that a customer would pay $49.90 for each

42

1      month that they were using the TelexFree service?

2   A.   49.95, and I would get ten percent of that.

3   Q.   And just to be clear, each month a client of

4        TelexFree would pay 49.95 for the TelexFree VIOP

5        service?

6   A.   Yes.

7   Q.   And just so I understand you correctly, every time

8        a client would purchase the service you would

9        receive a ten percent commission?

10  A.   Yes.

11  (BY MR. LEONE)

12  Q.   Would individuals involved in TelexFree receive

13       any other income, besides the ten percent

14       commission?

15                 MR. THEODOROU:  No, no, no, you

16            didn't listen to the question.  Besides the

17            ten percent commission, do you get any other

18            monies that you could get as a rep?

19                 THE WITNESS:  (In English) As a

20            rep?

21                 MR. THEODOROU:  Yes, were there any

22            bonuses, or anything like that?

23                 MR. LEONE:  Let me rephrase the

24            question.

43

1              MR. THEODOROU:  Yes, all right.  Go
2         ahead.
3    (BY MR. LEONE)
4    Q.   Not talking about the VOIP clients, the
5         representatives or participants of TelexFree, was
6         there any other way to receive an income, other
7         than the ten percent commission on the VOIP?
8    A.   Yes, clients could become disclosers (sic) --
9         promote -- they could promote the service, market
10        it.
11   Q.   Okay, using your term, promoter, how would a
12        promoter make money?
13   A.   He makes money when he brings in another person
14        that -- to be a representative of the company.
15   (BY MR. O'HARA)
16   Q.   I would just like some clarification on the term
17        you're using, representative, when you use that
18        term what do you mean?
19   A.   It means that the person is not just a client, it
20        means that they can be a client, and sell the
21        service too.
22   Q.   So, is it --
23              MR. O'HARA:  I'm sorry, did I cut
24        off the interpretation?

1             THE INTERPRETER:  No.

2             MR. O'HARA:  Okay.

3     (BY MR. O'HARA)

4     Q.  My question is when you refer to yourself as a

5         representative of TelexFree then, is it fair to

6         say that you mean you are selling VIOP service

7         products, and finding new promoters of TelexFree?

8     A.  Yes, both things.

9     Q.  Is there anything else that you do, as a

10        representative of TelexFree?

11    A.  No.

12    (BY MR. LEONE)

13    Q.  Do you have to give any money to TelexFree to

14        become a promoter?

15    A.  Yes.

16    Q.  And how much money do you give, or are there

17        different types of monies that you can give?

18    A.  There are two ways you can be a rep, one way you

19        pay $339.00, and in the other you pay $1,425.00.

20    Q.  And what do you get in return for paying those two

21        amounts?  Let's start with the 339 first.

22    A.  I get ten VOIP services to be able to sell.

23    Q.  And does the 339 allow you to do anything else?

24    A.  Yes, it gives me the right to be an independent

45

1          rep, so I can then sell the VOIPs.

2     (BY MR. O'HARA)

3     Q.   You can sell the ten VIOP services that you've

4          received in return for providing TelexFree

5          $339.00?

6     A.   Yes.

7     (BY MR. LEONE)

8     Q.   Do representatives have any requirements after

9          giving $339.00 to TelexFree?

10    A.   TelexFree says if you can't sell their products --

11         you put up -- you post announcements every day,

12         and that if you can't sell them, the services,

13         after doing your daily posts, they will buy back

14         the services for $20.00.  They'll buy -- okay,

15         they'll buy one service or product a week.  So,

16         that's a way of not losing money, for the person

17         not to lose money.

18    Q.   Okay.  And what do you mean by posting

19         announcements?

20                      THE INTERPRETER:  It's

21              advertisements.

22                      MR. LEONE:  Advertisements.

23    (BY THE WITNESS)

24    A.   You go to sites on the internet where they sell

1          classified products, and you put up an

2          announcement for the sale of your VOIP -- VOIP

3          product.

4     Q.   Do you write the announcement?

5     A.   No, they have it already done up.

6     Q.   Do you pick the sites to post the announcement?

7     A.   Yes.  They give sites to post on, but I can also

8          come up with sites on my own.

9     Q.   Do you post announcements on sites that you pick,

10         or do you use the TelexFree sites?

11    A.   I use theirs, mine, whatever, it's the same to

12         them.

13                    MR. THEODORE:  The announcements

14              are ads, right?

15                    THE INTERPRETER:  Yeah, ads.

16    (BY THE WITNESS)

17    A.   Ads.

18                    MR. THEODORE:  Ads, okay.

19                    MR. LEONE:  Okay.

20                    MR. THEODORE:  Just so we know,

21              announcements versus ads.

22                    THE INTERPRETER:  Ads, sorry,

23              sorry, ads, I'm sorry, ads.

24                    MR. LEONE:  Moving forward, I'll

47

1          use the term advertisement.

2                    MR. THEODORE:  Yes, ads.

3                    THE INTERPRETER:  Ads.

4                    MR. THEODORE:  Okay.

5                    THE WITNESS:  (In English) Ads I

6          understand better.

7                    MR. THEODORE:  Hmm?

8                    THE WITNESS:  (In English) Ads I

9          understand better.

10                   MR. THEODORE:  Ads.

11                   MR. LEONE:  Great, okay.

12                   MR. THEODORE:  Ads.

13                   MR. LEONE:  Okay, thank you.

14                   MR. THEODORE:  Yes, okay, ads.

15   (BY MR. LEONE)

16   Q.  So, by posting an advertisement every day online

17       for one week, the company will give you $20.00?

18   A.  If I don't sell.  If I can't sell then that's what

19       they pay me, yes.

20   (BY MR. O'HARA)

21   Q.  And when you're talking about this weekly payout

22       if you don't sell, we're talking about the payout

23       under the program that costs $339.00 to join, is

24       that correct?

48

1    A.   This program of the $339.00 is divided into two

2         parts, $289.00 plus fifty.

3    (BY MR. LEONE)

4    Q.   And what is the $50.00 for?

5    A.   Okay, that's the membership activation and joining

6         fee.

7                        MR. THEODOROU:   Okay.

8    (BY MR. LEONE)

9    Q.   You also mentioned a program that requires more

10        money, correct?

11   A.   Yes.

12   Q.   And I'm sorry, how much money was that again?

13   A.   1,425.

14   Q.   And do you also post advertisements under that

15        program?

16   A.   Yes, instead of just posting one on sites I have

17        to post five -- I can -- I can post up to five ads

18        per day.

19                        MR. O'HARA:   Let me ask the witness

20             -- Mr. Nassar, excuse me, I'll ask you

21             directly, do you need to take a phone call?

22                        THE WITNESS:   I forgot to turn it

23             off, sorry.

24                        MR. O'HARA:   No problem, okay.

49

1              MR. LEONE:  Mr. Nassar, if you need

2         to take a break at any moment you let us

3         know, and we will give you the opportunity to

4         do so.

5              THE WITNESS:  No, I'm okay.

6    (BY MR. LEONE)

7    Q.  Did you also receive VOIP programs with the 1,425

8         package?

9    A.  Yes.

10   Q.  And how many?

11   A.  Fifty.

12   Q.  So, under either package you get VOIP programs, or

13        packages, and you also can post ads, correct?

14   A.  Yes.

15   (BY MR. O'HARA)

16   Q.  If I may ask a couple questions on the ads in

17        general, when you post an advertisement --

18              MR. THEODOROU:  Hold on, before you

19         -- just so we're clear, so you're listening

20         to both him, and then you should listen to

21         also the translation, right?  You're

22         listening to both, right?

23              THE WITNESS:  (In English) Yeah.

24              MR. THEODOROU:  That helps him

```
 1          focus.
 2                    MR. O'HARA:  Sure.
 3     (BY MR. O'HARA)
 4     Q.   When you post the advertisement does the
 5          advertisement direct the reader of the ad to the
 6          individual that posted the advertisement?
 7     A.   Yes.
 8     Q.   So, using yourself as an example, Mr. Nassar, when
 9          you post an ad the ad somehow directs the reader
10          to contact you yourself to purchase a VIOP
11          service?
12     A.   No.
13     Q.   Who does it direct the reader of the ad to
14          contact?
15     A.   He goes directly to the TelexFree site.
16     Q.   Would you be able to tell us what the
17          advertisements say that you post?
18     A.   The ad says that the person can use the service
19          free for one hour.
20     Q.   That's all the advertisement says?
21     A.   Yes.
22     Q.   When you post an advertisement do you have to pay
23          for that advertisement to be posted?
24     A.   No.
```

51

1    (BY MR. LEONE)

2    Q.   How does TelexFree know you posted the

3         advertisements?

4    A.   Because on the site there is a link to my -- to my

5         logo -- sorry, to my user name.

6    (BY MR. O'HARA)

7    Q.   So, Mr. Nassar, when you go on the website do you

8         have to log in to be able to post advertisements?

9                      THE INTERPRETER:   TelexFree?

10   (BY MR. O'HARA)

11   Q.   Yes, when you go to the --

12                     THE INTERPRETER:   I'm sorry, I

13        didn't get the last part of the question?

14   (BY MR. O'HARA)

15   Q.   Do you have to log in under a user name?

16   A.   Yes.

17   Q.   Thank you.

18   (BY MR. NEELON)

19   Q.   Mr. Nassar, how long does it take you to post the

20        ads?

21   A.   One minute.

22   Q.   Per ad?

23   A.   Yes.

24   (BY MR. O'HARA)

1   Q.   And Mr. Nassar, did I hear you correctly earlier,

2        you said that you purchased fifty packages?

3   A.   No.

4   Q.   Okay, thank you for clarifying that.

5   (BY MR. LEONE)

6   Q.   Going back to the packages, when you purchase a

7        package you can sell the VOIP, and you can post

8        advertisements, correct?

9   A.   That's right.

10  Q.   Can you receive money any other way?

11  A.   Yes.

12  Q.   How?

13  A.   If the client wants to become a promoter he can

14       come on board with one of those two options, the

15       339 or the 1,425.  Okay, so if he comes on board

16       with the 339 package I get $20.00, and if he takes

17       the other I get a hundred.

18  Q.   And is there any other way to make income?

19  A.   Yes.

20  Q.   How?

21  A.   If these promoters bring other people in.

22  Q.   And what do you receive?

23  A.   Can I use you as an example?  Can I use him as an

24       example?

53

```
 1     (BY MR. O'HARA)

 2     Q.   Please.

 3                    MR. LEONE:  And Mr. Nassar is

 4          referencing William Neelon and Timothy O'Hara

 5          here.

 6                    MR. THEODOROU:  Or do you want him

 7          to draw --

 8                    MR. LEONE:  We would rather the

 9          response be verbal, so the record reflects

10          it, so if you can --

11                    MR. THEODOROU:  Well, you can make

12          it an exhibit.

13                    MR. LEONE:  Potentially.

14                    MR. THEODORE:  Okay, all right.

15     (BY MR. LEONE)

16     Q.   So, as we were speaking now, you were describing a

17          way that a promoter can make money through other

18          promoters coming on, correct?

19     A.   Yes.

20     Q.   Continue.

21     A.   If you become a promoter, Mr. William, and you

22          also become a promoter, and you each bring one, I

23          get $80.00.

24     (BY MR. NEELON)
```

1    Q.   And is that $80.00 if they buy the 1,425 package?

2    A.   That's for the 1,425.

3    (BY MR. LEONE)

4    Q.   And how about the 339 package?

5    A.   Twenty.

6    Q.   Is there any other way to make money?

7    A.   Direct calling gives you money -- okay, for direct

8         references, referrals, you get money, for

9         referring directly.

10   Q.   And what money do you get for that?

11   A.   Twenty, and a hundred for the 1,425.

12   (BY MR. O'HARA)

13   Q.   What is the difference between making a referral,

14        as opposed to recruiting somebody to become a

15        promoter?

16   A.   There's no difference.

17   Q.   Thank you.

18   (BY MR. LEONE)

19   Q.   Is there any other way to make money?

20   A.   No, only by recruiting promoters or selling the

21        services.

22   (BY MR. NEELON)

23   Q.   Are there any bonuses you can get associated with

24        sales?

1    A.   Yes, I get ten percent on my first tier clients,

2        and down to the sixth tier, where I get two

3        percent.

4    (BY MR. O'HARA)

5    Q.   And when you say ten percent and two percent,

6        percent of what?

7    A.   Of the VOIP.

8    Q.   Okay, so just so I'm clear, if one of your

9        recruiters one tier down sells a VIOP package that

10       person receives from TelexFree a ten percent

11       commission, so that would be roughly $5.00, and do

12       I understand it correctly that you get ten percent

13       of that commission?

14    A.   No, from that -- no, they get ten, I get two.

15    Q.   You would get two percent of their commission, so

16       you would get ten cents?

17    A.   No, two percent of the whole amount, not two

18       percent of the commission.

