# EXHIBIT C-5

MASS. SEC. DIV. 951

MASS. SEC. DIV. 952

# TelexFREE™

Advertise & Technology

## The Company

HQ: United States

Founder, President of TELEXFREE Mr. James Merrill.



225 Cedar Hill ST Suite 200 Marlborough I state: MA I zip: 01752 I Country: USA



## Digital publicity

Grows twice the market average.

April 18, 2012 • Updated on April 20, 2012 at 6:50pm

In terms of *share* of the advertising market, the Internet got to an index of 5.11%. That means a greater participation than the traditional sectors such as Pay Per View (4.19%), radio (3.97%), external means of communication (3.02%) and guides and checklists (1.12%). The internet still remains far away from the hegemony of broadcast television (63.3%), but it is approximating to the advertising revenues of magazines (7.15%) and represents almost half of the news (11.83%).



MASS. SEC. DIV. 953



# TelexFREE™
Advertise & Technology

Two ways of revenue: Prepare to know the best

## Work over the Internet
## Posting ads daily

Two ways of revenue:

Individual Earnings



Group Earnings

MASS. SEC. DIV. 954

MASS. SEC. DIV. 955

# TelexFREE™

Advertise & Technology

## Individual Earnings

Ads on Internet!

The promoter must post ads everyday.
(Mon, Tue, Wed, Thu, Fri, Sat, Sun)

We have it all computarized, with only 3 steps, in your virtual office (BackOffice)

2 Options to register with revenue rights:

ADCENTRAL

ADCENTRAL FAMILY

