# EXHIBIT E-1



# WebAnalyzer (/)

DNS Analysis | wa-com.com | ip-www.net (http://ip-www.net)

Everyonegetspaidweekly.b... CHOOSE ANY INTERNET $34.90 MORE PER MONTH THEN ADD PHONE + TV FOR JUST  CALL (888) 250-3918  OFFER EXPIRES 4/30/14  GET IT NOW  COMCAST BUSINESS B4B BUILT FOR BUSINESS

Online Backup

barracuda.com

Secure, Local Backup System with Offsite Cloud Storage. Try it Free!



everyonegetspaidweekly.biz | Everyone Gets Paid Weekly | Domain Informations

Updated : 2012-12-18

Get Ready To Experience The Power And Vision Of TelexFREE in 2014 On Our Call at 2:00pm est.
Everyonegetspaidweekly
**everyonegetspaidweekly.biz**

**Technical Data**
Page Rank : N/A
IP : 50.63.202.9 (http://ip-www.net/50.63.202.9)
IP-based Geolocation of Everyonegetspaidweekly.biz : 🇺🇸 United States | Arizona | Scottsdale
IP-based Coordinate : latitude : 33.61 | longitude : -111.89
Status : Online (New)

| WHOIS RECORD | DOMAIN HISTORY |
|---|---|

Whois Server: whois.biz

Domain Name: EVERYONEGETSPAIDWEEKLY.BIZ
Domain ID: D52521091-BIZ
Sponsoring Registrar: GODADDY.COM, INC.
Sponsoring Registrar IANA ID: 146
Registrar URL (registration services): whois.godaddy.com
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited



```
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant ID: CR131974574
Registrant Name: Randy Crosby
Registrant Address1: 7306 Parkview Ln
Registrant City: Alpharetta
Registrant State/Province: Georgia
Registrant Postal Code: 30005
Registrant Country: United States
Registrant Country Code: US
Registrant Phone Number: +1.6785086916
Registrant Email: unlimitedmobile@yahoo.com
Administrative Contact ID: CR131974576
Administrative Contact Name: Randy Crosby
Administrative Contact Address1: 7306 Parkview Ln
Administrative Contact City: Alpharetta
Administrative Contact State/Province: Georgia
Administrative Contact Postal Code: 30005
Administrative Contact Country: United States
Administrative Contact Country Code: US
Administrative Contact Phone Number: +1.6785086916
Administrative Contact Email: unlimitedmobile@yahoo.com
Billing Contact ID: CR131974577
Billing Contact Name: Randy Crosby
Billing Contact Address1: 7306 Parkview Ln
Billing Contact City: Alpharetta
Billing Contact State/Province: Georgia
Billing Contact Postal Code: 30005
Billing Contact Country: United States
Billing Contact Country Code: US
Billing Contact Phone Number: +1.6785086916
Billing Contact Email: unlimitedmobile@yahoo.com
Technical Contact ID: CR131974575
Technical Contact Name: Randy Crosby
Technical Contact Address1: 7306 Parkview Ln
Technical Contact City: Alpharetta
Technical Contact State/Province: Georgia
Technical Contact Postal Code: 30005
Technical Contact Country: United States
Technical Contact Country Code: US
Technical Contact Phone Number: +1.6785086916
Technical Contact Email: unlimitedmobile@yahoo.com
Name Server: NS39.DOMAINCONTROL.COM
Name Server: NS40.DOMAINCONTROL.COM
```

Created by Registrar: GODADDY.COM, INC.
Last Updated by Registrar: GODADDY.COM, INC.
Domain Registration Date: Mon Dec 17 14:45:44 GMT 2012
Domain Expiration Date: Mon Dec 16 23:59:59 GMT 2013
Domain Last Updated Date: Mon Dec 17 14:45:44 GMT 2012

>>>> Whois database was last updated on: Thu May 02 11:34:57 GMT 2013 <<<<

0

8 +1

0

Tweet | Share

(http://apps.hi.baidu.com/share/?url=http%3a%2f%2fwa-com.com%2f/everyonegetspaidweekly.biz&title=everyonegetspaidweekly.biz)

Please use this form to update a whois record or to delete a domain from wa-com.com (/public domain update form)

WebAnalyzer provides you websites and domain names informations like registar company, host country, location of the webserver, SEO, rank and more. You can check statistics on the home page to compare registars and find a good price for your hosting plan.

wa-com.com has one of the most largest database of domain names in the world, we analyze each new created domain. We provide informations about Host, DNS, IP address and Domain Ownership (whois lookup).

About Us (/about-us) | Privacy Policy (/privacy-policy) | Term Of Use (/term-of-use) | Contact (/contact) | Update or Delete a Domain (/public domain update form) | © WebAnalyzer

http://wa-com.com/everyonegetspaidweekly.biz                                                                  4/9/2014