EXHIBIT E-10

 (http://www.adpost.com/)

**American Classifieds @ Adpost.com Classifieds (http://www.adpost.com/us/?**

**db=&website=&language=&session_key=)**

*Bookmark*

Affiliate
Program
(http://www.adpost.com/us/affiliate_program/?
db=&website=&language=&session_key=)

Free E-
Mail
(http://mail.adpost.com)

About Us
▼

*"Top
10,000
Website -
Worldwide!.."*

Post Ad (http://www.adpost.com/us/?
website=&language=&session_key=&place_front_page=on)

Login | Register (http://www.adpost.com/us/?
db=&website=&language=&session_key=&myaccount=on)

My Ads (http://www.adpost.com/us/?
website=&language=&session_key=&my_ads=on)

Messages (http://www.adpost.com/us/forums/?
db=;act=Msg;CODE=01;s=)

Auto-Notify (http://www.adpost.com/us/?
website=&language=&session_key=&autonotify_front_page=on)

Checklist (http://www.adpost.com/us/?
&website=&language=&session_key=&print_checklist_view=on)

**FEATURED ADS**
(http://www.adpost.co
website=&language=&

**Don't Let Pain
Control Your
Life**
(http://www.adpost.c
Are You Ready to
Feel Better? ..
(http://www.adpost.com

**ABSURDLY
PRICED 19 DAY
USA HOLIDAY:
Reta..**
(http://www.adpost.c
This is a genuine
holiday, I
purchased it from
the Florida954
website. I a..
(http://www.adpost.com

**Work from
Home Data
Entry Clerks
and Adm..**
(http://www.adpost.c
Home Based Admin
Assistants and
Data Entry Clerks
Wanted - No
Experience Ne..
(http://www.adpost.com

**Learn
Smartphone
Repair By A
Samsung Tr..**
(http://www.adpost.c

📑 Adpost.com Classifieds (http://www.adpost.com/) »
USA (http://www.adpost.com/us/)

Search    telexfree

in    All Sections                           •    Go

Have a New Business?
◎ prweb.com
Start generating publicity and attracting customers-Join Free!

# Keyword Search

## Business Products & Services

Number of ads: 17755. Displaying ads 1 to 20.

#  ☑                                    Details

# Have a New Business?

☺ prweb.com

Start generating publicity and attracting customers -Join Free!

1 ☐


**NO PHOTO**

(http://www.adpost.com/us/business_products_services/482270/)

OFFERED: Telexfree FREE demonstration of service. Call to landlir

2 ☐


**TelexFREE**

(http://www.adpost.com/us/business_products_services/482161/)

OFFERED: Telexfree A new way to use cell phones

3 ☐



(http://www.adpost.com/us/business_products_services/482160/)

OFFERED: dvanced technology.

4 ☐



(http://www.adpost.com/us/business_products_services/482159/)

OFFERED: Call unlimited to cell phones and landlines

5 ☐



(http://www.adpost.com/us/business_products_services/482158/)

OFFERED: Call to more than 40 countries Landlines

6 ☐



(http://www.adpost.com/us/business_products_services/482157/)

OFFERED: Call unlimited to 3 countries

This is a fully comprehensive instructional course in getting into the busi..
(http://www.adpost.com/

**CASH FROM HOME!**
(http://www.adpost.c
$3k to 10K per week. No Selling, No Explaining, No Joke.
www.cashathome fas..
(http://www.adpost.com/

advertise here
(http://www.adpost.cc
website=&language=

7 ☐

(http://www.adpost.com/us/business_products_services/481961/)

OFFERED: FREE TO TRY FOR 1 HOUR.... GREAT DEAL!

8 ☐

(http://www.adpost.com/us/business_products_services/481887/)

OFFERED: YOU CANT GO WRONG FREE 1 hour trial..

9 ☐

(http://www.adpost.com/us/business_products_services/481754/)

OFFERED: Telexfree! Landlines and cell phones. Try it now for 1 h(

10 ☐

(http://www.adpost.com/us/business_products_services/481364/)

OFFERED: World Wide ULIMITED

11 ☐

(http://www.adpost.com/us/business_products_services/481275/)

OFFERED: Telexfree International Phone Service

12 ☐

(http://www.adpost.com/us/business_products_services/480772/)

OFFERED: EVENT OF THE YEAR

13 ☐

NO PHOTO

**(http://www.adpost.com/us/business_products_services/480761/)**

OFFERED: Telexfree FREE demonstration of service. Call to landlir

14 ☐

NO PHOTO

**(http://www.adpost.com/us/business_products_services/480558/)**

OFFERED: Telexfree! Landlines and cell phones. Try it now for 1 h

15 ☐

NO PHOTO

**(http://www.adpost.com/us/business_products_services/480451/)**

OFFERED: Your Paying Too Much For Long Distance Calling!

16 ☐

NO PHOTO

**(http://www.adpost.com/us/business_products_services/480449/)**

OFFERED: Unlimited Long Distance With Telexfree!

17 ☐

NO PHOTO

**(http://www.adpost.com/us/business_products_services/480378/)**

OFFERED: THE EVENT OF THE YEAR

18 ☐

NO PHOTO

**(http://www.adpost.com/us/business_products_services/480235/)**

OFFERED: Call unlimited to 3 countries Brazil – US – Canada Lanc

19 ☐



(http://www.adpost.com/us/business_products_services/479941/)

OTHER: Incredible! For only US$49.90 monthly you will talk unlimite

20 ☐



(http://www.adpost.com/us/business_products_services/479757/)

OFFERED: DON'T WASTE TIME AND MONEY

## Business Opportunities

Number of ads: 8538. Displaying ads 1 to 20.

| # ☑ | Details | Ca |
|---|---|---|
| 1 ☐ |  | Hon |

(http://www.adpost.com/us/business_opportunities/1048348/)

OFFERED: A GREAT WAY TO SAVE MAJOR BUCKS

| 2 ☐ |  | Hon |

(http://www.adpost.com/us/business_opportunities/1048300/)

OFFERED: WORRY NO MORE

| 3 ☐ |  | Bu Opp |

(http://www.adpost.com/us/business_opportunities/1048282/)

OFFERED: Telexfree Try out our service for 1 hour free every other

4 ☐

Hon

(http://www.adpost.com/us/business_opportunities/1048252/)

OFFERED: REACH OUT

5 ☐

Bu
Opp

(http://www.adpost.com/us/business_opportunities/1048240/)

OFFERED: More than 40 countries to be in touch Try it out IT IS A

6 ☐

Hon

(http://www.adpost.com/us/business_opportunities/1048167/)

