# EXHIBIT E-11

# ClassifiedsGiant.com
*Free, Friendly, Advertising!*

**Pyxis Workshop**
Need a website or a marketing solution? Contact us today!
**pyxisworkshop.com**

**Refine Search**

**Category**
- For Sale
- Cars / Trucks
- Real Estate
- Services
- Jobs
- Community
- Business Opp.
- Pets

**State**
- Alabama
- Alaska
- Arizona
- Arkansas
- California
- More ...

**City**


– City –


Only Ads With Pictures



### Call more pay less. New APP Telexfree. Join the best!!
Kiev, Ukraine
Posted Mar 03, 2014 Business Opportunities
Call to more than 40 countries Landlines and cell phones Monthly fee of only US$49.90 Try it now for...
**Gold**



### Call more pay less. New APP Telexfree. Join the best!!
Moscow, Russia
Posted Mar 03, 2014 Business Opportunities
Call to more than 40 countries Landlines and cell phones Monthly fee of only US$49.90 Try it now for...
**Gold**

### Call more pay less. New APP Telexfree. Join the best!!
Khan, Pakistan
Posted Mar 03, 2014 Business Opportunities
Call to more than 40 countries Landlines and cell phones Monthly fee of only US$49.90 Try it now for...
**Gold**

### Call more pay less. New APP Telexfree. Join the best!!
Islamabad, Pakistan
Posted Mar 03, 2014 Business Opportunities

Refine by keyword

telexfree ☒

☞%Keyword

☞%Blogs
   Online

☞%Custom
   Website

☞%Web
   Design

☞%Register
   Domain



Call to more than 40 countries Landlines and cell phones Monthly fee of only US$49.90 Try it now for...

Gold



### Call more pay less. New APP Telexfree. Join the best!!
Peking, China
Posted Mar 03, 2014 Business Opportunities

Call to more than 40 countries Landlines and cell phones Monthly fee of only US$49.90 Try it now for...

Gold



### Call more pay less. New APP Telexfree. Join the best!!
Rabat, Marocco
Posted Mar 03, 2014 Business Opportunities

Call to more than 40 countries Landlines and cell phones Monthly fee of only US$49.90 Try it now for...

Gold



### Call more pay less. New APP Telexfree. Join the best!!
Dhaka, Bangladesh
Posted Mar 03, 2014 Business Opportunities

Call to more than 40 countries Landlines and cell phones Monthly fee of only US$49.90 Try it now for...

Gold

### Amazing and serious opportunity to make. News plans. Join now!!
Bombay, India
Posted Feb 28, 2014 Business Opportunities

Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold

### Amazing and serious opportunity to make. News plans. Join now!!
New York, New York
Posted Feb 28, 2014 Business Opportunities


Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...
Gold


**Amazing and serious opportunity! Join the big revolution and grow with us**
Quebec, Canada
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...
Gold


**Amazing and serious opportunity! Join the big revolution and grow with us**
Toronto, Canada
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...
Gold


**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, New York
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...
Gold


**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, New Jersey
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...
Gold


**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, Missouri

Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold



**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, Massachusetts
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold



**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, Maryland
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold



**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, Hawaii
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold



**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, Georgia
Posted Feb 22, 2014 Work at Home
Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold



**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, Florida
Posted Feb 22, 2014 Work at Home

Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold



**Amazing and serious opportunity! Join the big revolution and grow with us**
Alls citys, Delaware
Posted Feb 22, 2014 Work at Home

Call to more than 40 countries Landlines and cell phones and mobile. Try it out for 1 hour. It is a...

Gold

Total: 25,940 items | Page 1 of 1,297   « Previous   1   2   3  ...  999   1000   Next »

Contact | Terms / Conditions | Privacy Policies | About Us. | Classifieds Blog | Advertise with us

Copyright 2013 - ClassifiedsGiant, LLC