# EXHIBIT F-1

- **TelexFree Achieves Record Growth With Over 1 Million Independent Representatives Worldwide**

# TelexFree Achieves Record Growth With Over 1 Million Independent Representatives Worldwide

Ozzie Miller March 01, 2013
Font size: + -
The TelexFREE Company, a 13 year old US based telecommunications company, just announced that 1 million independent marketing representatives have joined the company since launching their new Internet Advertising program in Brazil last year.

(Newswire.net -- March 1, 2013) Marlborough, MA -- It is very unusual for an American company to introduce their network marketing program in another country before first introducing it to America. However, TelexFREE's President & CEO James Merrill recognized that Telephony and Internet service in Brazil is among the most expensive in the world.

Therefore, Mr. Merrill chose to test TelexFREE's VOIP (voice over internet protocol) product in combination with a unique marketing and advertising program in Brazil first, before expanding the concept throughout the world. TelexFree's innovative VOIP technology allows customers to make unlimited phone calls to any mobile or land-line in Brazil, USA, Canada and over 40 countries…all for a for a flat monthly fee of only $49.90.

The results of TelexFREE's launch into the Brazilian market have been nothing less than phenomenal. Since they first kicked off their

network marketing and advertising program in Brazil in January, 2012, TelexFREE has enrolled over 400,000 independent representatives in Brazil alone. During this brief 14 month period, 23 of these independent representatives (TelexFREE calls these representatives promoters) have become millionaires as a result of TelexFREE's amazing compensation program.

After such an amazing beginning in Brazil, TelexFREE began to expand into Europe and in last November they began a pre-launch in North America. As a result of this worldwide expansion, TelexFREE now has over 1 million independent representatives selling and promoting their VOIP service around the world.



James Merrill, President of TelexFREE

The worldwide popularity of TelexFREE's innovative new service and marketing plan is also evidenced by the popularity of their Internet site at www.TelexFree.com. In Brazil, this site is currently ranked as the 49th most popular site by Alexa, a well-known web information company. Alexa also gives the site a 3-month global ranking of 2,170. Considering the fact that there are over a hundred million websites on the Internet, this is quite an amazing accomplishment for a website to achieve in only 14 months.

When asked to explain the reason for this exponential growth, Mr. Merrill stated, "In addition, to providing an excellent service at a very

reasonable price, the real 'secret sauce' of our success is our compensation plan. We have developed a unique system which allows every one of our independent representative the ability to make money every week. We actually pay our representatives weekly if they follow our system and advertise our service on the Internet.

**TelexFREE Company**

The TelexFREE company is a 13 year old American multinational corporation, first registered in the U.S. as "Common Cents Communication." It is a company with 11 years experience in the United States in telecommunications and operates in over 40 countries. They're currently heavily invested in a successful US based pre-launch program that will officially launch in April 2013. For more information visit:http://www.TelexFreeBizOpp.com.

Tweet

Organization:

TelexFREE Company

RSS

Address:

225

Cedar Hill Street

Suite 200

Marlborough

Maine,USA

01752.

Tel:801-907-7080