# EXHIBIT G-1







# 11 Year experience with Technology (VOIP)

**TelexFREE**
SOFTWARE
Advertise & Technology

$ Learn more about our plans.

4



5











