



TelexFREE
BACK OFFICE
TelexFREE
Home
Advertise
Reports
My ADCentral
Tree
Statement
Invoice
Stock
Your data
Ticket
Self Service
Logout
Advertise
As has already been communicated by e-mail, will not be allowed to make the ads of the weekend on Friday, having to make the ads on Saturday and Sunday.
More information click here
1 Choose ad
2 Publishing Spaces
3 Validate your ad
Validate your ad
Present ad URL below for verification.
Attention: Confirm in your ADcentral if the ad was validated, this validation is your warranty and happens every 10 minutes in our system and goes until 11:59:59 PM each day. Stay alert!
My ADCentral
Main ADCentral
Publishing site
www.twitter.com
Ad link:
SAVE

13

http://image.slidesharecdn.com/telexfreekmteamnewpresen... 4/14/2014

16











21

