# EXHIBIT I-1

Report Section Summary

- User-Supplied Information (1)
- Subject (1)
- Possible AKAs (9)
- Possible Addresses Associated with Subject (15)
- Possible Work Affiliations (6)
- Phone Listings for Subject's Addresses (1)
- Possible Real-Time Vehicles (7)
- Possible Vehicles Registered at Subject's Addresses (6)
- Possible Real Property Ownership & Deed Transfers (2)
- Possible Property Owners of Subject's Addresses (6)
- Possible Unclaimed Assets (1)
- Possible UCC Filings (4)
- Possible Bankruptcies (3)
- Possible Liens & Judgments (12)
- Possible Business Affiliations (1)
- Possible Relatives (12)
- Possible Associates (12)
- Neighbor Listings for Subject's Addresses (41)

## User-Supplied Information

| | |
|---|---|
| Name: | LABRIOLA, STEVEN M |
| DOB: | ▇▇▇▇1960 |
| SSN: | ▇▇▇▇▇▇ |
| Address: | 125 CLUBHOUSE LN<br>NORTHBRIDGE, MA 01534 |

## Subject

**STEVEN M LABRIOLA**

| | |
|---|---|
| SSN: | ▇▇▇▇▇▇▇▇ - issued in MA between 1975-1977 |
| DOB (Age): | ▇▇▇1960 (53) |

## Possible AKAs

| Name | SSN | DOB |
|---|---|---|
| LEBNIOIO, STEVEN M | ▇▇▇▇▇▇ | ▇▇▇1960 |
| LABRIOLA, STEVEN | ▇▇▇▇▇▇ | |
| LABRIOLA, STEVE M | | ▇▇▇1960 |
| LABRIOLA, STEVE | | ▇▇▇1960 |
| STEVE, LABRIOLA | ▇▇▇▇▇▇ | |
| LABRIOLA, STEVE C | ▇▇▇▇▇▇ | |
| LABRIOLA, STEVE | ▇▇▇▇▇▇ | ▇▇▇1959 |
| | ▇▇▇▇▇▇ | ▇▇▇1959 |
| LABRIOILA, STEVE | ▇▇▇▇▇▇ | |

National Comprehensive Report Plus Associates | LABRIOLA, STEVEN | 01/13/14 08:57 PM | Reference: N/A

Possible Addresses Associated with Subject

| Date Range | Address | Source(s) | Reported Date(s) |
|---|---|---|---|
| 01/01/2013 - 07/20/2013 | 125 CLUBHOUSE LN<br>NORTHBRIDGE, MA 01534 | New Movers<br>TransUnion<br>Household Listing | 07/20/2013 - 07/20/2013<br>06/01/2013 - 06/01/2013<br>01/01/2013 - 10/2012 |
| 01/01/2007 - 06/04/2013 | 21 KIWANIS BEACH RD<br>UPTON, MA 01568<br>Phone: (508) 328-5423<br>Line Type: Cellular<br>Phone: (508) 529-6612<br>Line Type: Residence<br>Phone: (508) 898-9064<br>Line Type: Residence<br>Phone: (508) 435-8156 | Experian Gateway<br>Experian<br>Household Listing<br>TransUnion | 05/12/2008 - 06/04/2013<br>05/12/2008 - 06/04/2013<br>01/01/2007 - 11/2012<br>07/16/2008 - 03/10/2011 |
| 01/01/1990 - 10/2012 | 31 LINCOLN ST R<br>HOPKINTON, MA 01748 | Household Listing<br>TransUnion<br>Experian<br>Historic Credit Bureau | 01/01/1990 - 10/2012<br>02/01/1998 - 07/01/2011<br>04/12/1990 - 12/13/2005<br>01/01/1993 - 01/01/1993 |
| 11/01/2002 - 01/17/2011 | PO BOX 280<br>SOUTHBOROUGH, MA 01772 | TransUnion<br>Experian<br>TransUnion Gateway | 08/05/2005 - 01/17/2011<br>11/10/2002 - 01/08/2011<br>11/01/2002 - 11/01/2002 |
| 11/13/2008 - 12/28/2009 | 1 MAIN ST<br>SOUTHBOROUGH, MA 01772 | TransUnion<br>Experian | 12/28/2009 - 12/28/2009<br>11/13/2008 - 12/23/2009 |
| 02/08/2008 - 06/11/2008 | 48 WINTHROP ST 2<br>FRAMINGHAM, MA 01702 | Experian Gateway<br>Experian | 02/08/2008 - 06/11/2008<br>02/08/2008 - 06/11/2008 |
| 12/08/2002 - 01/01/2006 | 8025 AMBASSADOR DR<br>WESTBOROUGH, MA 01581 | TransUnion<br>Experian Gateway<br>Experian | 05/23/2005 - 01/01/2006<br>12/08/2002 - 12/08/2002<br>12/08/2002 - 12/08/2002 |
| 12/07/2005 - 12/07/2005 | SOUTHBOROUGH MA 1772 0280<br>SOUTHBOROUGH, MA 01772 | Experian | 12/07/2005 - 12/07/2005 |
| 11/05/2002 - 04/06/2005 | 40 CHURCH ST<br>LOWELL, MA 01852 | Experian Gateway<br>Experian | 11/05/2002 - 04/06/2005<br>11/05/2002 - 04/06/2005 |
| 04/23/2002 - 04/23/2002 | 611 W 6TH ST<br>LOS ANGELES, CA 90017 | Experian Gateway<br>Experian | 04/23/2002 - 04/23/2002<br>04/23/2002 - 04/23/2002 |
| 08/26/1997 - 11/13/2000 | 240 ESTES ST<br>WOONSOCKET, RI 02895 | TransUnion<br>Experian Gateway<br>Experian | 11/13/2000 - 11/13/2000<br>08/26/1997 - 08/26/1997<br>08/26/1997 - 08/26/1997 |

