# EXHIBIT I-2

Report Section Summary

    User-Supplied Information (1)

    Subject (1)

    Possible AKAs (15)

    Possible Addresses Associated with Subject (27)

    Possible Work Affiliations (52)

    Phone Listings for Subject's Addresses (8)

    Possible SSN & Current Address Fraud Alerts (1)

    Possible Businesses Registered at Subject's Addresses (1)

    Possible Driver's Licenses (4)

    Possible Real-Time Vehicles (2)

    Possible Vehicles Registered to the Subject (3)

    Possible Real Property Ownership & Deed Transfers (5)

    Possible Property Owners of Subject's Addresses (3)

    Possible UCC Filings (4)

    Possible Bankruptcies (1)

    Possible Liens & Judgments (1)

    Possible Licenses (9)

    Possible Business Affiliations (37)

    Possible Political Donors (2)

    Possible Relatives (9)

    Possible Associates (24)

    Neighbor Listings for Subject's Addresses (58)

## User-Supplied Information

| | |
|---|---|
| Name: | CRAFT, JOSEPH H |
| DOB: | |
| SSN: | |
| Address: | 333 W TENNYSON RD |
| | BOONVILLE, IN 47601 |

## Subject

**JOSEPH H CRAFT**

| | |
|---|---|
| SSN: | ███████ - issued in SC between 1977-1978 |
| DOB (Age): | ███1963  (50) |

## Possible AKAs

| Name | SSN | DOB |
|---|---|---|
| CRAFT, JOE | ██████ | |
| CRAFT, JOSEHP H | ██████ | |
| CRAFT, JOSEPH | ██████ | |
| CRAFT, JOHN W | | |
| JOSEPHHCRAFT, | ██████ | |

National Comprehensive Report Plus Associates | CRAFT, JOSEPH | 03/31/14 11:39 AM | Reference: N/A

JOSEPHHCRAFT
CRAFT, JOSEPH HAYS

CRAFT, H
CRAFT, JOE H
CRAFT, J
KRAFT, JOE
CRAFT, JOSPEH HAYS
CRAFT, JOHN H
JOSEPH, CRAFT
CRAFT, JOESPH



/1963

## Possible Addresses Associated with Subject

| Date Range | Address | Source(s) | Reported Date(s) |
|---|---|---|---|
| 01/01/2012 - 05/24/2013 | 825 E MAIN ST<br>BOONVILLE, IN 47601<br>Phone: (812) 544-3378<br>Line Type: Residence<br>Phone: (812) 544-3905<br>Line Type: Residence<br>Phone: (812) 641-0477<br>Line Type: Residence | Experian Gateway<br>Experian<br>New Movers<br>TransUnion<br>Household Listing | 01/31/2013 - 05/24/2013<br>01/31/2013 - 05/24/2013<br>03/21/2013 - 03/21/2013<br>01/01/2013 - 01/01/2013<br>01/01/2012 - 01/2013 |
| 12/20/2010 - 03/25/2013 | 333 W TENNYSON RD<br>BOONVILLE, IN 47601 | Experian Gateway<br>Experian<br>TransUnion | 12/20/2010 - 03/25/2013<br>12/20/2010 - 03/25/2013<br>01/01/2013 - 01/01/2013 |
| 06/30/2008 - 07/30/2010 | 9 BUTTONWOOD DR<br>DERRY, NH 03038 | Experian Gateway<br>Experian<br>TransUnion | 06/30/2008 - 07/30/2010<br>06/30/2008 - 07/30/2010<br>08/11/2008 - 08/11/2008 |
| 12/08/2007 - 06/10/2008 | 21 LAKE ST<br>SALEM, NH 03079 | Experian Gateway<br>Experian | 12/08/2007 - 06/10/2008<br>12/08/2007 - 06/10/2008 |
| 08/01/2004 - 02/06/2007 | 5032 GAGE RD<br>KEVIL, KY 42053<br>Phone: (270) 444-9985<br>Phone: (270) 462-2296 | Experian Gateway<br>Experian<br>Historical Drivers<br>TransUnion | 08/09/2004 - 02/06/2007<br>08/09/2004 - 02/06/2007<br>09/21/2004 - 09/21/2004<br>08/01/2004 - 08/01/2004 |
| 11/07/2003 - 10/15/2005 | 1 EXECUTIVE BLVD 340C<br>PADUCAH, KY 42001 | TransUnion<br>Experian Gateway<br>Experian | 06/01/2004 - 10/15/2005<br>11/07/2003 - 03/09/2005<br>11/07/2003 - 03/09/2005 |
| 10/13/2005 - 10/13/2005 | PO BOX 1417<br>PADUCAH, KY 42002 | Experian | 10/13/2005 - 10/13/2005 |
| 02/04/2005 - 02/04/2005 | 283 ALBEN BARKLEY DR<br>PADUCAH, KY 42001 | Experian Gateway<br>Experian | 02/04/2005 - 02/04/2005<br>02/04/2005 - 02/04/2005 |

