UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SECURITIES AND EXCHANGE**
**COMMISSION**

V.                                                                                 **Civil Action No. 14-11858-DJC**

**TELEXFREE, INC., ET AL**

### ORDER OF RECUSAL

CASPER, J.

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. section 455.

SO ORDERED.

                                        /s/ Denise J. Casper
                                        Denise J. Casper
                                        U.S. District Judge

Date:  April 22, 2014