UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ X
SECURITIES AND EXCHANGE           :
   COMMISSION,
                                  :
          Plaintiff,
                                  :
     v.
                                  :
TELEXFREE, INC.,
TELEXFREE, LLC,                   :
JAMES M. MERRILL,
CARLOS N. WANZELER,               :
STEVEN M. LABRIOLA,
JOSEPH H. CRAFT,                  :
SANDERLEY RODRIGUES DE
   VASCONCELOS,                   :   Case No. 14-cv-11858-NMG
SANTIAGO DE LA ROSA,
RANDY N. CROSBY, and              :
FAITH R. SLOAN,
                                  :
          Defendants,
                                  :
     and
                                  :
TELEXFREE FINANCIAL, INC.,
TELEXELECTRIC, LLLP and           :
TELEX MOBILE HOLDINGS, INC.,
                                  :
          Relief Defendants.
                                  :
------------------------------------ X

**DECLARATION OF RANDY CROSBY
PURSUANT TO THE ORDER DATED APRIL 30, 2014 [Dkt. No. 64]**

I, Randy Crosby, hereby depose and state:

    1. My full name is Randy Crosby. I am over 18 years of age and a defendant in the above-captioned matter.

    2. I have deposited all available funds in my control or disposal in an account at PNC Bank with an account number ending 1684 ("the Crosby account").

I declare under penalty of perjury that the foregoing is true and correct.

_____
Randy Crosby

Executed on May 7, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014 this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Benjamin L. Mack

2520563.1