UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14 CV 11858-NMG |
| | ) | |
| TELEXFREE, INC., | ) | |
| TELEXFREE LLC, | ) | |
| JAMES M. MERRILL, | ) | |
| CARLOS N. WANZELER, | ) | |
| STEVEN M. LABRIOLA, | ) | |
| JOSEPH H. CRAFT, | ) | |
| SANDERLEY RODRIGUES DE VASCONCELOS, | ) | |
| SANTIAGO DE LA ROSA, | ) | |
| RANDY N. CROSBY and | ) | |
| FAITH R. SLOAN, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TELEXFREE FINANCIAL, INC., | ) | |
| TELEXELECTRIC, LLC and | ) | |
| TELEX MOBILE HOLDINGS, INC., | ) | |
| | ) | |
| Relief Defendants. | ) | |

_____ )

## JOINT MOTION FOR ENTRY OF CONSENT ORDER
## AS TO DEFENDANT STEVEN LABRIOLA

Plaintiff Securities and Exchange Commission ("the Commission") and defendant Steven

M. Labriola ("Labriola") hereby move this Court to enter the agreed-to Consent Order in the

form attached hereto as Exhibit A. The parties have agreed to the order in an effort to preserve

the status quo pending further determination by this Court of the merits of this case.

## CONCLUSION

For the foregoing reasons, the undersigned parties respectfully request that their motion be granted.

Respectfully submitted,                          Respectfully submitted,

**SECURITIES AND EXCHANGE**                       **DEFENDANT STEVEN M. LABRIOLA**
**COMMISSION**

By its attorneys                                 By its attorneys

_____/s/ Frank C. Huntington_____              _____/s/ Denis M. King_____
Frank C. Huntington (BBO #544045)                Denis M. King (BBO #555838)
Kevin M. Kelcourse (BBO #643163)                 GOULSTON & STORRS PC
Deena R. Bernstein (BBO #558721)                 400 Atlantic Avenue
Scott Stanley (NY Bar #4504601)                  Boston, Massachusetts 02110-3333
Boston Regional Office                           Telephone: (617) 482-1776
33 Arch Street, 23rd Floor                       Facsimile: (617) 574-7601
Boston, Massachusetts 02110                      Email: dking@goulstonstorrs.com
Telephone: (617) 573-8960 (Huntington direct)
Facsimile: (617) 583-4590
Email: huntingtonF@sec.gov

Dated:  May 9, 2014

## CERTIFICATE OF SERVICE

I certify that this document was served through the ECF system and paper copies will be sent to those indicated as non-registered participants.  In particular, copies were sent by UPS as follows:

Sanderley Rodrigues de Vasconcelos              Faith Sloan
124 Woodmar Court                               14409 Ingleside Avenue
Davenport, FL 33837                             Dolton, IL 60419

_____Deena R. Bernstein_____