FILED
Clerk's Office
USDC, Mass.
Date 5|12|14
By_____
Deputy Clerk

Peru, Trujillo, May 12, 2014

MR. NATHANIEL M GORTON JUDGE OF JOHN JOSEPH THE UNITED STATES Y UNITED STATES COURTHOUSE, BOSTON MA.

I am OSCAR SAMAME BECERRA, a Peruvian citizen, identified with National Identity Card No 18189475, living at Enrique Pallardeli No. 330 Urb. Razuri, District of Trujillo, Province of Trujillo, Department of La Libertad, In rereference to the present investigation that you are making to the TelexFREE Company; Before you with respect I stand and say:

That having been informed of the demand against the Telexfree Company, is why I write you with the purpose to tell about my current situation regarding my relationship with the above mentioned company;

That on October 14th, 2013 I decide to enter the company with the expectation of generating both economic income and meet certain requirements as the company was requiring to me in my capacity as " advertiser", a term that was used by the company to refer to all those who accept the terms and conditions of the virtual contract to be part of it; also it is good to mention Mr. Gorton, that to date, I have not recovered all of my money invested, being handicapped so I've decided to address this letter to you in order to be considered inside the list of other communicators for the return of money to be the case; giving arguments and livelihoods in fact with the registers I made to the TelexFREE Company as follows:

Login:     date:

1. osbe1  10/14/2013 pay for it $ 1425

2. osbe2  10/14/2013 pay for it $ 1425

3. osbe3  10/14/2013 pay for it $ 1425

4. osbe4  10/24/2013 pay for it $ 1425

5. osbe5  11/16/2013 pay for it $ 1425

6. osbe6  11/29/2013 pay for it $ 1425

7. osbe7  11/29/2013 pay for it $ 1425

8. osbe8  11/29/2013 pay for it $ 1425

9. osbe9  11/29/2013 pay for it $ 1425

10. osbe10  11/29/2013 pay for it $ 1425

11. osbe11  12/26/2013 pay for it $ 1425

12. osbe12  12/30/2013 pay for it $ 1425

13. osbe13  12/30/2013 pay for it $ 1425

14. osbe14  12/30/2013 pay for it $ 1425

15. osbe15  12/30/2013 pay for it $ 1425

16. osbe16  12/30/2013 pay for it $ 1425

17. osbe17  12/30/2013 pay for it $ 1425

18. osbe18  12/30/2013 pay for it $ 1425

19. osbe19  12/30/2013 pay for it $ 1425

20. osbe20  12/30/2013 pay for it $ 1425

21. osbe21  02/24/2014 pay fot it $ 1425

22. osbe22  02/24/2014 pay for it $ 1425

23. osbe23  02/25/2014 pay for it $ 1425

24. osbe24  02/25/2014 pay for it $ 1425

25. osbe25  02/25/2014 pay for it $ 1425

26. osbe26  02/25/2014 pay for it $ 1425

27. osbe27  04/05/2014 pay for it $ 668

28. osbe28  04/05/2014 pay for it $ 668

29. osbe29  04/05/2014 pay for it $ 668

30. osbe30  04/05/2014 pay for it $ 668

31. osbe31  04/06/2014 pay for it $ 668

32. osbe32  04/06/2014 pay for it $ 668

                Total   $ 41,058

THEREFORE, Mr. Gorton I ask you to CONSIDER this letter and decide to include my request, which will be an Act of Justice and Law.

_____

OSCAR SAMAME BECERRA

Attachments:

1. Fothocopy of National Identity Card