19    Q.   You would get two percent of the $50.00 VIOP

20       package that they sold?

21    A.   Yes.

22    Q.   Okay.  And would you get two percent from the

23       first tier recruits, down the line, up to six

24       tiers?

56

```
 1    A.   Yes.

 2    Q.   So, if any one in that chain of recruits sold a

 3         VIOP package you get two percent of the gross

 4         sale?

 5    A.   Yes.

 6    Q.   Thank you.

 7    (BY MR. LEONE)

 8    Q.   When did you join TelexFree?

 9    A.   In the seventh month -- okay, July, in July, after

10         I had the meeting with him, I don't remember

11         exactly.

12    (BY MR. NEELON)

13    Q.   That was July of 2012?

14    A.   Yes.

15    (BY MR. LEONE)

16    Q.   And which package did you buy?

17    A.   The $339.00 one.

18    Q.   Did you buy any other packages, besides that one?

19    A.   Yes, I upgraded to the 1,425.

20    Q.   When did you upgrade?

21    A.   A month later.

22    (BY MR. NEELON)

23    Q.   How many packages do you currently own?

24    A.   None in my name.
```

57

```
 1    (BY MR. LEONE)
 2    Q.  Did anyone receive a two percent commission for
 3         bringing you into TelexFree?
 4    A.  Yes, but I don't know who.
 5    Q.  How did you sign up for TelexFree?
 6    A.  I clicked on the link, I went to the site and I
 7         put in my information, and the site took me to Pay
 8         Pal.
 9    Q.  Which link did you click on to go to the site?
10    A.  The link that's TelexFree dot come slash -- slash
11         S-A-N, san.
12    Q.  And does the slash S-A-N refer to San Rodriguez?
13    A.  Yes.
14    Q.  So, the advertisement that you clicked on was one
15         of San Rodriguez's advertisements, correct?
16    A.  I didn't click on an ad.
17    Q.  So, who gave you that website to type in?
18    A.  San Rodriguez sent me a text message with the
19         link.
20    Q.  And so you used that text message to go online to
21         go to the site, correct?
22    A.  Yeah, I took that link, and I went to my computer,
23         and that was where I typed it in, and accessed the
24         site.
```

1    **(BY MR. NEELON)**

2    Q.   You mentioned you currently own no packages in

3         your name, do you own any packages under someone

4         else's name?

5    A.   Yes, six packages under the name of my wife.

6    Q.   And what is her name?

7    A.   Andrea.

8                        MR. THEODOROU:  Well, his wife is

9              the owner.  Your wife is the owner?

10                       THE WITNESS:  Mm-hmm.

11                       MR. THEODOROU:  Okay.  So, the

12             family.  The family.  What's your wife's name

13             again?

14   **(BY THE WITNESS)**

15   A.   Andrea Alessandra, with two S's, A-L-E-S-S-A-N-D-

16        R-A, Nassar, N-A-S-S-A-R, and the last one is M-O-

17        R-A-E-S, Moraes.  So, Andrea Alessandra Nassar

18        Moraes.

19   Q.   And are those the 1,425 packages?

20   A.   Yes.

21   **(BY MR. LEONE)**

22   Q.   When was the last time you owned a package in your

23        name?

24   A.   It was exactly a year after the contract expired.

1    Q.   So, there's a year contract for the packages?

2    A.   Yes.

3    Q.   During the year that you had the packages how many

4         packages did you have?

5                        MR. THEODOROU:  And the name was

6              under Santos, right?  Yes, his name.  Okay,

7              so he used the accurate name because it's

8              cultural, and Nassar --

9                        MR. LEONE:  Sure.

10                       MR. THEODOROU:  So, go ahead.

11                       MR. LEONE:  Thank you.

12   (BY MR. LEONE)

13   Q.   So, under the name Santos, when you held packages,

14        how many did you hold, what was the most?

15   A.   Between ten -- between twelve and fifteen.

16   Q.   And which packages were those?

17   A.   The 1,425.

18   Q.   And during the year that you had packages how many

19        people did you recruit?

20                       MR. THEODOROU:  As best you can

21              say, what you remember.

22   (BY THE WITNESS)

23   A.   Between clients and promoters, some ninety people.

24   Q.   To try to break it down, how many promoters did

1      you bring on?

2                MR. THEODOROU:  And just for the

3         record, and as best he can recall, I mean, he

4         may not know the exact number.

5    (BY MR. LEONE)

6    Q.  Mr. Nassar, if you do not know the exact number

7        please indicate to me, and then I will rephrase

8        the question to ask you to estimate.  So, in the

9        year --

10               MR. THEODOROU:  Estimate --

11    (BY MR. LEONE)

12    Q.  So, Mr. Nassar, in the year that you held the

13        package between the summer of 2012 to the summer

14        of 2013, how many promoters did you bring into the

15        TelexFree program?

16    A.  I don't know.

17    Q.  Could you estimate?

18    A.  I didn't look at how many -- how many promoters I

19        was bringing in, I just didn't look at it.  I had

20        to give support to people.

21    Q.  What do you mean by give support to people?

22    A.  If they had questions about the service, or also

23        about being a rep for the company.

24    Q.  Out of the between twelve to fifteen packages that

61

```
1           you had, how many VOIP programs did you sell?

2      A.   I don't know.

3      Q.   Less than ten?

4      A.   More than ten.

5      Q.   Less than twenty?

6      A.   More than twenty.

7      Q.   More than a hundred?

8                     MR. THEODOROU:   If you know.

9    (BY THE WITNESS)

10     A.   I don't think so, not more than a hundred.

11     Q.   If you know, more than fifty?

12     A.   Could be.

13     Q.   So, would you estimate you sold around fifty?

14     A.   Probably.

15   (BY MR. NEELON)

16     Q.   Mr. Nassar, for your twelve to fifteen packages,

17          did you post all those ads every day by yourself?

18     A.   Yeah, I had to do it.

19                     MR. O'HARA:   Let's go off the

20              record for one minute.

21              (Off the record at 12:36 p.m.)

22              (On the record at 12:37 p.m.)

23                     MR. O'HARA:   We're back on the

24              record, the time is 12:37.
```

62

1   (BY MR. O'HARA)

2   Q.   What was your source of funds for purchasing your

3        TelexFree promoter packages?

4   A.   The first one I bought for 339 I bought with my

5        housecleaning money.

6   Q.   And the other packages, I believe you testified

7        that you bought somewhere between twelve and

8        fifteen packages, where did you get the funds to

9        purchase those additional packages?

10  A.   I started selling the plans, and I started

11       receiving money through the back office, and with

12       the -- with the money that I received there, I was

13       able to upgrade and buy those packages.  So,

14       instead of taking the money out that I was making,

15       I used it to buy the packages.

16  Q.   When you reference back office in your responses,

17       can you explain what back office means?

18  A.   Back office is when you put in your user name and

19       your password, and you go on the site.

20  Q.   In your back office could you see how much money

21       you've earned from TelexFree activities?

22  A.   Yes.

23  Q.   So, when you earned money at TelexFree, can you

24       tell us how you would receive that money?

63

```
 1    A.   At first it was through Pay Pal, and then it was
 2         through the bank.
 3    Q.   Can you describe that in a bit more detail?
 4                   MR. THEODOROU:  Are you asking how
 5              it goes from Telex to Pay Pal and the bank?
 6                   MR. O'HARA:  That's exactly what
 7              I'm asking.
 8                   MR. THEODOROU:  Yes, how does the
 9              money go from Telex, that if you want to take
10              it out of the back office, right, to your own
11              bank account, how do you do that?  Is that
12              what you -- if you want --
13                   MR. O'HARA:  Yes, I guess you threw
14              in another step.  So, let's go back.
15                   MR. THEODOROU:  Because they have
16              an account in the back office.
17                   MR. O'HARA:  Okay.
18    (BY MR. O'HARA)
19    Q.   When you would earn money --
20                   MR. THEODOROU:  Account back
21              office.
22    (BY MR. O'HARA)
23    Q.   -- say for selling a VIOP service to a client,
24         take us through each step kind of along the way
```

1          that your commission goes from the purchaser,

2          ultimately to your bank account?

3     A.   Okay, the seller -- the seller pays TelexFree,

4          TelexFree sends the money to my back office, and

5          on -- in the back office area is my bank account

6          and Pay Pal account, and -- and I would go into

7          there on Mondays, and I take out some money, so

8          ten days later the money would arrive.

9     (BY MR. LEONE)

10    Q.   Arrive in the bank account, correct?

11    A.   Yes.

12    (BY MR. O'HARA)

13    Q.   Now, when money was put into your back office

14         would it remain there until someone directed the

15         money to go to your bank account?

16    A.   Yes.

17    Q.   So, is it correct to say money would not be

18         automatically transferred from the back office

19         account to your personal bank account?

20    A.   No, I had to go there and do it.

21    Q.   And it would take ten days from instructing the

22         back office to transfer money in the back office

23         to your bank account?

24    A.   Yeah, yes.

1   Q.   And when you would instruct money to be

2        transferred from the back office to your bank

3        account was there any transaction fee associated

4        with that instruction?

5   A.   No.

6   Q.   Thanks for that explanation of --

7                   MR. THEODOROU:   Are you talking

8              about -- oh, a Telex fee, right?  So, a Telex

9              fee as opposed to his bank, he might have

10             some kind of bank fee.

11                  MR. O'HARA:   Okay, I mean, I was

12             just kind of getting at any fee in general.

13  (BY MR. O'HARA)

14  Q.   But does TelexFree charge a fee to transfer money

15       from the back office to the bank account?

16  A.   They do not charge a commission to send the money

17       from themselves to back office, but in back office

18       there's an electronic wallet, which is a third

19       party provider that sends the money to the bank,

20       and that company charges eight percent.

21                  MR. THEODOROU:   Called e-wallet?

22             E-wallet?

23  (BY MR. O'HARA)

24  Q.   So, if I can just get this straight, let me know

```
 1          if I'm understanding this correctly, from your
 2          response, I understand that the money is not in
 3          the back office, the money is in an e-wallet?
 4   A.     Yes.
 5   Q.     And through the back office, you can see how much
 6          money you have in your e-wallet?
 7   A.     The money -- it's two steps, the money that's in
 8          the back office I can transfer to the e-wallet,
 9          and that doesn't -- that's free, but when e-wallet
10          sends the money to my bank they charge.
11   (BY MR. LEONE)
12   Q.     Can you transfer money directly from the back
13          office to your bank?
14   A.     No.
15   (BY MR. O'HARA)
16   Q.     Is the only way to get the money in your e-wallet
17          into your hands to go through the e-wallet
18          process?
19   A.     There's another way.
20   Q.     What is the other way?
21   A.     I can transfer to another back office account, or
22          -- or I can pay an invoice for someone who wants
23          to come on board.
24   Q.     Can you describe that response further?
```

67

1   A.   How?

2   Q.   What I'm not fully understanding, I don't think,

3        is when you say you can provide an invoice for

4        somebody that wants to --

5   A.   When a person comes into TelexFree this gives rise

6        to an invoice that they have to pay, the invoice

7        has a number, and I go to my back office, and I

8        put that number in and I pay it.

9   (BY MR. LEONE)

10  Q.   Have you ever paid anyone else's invoice?

11  A.   Yes.

12  Q.   How many times?

13  A.   Various.

14  (BY MR. NEELON)

15  Q.   When you pay someone else's invoice do they then

16       pay you cash, or --

17  A.   Yes, or they transfer it to the bank -- to my

18       bank.

19  (BY MR. LEONE)

20  Q.   Has TelexFree ever paid you directly?

21                    MR. THEODOROU:   Apart from the back

22       office -- use of the back office?

23  (BY MR. LEONE)

24  Q.   Apart from the back office, or e-wallet system,

1        has TelexFree ever paid you directly?

2    A.   Originally, at the beginning, they were paying me

3         right into my Pay Pal account.

4    Q.   So, e-wallet has not always been used by

5         TelexFree, correct?

6    A.   Right.

7                      MR. O'HARA:  We'll go off the

8            record.

9                  (Off the record at 12:49 p.m.)

10                 (On the record at 1:50 p.m.)

11                     MR. O'HARA:  We're back on the

12           record, the time is 1:50 p.m.

13   (BY MR. O'HARA)

14   Q.   I would like to circle back to the topic of the

15        ads.

16   A.   Yes, sir.

17   Q.   You've walked us through how to post the ads in

18        general, were there any other specific methods, or

19        specific tools that a representative can use to

20        post the ads?

21   A.   Yeah, I found out from over the internet that

22        there is a specific tool.