OFFERED: THIS CAN'T LAST

7 ☐

Bu
Opp

(http://www.adpost.com/us/business_opportunities/1048132/)

OFFERED: Call unlimited to 3 countries Brazil – US – Canada Land

8 ☐

Bu
Opp

(http://www.adpost.com/us/business_opportunities/1048131/)

OFFERED: Call unlimited to 3 countries Brazil – US – Canada Land

9 ☐

Ir

(http://www.adpost.com/us/business_opportunities/1048062/)

OFFERED: CALL HOME FREE FOR ONE HOUR



10 ☐    Bu
Opp
(http://www.adpost.com/us/business_opportunities/1048061/)

OFFERED: Telexfree comes with the right economy for your phone

11 ☐    Hon
(http://www.adpost.com/us/business_opportunities/1047989/)

OFFERED: IF YOU DON'T WANT TO SAVE MONEY, DON'T REAI

12 ☐    Bu
Opp
(http://www.adpost.com/us/business_opportunities/1047974/)

OFFERED: Call unlimited to cell phones and landlines in Brazil, US

13 ☐    Bu
Opp
(http://www.adpost.com/us/business_opportunities/1047965/)

OFFERED: fale pra mais de 40 paises!!

14 ☐    Bu
Opp
(http://www.adpost.com/us/business_opportunities/1047964/)

OFFERED: Quer falar de graca?

15 ☐    Bu
Opp
(http://www.adpost.com/us/business_opportunities/1047962/)

OFFERED: economize nas ligacoes!!



16  ☐     Bt
    Opp
(http://www.adpost.com/us/business_opportunities/1047961/)

OFFERED: Teste por uma hora inteiramente gratis!!!

17  ☐     Bt
    Opp
(http://www.adpost.com/us/business_opportunities/1047959/)

OFFERED: fale a vontade!!

18  ☐     Bt
    Opp
(http://www.adpost.com/us/business_opportunities/1047957/)

OFFERED: fale a vontade!!

19  ☐     Bt
    Opp
(http://www.adpost.com/us/business_opportunities/1047945/)

OFFERED: Advanced technology. Telexfree Call to cell phones and

20  ☐     Ir
(http://www.adpost.com/us/business_opportunities/1047933/)

OFFERED: DO NOT OPEN THIS AD - YOU MIGHT SAVE MONEY

## Employment

Number of ads: 2656. Displaying ads 1 to 20.



| # ☑ | Details | Category |
|---|---|---|
| 1 ☐ | NO PHOTO (http://www.adpost.com/us/employment/337071/) JOB OFFERED: TelexFree Communications | Telecommunical |
| 2 ☐ | NO PHOTO (http://www.adpost.com/us/employment/335550/) ANNOUNCING: Telexfree! | Other Announcemer |
| 3 ☐ | NO PHOTO (http://www.adpost.com/us/employment/335450/) JOB OFFERED: 1 | Telecommunical |
| 4 ☐ | NO PHOTO (http://www.adpost.com/us/employment/335041/) ANNOUNCING: Call 40 countries | Consulting |
| 5 ☐ | NO PHOTO (http://www.adpost.com/us/employment/335037/) ANNOUNCING: Call 40 countries | Consulting |
| 6 ☐ | NO PHOTO (http://www.adpost.com/us/employment/334092/) JOB OFFERED: Use a smart service Call unlimited to cell phones | Marketing / Sa |

7 ☐



(http://www.adpost.com/us/employment/333831/)

Marketing / Sa

JOB OFFERED: The best in Passive Income

8 ☐



(http://www.adpost.com/us/employment/333232/)

Advertising

JOB OFFERED: Online networking

9 ☐



(http://www.adpost.com/us/employment/332801/)

Transportatio

JOB OFFERED: JUST USE YOUR ENERGY TO PROMOTE AND

10 ☐



(http://www.adpost.com/us/employment/332800/)

Telecommunical

JOB OFFERED: IF YOU MAKE INTERNATIONAL PHONE CALLS,

11 ☐



(http://www.adpost.com/us/employment/332799/)

Supply Chair

JOB OFFERED: HAPPY WORKERS ENJOY HIGHEST PAY CHEC

12 ☐



(http://www.adpost.com/us/employment/332798/)

Sports / Recrea

JOB OFFERED: GET AHEAD OF THE ECONOMY WITH SECONE



13 ☐                                      Security

(http://www.adpost.com/us/employment/332797/)

JOB OFFERED: FINANCES EASIER TO BALANCE WHEN EARNI

14 ☐                                      Security

(http://www.adpost.com/us/employment/332794/)

JOB OFFERED: EVERYONE NEED TO EARN MORE MONEY, CO

15 ☐                                      Science

(http://www.adpost.com/us/employment/332793/)

JOB OFFERED: DO YOU WANT THIS OPPORTUNITY TO WORK

16 ☐                                      Retail

(http://www.adpost.com/us/employment/332792/)

JOB OFFERED: CERTAIN TYPE OF WORKING AT HOME IS FUN

17 ☐                                      Science

(http://www.adpost.com/us/employment/332791/)

JOB OFFERED: BEEN UNEMPLOYED THEN GET HIRED TODAY

18 ☐                                      Retail

(http://www.adpost.com/us/employment/332790/)

JOB OFFERED: ALWAYS SHOOT FOR THE BEST POSITION, BE

19 ☐

NO PHOTO

Research &
Developmen

(http://www.adpost.com/us/employment/332786/)

JOB OFFERED: YOU ARE ALREADY PRE-QUALIFIED, JUST CLI

20 ☐

NO PHOTO

Real Estate

(http://www.adpost.com/us/employment/332785/)

JOB OFFERED: X IS THE SPOT. CLICK TO START WORKING T(

## Software

Number of ads: 2377. Displaying ads 1 to 20.

| # ☑ | | Details | Category | Br |
|------|---|---------|----------|-----|

1 ☐

Communications   -

(http://www.adpost.com/us/software/44667/)

SERVICES: unlimited to cell phones and landlines

2 ☐

Communications   -

(http://www.adpost.com/us/software/44666/)

SERVICES: Call unlimited to cell phones and landlines

3 ☐

NO PHOTO

Communications   -

(http://www.adpost.com/us/software/44471/)

SERVICES: Courtesy of 1 hour of free international calling to over 4

Adpost.com American Classifieds USA :: American Classifieds,free
Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 14 of 54
Page 13 of 53

4 ☐

**NO PHOTO**

Utilities -

(http://www.adpost.com/us/software/44470/)

SERVICES: Free 1 hour of international calling to over 40 countries

5 ☐

**NO PHOTO**

Communications A
Soft

(http://www.adpost.com/us/software/44426/)

SERVICES: telexfree app

6 ☐

Communications -

(http://www.adpost.com/us/software/44234/)

SERVICES: Call unlimited to cell phones and landlines

7 ☐

Communications -

(http://www.adpost.com/us/software/44233/)

SERVICES: Call unlimited to cell phones and landlines

8 ☐

**TelexFREE**

Communications -

(http://www.adpost.com/us/software/44232/)

SERVICES: Advanced technology. Telexfree Call to cell phones

9 ☐

**NO PHOTO**

Internet -

(http://www.adpost.com/us/software/44200/)

SERVICES: Make free Calls World wide

10 ☐



Communications    -

(http://www.adpost.com/us/software/44159/)

SERVICES: Telexfree


11 ☐



Other Software    -

(http://www.adpost.com/us/software/44151/)

SERVICES: call to over 40 countries for 1 hour for Free!