National Comprehensive Report Plus Associates | LABRIOLA, STEVEN | 01/13/14 08:57 PM | Reference: N/A

| | | | |
|---|---|---|---|
| 01/01/1985 - 11/13/2000 | 37 BENJAMIN RD<br>ARLINGTON, MA 02476 | TransUnion<br>Historic Credit Bureau | 11/13/2000 - 11/13/2000<br>01/01/1985 - 01/01/1985 |
| 01/01/2000 - 03/08/2000 | 11113 BARNWALL ST<br>NORWALK, CA 90650 | Experian Gateway<br>Experian<br>TransUnion | 03/08/2000 - 03/08/2000<br>03/08/2000 - 03/08/2000<br>01/01/2000 - 01/01/2000 |
| 11/01/1999 - 11/01/1999 | 1113 BARNWALL ST<br>NEWARK, CA 94560 | TransUnion | 11/01/1999 - 11/01/1999 |
| 10/13/1994 - 10/13/1994 | 150 WINDSOR ST MSN960<br>HARTFORD, CT 06120 | Experian Gateway<br>Experian | 10/13/1994 - 10/13/1994<br>10/13/1994 - 10/13/1994 |

## Possible Work Affiliations

**BUSINESS AFFILIATION:** GYVERWORX - STEVE LABRIOLA

| | | | |
|---|---|---|---|
| Name: | LABRIOLA, STEVE | IP Address: | 128.135.163.84 |
| Business Affiliations: | GYVERWORX - STEVE LABRIOLA | Email: | labriola@gyverworx.com |
| Address: | 31 LINCOLN ST<br>HOPKINTON, MA 01748 | Reported Date: | 10/11/2011 |
| Phone: | (508) 416-1700 | | |

**BUSINESS AFFILIATION:** GYVERWORX - STEVE LABRIOLA

| | | | |
|---|---|---|---|
| Name: | LABRIOLA, STEVE | IP Address: | 195.112.186.46 |
| Business Affiliations: | GYVERWORX - STEVE LABRIOLA | Email: | labriola@gyverworx.com |
| Address: | 31 LINCOLN ST<br>HOPKINTON, MA 01748 | Reported Date: | 10/02/2011 |
| Phone: | (508) 416-1700 | | |

**BUSINESS AFFILIATION:** GYVER WORX

| | | | |
|---|---|---|---|
| Name: | LABRIOLA, STEVE | Title: | OWNER |
| Business Affiliation: | GYVER WORX | Legal Business Name: | |
| Year Established: | 2007 | | |
| Business Address: | 31 LINCOLN ST<br>HOPKINTON, MA<br>01748-1272<br>Phone: (508) 435-8106 | Reported Date: | 05/30/2009 |
| County: | MIDDLESEX | | |