National Comprehensive Report Plus Associates | CRAFT, JOSEPH | 03/31/14 11:39 AM | Reference: N/A

| | | | |
|---|---|---|---|
| 10/24/2002 - 09/21/2004 | 1800 WASHINGTON ST<br>PADUCAH, KY 42003 | Historical Drivers<br>Experian Gateway<br>Experian | 09/21/2004 - 09/21/2004<br>10/24/2002 - 07/08/2003<br>10/24/2002 - 07/08/2003 |
| 09/21/2004 - 09/21/2004 | 103 STONE LAKE DR<br>GREENVILLE, SC 29609 | Historical Drivers | 09/21/2004 - 09/21/2004 |
| 05/19/2004 - 05/19/2004 | 2725 KRABS<br>PADUCAH, KY 42003 | Experian | 05/19/2004 - 05/19/2004 |
| 04/06/2004 - 05/05/2004 | GENERAL DELIVERY<br>PADUCAH, KY 42003 | Experian | 04/06/2004 - 05/05/2004 |
| 03/31/2004 - 04/07/2004 | 2725 KREBS STATION RD<br>PADUCAH, KY 42003 | Experian Gateway<br>Experian | 03/31/2004 - 04/07/2004<br>03/31/2004 - 04/07/2004 |
| 01/01/1994 - 08/28/2003 | 201 AUDUBON DR<br>PADUCAH, KY 42001<br>Phone: 442-8431 | Experian Gateway<br>Experian<br>TransUnion<br>Historic Credit Bureau<br>Address Compilation | 12/12/1994 - 08/28/2003<br>12/12/1994 - 08/28/2003<br>06/01/2000 - 06/01/2000<br>01/01/1994 - 01/01/1994 |
| 01/20/2002 - 10/22/2002 | 1921 KENTUCKY AVE<br>PADUCAH, KY 42003 | Experian | 01/20/2002 - 10/22/2002 |
| 02/06/2002 - 06/08/2002 | 563 S ORNAMENT E<br>SANTA CLAUS, IN 47579<br>Phone: (812) 544-3010 | Experian<br>TransUnion | 02/06/2002 - 06/08/2002<br>03/01/2002 - 03/01/2002 |
| 09/06/2001 - 09/06/2001 | 827 S 6TH ST<br>PADUCAH, KY 42003 | Experian | 09/06/2001 - 09/06/2001 |
| 02/19/1992 - 07/18/2001 | 271 SYCAMORE DR<br>PADUCAH, KY 42001 | TransUnion<br>Experian<br>Historic Credit Bureau | 07/18/2001 - 07/18/2001<br>02/19/1992 - 03/08/1999 |
| 12/31/1989 - 07/18/2001 | 3529 SHAKERTOWN RD<br>ANTIOCH, TN 37013 | TransUnion<br>Experian<br>Historic Credit Bureau | 07/18/2001 - 07/18/2001<br>12/31/1989 - 11/05/1995<br>01/01/1995 - 01/01/1995 |
| 01/01/1996 - 07/18/2001 | 112 WALTER JETTON BLVD<br>PADUCAH, KY 42001 | TransUnion<br>Experian<br>Historic Credit Bureau<br>Address Compilation | 07/18/2001 - 07/18/2001<br>08/13/1996 - 08/13/1996<br>01/01/1996 - 01/01/1996 |
| 10/27/2000 - 06/11/2001 | 999 XYXYXY<br>PADUCAH, KY 42001 | Experian | 10/27/2000 - 06/11/2001 |
| 03/27/2001 - 03/27/2001 | 131 NAHAN ST 9 9 | Experian | 03/27/2001 - 03/27/2001 |

PADUCAH, KY 42001

| | | |
|---|---|---|
| 01/12/2001 - 01/12/2001 131 NAHM ST 9 <br> PADUCAH, KY 42001 | Experian | 01/12/2001 - 01/12/2001 |
| 03/18/1999 - 11/13/2000 218 N 5TH ST <br> PADUCAH, KY 42001 | TransUnion <br> Experian <br> Address Compilation | 11/13/2000 - 11/13/2000 <br> 03/18/1999 - 12/09/1999 |
| 01/01/1998 - 01/01/1998 3709 CLARKS RIVER RD <br> PADUCAH, KY 42003 | TransUnion | 01/01/1998 - 01/01/1998 |
| 01/01/1989 - 01/01/1989 237 QUAIL RUN DR <br> PADUCAH, KY 42001 | Historic Credit Bureau | 01/01/1989 - 01/01/1989 |
| 01/01/1988 - 01/01/1988 505 S 21ST ST <br> PADUCAH, KY 42001 | Historic Credit Bureau | 01/01/1988 - 01/01/1988 |

## Possible Work Affiliations

**BUSINESS AFFILIATION:**

Name:       CRAFT, JOSEPH HAYS

Address:

      KEVIL, KY       Phone:

County:

**LICENSING INFORMATION**

Licensing Agency:       MS STATE BOARD OF PUBLIC
      ACCOUNTANCY

**LICENSES AND CERTIFICATIONS**

License Type:       ACCOUNTANT

License Number:       R2883

License State:       MS       License Description:

License Status:       CANCELED

**EMPLOYER INFORMATION**

Business Affiliation:       Organization:       PERSON

**BUSINESS AFFILIATION:**

Name:       CRAFT, JOSEPH H

Address:       201 AUDUBON DR
      PADUCAH, KY 42001       Phone:

County:       MCCRACKEN

**LICENSING INFORMATION**

Licensing Agency:       IN DEPARTMENT OF INSURANCE