23   Q.   Can you describe that tool for us, please?

24   A.   I found out that if you enter your user name and

69

```
 1          your password, and you pay four bucks, that they
 2          will automatically post your ad for you every day.
 3     Q.   Would you pay $4.00 every day?
 4     A.   It's $4.00 a month.
 5     Q.   And would that money be paid to TelexFree?
 6     A.   No.
 7     Q.   Who would take the $4.00?
 8     A.   The posting tool, the people that to the posting,
 9          the tool people, are the ones that receive the
10          money, but I don't know who they are.
11     Q.   And does this posting tool have a name?
12     A.   Yes, Simples, S-I-M-P-L-E-S, Telex.
13     Q.   Thank you.
14     A.   Dot com.
15     Q.   And would you buy the tool from Simples Telex dot
16          com?
17     A.   No, no.
18     Q.   Where would you find the tool?
19     A.   I started using this tool after I bought my
20          positions with my -- in the name of my wife, it's
21          in my wife's name.
22     (BY MR. LEONE)
23     Q.   How did you find out about the Simples Telex dot
24          com?
```

1    A.   Because I got an email stating that I didn't have

2         to worry about posting all the things every day,

3         the ads, that I could just use this tool, I got it

4         from them, from the tool dot com.

5    (BY MR. O'HARA)

6    Q.   So, did you receive an email from Simples Telex

7         dot com about this tool?

8    A.   No.  Okay, somebody sent me an email about this,

9         and it actually went into my spam folder, but I

10        opened it anyway, and that's where I found it.

11   Q.   Do you know who sent you the email?

12   A.   No.

13   (BY MR. LEONE)

14   Q.   How do you pay the $4.00 a month?

15   A.   Through Pay Pal.

16   (BY MR. NEELON)

17   Q.   Do you pay $4.00 per ad, or is it $4.00 per

18        package, how do they charge?

19   A.   It's $4.00 per month per package.

20   (BY MR. O'HARA)

21   Q.   So, if you somebody had five packages, and they're

22        using the Simples Telex tool they pay $20.00 a

23        month for the service from Simples Telex?

24   A.   Right.

1    (BY MR. LEONE)

2    Q.   Does it matter which package you buy?

3                       THE INTERPRETER:   You mean 339 or -

4                 -

5     (BY MR. LEONE)

6    Q.   Does it matter whether you buy the 339 package or

7         the 1,425 package, is it $4.00 for each?

8    A.   I don't know.

9    (BY MR. O'HARA)

10   Q.   Does the tool automatically post your ads, or do

11        you have to do something each day to activate the

12        tool?

13   A.   I don't know if it's a person or a robot, but it

14        posts every day.

15   Q.   And you don't need to do anything?

16   A.   I just go in there to make sure it was done.

17   Q.   So, you don't have to do anything on a daily basis

18        to prompt it to post your ads?

19   A.   Yes, it's automatic, but I don't know if it's a

20        person or a machine.

21   Q.   Understood, thank you.   Okay, let's move on now to

22        a few more questions that we have on the VIOP

23        programs.   Have you personally bought any of the

24        VIOP programs?

1    A.   Okay, so when you become an independent affiliate

2        you have to have a service to use, so yes, I have.

3    Q.   Is each representative of TelexFree required to

4        purchase a VIOP service?

5    A.   Yes, because you have to get to know the product

6        in order to sell it.

7    Q.   Is that a requirement of TelexFree though?

8    A.   No, you're not -- they don't require it, but --

9        but it makes sense.

10    Q.   Okay, understood.

11    (BY MR. LEONE)

12    Q.   Do you receive any additional income based on

13        purchasing a VOIP program for yourself?

14    A.   Can you reformulate the question?

15    Q.   Are you eligible for other income streams by

16        purchasing a VOIP program for yourself?

17    A.   No.

18    Q.   Did you use the VOIP program that you purchased

19        for yourself?

20    A.   Yes.

21    Q.   How many VOIP programs did you purchase for

22        yourself?

23    A.   One that I use every -- every month.

24    (BY MR. O'HARA)

73

1    Q.   Every month you repurchase the VIOP service?

2    A.   Yes.

3    Q.   When a representative of TelexFree purchases a

4         VIOP service do you pay $49.95 for that?

5    A.   Yes.

6    Q.   When a TelexFree representative such as yourself

7         buys the VIOP service do you receive a commission?

8    A.   Yes.

9    Q.   When a TelexFree representative such as yourself

10        purchases the VIOP service are you permitted to

11        pay for it through a transfer from your back

12        office funds to TelexFree?

13   A.   Yes.

14   Q.   And going back to the commission, when the

15        representative purchases a VIOP service for

16        themselve, is the commission the same as if you

17        were to make a sale to a retail unaffiliated

18        customer?

19                  THE INTERPRETER:  Is the same as,

20           did you say, as the commission --

21                  MR. O'HARA:  Same as.

22   (BY THE WITNESS)

23   A.   Yes, it's the same as if it were a client, it's

24        ten percent.

74

1   Q.   Thank you.  I think you testified that during your

2        period as a representative of TelexFree you've

3        purchased one VIOP package, has anyone else in

4        your household purchased a VIOP package?

5   A.   Yes, my wife.

6   Q.   So, to be clear, is it correct for me to

7        understand that each month you and your wife each

8        buy a VIOP package?

9   A.   Yes.

10  (BY MR. LEONE)

11  Q.   And do you receive a ten percent commission every

12       month that you or your wife purchase a VOIP

13       package?

14  A.   Yes.

15  (BY MR. O'HARA)

16  Q.   Do you have any VIOP customers that purchase these

17       VIOP packages on a monthly basis?

18  A.   I had -- I had clients, or client in Brazil, but -

19       -

20                    THE INTERPRETER:  I forget the name

21           of it.

22  (BY THE WITNESS)

23  A.   -- TelexFree closed, so no.

24  Q.   When is the last month that you sold a VIOP

1        package to a client?

2   A.  It was at the end of my contract.

3   Q.  So, as I understand it, from your testimony, you

4        currently do not own in your name a TelexFree

5        promoter package?

6   A.  No, I don't.

7   Q.  Do you currently consider yourself a

8        representative of TelexFree?

9   A.  Yes, because my wife is a representative, so

10       therefore I do consider myself to be.

11  Q.  Your wife, as owning the promoter packages for

12       TelexFree, is she a representative of TelexFree?

13  A.  Yes, I do consider that she is, but she's not

14       active, she doesn't sell, she doesn't bring in new

15       people.

16  Q.  Is it fair to say that, while your wife owns the

17       promoter packages for TelexFree, that you are the

18       one doing the work as the representative for these

19       packages?

20  A.  Yes.

21  Q.  Under the promoter packages, Telex packages that

22       are in your wife's name, when is the last time

23       that she has sold VIOP services to retail clients?

24                MR. THEODOROU:  So, when was the

76

```
 1              last time an account was used to sell the
 2              VIOP package?
 3                      MR. O'HARA:  Better way of saying
 4              it.
 5     (BY THE WITNESS)
 6     A.   It was last year, four months ago.
 7     Q.   And were the purchasers of those VIOP packages
 8          residents in Brazil or the United States?
 9     A.   They live here.
10     Q.   Regarding the promoter packages that you held in
11          your name, why did you not renew those packages?
12                      MR. THEODOROU:  That's a good
13              question.
14     (BY THE WITNESS)
15     A.   Because the company said that I had to pay twenty
16          percent of my earnings to them, so I felt that
17          wasn't right, so I thought it would be better to
18          open an account in my wife's name.
19     (BY MR. LEONE)
20     Q.   Did you recruit your wife to join TelexFree as a
21          promoter before you did not renew your packages?
22                      THE INTERPRETER:  Did you recruit
23              her to what?
24     (BY MR. LEONE)
```

1   Q.   Did you recruit your wife as a promoter of

2        TelexFree before you did not renew your packages?

3   A.   Yes, because I already knew I wasn't going to

4        renew.

5   (BY MR. O'HARA)

6   Q.   Can you tell us when your wife purchased her

7        TelexFree promoter packages?

8                    MR. THEODOROU:  As best you can

9            recall.

10  (BY THE WITNESS)

11  A.   It was about two months prior to the -- my

12       contract -- the term of my contract.

13  Q.   When your contract terminated what was the total

14       amount of the earnings that TelexFree would have

15       taken twenty percent of in order to re-roll over

16       your contract?

17                   THE INTERPRETER:  I'm sorry, could

18           you just say the first part again?  I'm

19           sorry.

20  (BY MR. O'HARA)

21  Q.   Okay, your testimony previously was that if you

22       were going to roll over your contracts into

23       another year you would have had to pay TelexFree

24       twenty percent of your earnings?

1    A.   Yes.

2    Q.   So, at that point in time what was the dollar

3         amount of your earnings that they were going to

4         levy this twenty percent fee on?

5    A.   180,000.

6                   MR. THEODOROU:   The twenty percent

7              would have been 180,000, right?

8    (BY THE WITNESS)

9    A.   More or less, 180,000.

10   Q.   I'm just doing some math in my head here, does

11        that mean your earnings from TelexFree at that

12        point in time was around $900,000.00?

13   A.   Yes, for one year, that's right.

14                  MR. THEODOROU:   And that's for

15             2013, right?

16                  THE WITNESS:   (In English) Right.

17                  MR. THEODOROU:   All right.

18   (BY MR. LEONE)

19   Q.   So, to clarify, that would be from the time that

20        you purchased the packages in approximately 2012,

21        to the time that it was up in a year, in 2013, or

22        no?

23                  MR. THEODOROU:   It was for the year

24             of 2013.

79

1    (BY THE WITNESS)

2    A.   Yes.

3                        MR. THEODOROU:  Well, isn't it the

4              amount was made in 2013, right, that's what

5              you made --

6                        THE WITNESS:  (In English) It was

7              one year, 2012 -- middle of 2012 --

8                        MR. THEODOROU:  Oh, so it includes

9              also 2012?

10                       THE WITNESS:  (In English) Yes, the

11             contract.

12                       MR. THEODOROU:  Oh, under the one

13             year -- oh, you're right, I'm sorry, it's not

14             the earnings for the year, --

15                       MR. LEONE:  Yes.

16                       MR. THEODOROU:  I didn't mean,

17             Anthony, to cut you --

18                       MR. LEONE:  No, that's quite all

19             right.

20                       MR. THEODOROU:  No, that clarifies

21             it.  So, it's not what the income was for

22             2013, but what you made from the beginning of

23             the contract?

24                       THE WITNESS:  (In English) Correct.

1                    MR. THEODOROU:  Right, all right.

2    (BY MR. LEONE)

3    Q.  So, to back up, --

4                    MR. THEODOROU:  It's not income for

5            tax purposes, it's the period of the

6            contract.

7    (BY MR. LEONE)

8    Q.  So, to back up, the twenty percent, what I'm going

9        to call renewal fee, would have been on the term

10       of the contract for a year, correct?

11   A.  Yes.

12   Q.  And so, in the year that you had the packages you

13       earned $900,000.00 roughly?

14   A.  Yes.

15   Q.  And to be clear, you had about twelve to fifteen

16       packages during that year, correct?

17   A.  Yes.

18   (BY MR. O'HARA)

19   Q.  When your contract terminated in 2013 you had

20       approximately $900,000.00 in earnings on those

21       accounts, correct?

22   A.  Yes.

23   Q.  What happened to that $900,000.00 after your

24       contract expired?

81

1             MR. THEODOROU:  Well, hold on,

2         rephrase it, it's not that he had a total of

3         900, he had earned over time 900, right?  Are

4         you asking what happened to the 900 as he

5         earned it?  I think you're confusing the --

6    (BY MR. LEONE)

7    Q.   Well, let's start with this, at the end of the

8         year period did you have $900,000.00 in your e-

9         wallet?

10            THE INTERPRETER:  Of the year, or

11        the contract year?

12            MR. LEONE:  The contract year.

13            THE INTERPRETER:  Okay.

14   (BY THE WITNESS)

15   A.   No.

16   Q.   Were you taking money out as you went along?

17   A.   Yes.

18   Q.   How much money did you have in the e-wallet at the

19        end of the contract year?

20   A.   There wasn't a lot of money, because I knew the

21        contract was coming to an end, so I tried to get

22        the most out of the account, the maximum.

23   Q.   What was the highest amount of money that you had

24        in your e-wallet account during the year?

1            MR. THEODOROU:  During the year of

2        the contract?

3            MR. LEONE:  Of the contract.

4    (BY THE WITNESS)

5    A.   I know that totally I took out $300,000.00 from

6         the -- more or less, from that account.

7    (BY MR. O'HARA)

8    Q.   For the $300,000.00 more or less that you took out

9         of your TelexFree accounts, how would you take

10        money out of a TelexFree account?

11   A.   By e-wallet, and there were some people who wanted

12        to get into the company, and I would -- they would

13        give me the money, and I would pay it, and others

14        that I helped because others who wanted to get in

15        didn't have money, so I would pay for them.

16   (BY MR. LEONE)

17   Q.   So, over the contract year you approximately

18        brought in $900,000.00 in revenue, correct?

19   A.   Yes, total, yes.

20   Q.   And during the contract year you transferred out

21        approximately 300,000, correct?

22   A.   Yes.

23   Q.   So, what happened during the contract year to the

24        other $600,000.00 that you had earned?