12 ☐



Other Software    -

(http://www.adpost.com/us/software/44150/)

SERVICES: Call to over 40 countries for 1 hour for Free!


13 ☐



Internet    -

(http://www.adpost.com/us/software/44149/)

SERVICES: Call to over 40 countries for 1 hour for Free!


14 ☐



Utilities    -

(http://www.adpost.com/us/software/44106/)

SERVICES: Call to over 40 countries for 1 hour for Free!


15 ☐



Internet    -

(http://www.adpost.com/us/software/44105/)

SERVICES: call to over 40 countries for 1 hour for Free!

16 ☐     **NO PHOTO**     Communications   -

(http://www.adpost.com/us/software/44104/)

SERVICES: Call to over 40 countries for 1 hour for Free!


17 ☐     **NO PHOTO**     Communications   -

(http://www.adpost.com/us/software/43884/)

SERVICES: Call to over 40 countries for 1 hour for Free!


18 ☐     **NO PHOTO**     Utilities   -

(http://www.adpost.com/us/software/43883/)

SERVICES: Call to over 40 countries for 1 hour for Free!


19 ☐     **NO PHOTO**     Internet   -

(http://www.adpost.com/us/software/43882/)

SERVICES: Call to over 40 countries for 1 hour for Free!


20 ☐     **NO PHOTO**     Communications   -

(http://www.adpost.com/us/software/43877/)

SERVICES: Call to over 40 countries for 1 hour for Free!


## Phones

Number of ads: 1075. Displaying ads 1 to 20.

Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 17 of 54



| # ☑ | Details | Category | Bran |
|---|---|---|---|
| 1 ☐ | NO PHOTO | Cellular / Mobile | — |

(http://www.adpost.com/us/phones/41307/)

SERVICES: Get A 1 Hour Courtesy Call With Telexfree! This is Cha

| 2 ☐ | NO PHOTO | Cellular / Mobile | — |

(http://www.adpost.com/us/phones/41304/)

SERVICES: Telexfree Is Changing Lives! EARN-SAVE In Domestic

| 3 ☐ | NO PHOTO | Cellular / Mobile | — |

(http://www.adpost.com/us/phones/41300/)

SERVICES: Amazing CLEAR Phone Lines With Telexfree! Try It Ou

| 4 ☐ | NO PHOTO | Cellular / Mobile | — |

(http://www.adpost.com/us/phones/41297/)

SERVICES: Change Phone & Change Financial State! Try It Out Fc

| 5 ☐ | NO PHOTO | Cellular / Mobile | — |

(http://www.adpost.com/us/phones/41295/)

SERVICES: Telexfree Is Changing Lives! EARN-SAVE In Domestic

| 6 ☐ | NO PHOTO | Other Announcements | — |

(http://www.adpost.com/us/phones/41285/)

OTHER: from us directly to

7 ☐                    NO PHOTO                Cellular / Mobile    —

**(http://www.adpost.com/us/phones/41284/)**

SERVICES: EARN & SAVE On Domestic & International Calls! Try


8 ☐                                           Other             —
                                              Announcements

**(http://www.adpost.com/us/phones/41281/)**

SERVICES: be good


9 ☐                    NO PHOTO               Other             —
                                             Announcements

**(http://www.adpost.com/us/phones/41275/)**

OTHER: call to more


10 ☐                                          Cellular / Mobile    —

**(http://www.adpost.com/us/phones/41272/)**

SERVICES: land or cell


11 ☐                                          Cellular / Mobile    —
                                             Accessories

**(http://www.adpost.com/us/phones/41271/)**

SERVICES: Fish phone


12 ☐                    NO PHOTO              Other             —
                                             Announcements

**(http://www.adpost.com/us/phones/41264/)**

OTHER: telexyfree new a bit

13 ☐          NO PHOTO                    Other          —
                                         Announcements

**(http://www.adpost.com/us/phones/41255/)**

OTHER: telexfree a bit


14 ☐                                      Cellular / Mobile   —
                                         Accessories

**(http://www.adpost.com/us/phones/41253/)**

SERVICES: We have it-better than ever free trial !


15 ☐                                      Other          —
                                         Announcements

**(http://www.adpost.com/us/phones/41251/)**

SERVICES: Do you have this one


16 ☐          NO PHOTO                    Other          —
                                         Announcements

**(http://www.adpost.com/us/phones/41250/)**

OTHER: more than 40


17 ☐          NO PHOTO                    Cellular / Mobile   —

**(http://www.adpost.com/us/phones/41248/)**

OTHER: Unlimited Calling to Cell Phones and Landlines For $49.9C


18 ☐                                      Cellular / Mobile   —

**(http://www.adpost.com/us/phones/41247/)**

SERVICES: Save in phone calls - try 1 hour free free free

19 ☐          Cordless    —

(http://www.adpost.com/us/phones/41244/)

SERVICES: Killer deal 0n phone plans

20 ☐          Cellular / Mobile    —

(http://www.adpost.com/us/phones/41243/)

SERVICES: Killer deal 0n phones plans

## Computers & Devices

Number of ads: 634. Displaying ads 1 to 20.

| # ☑ | Details | Category | Brand |
|------|---------|----------|-------|
| 1 ☐ | NO PHOTO | Internet Appliances | — |

(http://www.adpost.com/us/computers/239945/)

SERVICES: For $49.95 per month, call unlimited from US directly to

| 2 ☐ | NO PHOTO | Internet Appliances | — |

(http://www.adpost.com/us/computers/239944/)

SERVICES: Try imagining a plan where you pay once a month and

| 3 ☐ | NO PHOTO | Internet Appliances | — |

(http://www.adpost.com/us/computers/239917/)

SERVICES: Why not use the latest and the best technology for you

4 ☐    NO PHOTO    Internet    —
                   Appliances

(http://www.adpost.com/us/computers/239916/)

SERVICES: Use latest technology for your calls-Telexfree

5 ☐    NO PHOTO    Internet    —
                   Appliances

(http://www.adpost.com/us/computers/239911/)

SERVICES: Telexfree is the solution for your long distance calling

6 ☐    NO PHOTO    Internet    —
                   Appliances

(http://www.adpost.com/us/computers/239910/)

SERVICES: Telexfree is the Right Economy for Your Phone Calls

7 ☐    NO PHOTO    Internet    —
                   Appliances

(http://www.adpost.com/us/computers/239853/)

SERVICES: Wouldn't it be nice talking unlimited using landlines and

8 ☐    NO PHOTO    Internet    —
                   Appliances

(http://www.adpost.com/us/computers/239852/)

SERVICES: Would You Like to Make Phone Calls For Free?