1   A.   300,000 I sent -- no, sorry, I bought -- I wanted

2        to help my family in Brazil, so -- so I bought in

3        my mother's name, in Brazil, -- okay, I bought 200

4        packages in my family's name, of the 1,425 kind,

5        in the name of my mother.

6                    **MR. THEODOROU:**  In Brazil?

7                    **THE WITNESS:**  (In English) In

8            Brazil.

9   **(BY THE WITNESS)**

10  A.   And I sent 300,000 more dollars -- additional

11       dollars, to buy a house.

12  **(BY MR. NEELON)**

13  Q.   What is your mother's name?

14  A.   R-O-S-E-L-I, Maria Dos, D-O-S, another word, S-A-

15       N-T-O-S, Santos.

16  **(BY MR. O'HARA)**

17  Q.   The 300,000.00 that you sent to Brazil to purchase

18       your home or property, has that been converted to

19       -- is it reais, the Brazilian currency?  Has it

20       been converted to the national currency of Brazil?

21  A.   No, because I transferred the money, and it hadn't

22       been converted yet, and two weeks went by, and

23       then they closed down TelexFree in Brazil.

24  Q.   So, is that $300,000.00 in an e-wallet somewhere?

84

1 A. They're in the back office account in my mother's

2   name, but we can't touch it.

3 (BY MR. LEONE)

4 Q. And that is because TelexFree in Brazil has been

5   shut down?

6 A. Yeah, right, because the company shut down.

7       THE INTERPRETER:  I said because of

8   the authorities, and he said he doesn't know.

9   Okay.

10 (BY MR. O'HARA)

11 Q. While this money that was intended for the home in

12   Brazil, it is, I guess, stuck in your mother's

13   TelexFree account, do you still intend to purchase

14   the home through some other means?

15       MR. LEONE:  Let me jump in, Tim.

16 (BY MR. LEONE)

17 A. The $300,000.00 that you transferred to buy a

18   house in Brazil, that is separate than the money

19   you transferred to the Brazilian TelexFree,

20   correct?

21 Q. Yes.

22       MR. THEODOROU:  But hold on, the

23   money for your mother has been seized, right,

24   the Telex was closed, right?  That was in the

85

1        Telex in Brazil, right?

2                    THE WITNESS:  (In English) Right.

3                    MR. THEODOROU:  The money for the

4        home though, where is that money, for the

5        house?  That's been seized too, right?  No?

6                    THE INTERPRETER:  Is there a

7        question?

8                    MR. O'HARA:  Yes, I believe --

9                    MR. LEONE:  Counsel asked a

10       question.

11                   MR. THEODOROU:  Yes, I'm trying to

12       clarify the record.  The money for your

13       mother is in a Telex account in Brazil seized

14       -- closed, right?

15  (BY THE WITNESS)

16  A.   Yes.

17                   MR. THEODOROU:  The money for the

18       house, has that been taken too?

19  (BY THE WITNESS)

20  A.   Yes.

21                   MR. THEODOROU:  Where is that?

22       Where is that money?

23                   THE WITNESS:  (In English) Back

24       office.

86

```
 1                    MR. THEODOROU:  Back office, so

 2              there's money in your mother's account in

 3              Brazil, and there's money in a back office

 4              account in Brazil that was seized?  I'm

 5              trying to --

 6   (BY THE WITNESS)

 7   A.   No.

 8                    MR. THEODOROU:  Where is the money

 9              for the house?

10   (BY THE WITNESS)

11   A.   It's frozen.

12   (BY MR. O'HARA)

13   Q.   In whose back office is it frozen in?

14   A.   In my mother's account.

15   (BY MR. NEELON)

16   Q.   So, just if I try to further clarify, is there a

17        total of $600,000.00 --

18                    MR. THEODOROU:  Yes, that he

19              doesn't have an access to.

20   (BY MR. NEELON)

21   Q.   Is there a total of $600,000.00 frozen in Brazil

22        right now?

23                    MR. THEODOROU:  Good question.

24   (BY THE WITNESS)
```

1    A.  Yes.

2    Q.  Okay.

3                   MR. THEODOROU:  All right, so

4           that's relevant.

5    (BY MR. LEONE)

6    Q.  And could you describe how much money, and where

7           that $600,000.00 is frozen in Brazil?

8                   THE INTERPRETER:  Where and how?

9    (BY THE WITNESS)

10   A.  It's in the -- it's in the hands of the Brazilian

11          government.

12                  MR. THEODOROU:  I just wanted to

13          clarify the record on that.

14                  MR. O'HARA:  We appreciate it.

15                  MR. THEODOROU:  It is relevant that

16          he does not have access to any of it.

17                  MR. O'HARA:  Thanks for the

18          clarification.

19                  MR. THEODOROU:  It was not spent.

20   (BY MR. O'HARA)

21   Q.  I would just briefly like to go back to the

22          $300,000.00 that you testified that you did take

23          out of your Telex accounts.  The $300,000.00 that

24          you took out, did you convert that to U.S. dollars

88

```
 1           or the equivalent?  I mean, like a bank account,
 2           or something like that.  Was it converted to U.S.
 3           dollars, either cash, or at a banking institution?
 4           I'll rephrase it.  The $300,000.00 you've
 5           testified as taking out of your Telex accounts
 6           here in the United States, was that $300,000.00
 7           converted to cash?
 8                     MR. THEODOROU:  You mean including
 9             a bank account?
10    (BY THE WITNESS)
11    A.   Part went to my bank, and part went to payment of
12         invoices.  When people want to come in they pay me
13         to do it, but if they don't have money I pay for
14         them.
15    Q.   If you paid for them would you be reimbursed for
16         paying for them?
17    A.   Some yes, some no.
18    Q.   So, basically your testimony, the way I'm
19         understanding it, of that $300,000.00
20         approximately $150,000.00 was transferred to your
21         bank account, and another 150 was used to pay
22         invoices for people that were either buying
23         packages from you, or you were giving them
24         packages?
```

89

1    A.   No, I think it was more like 250,000 and 50,000.

2    (BY MR. LEONE)

3    Q.   250,000 into the bank, and about 50,000 to pay for

4        other invoices?

5                  THE INTERPRETER:  Right.  Sorry.

6    (BY THE WITNESS)

7    A.   Right, correct.

8    (BY MR. O'HARA)

9    Q.   Thank you for the clarification on those points.

10              MR. LEONE:  The time is now 2:30,

11         why don't we go off the record here for five

12         minutes and take a break?

13            (Off the record at 2:30 p.m.)

14            (On the record at 2:37 p.m.)

15            MR. O'HARA:  We're back on the

16         record, the time is 2:37 p.m.

17    (BY MR. O'HARA)

18    Q.   I would like to move on to the topic of recruiting

19        TelexFree promoters.  As a representative of

20        TelexFree did you actively search for new

21        promoters to join TelexFree?

22    A.   Yes.

23    Q.   And how would you go about finding new TelexFree

24        promoters?

1    A.    By sending out emails, and by contacting people

2          that I would call in Brazil, and then they would

3          come back to me.

4    Q.    If I understand your response correctly, are you

5          saying that the people you would be contacting to

6          become promoters were residents of Brazil?

7    A.    Yes, yes, they spoke the same language I did.

8    Q.    Did you ever search for promoters in

9          Massachusetts?

10   A.    No.

11   Q.    Have you ever recruited an individual to be a

12         promoter who was a resident of Massachusetts?

13   A.    Yes.

14   Q.    How many Massachusetts residents did you

15         successfully recruit to become promoters of

16         TelexFree?

17   A.    Few.

18   Q.    When you say a few, do you --

19   A.    Some, a few.

20   Q.    More than ten?

21   A.    Yes.

22   Q.    More than twenty people?

23              MR. THEODOROU:   How many people he

24         sought as a promoter, as opposed to people

1           who signed up?

2      (BY MR. LEONE)

3      Q.   Mr. Nassar, how many people have you successfully

4           signed up in Massachusetts?

5                     MR. THEODOROU:   If you know.   How

6                many people do you know if you signed up as

7                promoters in Massachusetts?

8      (BY THE WITNESS)

9      A.   Promoters, a maximum of ten, but promoters and

10          people that sell VOIP, the VOIP, the two things

11          together, more than ten.

12     (BY MR. O'HARA)

13     Q.   I'm having difficulty understanding the response,

14          are you breaking this down between TelexFree

15          promoters that you found that never sold the VIOP

16          services, and those that became promoters and sold

17          the VIOP services?

18     A.   No.   Okay, I'm dividing it into those that came to

19          me and said how do I make more money with

20          TelexFree, extra money, and those who came to seek

21          me out because the product itself was cheap,

22          inexpensive, because telecommunications are

23          expensive in Brazil.

24     Q.   So, for those that came to you wanting to make

1        more money through TelexFree, how many of those

2        people were Massachusetts residents?

3    A.  Less than ten.

4    Q.  And how did you find those people?

5    A.  Through the church, and via the phone.

6    Q.  When you say through the church, what do you mean

7        by that?

8    A.  Friends that I had at church.

9    Q.  And these people, when you say that came to you to

10       find out how they could make more money through

11       TelexFree, these are people that ultimately became

12       promoters of TelexFree, is that correct?

13   A.  Yes, they became promoters.

14   Q.  And to be clear, your testimony is that that is

15       less than ten people total?

16   A.  Yeah that I -- that I recall, yes.

17   (BY MR. LEONE)

18   Q.  Do you keep a record of the promoters that you

19       have brought on from Massachusetts?

20   A.  No, it's all in the back office that expired.

21   Q.  And it expired because you did not renew your

22       packages, correct?

23   A.  Right.

24   (BY MR. O'HARA)

1    Q.   Did you successfully recruit people from the

2         United States, but not Massachusetts residents, to

3         become promoters of TelexFree?

4    A.   No, my focus was Brazil.

5    (BY MR. LEONE)

6    Q.   Were you recruiting people to become promoters in

7         Brazil after the Brazilian TelexFree was shut

8         down?

9    A.   No.

10   (BY MR. O'HARA)

11   Q.   How many people from Brazil did you successfully

12        recruit to become promoters of TelexFree?

13   A.   More or less, a hundred.

14   Q.   Did you recruit these individuals under your

15        contracts, or the contracts that were in your

16        wife's name?

17   A.   Mine.

18   Q.   Have you recruited any individuals from Brazil to

19        become promoters under your wife's contracts?

20   A.   No.

21   (BY MR. LEONE)

22   Q.   Have you recruited any promoters through your

23        wife's packages in Massachusetts?

24   A.   Yes.

94

1    Q.  And how many?

2                  **MR. THEODOROU:**  About how many?

3    **(BY THE WITNESS)**

4    A.  Three or four, close friends.

5    **(BY MR. O'HARA)**

6    Q.  The 200,000 promoter packages that you transferred

7        to your mother in Brazil, did your mother keep all

8        200,000 of those packages in her own name?

9    A.  Yes.

10   **(BY MR. LEONE)**

11   Q.  Have you ever made a presentation to recruit

12       TelexFree promoters?

13   A.  Yes, at the beginning I had some slides, so when

14       people came to me and said what is this about I

15       would show them from my computer, I would show

16       them the slides on my computer.

17   Q.  Would you show these individuals these slides in

18       person on your computer?

19   A.  Via the internet.

20   Q.  And how would individuals know where to go to see

21       this presentation?

22   A.  They had a link to go to, and I would show them

23       there where to go, it's a internet slide show

24       tool.

95

1    Q.   And did you create the slides?

2    A.   No, that was TelexFree.

3    Q.   So, to be clear, TelexFree provided you the slides

4         that you presented?

5    A.   Yes.

6    Q.   Who from TelexFree provided you the slides that

7         you used in your presentation to recruit

8         promoters?

9    A.   You could download it from their website.

10   Q.   And could you give me an estimate of the time

11        period that you gave this presentation?

12             MR. THEODOROU:   What do you mean,

13        time period?

14   (BY MR. LEONE)

15   Q.   So, I believe you testified that you purchased

16        packages in the summer of 2012, when did you start

17        giving a presentation through the internet to

18        recruit more promoters?

19   A.   It was about three months after I got into this,

20        and I came to know how to use the -- I learned how

21        to do all of this, and that's when I started.

22   Q.   To how many people did you give the online

23        presentation?

24   A.   I don't know, probably quite a few, there were

1    people who came and did -- saw the slide show, and

2    then they didn't come back to me, so I don't know.

3    I only know the ones that tried to contact me and

4    called me afterwards.

5    Q.   How long was the slide show that you used?

6    A.   Twenty minutes.

7    Q.   How many slides was it?

8    A.   I don't know.

9    Q.   Was it in Portugese?

10   A.   Yes.

11   Q.   Did you ever present a slide show in English?

12   A.   No.

13   (BY MR. O'HARA)

14   Q.   The slides are found on the TelexFree website, is

15        that correct?