9 ☐    NO PHOTO    Internet    —
                   Appliances

(http://www.adpost.com/us/computers/239830/)

SERVICES: Wouldn't it be nice to talk as much as you want using la

http://www.adpost.com/us/                                    4/8/2014

10 ☐                NO PHOTO  .                Internet      —
                                              Appliances

**(http://www.adpost.com/us/computers/239829/)**

SERVICES: Would you like unlimited talking using landlines and ce


11 ☐                NO PHOTO                   Internet      —
                                              Appliances

**(http://www.adpost.com/us/computers/239823/)**

SERVICES: Call unlimited to more than 40 countries Landlines and


12 ☐                NO PHOTO                   Internet      —
                                              Appliances

**(http://www.adpost.com/us/computers/239822/)**

SERVICES: The future of long distance calling is here - Get to know


13 ☐                NO PHOTO                   Internet      —
                                              Appliances

**(http://www.adpost.com/us/computers/239816/)**

SERVICES: Worry No More About International Calling Bill - Introdu


14 ☐                NO PHOTO                   Internet      —
                                              Appliances

**(http://www.adpost.com/us/computers/239815/)**

SERVICES: Stop Worrying About Huge International Calling Bill - C


15 ☐                NO PHOTO                   Internet      —
                                              Appliances

**(http://www.adpost.com/us/computers/239801/)**

SERVICES: Come to Telexfree and exercise your freedom to talk a

16 ☐



Internet —
Appliances

(http://www.adpost.com/us/computers/239800/)

SERVICES: Please do not stay quiet! Come to Telexfree and exerc

17 ☐



Internet —
Appliances

(http://www.adpost.com/us/computers/239784/)

SERVICES: Please do not waste time and money-come to Telexfre

18 ☐



Internet —
Appliances

(http://www.adpost.com/us/computers/239783/)

SERVICES: Telexfree is the solution for your long distance calling

19 ☐



Internet —
Appliances

(http://www.adpost.com/us/computers/239759/)

SERVICES: $49.90 flat fee per month for unlimited calling more tha

20 ☐



Internet —
Appliances

(http://www.adpost.com/us/computers/239758/)

SERVICES: Call more than 40 countries Landlines and cell phones

## Homes & Offices

Number of ads: 375. Displaying ads 1 to 20.

Case 1:14-cv-11858-NMG   Document 19-38   Filed 04/17/14   Page 24 of 54



| # ☑ | Details | Category |
|---|---|---|
| 1 ☐ | NO PHOTO<br>(http://www.adpost.com/us/homes_offices/2372433/)<br><br>SERVICES: The Best Phone Service for Less Money | House / Single Family |
| 2 ☐ | NO PHOTO<br>(http://www.adpost.com/us/homes_offices/2372432/)<br><br>SERVICES: The Best Phone Service for Less Money | House / Single Family |
| 3 ☐ | NO PHOTO<br>(http://www.adpost.com/us/homes_offices/2372431/)<br><br>SERVICES: The Best Phone Service for Less Money | House / Single Family |
| 4 ☐ | NO PHOTO<br>(http://www.adpost.com/us/homes_offices/2372430/)<br><br>SERVICES: The Best Phone Service for Less Money | House / Single Family |
| 5 ☐ | NO PHOTO<br>(http://www.adpost.com/us/homes_offices/2372429/)<br><br>SERVICES: The Best Phone Service for Less Money | House / Single Family |
| 6 ☐ | NO PHOTO<br>(http://www.adpost.com/us/homes_offices/2365628/) | Other Announcements |

SERVICES: call 40 countries one low price



7 ☐          Other
           Announceme

(http://www.adpost.com/us/homes_offices/2364896/)

SERVICES: call 40 countries on low price

8 ☐          Other
           Announceme

(http://www.adpost.com/us/homes_offices/2354683/)

SERVICES: Be a client of the company that grows more in the worl

9 ☐          Other
           Announceme

(http://www.adpost.com/us/homes_offices/2354682/)

SERVICES: American technology company gets to Brazil.

10 ☐          Other
           Announceme

(http://www.adpost.com/us/homes_offices/2354681/)

SERVICES: Use a smart service!

11 ☐          Other
           Announceme

(http://www.adpost.com/us/homes_offices/2354680/)

SERVICES: 1 hour of free calls to know this incredible service.

12 ☐          Other
           Announceme

(http://www.adpost.com/us/homes_offices/2354679/)

Adpost.com American Classifieds - USA - American Classifieds,free
Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 26 of 54
Page 25 of 53

SERVICES: Telexfree comes with the right economy for your phone

13 ☐

NO PHOTO

Other Homes
Offices

(http://www.adpost.com/us/homes_offices/2354678/)

SERVICES: Do not have more worries with your phone bill.

14 ☐

NO PHOTO

Repair /
Renovation
Services

(http://www.adpost.com/us/homes_offices/2353850/)

SERVICES: Incredible! For only US$49.90 monthly you will talk unli

15 ☐

NO PHOTO

Other
Announceme

(http://www.adpost.com/us/homes_offices/2320228/)

SERVICES: Telexfree

16 ☐

NO PHOTO

Other
Announceme

(http://www.adpost.com/us/homes_offices/2316584/)

SERVICES: Telexfree

17 ☐

NO PHOTO

Other
Announceme

(http://www.adpost.com/us/homes_offices/2305802/)

SERVICES: Telexfree

18 ☐

NO PHOTO

Other
Announceme

(http://www.adpost.com/us/homes_offices/2300460/)

SERVICES: Unlimited calling

19 ☐

NO PHOTO

Other Home
Offices

(http://www.adpost.com/us/homes_offices/2300168/)

SERVICES: Free international calling

20 ☐

NO PHOTO

Office /
Commercia
Industrial

(http://www.adpost.com/us/homes_offices/2299727/)

FOR SALE: Courtesy trial for 1 hour.