16   A.   Yeah, at the beginning they were there.

17   (BY MR. LEONE)

18   Q.   When you stopped with the packages was the

19        presentation still up on the TelexFree website?

20   A.   I don't remember.

21   (BY MR. O'HARA)

22   Q.   Who informed you that there was a page on the

23        TelexFree website that had the slide show

24        presentation that you've been testifying to for

1       the past few minutes?

2   A.  When I first started I went to the website, and I

3       saw a button and I clicked on it, and that took me

4       to the slides, and that's how I found out.

5  (BY MR. LEONE)

6   Q.  Did anyone from TelexFree ever supervise your

7       presentation?

8   A.  No.

9   Q.  Was anyone from TelexFree ever present while you

10      were giving the presentation?

11  A.  No.

12  Q.  Did you ever present to potential TelexFree

13      promoters with San Rodriguez?

14                THE INTERPRETER:  With?

15  (BY MR. LEONE)

16  Q.  Did you ever give a presentation with San

17      Rodriguez to potential TelexFree promoters?

18  A.  No.

19  (BY MR. O'HARA)

20  Q.  Regarding the slide show presentation, did you

21      ever display that presentation to more than one

22      person at a time?

23  A.  Yes.

24  Q.  And just to clarify the question, did you display

98

```
 1              the presentation in person to more than one person
 2              at a time on any given occasion?
 3     A.       No, I only did physical presentations one to one,
 4              but on the internet, when there were -- there was
 5              more than one person, we would take -- get an
 6              appointment, and then I would make a presentation
 7              to more than one person.
 8     Q.       When you were making a presentation via the
 9              internet would you have some sort of virtual
10              conference set up?
11     A.       Yes.
12     Q.       And what was the largest number of attendees for
13              one of these internet presentations?
14     A.       At the beginning it was only one at a time, then
15              it began to be like, two or three, and then they
16              started inviting other people.  So, there were
17              days where I was presenting to more than forty
18              people.
19     Q.       And when you would have these internet
20              presentations, presentations over the internet, do
21              you know what country most of the participants
22              would be from?
23     A.       From the names that I saw, they were Brazilians.
24     Q.       If somebody from Brazil wanted to become a
```

99

1      promoter through one of your presentations, how

2      would they make the payment to you?

3                    MR. THEODOROU:  To him, or to

4           Telex?

5   (BY THE WITNESS)

6   A.  Nobody pays me.

7   Q.  Who do they pay?

8   A.  TelexFree Brazil.

9   Q.  If they made their payment to TelexFree Brazil

10          would they still be considered one of your

11          recruits?

12  A.  Yes.

13  Q.  And would you receive a commission for their

14          joining TelexFree Brazil?

15  A.  Yes.

16  Q.  Would you receive your commission in U.S. dollars?

17  A.  Yes.

18  Q.  For somebody that you recruited, they would be --

19          correct me if I'm wrong, they would be a first

20          level recruit as to you, is that correct?

21  A.  Yes.

22  Q.  If an individual promoter is a first level recruit

23          to you are they a second level recruit to somebody

24          above you?

1   A.   Yes, the person who is above me -- the person you

2        mentioned as the person below me first level would

3        be a second level person to the person above me.

4   Q.   Do you know who the person above you is?

5   A.   San Rodriguez.

6   Q.   And in that same chain, do you know, if you

7        brought in a recruit they're your first level

8        recruit, they're San Rodriguez's second level

9        recruit, do you know whose third level recruit

10       they are?

11  A.   No.

12  Q.   And --

13  A.   The website doesn't show that.

14  Q.   And you don't have any information from San

15       Rodriguez as to who he is the first level recruit

16       for?

17  A.   No.

18  (BY MR. LEONE)

19  Q.   Does TelexFree conduct any recruitment events?

20  A.   Yes, the company itself does do recruiting events.

21       It's not recruiting, it's training, training

22       events.

23  Q.   And how many training events does TelexFree put on

24       per year?

1    A.   They did one in Brazil and four here, two of which

2         I attended.

3    Q.   Which ones did you attend?

4    A.   The two that were done in -- that were held in

5         Massachusetts.

6    (BY MR. O'HARA)

7    Q.   Were you required to attend any training?

8    A.   No, it wasn't required.

9    (BY MR. LEONE)

10   Q.   Does TelexFree hold any other events, besides

11        training events?

12   A.   Well, I know that they do meetings in hotels at

13        night, but that's through the reps, not through

14        the company itself.

15   Q.   So, other than the training events, the company

16        doesn't hold any other events for all promoters?

17   A.   No, not that I know.

18                   MR. THEODOROU:   Well, did the

19             company recently hold an event for new

20             products?

21                   THE WITNESS:   (In English) Yes.

22   (BY MR. LEONE)

23   Q.   And where was that event held?

24   A.   It was in Massachusetts somewhere, I don't know

102

```
 1          where.

 2     Q.   Okay.

 3     A.   In this area.

 4     Q.   Okay.  Has the company, TelexFree, ever held any

 5          promotional events?

 6                         MR. THEODOROU:   What do you mean by

 7          promotional?

 8     (BY MR. LEONE)

 9     Q.   Anything outside of the training type event, does

10          TelexFree hold anything like that?

11     A.   That I know, no.  I know there was one in Europe,

12          but I don't have any details on that.

13     Q.   There was one event?

14     A.   Yes.

15     Q.   Okay.

16     (BY MR. O'HARA)

17     Q.   Are you aware of any social events that TelexFree

18          may have hosted?

19     A.   I know of one on a cruise ship in Brazil.

20     (BY MR. LEONE)

21     Q.   And when was that?

22     A.   It was some point last year.

23     Q.   Did you go on that cruise?

24     A.   No.
```

1    (BY MR. O'HARA)

2    Q.   The training events that were here in

3         Massachusetts that you testified to, do you know

4         where they were held?

5    A.   It was at a Boston hotel, but I -- somewhere near

6         here, but I don't know the exact name.

7    Q.   Do you know how recent that training event was

8         held?

9    A.   The last event that was held was last Sunday.

10   Q.   Did you attend it?

11   A.   No.

12   Q.   Did you attend the other training event in

13        Massachusetts?

14   A.   No.

15   Q.   Were the training events open to all TelexFree

16        promoters?

17   A.   Yes, anybody -- anybody who wanted to go could go,

18        even if they weren't a -- he or she wasn't a

19        promoter.

20   (BY MR. LEONE)

21   Q.   Was there a fee charged to go to these events?

22   A.   Not the ones I went to.

23                   MR. THEODOROU:   Was there a fee

24        charged for the Sunday one you heard about?

1              There was going to be a fee?

2    (BY THE WITNESS)

3    A.   Yes, there was a fee for that one, I think, it was

4         150 -- 160 something, the one that was on Sunday,

5         last Sunday.

6                   MR. THEODOROU:  And when we're

7              talking about Sunday, we're talking about

8              Sunday -- for the record --

9                   MR. LEONE:  March 9th.

10                  MR. THEODOROU:  March 9th?  Last

11             Sunday?

12                  THE WITNESS:  (In English) Last

13             Sunday, I don't know what date.

14                  MR. LEONE:  Sunday, March 9th, we'll

15             agree on that for now, we'll check a

16             calendar.

17   (BY MR. O'HARA)

18   Q.   You said that it was free to attend the TelexFree

19        events that you attended, what TelexFree events

20        did you attend?

21   A.   It was more than a year ago, I don't remember.

22   Q.   What was the purpose of the event?

23   A.   Teach people how the product worked, and how the

24        bonus system worked for those that would become

105

```
1            promoters.
2     Q.    Did you attend an event to provide information to
3            the attendees, or were you there strictly as an
4            attendee, learning from the event?
5     A.    I went there to learn more about the product.
6     Q.    Regarding recruitment, did TelexFree place any
7            limits on how many individuals you could recruit
8            as promoters for the company?
9     A.    No.
10    Q.    For the individuals that you successfully
11           recruited to TelexFree to become promoters, did
12           TelexFree ever ask any questions about any of
13           these individuals?
14    A.    No.
15    Q.    If you recruited somebody to become a promoter of
16           TelexFree what information would have to be
17           provided to TelexFree about that individual?
18    A.    First and last name, email, address, a user name,
19           a password, a second password, some social
20           security document.  So, here they would have to be
21           the tax -- in Brazil the tax payer i.d. number.
22    Q.    Okay.  Were there ever any instances in which you
23           recruited someone from Brazil that was a resident
24           of Brazil, and they provided their address to
```

1        TelexFree as a Massachusetts address, instead of a

2        Brazilian address?

3   A.   Not that I know.  When they sign up -- when they

4        sign up to be promoters the information is sent

5        directly to the company, I don't see it, but I get

6        a message from the company saying that they've

7        become a promoter.

8                    MR. O'HARA:  Okay, at this time we

9             are going to introduce exhibit one for the

10            record, I'll have it marked by the reporter.

11                        (Whereupon the TelexFree Back

12                        Office website page was marked

13                        as Exhibit No. 1)

14                    MR. O'HARA:  Exhibit 1 is a one

15            page document.

16   (BY MR. O'HARA)

17   Q.   Have a look at it, Mr. Nassar

18                    MR. THEODOROU:  May I have this?

19                    MR. LEONE:  Counsel, if you don't

20            write on the document then we'll recollect it

21            --

22                    MR. THEODOROU:  Okay.  Do we have

23            any other exhibits?

24                    MR. O'HARA:  This is the --

1          MR. THEODOROU:  So, I don't get the

2          -- okay.

3     (BY MR. O'HARA)

4     Q.  Okay, Mr. Nassar, take a moment to review this

5          document, and let me know when you're prepared to

6          discuss it.

7                    MR. THEODOROU:  Yes, look at the

8          document.

9     (BY THE WITNESS)

10    A.  Okay.

11                   THE INTERPRETER:  He's ready.

12    (BY MR. O'HARA)

13    Q.  All right, Mr. Nassar, this is a one page

14         document, and when you look at this exhibit do you

15         recognize the image in the top half of the

16         exhibit?

17    A.  Yes.

18    Q.  Can you tell us what it is?

19    A.  This is the back office page.

20    Q.  So, you've seen this page, or something similar to

21         it, before?

22    A.  Yes.

23    Q.  When you look at this exhibit there is, on the top

24         left quadrant, there are three rows of icons, do

1     you see that?

2  A.  Yes.

3  Q.  Have you seen these icons before?

4  A.  Yes.

5  Q.  What I would like to do is go through each icon

6     and have you explain it, so I'll guide that.

7                    THE INTERPRETER:  Could I go to the

8          bathroom, he says.

9                    MR. LEONE:  Sure.

10                   MR. O'HARA:  We'll go off the

11         record, but before we go off the record,

12         let's collect the exhibits.  So, we're off

13         the record.

14         (Off the record at 3:15 p.m.)

15         (On the record at 3:23 p.m.)

16                   MR. O'HARA:  We'll go back on the

17         record, the time is 3:23 p.m., we will

18         reintroduce Exhibit 1.

19  (BY MR. O'HARA)

20  Q.  And Mr. Nassar, if you need to re-refresh your

21     memory, or refresh yourself with this exhibit,

22     please do.  Before we went off the record I

23     believe I indicated that I would guide you through

24     some of the icons that we see on the top lefthand

1        corner of this document.  Looking to the first

2        icon in the top row, far left, can you read that

3        icon for me?  Yes, that one that you're pointing

4        to, correct.

5   A.   Yeah, that's the advertise one.

6   Q.   And you've seen that icon before?

7   A.   Yes.

8   Q.   Can you tell us what that icon does, or what it

9        represents in the back office?

10   A.   It opens three pages, the first one lets you

11        choose which ad you want, they have already --

12        they have remade ads that you can choose.  And the

13        other -- the next page is -- and the second page

14        gives me a choice of sites where I can place the

15        advertisement.  Then the third page is where I

16        tell the company where I put -- where I placed my

17        ads.

18   Q.   So, if you, as a representative, are going to

19        place your ads for the day, is it fair to say it

20        begins with selecting this icon?

21   A.   Yes.

22   Q.   And if you're sitting at a computer terminal, does

23        it begin by double clicking this icon?

24   A.   One click.

110

1    Q.   One click, okay, thank you.  Now, you testified

2         earlier that there was another tool by Simples

3         Telex that assists you in placing ads on a daily

4         basis?

5    A.   Yes.

6    Q.   Now, if you're using Simples Telex to post your

7         ads online is there any reason to click on this

8         advertise icon in your back office?

9    A.   Yes, to confirm that the ad is there.

10   Q.   Okay.  So, when you use this icon here -- let me

11        just recap I think what I've heard, and let me

12        know if I'm mistaken on any points, you use one

13        page to select the ad you want to upload to the

14        internet, you use the second page to select which

15        site, the third page to report to TelexFree, and

16        then there's also some other way to confirm that

17        your advertisement was indeed posted to some

18        destination on the internet?