### Audio & Video Electronics

Number of ads: 129. Displaying ads 1 to 20.

| # ☑ | Details | C |
|------|---------|---|

1 ☐

NO PHOTO

Ann

(http://www.adpost.com/us/audio_video_electronics/182465/)

OTHER: 1 Hour Free Calls International

2 ☐

NO PHOTO

Ann

(http://www.adpost.com/us/audio_video_electronics/182138/)

SERVICES: Telexyfree Pay a bit and TALK A LOT!

3 ☐

NO PHOTO

Tı

(http://www.adpost.com/us/audio_video_electronics/182088/



SERVICES: FREE 1 HR INTERNATIONAL CALLS

4 ☐     I

(http://www.adpost.com/us/audio_video_electronics/182085/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

5 ☐     Anno

(http://www.adpost.com/us/audio_video_electronics/181888/)

FOR SALE: Call unlimited and landlines

6 ☐     Anno

(http://www.adpost.com/us/audio_video_electronics/181863/)

SERVICES: DON'T WASTE TIME

7 ☐     Ot
El

(http://www.adpost.com/us/audio_video_electronics/181446/)

SERVICES: Call cheaper!

8 ☐     Anno

(http://www.adpost.com/us/audio_video_electronics/181032/)

SERVICES: TELEXFREE

9 ☐     Anno

(http://www.adpost.com/us/audio_video_electronics/180308/)



SERVICES: Use Telexfree and save on your calls

10 ☐

(http://www.adpost.com/us/audio_video_electronics/180307/)

SERVICES: Try our free service and call unlimited

11 ☐

(http://www.adpost.com/us/audio_video_electronics/180306/)

SERVICES: Enjoy our free trial for 1 hour

12 ☐

(http://www.adpost.com/us/audio_video_electronics/180305/)

SERVICES: Call to Brazil, US, and Canada

13 ☐

(http://www.adpost.com/us/audio_video_electronics/180304/)

SERVICES: Call unlimited!

14 ☐

(http://www.adpost.com/us/audio_video_electronics/180280/)

SERVICES: Call cell phones and landlines to Brazil, US, and Cana

15 ☐

SERVICES: http://www.telexfree.com/ad/my4angels

16 ☐

NO PHOTO

Anno

(http://www.adpost.com/us/audio_video_electronics/180278/)

SERVICES: Try Telexfree today for free

17 ☐

NO PHOTO

Anno

(http://www.adpost.com/us/audio_video_electronics/180277/)

SERVICES: Try a courtesy call for 1 hour from Telexfree

18 ☐

NO PHOTO

Anno

(http://www.adpost.com/us/audio_video_electronics/180276/)

SERVICES: Your cell phone is without credit?

19 ☐

NO PHOTO

Anno

(http://www.adpost.com/us/audio_video_electronics/180262/)

SERVICES: Free trial of Telexfree

20 ☐

NO PHOTO

Anno

(http://www.adpost.com/us/audio_video_electronics/180261/)

SERVICES: Call cell phones and landlines in over 40 countries

## Appliances

Number of ads: 54. Displaying ads 1 to 20.

| # | ☑ | Details | Category | Bi |
|---|---|---------|----------|----|
| 1 | ☐ | NO PHOTO | Other Appliances | |

**(http://www.adpost.com/us/appliances/42141/)**

SERVICES: http://www.telexfree.com/ad/teamchris

| 2 | ☐ | | Air Conditioning / Heating | |

**(http://www.adpost.com/us/appliances/42100/)**

SERVICES: look at this !

| 3 | ☐ | NO PHOTO | Other Announcements | |

**(http://www.adpost.com/us/appliances/41849/)**

SERVICES: Call unlimited to Brazil

| 4 | ☐ | NO PHOTO | Other Announcements | |

**(http://www.adpost.com/us/appliances/41201/)**

SERVICES: Do you want to talk for courtesy? Then try it right now f

| 5 | ☐ | NO PHOTO | Air Conditioning / Heating | |

**(http://www.adpost.com/us/appliances/41159/)**

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 6 | ☐ | NO PHOTO | Other Announcements | |

(http://www.adpost.com/us/appliances/40580/)

Case 1:14-cv-11858-NMG   Document 19-38   Filed 04/17/14   Page 32 of 54

OTHER: you too will be part of telexfree

7 ☐     HQ PHOTO     Other
Announcements

(http://www.adpost.com/us/appliances/40579/)

OTHER: Now look telexfree

8 ☐     HQ PHOTO     Other
Announcements

(http://www.adpost.com/us/appliances/40578/)

OTHER: Get your telexfree

9 ☐     HQ PHOTO     Other
Announcements

(http://www.adpost.com/us/appliances/40562/)

OTHER: you too will be part of telexfree

10 ☐     HQ PHOTO     Other
Announcements

(http://www.adpost.com/us/appliances/40561/)

OTHER: Buy your telexfree

11 ☐     HQ PHOTO     Other
Announcements

(http://www.adpost.com/us/appliances/40560/)

OTHER: Telexfree

12 ☐     HQ PHOTO     Other
Announcements

(http://www.adpost.com/us/appliances/40559/)

Case 1:14-cv-11858-NMG Document 19-88 Filed 04/17/14 Page 33 of 54



OTHER: Now look telexfree

13 ☐                    Other
                       Announcements

(http://www.adpost.com/us/appliances/40558/)

OTHER: Get your telexfree


14 ☐                    Other
                       Announcements

(http://www.adpost.com/us/appliances/40553/)

OTHER: Telexfree


15 ☐                    Other
                       Announcements

(http://www.adpost.com/us/appliances/40552/)

OTHER: Now look telexfree


16 ☐                    Other
                       Announcements

(http://www.adpost.com/us/appliances/40551/)

OTHER: Get your telexfree


17 ☐                    Other
                       Announcements

(http://www.adpost.com/us/appliances/40527/)

OTHER: Telexfree


18 ☐                    Other
                       Announcements

(http://www.adpost.com/us/appliances/40526/)

Case 1:14-cv-11858-NMG   Document 19-88   Filed 04/17/14   Page 34 of 54

OTHER: Now look telexfree

19 ☐      NO PHOTO      Other Announcements

(http://www.adpost.com/us/appliances/40525/)

OTHER: Get your telexfree

20 ☐      NO PHOTO      Other Announcements

(http://www.adpost.com/us/appliances/40057/)