19   A.   Yes.

20   Q.   Thank you.  We'll move on to an icon in the second

21        row, the first one to the left.  Can you tell me

22        what that icon is?  Exactly, the one you're

23        pointing to, correct.

24   A.   That was the presentation you could download.

1   Q.   Is it correct to say that this icon would be in
2        everyone's back office?
3   A.   Yes.
4   Q.   And you had the ability to disseminate the
5        presentation that this icon, I suppose, opens up
6        to people outside of TelexFree?
7   A.   Yes, because he could download it to his desktop.
8   Q.   Okay, thank you.  Is it just one presentation that
9        this icon opens up for you?
10  A.   No, there was only one.
11  Q.   Thank you.  Looking then to the icon to the right
12       of that, the second row, the second icon from the
13       left, to be more specific, do you see that icon,
14       sir?  Correct, the one your thumb is pointing to.
15       Can you tell us what that icon is?
16  A.   Those are when you have promoters.
17  Q.   So, can you describe, if you were to open up this
18       icon, or click on it, what would you see?
19  A.   I see up to my third tier, and next to that are
20       the itemizations of how much you have overall.
21  Q.   And by itemizations, can you describe how this
22       information is itemized?
23  A.   It's going to say whether I have ten, or twenty or
24       thirty people.

112

```
 1    Q.   And if you were to open up this icon would you be

 2         able to download the information or print the

 3         information out?

 4    A.   You can print it, you can print it, any of these

 5         pages that you open you can print.

 6    Q.   Okay, thank you.

 7    (BY MR. LEONE)

 8    Q.   Do you see an icon directly below the one that we

 9         were just discussing?

10    A.   Mm-hmm.

11    Q.   You do?

12    A.   Yes.

13    Q.   And what is that icon?

14    A.   That's a franchise that TelexFree bought to open

15         in Brazil.

16    (BY MR. O'HARA)

17    Q.   If you clicked on that icon what would happen?

18    A.   That would not open anything.

19    Q.   Do you know why this image appears in one's back

20         office?

21    A.   Because they said that they had bought a Best

22         Western franchise in Brazil or -- yeah, they had

23         bought -- the company said they had bought a Best

24         Western franchise in Brazil.
```

1    (BY MR. LEONE)

2    Q.   And so, why would there be an icon in the back

3         office?

4    A.   I don't know.

5    (BY MR. NEELON)

6    Q.   Were you ever able to click that icon?

7    A.   I'm not sure.

8    (BY MR. LEONE)

9    Q.   Besides the back office, had you ever heard of a

10        relationship between TelexFree and Best Western

11        before?

12   A.   No.

13   (BY MR. O'HARA)

14   Q.   Do you know why TelexFree -- or scratch that.  Do

15        you have any idea of why a TelexFree promoter

16        would be interested in the fact that TelexFree is

17        part of a Best Western franchise?

18   A.   Okay, because at the time Best Western said that

19        if you became a promoter -- sorry, if TelexFree

20        said that if you became a promoter you could have

21        a -- you could get a room at Best Western -- you

22        could buy -- okay, sorry, you could buy, you could

23        buy a room at Best Western, and when the room was

24        rented, that you would get a commission on it.

```
 1    (BY MR. LEONE)
 2    Q.   I'm sorry, could you try again to describe the
 3         relationship between the promoters and the Best
 4         Western?
 5    A.   They didn't have a relationship.
 6    Q.   I believe you just testified that there was some
 7         sort of arrangement where promoters could receive
 8         a commission off of Best Western rooms, correct?
 9    A.   If they bought the room, it's a separate thing.
10    (BY MR. O'HARA)
11    Q.   Do you know of any TelexFree promoters that bought
12         a room at this Best Western that's being shown on
13         Exhibit 1?
14    A.   No.
15    (BY MR. LEONE)
16    Q.   Do you know where this Best Western is?
17    A.   All I know is that it's a hotel that's located
18         here in the states.
19    Q.   What does the word Tijuca mean?
20    A.   Tijuca is a neighborhood in Rio De Janeiro, the
21         state of Rio De Janeiro.
22    Q.   So, I believe you testified that this Best Western
23         is a hotel in the U.S., why would it have the name
24         Tijuca?
```

1    A.   Because the franchise of the hotel was going to be

2         in this neighborhood of Tijuca.

3    Q.   Okay, so the hotel was going to be in Tijuca,

4         correct?

5    A.   Yes, as far as I know.

6    Q.   And so, when you say it was going to be there,

7         were they building a hotel?

8    A.   Yes.

9    Q.   So, that hotel hadn't been built yet?

10   A.   Right.

11   Q.   So, how could a promoter receive a commission from

12        buying a room in a hotel that hasn't been built?

13   A.   I don't know.

14   (BY MR. NEELON)

15   Q.   Do you know how much a promoter was required to

16        pay in order to purchase a room?

17                    MR. THEODOROU:  Or would be

18             required.

19                    MR. NEELON:  Would be required.

20   (BY THE WITNESS)

21   A.   No.

22   Q.   Do you know of any promoter that was involved in

23        the TelexFree Best Western Tijuca?

24   A.   No.

```
 1    (BY MR. O'HARA)

 2    Q.   If a promoter that you had recruited to TelexFree

 3         purchased a room at the Best Western in Tijuca

 4         would you receive a commission?

 5                   MR. THEODOROU:   What was it?  Could

 6            you repeat that question?

 7                   MR. O'HARA:   I'll do my best to

 8            repeat the question for you.

 9    (BY MR. O'HARA)

10    Q.   If a promoter that you had recruited at TelexFree

11         had purchased a room at this Best Western in

12         Tijuca would you receive a commission for that

13         purchase?

14    A.   I don't know.

15    Q.   In the presentation that you disseminated to

16         TelexFree promoters, or prospective promoters, was

17         this Best Western TelexFree Tijuca referenced in

18         that presentation?

19    A.   No.

20    (BY MR. NEELON)

21    Q.   How did you hear about the Best Western Tijuca

22         opportunity?

23                   MR. NEELON:   Do you want me to

24            repeat the question first?
```

```
 1              THE INTERPRETER:  He wanted to say
 2         something, just let me translate it for you.
 3              MR. NEELON:  Okay.
 4              MR. O'HARA:  Please, translate
 5         whatever he was saying.
 6              THE INTERPRETER:  Okay, he says
 7         just like you're asking me and going like,
 8         one by one, when we were with the company, we
 9         would look at this, and then we would get
10         here and we would go like, what's this, and
11         then we would ask people, and they would say
12         no, no, no, this is something -- this is a
13         hotel, Best Western, that's going to be built
14         in the Baja De Tijuca, which is a
15         neighborhood in Rio, and that's what they
16         would say, going to be built.
17    (BY MR. NEELON)
18    Q.  So, did anyone ever explain the opportunity to
19         you, or what this icon meant?
20    A.  Yes.
21    Q.  And who explained that to you?
22    A.  It was a representative in Brazil that I called.
23    Q.  Do you remember his name?
24    A.  No, I found his name on the internet, and there
```

118

1         was a -- I guess a PPT, a slide show, that showed

2         this, with his name, on the internet.

3    Q.   Do you still have access to that slide show?

4    A.   No, it was right at the beginning.

5    (BY MR. LEONE)

6    Q.   And how many slides were in that slide show?

7    A.   It was on You Tube, and it showed slides, and

8         there were slides about Best Western, and it would

9         show the thing being built, a work site.

10   Q.   And what other information did the You Tube -- it

11        was a You Tube video, is that what you said?

12   A.   Yeah, it was a PPT on You Tube.

13   Q.   Did the You Tube Power Point describe anything

14        about investing?

15   A.   No.

16   (BY MR. NEELON)

17   Q.   Did the You Tube talk about what kind of returns

18        you might see if you were to purchase a room?

19   A.   No, there was not that.

20   (BY MR. LEONE)

21   Q.   Did it say --

22                  MR. THEODOROU:  When you say

23            purchase a room, someone actually would buy

24            an interest in a room, or if they just got a

1         room for a night?

2                    THE WITNESS:  (In English)  No,

3         they buy.

4                    MR. THEODOROU:  Okay.

5    (BY MR. LEONE)

6    Q.   And I'm sorry to go over it again, but I'm a

7         little confused, they would buy a room for a

8         night?  So, go online and reserve a room for a

9         night?

10   A.   No.

11   Q.   No, then what would they buy?

12   A.   You would buy the room, and it would be yours for

13        life, like you buy a house, in this case you would

14        be buying a hotel room, and when that -- when the

15        hotel room was rented you would get your

16        commission.

17   Q.   Okay.  Moving on, do you see an icon in the bottom

18        righthand corner?

19   A.   Yes.

20   Q.   And what is that icon?

21   A.   That's the e-wallet.

22   Q.   And so, would you click on that icon to get to the

23        e-wallet?

24   A.   Yes.

120

```
1    Q.  And would that icon take you to a different
2        website?
3    A.  Yes.
4    Q.  And would that be the e-wallet site?
5    A.  Yes.
6    Q.  If we look on the righthand side of the back
7        office, where it says network configuration, do
8        you see that?
9    A.  Yes.
10   Q.  Below there's some words, one of them says binary
11       qualification, and then consuming qualification,
12       do you see those two?
13   A.  Yes.
14   Q.  What does binary qualification mean?
15   A.  Binary qualification means that when you became a
16       promoter you had to enter somebody in on the right
17       side, and then somebody on the left side.
18   Q.  And what would that give you?
19   A.  Okay, so if the person came in -- paid in 339, I
20       got twenty, and if they paid in 1,425 I got a
21       hundred.
22   Q.  And the words below that, consuming qualification,
23       what do those mean?
24   A.  When you got a VOIP account you were qualified.
```

1    Q.   And what would you be qualified for?

2    A.   To -- to -- to get the bonuses that you would get

3         if you brought more people into the -- into the

4         fold.

5    Q.   And what were those bonuses?

6    A.   They were those level -- those tier percentages of

7         bonuses going from ten percent down to two

8         percent.

9    Q.   Would there be any other bonus for having both a

10        binary qualification and a consuming

11        qualification?

12   A.   They paid me when I brought somebody in, when

13        those people became clients, and when those people

14        became promoters, and when those promoters brought

15        in other people, clients or promoters.

16   Q.   Did you ever receive any monthly bonuses?

17   A.   No.

18   (BY MR. O'HARA)

19   Q.   I would like to look at another icon, just from

20        the bottom row far left.  Do you see that icon,

21        sir?

22   A.   Yes, I see.

23   Q.   Have you seen the icon before?

24                    MR. THEODOROU:   Bottom row?

122

1          MR. O'HARA:  Yes, bottom row, far

2      left.

3          MR. THEODOROU:  Okay.

4   (BY THE WITNESS)

5   A.   Yes.

6   Q.   Can you tell us what that icon is?

7   A.   That's my information.

8   Q.   What happens if, Mr. Nassar, you were in your back

9        office, or the one you used to have, and you

10       clicked on that icon?

11  A.   The same information that I saw when I signed up.

12  Q.   Thank you.  Now, if you look on that same row, the

13       second icon from the right, do you see that icon?

14  A.   Yes, I see.

15  Q.   Have you seen this icon before?

16  A.   I don't know, I doubt it -- I have my doubts about

17       whether I've seen it or not.

18  Q.   Do you know what would happen if you clicked on

19       that icon?

20  A.   No.

21  Q.   Let's move over to the icon on the top row, the

22       third icon from the left -- the middle icon, let's

23       just say that, the one in the middle.  Do you see

24       that icon?

1              THE INTERPRETER:  The one in the

2         middle, he said.

3    (BY MR. O'HARA)

4    Q.   The one in the middle.

5    A.   (In English) My Ad Central.

6              MR. THEODOROU:  My what?

7              THE WITNESS:  (In English) My Ad

8         Central.

9    (BY MR. O'HARA)

10   Q.   Is that what you're reading it to mean?

11   A.   Yes.

12   Q.   Now, have you seen that icon before?

13   A.   Yes.

14   Q.   What happens if you click on that icon?

15   A.   It gives you days of the week, all days of the

16        week for the month, and if the ad was placed or

17        not placed.

18   Q.   Okay.

19   A.   Or if the ad was placed, rather.

20   Q.   Looking now to the second row, the far right icon.

21   A.   This last one?  Stock?

22              MR. LEONE:  Yes.

23   (BY MR. O'HARA)

24   Q.   Okay, sir, you're reading the icon to say stock

1    under it?  Okay.  Have you seen that icon before?

2  A.   Yes.

3  Q.   And if you click on that icon what would happen?

4  A.   If I -- if I bought the 339 it shows me the twenty

5       VOIP products, services, and if I bought the 1,425

6       it shows me the fifty.

7  Q.   So, fair to say, in other words, it's showing your

8       stock of available VIOP packages to sell?

9  A.   Yes.

10  Q.   Now, on that same row, the middle icon, --

11  A.   (In English) Statement.

12  Q.   Okay, you're reading that icon to say statement?

13       Okay.  Have you seen that icon before?

14                     MR. THEODOROU:  Which row?

15                     MR. O'HARA:  Middle row, middle

16          icon.