OTHER: now look the telexfree

# Vehicles

Number of ads: 14

| # | ☑ | Details | Category | Yea |
|---|---|---------|----------|-----|
| 1 | ☐ | NO PHOTO (http://www.adpost.com/us/vehicles/999671/) | Vans / RVs | 200 |
| | | SERVICES: Telexfree | | |
| 2 | ☐ | NO PHOTO (http://www.adpost.com/us/vehicles/998723/) | Jeeps / SUVs | 200 |
| | | SERVICES: Telexfree | | |
| 3 | ☐ | NO PHOTO | Motorcycles / Scooters | 201 |

WANTED: Tecnologia de ponta. Telexfree Ligue para celular e fixo

4  ☐          HO PHOTO                    Motorcycles /   201
                                          Scooters

(http://www.adpost.com/us/vehicles/993255/)

WANTED: Tecnologia de ponta. Telexfree Ligue para celular e fixo

5  ☐          HO PHOTO                    Vans / RVs    201

(http://www.adpost.com/us/vehicles/993254/)

FOR SALE: Tecnologia de ponta. Telexfree Ligue para celular e fixo

6  ☐          HO PHOTO                    Jeeps / SUVs  201

(http://www.adpost.com/us/vehicles/993253/)

WANTED: Tecnologia de ponta. Telexfree Ligue para celular e fixo

7  ☐          HO PHOTO                    Other         201
                                          Announcements

(http://www.adpost.com/us/vehicles/993252/)

OTHER: Tecnologia de ponta. Telexfree Ligue para celular e fixo p

8  ☐          HO PHOTO                    Other         201
                                          Announcements

(http://www.adpost.com/us/vehicles/992077/)

SERVICES: One hour FREE call to anywhere in the world to test ou

9  ☐          VVIP                        Other         201
              TelexFREE                   Announcements

Case 1:14-cv-11858-NMG  Document 19-38  Filed 04/17/14  Page 36 of 54

OTHER: VOIP

10 ☐                     Other          201
                                         Announcements

(http://www.adpost.com/us/vehicles/991146/)

OTHER: VOIP

11 ☐                     Other          201
                                         Announcements

(http://www.adpost.com/us/vehicles/991145/)

OTHER: VOIP

12 ☐                     Other          201
                                         Announcements

(http://www.adpost.com/us/vehicles/991144/)

SERVICES: VOIP

13 ☐                     Other          201
                                         Announcements

(http://www.adpost.com/us/vehicles/991143/)

SERVICES: VOIP

14 ☐                     Other          201
                                         Announcements

(http://www.adpost.com/us/vehicles/991142/)

SERVICES: VOIP

## Health & Beauty

Adpost.com American Classifieds > USA > American Classifieds,free
Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 37 of 54
Page 36 of 53

Number of ads: 11

Case 1:14-cv-11858-NMG   Document 19-38   Filed 04/17/14   Page 38 of 54

# Arts & Crafts

Number of ads: 9

Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 39 of 54



| # ☑ | Details | Category | Ar |
|---|---|---|---|
| 1 ☐ | NO PHOTO | Other Announcements | - |

(http://www.adpost.com/us/arts_crafts/122453/)

FOR SALE: Long Distance Phone Bill Got You Down?

| 2 ☐ | NO PHOTO | Other Announcements | - |

(http://www.adpost.com/us/arts_crafts/122452/)

SERVICES: Telexfree...The Smart Long Distance Choice

| 3 ☐ | NO PHOTO | Drawings | - |

(http://www.adpost.com/us/arts_crafts/117117/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 4 ☐ | NO PHOTO | Wood | - |

(http://www.adpost.com/us/arts_crafts/115099/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 5 ☐ | NO PHOTO | Other Announcements | - |

(http://www.adpost.com/us/arts_crafts/111598/)

OTHER: Telexfree Try out our service for 1 hour free every other day

| 6 ☐ | NO PHOTO | Glass | - |

(http://www.adpost.com/us/arts_crafts/108720/)

OTHER: Unlimited Calling Plans



7 ☐     NO PHOTO     Prints     -

(http://www.adpost.com/us/arts_crafts/103832/)

OTHER: Unlimited Calling Plans

8 ☐     NO PHOTO     Sculptures     -

(http://www.adpost.com/us/arts_crafts/98130/)

OTHER: Unlimited Calling Plans

9 ☐     NO PHOTO     Drawings     -

(http://www.adpost.com/us/arts_crafts/98022/)

FOR SALE: Imagine um plano que você paga uma vez por mês e fal

## Personals

Number of ads: 7

| # ☑ | Details | Category | Na |
|---|---|---|---|
| 1 ☐ | NO PHOTO | Other Announcements | Da Ror |

(http://www.adpost.com/us/personals/29231/)

Unlimited Call ~ Free Trial

| 2 ☐ | NO PHOTO | Other Announcements | And Hen |

(http://www.adpost.com/us/personals/26443/)

TELEXFREE

3 ☐



Other       Per
Announcements   Ta

(http://www.adpost.com/us/personals/26272/)

Landlines Cell Phones

4 ☐



Other       R
Announcements

(http://www.adpost.com/us/personals/25979/)

Unlimited Talk - Cell Phones, Landline, $49, Be Descrete

5 ☐



Other       wil
Announcements   dac

(http://www.adpost.com/us/personals/25833/)

telexfree

6 ☐



Other       ca
Announcements   tir

(http://www.adpost.com/us/personals/25408/)

telexfree

7 ☐



Other       ca
Announcements   tir

(http://www.adpost.com/us/personals/25383/)

product

## Travel

Number of ads: 6

Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 42 of 54



| # ☑ | Details | Category | Destinat (Overse |
|---|---|---|---|
| 1 ☐ | NO PHOTO | Other Local Travel | — |

(http://www.adpost.com/us/travel/18279/)

SERVICES: Try it out for one hour FREE!

| 2 ☐ | NO PHOTO | Local Resorts | — |

(http://www.adpost.com/us/travel/18053/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 3 ☐ | NO PHOTO | Local Packaged Tours | — |

(http://www.adpost.com/us/travel/17225/)

SERVICES: Homesickness?

| 4 ☐ | NO PHOTO | Other Local Travel | — |

(http://www.adpost.com/us/travel/17132/)

SERVICES: UNLIMITED INTL CALLING

| 5 ☐ | NO PHOTO | Local Adventure / Sports | — |

(http://www.adpost.com/us/travel/17040/)

OTHER: Unlimited Overseas Calls

| 6 ☐ | NO PHOTO | Other Announcements | — |

(http://www.adpost.com/us/travel/16791/)

SERVICES: CALL to over 40 countries for one low price

Case 1:14-cv-11858-NMG  Document 19-88  Filed 04/17/14  Page 43 of 54

# Cameras & Optics

Number of ads: 5

| # ☑ | Details | Category |
|---|---|---|

1 ☐          NO PHOTO          Lab / Lighting
                               Equipment

(http://www.adpost.com/us/cameras_optics/47294/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

2 ☐          NO PHOTO          Other
                               Announcement

(http://www.adpost.com/us/cameras_optics/46643/)

SERVICES: Free International Phone Service for 1 Hour!