17                     MR. THEODOROU:  Okay.

18                     MR. O'HARA:  And the witness has

19          said it says statement under it.

20  (BY MR. O'HARA)

21  Q.   I'll just ask the question again, have you seen

22       this icon before?

23  A.   Yes.

24  Q.   And if you were to click on this icon what would

125

1       happen?

2   A.   I don't remember exactly.  It's as if it were

3        historic -- history, history.

4   Q.   Could you explain your answer a bit more, I don't

5        think I understand what you mean by it's historic,

6        or it's history?

7                    MR. THEODOROU:  Well, do you know,

8            do you remember what happens if you click it?

9   (BY THE WITNESS)

10  A.   No, not exactly.

11  Q.   Okay.

12                    THE INTERPRETER:  I didn't

13           translate --

14  (BY THE WITNESS)

15  A.   I don't remember exactly.

16  Q.   Okay, that's fair enough.

17                    MR. O'HARA:  What we'll do is we

18           will now collect Exhibit 1.

19  (BY MR. LEONE)

20  Q.   Mr. Nassar, the back office that you just saw, the

21       picture of it, was in English, correct?

22  A.   Yes, correct.

23  Q.   Could you change it to be in Portugese?

24  A.   Yes.

1   Q.   And would your back office be in Portugese?

2   A.   Yes.

3   Q.   So, the language would be different, but the icons

4        would be similar, if not the same, correct?

5   A.   Yes.

6                     MR. O'HARA:  We'll go off the

7             record.

8                  (Off the record at 3:57 p.m.)

9                  (On the record at 4:10 p.m.)

10                    MR. O'HARA:  We'll go back on the

11            record, the time is 4:10 p.m.

12   (BY MR. O'HARA)

13   Q.   Mr. Nassar, have you ever met anyone from the

14        TelexFree corporate office?

15   A.   Yes.

16   Q.   Who have you met from the TelexFree corporate

17        office?

18   A.   Carlos Wanzeler, W-A-N-Z-E-L-E-R.

19   Q.   Have you met anyone, other than Carlos Wanzeler,

20        from the Telex corporate offices?

21   A.   The secretary.

22   Q.   And what is the name of the secretary?

23   A.   Kamila, K-A-M-I-L-A.

24   Q.   Do you know her last name?

127

1    A.   No.

2    Q.   What does Carlos Wanzeler do for TelexFree?

3    A.   He's part of the -- he's one of the directors.

4    Q.   How do you know that?

5    A.   I don't know.

6    Q.   How many times have you met Mr. Wanzeler?

7    A.   Twice.

8    Q.   Going through each meeting with Mr. Wanzeler

9        separately, can you tell us when you met him and

10       why?

11    A.   The first was when I was in a photo with him at

12        one of the training sessions, and the other time

13        was after the -- after I received the paper from

14        here, the subpoena.

15    Q.   Going back to the first time you met Mr. Wanzeler,

16        I believe you said it was at a training event, is

17        that correct?

18    A.   Yes.

19    Q.   Did you have a conversation with Mr. Wanzeler at

20        this training event?

21    A.   No, he was having his picture taken with other

22        people, so I went up there to have my picture

23        taken with him.

24    Q.   The picture you had taken with Mr. Wanzeler, how

1    many other individuals were in the picture?

2 A. The people that were there, I don't know.

3 Q. The training event, what year and month did the

4    training event take place that you met Carlos

5    Wanzeler at?

6 A. I know it was the beginning of 2013.

7 Q. At the training event where you had your photo

8    with Mr. Wanzeler did Mr. Wanzeler make any

9    presentation at this training event?

10 A. He showed how -- he did a presentation on how the

11    product worked.

12 Q. Do you recall approximately how long his

13    presentation lasted?

14 A. Fifteen minutes.

15 Q. We'll move on to the second time you mentioned

16    meeting with Mr. Wanzeler, when did the second

17    meeting take place?

18 A. It was -- it was four days after I got the

19    subpoena.

20 Q. And did you meet with Mr. Wanzeler in person?

21 A. Yes, I went to TelexFree and I met him.

22 (BY MR. NEELON)

23 Q. And did you reach out to Mr. Wanzeler after

24    receiving the subpoena?

1    A.   Yes.

2    (BY MR. O'HARA)

3    Q.   And how did you reach out to Mr. Wanzeler?

4    A.   I went to TelexFree, and I said that I had

5         received the subpoena, and that I needed to talk

6         to him.

7    Q.   When you say you went to TelexFree, where did you

8         physically go?

9    A.   To Marlborough, to an address that I entered in

10        the GPS.

11   Q.   How did you find this address?

12   A.   Website.

13   (BY MR. LEONE)

14   Q.   The TelexFree website?

15   A.   Yes.

16   (BY MR. O'HARA)

17   Q.   Can you describe the physical location of the

18        TelexFree office that you went to?

19   A.   It's a building with various rooms, and one of the

20        rooms the secretary is in, so you go in and you

21        say that you need to resolve a problem, so she

22        calls another secretary, and this secretary took

23        me to a room and said what is the problem.

24   Q.   In your response, the secretary that you're

```
 1              referring to, is this the woman named Kamila?
 2      A.   Yes, but there are others.
 3      Q.   And did you meet Kamila in the offices of
 4           TelexFree?
 5      A.   Yes.
 6      Q.   In the office you met Kamila were there other
 7           people from TelexFree present in the office?
 8      A.   Yes.
 9      Q.   How many other people?
10      A.   Some four people.
11      Q.   Did you speak to any of these four people?
12      A.   No.
13      Q.   Did you recognize any of the other people in the
14           office?
15      A.   No.
16      Q.   When you arrived at the TelexFree office, can you
17           tell us what happened?
18      A.   I got to the office, then I spoke to the
19           secretary, that I needed to deal with a problem,
20           so another secretary came out, and she took me to
21           a room, and I told her that I had received the
22           subpoena, and I needed to speak to Carlos
23           Wanzeler, so I waited a while, and then he called
24           me over to another room.
```

131

1  (BY MR. NEELON)

2  Q.  And what did Mr. Wanzeler say to you?

3  A.  He asked me what the problem was, and I showed him

4      the paper, the subpoena.

5  (BY MR. O'HARA)

6  Q.  Jumping back real quick, the secretary that you

7      told that you had a problem and you needed to

8      speak with Mr. Wanzeler, do you know what her name

9      was?

10 A.  Kamila.

11 Q.  Prior to that secretary, I think you said you

12     spoke with a previous secretary, do you know what

13     her name is?

14 A.  No.

15 Q.  Okay.  Now we'll go back to what you were

16     testifying to about your meeting with Mr.

17     Wanzeler, how long did you wait for Mr. Wanzeler

18     to come into the room that you were waiting in?

19 A.  Some twenty minutes.

20 Q.  Do you know if Mr. Wanzeler was in the TelexFree

21     offices when you arrived?

22 A.  I don't know.

23 Q.  When Mr. Wanzeler first entered the room that you

24     were waiting for him in what happened?

1  A.  He called me to go to another room.

2  Q.  Was the other room that you went to Mr. Wanzeler's

3      office?

4  A.  No, because it was all empty, there were no --

5      there were no personal belongings of his.

6  Q.  Can you describe the room that you met Mr.

7      Wanzeler in?

8  A.  It's very much like the one we're in.

9  Q.  During the time you were in the offices of

10     TelexFree did you see any of the other rooms that

11     were in the office suite?

12              THE INTERPRETER:  Other rooms?

13              MR. O'HARA:  Were there other rooms

14         --

15              THE INTERPRETER:  Offices.

16  (BY THE WITNESS)

17  A.  Yes, there are various offices in the building.

18  Q.  Sure, in the building, but what about in the

19     specific suite of offices that contain the

20     TelexFree work area?

21  A.  Yes, TelexFree is like this building, it has many

22     rooms.

23  Q.  And the rooms in the TelexFree offices, were they

24     similar to the room that you were meeting Mr.

1      Wanzeler in?

2  A.  It was like that -- we didn't go out anywhere

3      else.

4  Q.  All right.  The room that you had your meeting

5      with Mr. Wanzeler in -- can you describe what

6      happened at your meeting with Mr. Wanzeler?

7  A.  You mean what we talked about?

8  Q.  Yes, exactly.

9  A.  I showed him the paper, he said that the state had

10     already -- he said the state had already asked if

11     they could -- it could interview some promoters in

12     April, 2013, and that another person had already

13     gone there with this paper, with the subpoena, to

14     show him the subpoena.

15  Q.  What else did he say?

16  A.  He told me that I would not need a lawyer.

17  (BY MR. LEONE)

18  Q.  Did he say who the other person was that showed

19     him the paper?

20  A.  No.

21  (BY MR. O'HARA)

22  Q.  Did Mr. Wanzeler offer to retain a lawyer for you,

23     should you want one?

24  A.  Yes.

1    Q.   And did you accept his offer?

2                      MR. THEODOROU:  Did he recommend a

3           lawyer?

4                      MR. O'HARA:  I believe my question

5           was -- I could be wrong, but I believe my

6           question was did Mr. Wanzeler offer to retain

7           a lawyer for --

8                      MR. THEODOROU:  Him, or the

9           company?

10                     MR. O'HARA:  -- Mr. Nassar.  No,

11          for Mr. Nassar, if he wanted one.

12                     MR. THEODOROU:  Did he offer to

13          recommend a lawyer to you?

14                     THE INTERPRETER:  May I ask a

15          question?

16                     MR. O'HARA:  Let me rephrase it.

17   (BY MR. O'HARA)

18   Q.   Did he offer to provide you with a lawyer, if you

19        wanted one, in regards to the subpoena?

20   A.   Yes.

21   Q.   Did you accept his offer?

22                     MR. THEODOROU:  Him personally, or

23          Telex to recommend?

24   (BY THE WITNESS)

1   A.  Not at the time, because he said I wouldn't need

2       it.

3   Q.  Okay.  Did you return to Mr. Wanzeler and ask him

4       to provide a lawyer on your behalf?

5   A.  Yes.

6   Q.  And did he indeed provide you with a lawyer?

7   A.  Yes.

8   Q.  And during your conversation with Mr. Wanzeler did

9       you ask him any questions?

10   A.  No.

11   Q.  So, your meeting with Mr. Wanzeler, is it fair to

12       say you showed him the subpoena?

13   A.  Yes.

14   Q.  But you didn't ask him any questions about the

15       subpoena?

16   A.  I asked him what that -- what the paper was, and

17       he said that somebody else had already -- had

18       received one, and that the state had said that

19       they were going to call some of the promoters,

20       they said this in April, 2013, to provide

21       information.

22   Q.  And you didn't ask any further questions?

23   A.  No, I was worried about what it was, but -- but

24       that I -- that I didn't need a lawyer, but should

136

```
 1          I need a lawyer, that he would pay for one, and he
 2          told me to say the truth, to say what I know.
 3    Q.    Is Mr. Wanzeler paying for your representation
 4          today?
 5                        MR. THEODOROU:  Mr. Wanzeler, or
 6               Telex?
 7                        MR. O'HARA:  Mr. Wanzeler, that's
 8               the question.
 9                        MR. THEODOROU:  Is Mr. Wanzeler or
10               Telex paying for any representation that you
11               may be entitled to?
12    (BY THE WITNESS)
13    A.    I don't know, it's a question of representation,
14          he works for -- for Telex.
15    Q.    Let me ask the question in another way.  Are you
16          paying for your representation here today?
17                        MR. THEODOROU:  You're going to get
18               into privilege issues.
19                        MR. O'HARA:  If you want to advise
20               your client on such an issue --
21                        MR. THEODOROU:  Yes, I'm going to
22               advise him -- we're going to invoke privilege
23               on that.
24                        MR. O'HARA:  Attorney client
```

```
1              privilege?
2                          MR. THEODOROU:  Yes.
3                          MR. O'HARA:  Okay.
4      (BY MR. O'HARA)
5      Q.  All right, how long did this meeting with Mr.
6          Wanzeler last?
7      A.  Five to ten minutes.
8      Q.  Did you ask him why the state was requesting to
9          speak with people from TelexFree?
10     A.  Yes.
11     Q.  And what did he say?
12     A.  He said that the state had already called people
13         in April of 2013.
14     Q.  Did he say anything more than that?
15     A.  No.
16     Q.  Did you ask any further questions after receiving
17         that response?
18     A.  No, because he left me feeling calm about the
19         situation.
20     (BY MR. NEELON)
21     Q.  Mr. Nassar, what made you go back to Mr. Wanzeler
22         to get representation?
23                         MR. THEODOROU:  Did you meet with
24             him twice?  Only once?  Okay.
```

138

1    (BY MR. NEELON)

2    Q.   Let me start again.  You testified that you did

3         not accept his offer for representation the first

4         time when he offered it, at what point did you

5         accept his offer for representation?