3 ☐          NO PHOTO          Motion Picture
                               Cameras

(http://www.adpost.com/us/cameras_optics/45902/)

OTHER: Unlimited Calling Plans

4 ☐          NO PHOTO          Digital /
                               Camcorders

(http://www.adpost.com/us/cameras_optics/45520/)

OTHER: Unlimited Calling Plans

5 ☐          NO PHOTO          Digital /
                               Camcorders

(http://www.adpost.com/us/cameras_optics/45512/)

SERVICES: Ligações mais baratas

Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 44 of 54

## Boats

Number of ads: 4

| # ☑ | Details | Category | Manufacture |
|---|---|---|---|
| 1 ☐ | HQ PHOTO (http://www.adpost.com/us/boats/14627/) | Sail Boats | — |

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 2 ☐ | HQ PHOTO (http://www.adpost.com/us/boats/14456/) | Power Boats | — |

OTHER: Unlimited Calling Plans

| 3 ☐ | HQ PHOTO (http://www.adpost.com/us/boats/14408/) | Power Boats | — |

FOR SALE: Quer falar de graça

| 4 ☐ | HQ PHOTO (http://www.adpost.com/us/boats/14383/) | Personal WaterCrafts | — |

OTHER: Unlimited Calling Plans

## Books

Number of ads: 4



| # ☑ | Details | Category | Book Author Title |
|---|---|---|---|
| 1 ☐ | NO PHOTO | College Textbooks | — — |

(http://www.adpost.com/us/books/36282/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 2 ☐ | NO PHOTO | Home / Garden | — — |

(http://www.adpost.com/us/books/36100/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 3 ☐ | NO PHOTO | Business / Finance | — — |

(http://www.adpost.com/us/books/35444/)

OTHER: Unlimited Calling Plans

| 4 ☐ | NO PHOTO | Religion / Spirituality | — — |

(http://www.adpost.com/us/books/35405/)

OTHER: Unlimited Calling Plans

## Collectibles & Toys

Number of ads: 4

| # ☑ | Details | Category | Bra |
|---|---|---|---|
| 1 ☐ | TelexFREE | Other Announcements | - |

(http://www.adpost.com/us/collectibles/37599/)

FOR SALE: Use TelexFREE chat more and at the same pay less



2  ☐                          Comics        -

(http://www.adpost.com/us/collectibles/37437/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

3  ☐                          Home / Garden   -

(http://www.adpost.com/us/collectibles/37337/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

4  ☐                          Jewelry /      -
                             Watches

(http://www.adpost.com/us/collectibles/36524/)

OTHER: Unlimited Calling Plans

## Musical Instruments

Number of ads: 4

| # ☑ | Details | Category |
|---|---|---|

1  ☐                          Brass

(http://www.adpost.com/us/musical_instruments/14273/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

2  ☐                          Keyboards

(http://www.adpost.com/us/musical_instruments/14027/)

FOR SALE: Telexfree chega com a economia



3 □        NO PHOTO        Percussion

(http://www.adpost.com/us/musical_instruments/14002/)

OTHER: Unlimited Calling Plans

4 □        NO PHOTO        Brass

(http://www.adpost.com/us/musical_instruments/13800/)

FOR SALE: Que tal falar a vontade com fixo e celular

## Tickets

Number of ads: 4

| # ☑ | Details | Category | Event | Venue |
|---|---|---|---|---|
| 1 □ | NO PHOTO | Concerts | — | — |

(http://www.adpost.com/us/tickets/16084/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| 2 □ | NO PHOTO | Sports | — | — |

(http://www.adpost.com/us/tickets/15473/)

SERVICES: Telexfree

| 3 □ | NO PHOTO | Sports | — | — |

(http://www.adpost.com/us/tickets/14622/)

OTHER: Unlimited Calling Plans

Case 1:14-cv-11858-NMG Document 19-38 Filed 04/17/14 Page 48 of 54



4 ☐                               Other Tickets  —  —

(http://www.adpost.com/us/tickets/14503/)

FOR SALE: Presença clara em sua ligação

## Clothing & Accessories

Number of ads: 3

| # ☑ | Details | Category |
|---|---|---|

1 ☐                               Casual Wear

(http://www.adpost.com/us/clothing_accessories/100002/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

2 ☐                               Watches

(http://www.adpost.com/us/clothing_accessories/99234/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

3 ☐                               Shoes

(http://www.adpost.com/us/clothing_accessories/96661/)

OTHER: Unlimited Calling Plans

## Music & CDs

Number of ads: 3

| # ☑ | Details | Category | Medium | Type |
|---|---|---|---|---|
| 1 ☐ | NO PHOTO | Avant Garde | — | — |

(http://www.adpost.com/us/music/29927/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| # ☑ | Details | Category | Medium | Type |
|---|---|---|---|---|
| 2 ☐ | NO PHOTO | Folk | — | — |

(http://www.adpost.com/us/music/29879/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| # ☑ | Details | Category | Medium | Type |
|---|---|---|---|---|
| 3 ☐ | NO PHOTO | Rock / Pop | — | — |

(http://www.adpost.com/us/music/29495/)

OTHER: Unlimited Calling Plans

## Pets

Number of ads: 3

| # ☑ | Details | Category | Breed | Age | P |
|---|---|---|---|---|---|
| 1 ☐ | NO PHOTO | Other Pets | — | — | — |

(http://www.adpost.com/us/pets/391466/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| # ☑ | Details | Category | Breed | Age | P |
|---|---|---|---|---|---|
| 2 ☐ | NO PHOTO | Dogs | — | — | — |

(http://www.adpost.com/us/pets/373602/)

OTHER: Unlimited Calling Plans

3 ☐  Dogs    — — —

(http://www.adpost.com/us/pets/370890/)

OTHER: Unlimited Calling Plans

## Sports & Games

Number of ads: 3

| # ☑ | Details | Category | Brand |
|---|---|---|---|
| 1 ☐ | | Basketball | — |

(http://www.adpost.com/us/sports_games/30893/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

2 ☐    Hockey    —

(http://www.adpost.com/us/sports_games/29863/)

OTHER: Unlimited Calling Plans

3 ☐    Baseball    —

(http://www.adpost.com/us/sports_games/29860/)

OTHER: Unlimited Calling Plans

## Furniture

Number of ads: 2

| # ☑ | Details | Category | Brand | Moc |
|---|---|---|---|---|
| 1 ☐ | NO PHOTO | Office | — | — |