6                    MR. THEODOROU:  Okay, go ahead,

7              there's another privilege I'm going to get

8              into.  Hold on before that answer comes out.

9                    THE INTERPRETER:  Okay.

10                   MR. THEODOROU:  Can I talk to my

11             client?

12                   MR. LEONE:  Certainly.

13                   MR. O'HARA:  Sure.

14                   MR. LEONE:  Let's go off the record

15             then.

16             (Off the record at 4:33 p.m.)

17             (On the record at 4:40 p.m.)

18                   MR. LEONE:  The time is now 4:40,

19             and we are now back on the record.  During

20             our break we had a conversation with counsel,

21             he would like to clarify one thing, and we've

22             given him the opportunity to do so.

23                   MR. THEODOROU:  Did the company,

24             Telex, recommend counsel to you?

```
 1    (BY THE WITNESS)

 2    A.   (In English) Yes.

 3                       MR. THEODOROU:  All right.  Now,

 4              were you free to say no to the

 5              recommendation?

 6    (BY THE WITNESS)

 7    A.   (In English) Yes.

 8                       MR. THEODOROU:  All right.  Now,

 9              did you have a discussion at some point with

10              your wife?

11    (BY THE WITNESS)

12    A.   (In English) Yes.

13                       MR. THEODOROU:  And without getting

14              into what you discussed with your wife, after

15              your discussion with your wife, did you

16              retain counsel, get counsel?

17    (BY THE WITNESS)

18    A.   (In English) Yes.

19                       MR. THEODOROU:  All right.  I just

20              wanted to go into that.

21                       MR. LEONE:  Okay, and Mr. Nassar,

22              counsel just asked you a series of questions

23              in English, did you understand all of those

24              questions in English?
```

1                  **THE WITNESS:**  I understood them.

2     **(BY MR. LEONE)**

3     Q.  Mr. Nassar, going back to an earlier topic for one

4          moment, were you surprised when San Rodriguez

5          emailed you in 2012?

6     A.  Surprised?  I was happy.

7     Q.  And you hadn't spoken with him since 2006,

8          correct?

9     A.  Right.

10    Q.  And so, after those approximately six years, did

11        you question why he was getting back in touch with

12        you via email?

13    A.  We talked about things in life, and he asked me

14        about -- we talked about things that had happened

15        in the past, and he asked me if I -- if I had

16        received all the money, if I had received it back

17        -- gotten money back.

18    Q.  When you say you talked about things in the past,

19        what are you referring to?

20    A.  About when I met him in Orlando at the

21        presentation, and I had -- I invested money then,

22        and then it closed.

23    **(BY MR. NEELON)**

24    Q.  Did Mr. Rodriguez ever explain to you what

141

```
 1            happened to the company back in 2006?
 2    A.   He said that he ended up with no money at all, and
 3         that he was worried about whether people had
 4         really gotten their -- had actually gotten their
 5         money back.
 6    (BY MR. LEONE)
 7    Q.   Was he paying people their money back?
 8    A.   No.
 9    Q.   Who was?
10    A.   A lawyer.
11    (BY MR. O'HARA)
12    Q.   You met Mr. Rodriguez for the first time in
13         Orlando in 2006, is that correct?
14    A.   Yes.
15    Q.   Between the time you first met Mr. Rodriguez in
16         Orlando, and the closure of the company that you
17         had put $9,000.00 in, how frequently would you
18         speak with Mr. Rodriguez?
19    A.   Can you ask the question again, please?
20    Q.   I will.  If I understood your testimony correctly,
21         you first met Mr. Rodriguez in Orlando in or
22         around 2006, is that correct?
23    A.   Yes.
24    Q.   I believe your testimony was then you invested
```

1      $9,000.00, and shortly after that investment the

2      company closed down, is that correct?

3   A.  Yes.

4   Q.  During the time period in between first meeting

5      Mr. Rodriguez and the closure of the company, how

6      frequently would you speak with Mr. Rodriguez?

7   A.  I only saw him presenting up front.

8   Q.  And then, if I understood your testimony

9      correctly, is it correct to say that after Mr.

10     Rodriguez's company closed, until 2012, you did

11     not speak with Mr. Rodriguez, is that correct?

12                 MR. THEODOROU:   To the best of your

13         recollection.

14                 THE INTERPRETER:   Until 2012?

15  (BY MR. O'HARA)

16  Q.  Until the email that you received from Mr.

17     Rodriguez in 2012.

18  A.  Correct.

19  Q.  And then, if I understood your testimony

20     correctly, sometime in the summer of 2012 you

21     received an email from Mr. Rodriguez inviting you

22     and your family over to his family's house for an

23     evening, or a dinner, is that correct?

24                 THE INTERPRETER:   An email?

1          MR. O'HARA:  I believe it was an

2     email, from his testimony.

3  (BY THE WITNESS)

4  A.  Yes.

5  Q.  Between the closure of Mr. Rodriguez's company and

6     the email you received in 2012 from Mr. Rodriguez,

7     were you involved in any other sort of multi-level

8     networking programs?

9          THE INTERPRETER:  Until he got the

10    email?

11         MR. O'HARA:  Until he got the

12    email.

13  (BY THE WITNESS)

14  A.  Yes.

15  Q.  What were the names of those multi level marketing

16     programs that you were involved in during that

17     time period?

18  A.  Monavie, —O-N-A-V-I-E.

19  (BY MR. LEONE)

20  Q.  Any others?

21  A.  Just Been Paid.

22  Q.  Any others?

23  A.  No.

24  (BY MR. O'HARA)

144

1   Q.  Was Mr. Rodriguez involved in any of the two multi

2       level marketing programs you just mentioned?

3   A.  Not that I know of.

4   Q.  Have you heard of a company called WCM777?

5                THE INTERPRETER:  WWW?

6                MR. O'HARA:  WCM777.

7                THE INTERPRETER:  Okay.

8  (BY THE WITNESS)

9   A.  Yes.

10   Q.  Do you consider that company a multi level

11      marketing company?

12   A.  Yes.

13   Q.  So, you didn't mention that company in your

14      previous response, did you?

15            MR. THEODOROU:  You asked him if he

16        heard of it, the other ones you said was he

17        ever involved.

18            MR. O'HARA:  Excuse me, you're

19        correct, counselor.

20  (BY MR. O'HARA)

21   Q.  Did you have any involvement in WCM777's multi

22      level marketing program?

23   A.  Yes.

24   Q.  So, you had some participation in that program?

1        So, we have here, I think from your previous

2        testimony --

3                        MR. THEODOROU:  He's getting

4                tired.

5                        MR. O'HARA:  Okay.

6                        MR. THEODOROU:  It's been a long

7                day.  He asked you, besides dealing with

8                Telex, what other multi level programs were

9                you in, what were they?  Go ahead.

10   (BY THE WITNESS)

11   A.   I've been involved in them for a long -- ever

12        since Brazil.  Amway, which I knew twenty years

13        ago, ever since -- so, I've gone through various

14        companies to do with multi level marketing, but

15        the first one with which I managed to make some

16        money was TelexFree.  I can give you a list of the

17        companies.

18   Q.   That was the question, between 2006 and 2012 what

19        other multi level marketing companies were you

20        involved in?

21   A.   Monavie, Melaleuca, —E-L-A-L-E-U-C-A.

22                        MR. THEODOROU:  Okay, next?

23   (BY THE WITNESS)

24   A.   Universal Private Bank.  So, the thing is that you

```
 1          can sign up with these companies, and it's free,

 2          you don't have to invest anything.

 3                    MR. THEODOROU:  So, as best you can

 4               recall, give them a list, as best you can

 5               recall, give them a list of the names of the

 6               companies, as best you can.  What other ones?

 7     (BY THE WITNESS)

 8     A.  Zeek, with a Z, Zeek Rewards.  There's one more,

 9          but I've forgotten the name.

10                    MR. THEODOROU:  Well, also there's

11               Just Been Paid and Monavie and WCM77?

12     (BY THE WITNESS)

13     A.  Mm-hmm, 777.

14                    MR. THEODOROU:  Can you recall any

15               others right now?

16     (BY THE WITNESS)

17     A.  Zeek Rewards.

18                    MR. THEODOROU:  Right, you already

19               said Zeek Rewards, Universal Private Bank,

20               Melaleuca, are there any others that you can

21               remember right now?

22     (BY THE WITNESS)

23     A.  (In English) No, no.

24                    MR. THEODOROU:  Right now you
```

147

```
 1            can't?
 2   (BY THE WITNESS)
 3   A.  (In English) No.
 4                    MR. THEODOROU:  Okay.
 5   (BY MR. O'HARA)
 6   Q.  Okay.
 7                    MR. O'HARA:  No more questions,
 8            right?  I guess one more.
 9   (BY MR. O'HARA)
10   Q.  The ones you just mentioned, the multi level
11       marketing companies, did Mr. Rodriguez have
12       involvement with those companies?
13   A.  Universal Private Banking, he invited me to go
14       into that.
15   Q.  Approximately what year did he invite you to join
16       Universal Private Bank?
17   A.  It was a few months after I went into TelexFree.
18   Q.  Okay.  And currently, do you know where Mr.
19       Rodriguez lives?
20   A.  Well, I heard that he -- or I found out that he
21       lived in Orlando.
22   Q.  Okay.
23                    MR. O'HARA:  No more questions.
24                    MR. THEODOROU:  Can I consult with
```

1                 my client?

2                        **MR. LEONE:**  Why don't we go off the

3                 record?

4                   **(Off the record at 4:54 p.m.)**

5                   **(On the record at 4:55 p.m.)**

6                        **MR. O'HARA:**  We'll go back on the

7                 record, the time is five to five.  Mr.

8                 Nassar, the Enforcement Section is done with

9                 their questions today, so we now offer your

10               attorney a chance to ask you questions to

11               clarify any responses you gave during your

12               interview today.

13                      **MR. THEODOROU:**  Mr. Nassar, you

14               testified earlier about the one year contract

15               that you had signed, correct?

16  **(BY THE WITNESS)**

17  A.  (In English) Correct.

18                      **MR. THEODOROU:**  And most of the

19               money that was made under that contract,

20               almost all of it was made in 2013, correct?

21  **(BY THE WITNESS)**

22  A.  (In English) Correct.

23                      **MR. THEODOROU:**  And you have not

24               received your 1099 yet, which you will need

1           for your taxes on that money, correct?

2    (BY THE WITNESS)

3    A.   (In English) Correct.

4                   MR. THEODOROU:  All right.  You

5           also mentioned that at some point you talked

6           to your wife about issues, right, that we

7           talked about earlier?

8    (BY THE WITNESS)

9    A.   (In English) Right.

10                  MR. THEODOROU:  What was your

11          wife's job in Brazil at one point?

12   (BY THE WITNESS)

13   A.   (In English) A lawyer.

14                  MR. THEODOROU:  A lawyer, okay.

15                  MR. O'HARA:  Thank you.

16                  MR. THEODOROU:  Thank you, and no

17          further questions at this time.

18                  MR. O'HARA:  All right.  What we're

19          going to do, we will now suspend the record,

20          which means, Mr. Nassar, that the subpoena ad

21          testificandum that ordered your appearance

22          here today does remain open, and the Division

23          reserves the right to call you back in for

24          additional testimony.

150

1               THE INTERPRETER:  Can I see that?

2          It's difficult to do it without the -- okay.

3                   MR. O'HARA:  With that, we will go

4          off the record.

5     (Whereupon the On the Record Interview was suspended

6     at 4:57 p.m.)

151

## E R R A T A   S H E E T

Statement of:  GILSON NASSAR

IN RE:  *TELEXFREE*

| Page No. | Line No. | Transcript Reads | Change Made |
|----------|----------|------------------|-------------|
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |
|          |          |                  |             |

<u>C E R T I F I C A T E</u>

I, <u>GILSON NASSAR,</u> do hereby certify that I have read the foregoing transcript of my testimony, and further certify that said transcript is a true, accurate and complete record of said testimony.

Dated at _____,

this _____ day of _____, 2014

under the pains and penalties of perjury.

_____
(Witness)

Sworn to and subscribed before me

this _____ day of _____, 2014.

_____
Notary Public

My commission expires:

_____

153

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF PLYMOUTH, SS

I, Donna M. Botsch, a Professional Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that the foregoing Statement of GILSON NASSAR was taken before me on March 13, 2014. The witness was duly sworn before the commencement of his testimony; that the said testimony was taken audiographically by myself and transcribed under my direction. To the best of my knowledge, the within transcript is a complete, true and accurate record of said On The Record Interview.

I am not connected by blood or marriage with any of the said parties, nor interested directly or indirectly in the matter in controversy.

In witness whereof, I have hereunto set my hand and Notary Seal this 14th day of March, 2014.

_____
Donna M. Botsch,
Notary Public

My Commission Expires:
April 30, 2017

PLEASE NOTE: THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND\OR DIRECTION OF THE CERTIFYING REPORTER.