(http://www.adpost.com/us/furniture/114764/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| # ☑ | Details | Category | Brand | Moc |
|---|---|---|---|---|
| 2 ☐ | NO PHOTO | Bath Room | — | — |

(http://www.adpost.com/us/furniture/112704/)

OTHER: u

## Video Games

Number of ads: 2

| # ☑ | Details | Category | Brand | |
|---|---|---|---|---|
| 1 ☐ | NO PHOTO | Handheld Systems | — | |

(http://www.adpost.com/us/video_games/16423/)

SERVICES: FREE 1 HR INTERNATIONAL CALLS

| # ☑ | Details | Category | Brand | |
|---|---|---|---|---|
| 2 ☐ | NO PHOTO | Control Pads | — | |

(http://www.adpost.com/us/video_games/16160/)

OTHER: Unlimited Overseas Calls

Case 1:14-cv-11853-NMG Document 19-38 Filed 04/17/14 Page 52 of 54

# Still can't find what you're looking for?

We recommend that you try the following:

- **Create your Auto-Notify Agent (http://www.adpost.com/us/? website=&language=&session_key=&autonotify_front_page=on)** *

   - New ads matching your search criteria will be automatically e-mailed to you.

- **Post an Ad (http://www.adpost.com/us/? website=&language=&session_key=&place_front_page=on)***
   - This could be a "WANTED" or "SEARCHING FOR" type of Ad.
   As some of the sections and demographic areas at our site are relatively new, an effective way to get a response is by trying one of the above options.

   *Note that you'll be prompted to logon, and you'll need to register for a userid if you have not already done so.

- **Broaden your Filter (Category, Caption, State > County) above or your search criteria, to return more results.**



20   40   60   80   100  120  140  160  180  200  Next

<< Go Back

**Adpost.com Classifieds (http://www.adpost.com/)  »
USA (http://www.adpost.com/us/)**

**Post Ad (http://www.adpost.com/us/?
website=&language=&session_key=&place_front_page=on)**

**Login / Register (http://www.adpost.com/us/?
db=&website=&language=&session_key=&myaccount=on)**

**My Ads (http://www.adpost.com/us/?
website=&language=&session_key=&my_ads=on)**

**Messages (http://www.adpost.com/us/forums/?
db=;act=Msg;CODE=01;s=)**

**Auto-Notify (http://www.adpost.com/us/?
website=&language=&session_key=&autonotify_front_page=on)**

**Checklist (http://www.adpost.com/us/?**
**&website=&language=&session_key=&print_checklist_view=on)**

# Have a New Business?

◎ prweb.com

Start generating publicity and attracting customers-Join Free!



**Terms of Use (http://www.adpost.com/us/?**
**db=&website=&language=&session_key=&print_terms_page=on) | Privacy**
**Statement (http://www.adpost.com/us/?**
**db=&website=&language=&session_key=&print_privacy_page=on)**
*American Classifieds*
Content copyright © 2000 Adpost.com American Classifieds
(http://www.adpost.com/)
The Lord's Work. All rights reserved. Please **click here**
**(http://www.adpost.com/us/support/?cat=&db=;website=;language=;s=)** to
contact the Support Team.

Case 1:14-cv-01853-NMG Document 19-88 Filed 04/17/14 Page 54 of 54

Alabama (http://www.adpost.com/us/alabama/) | Alaska
(http://www.adpost.com/us/alaska/) | Arizona
(http://www.adpost.com/us/arizona/) | Arkansas
(http://www.adpost.com/us/arkansas/) | California
(http://www.adpost.com/us/california/) | Colorado
(http://www.adpost.com/us/colorado/) | Connecticut
(http://www.adpost.com/us/connecticut/) | Delaware
(http://www.adpost.com/us/delaware/) | Florida
(http://www.adpost.com/us/florida/) | Georgia
(http://www.adpost.com/us/georgia/) | Hawaii
(http://www.adpost.com/us/hawaii/) | Idaho (http://www.adpost.com/us/idaho/)
| Illinois (http://www.adpost.com/us/illinois/) | Indiana
(http://www.adpost.com/us/indiana/) | Iowa (http://www.adpost.com/us/iowa/)
| Kansas (http://www.adpost.com/us/kansas/) | Kentucky
(http://www.adpost.com/us/kentucky/) | Louisiana
(http://www.adpost.com/us/louisiana/) | Maine
(http://www.adpost.com/us/maine/) | Maryland
(http://www.adpost.com/us/maryland/) | Massachusetts
(http://www.adpost.com/us/massachusetts/) | Michigan
(http://www.adpost.com/us/michigan/) | Minnesota
(http://www.adpost.com/us/minnesota/) | Mississippi
(http://www.adpost.com/us/mississippi/) | Missouri
(http://www.adpost.com/us/missouri/) | Montana
(http://www.adpost.com/us/montana/) | Nebraska
(http://www.adpost.com/us/nebraska/) | Nevada
(http://www.adpost.com/us/nevada/) | New Hampshire
(http://www.adpost.com/us/new_hampshire/) | New Jersey
(http://www.adpost.com/us/new_jersey/) | New Mexico
(http://www.adpost.com/us/new_mexico/) | New York
(http://www.adpost.com/us/new_york/) | North Carolina
(http://www.adpost.com/us/north_carolina/) | North Dakota
(http://www.adpost.com/us/north_dakota/) | Ohio
(http://www.adpost.com/us/ohio/) | Oklahoma
(http://www.adpost.com/us/oklahoma/) | Oregon
(http://www.adpost.com/us/oregon/) | Pennsylvania
(http://www.adpost.com/us/pennsylvania/) | Puerto Rico
(http://www.adpost.com/us/puerto_rico/) | Rhode Island
(http://www.adpost.com/us/rhode_island/) | South Carolina
(http://www.adpost.com/us/south_carolina/) | South Dakota
(http://www.adpost.com/us/south_dakota/) | Tennessee
(http://www.adpost.com/us/tennessee/) | Texas
(http://www.adpost.com/us/texas/) | Utah (http://www.adpost.com/us/utah/) |
Vermont (http://www.adpost.com/us/vermont/) | Virginia
(http://www.adpost.com/us/virginia/) | Washington
(http://www.adpost.com/us/washington/) | West Virginia
(http://www.adpost.com/us/west_virginia/) | Wisconsin
(http://www.adpost.com/us/wisconsin/) | Wyoming
(http://www.adpost.com/us/wyoming/)

POWERED BY E-CLASSIFIEDS.NET. COPYRIGHT © 1995-2000 HAGEN SOFTWARE INC. ALL RIGHTS RESERVED.