## COMMONWEALTH OF MASSACHUSETTS
US DISTRICT COURT

### SECURITIES AND EXCHANGE COMMISSION, **PLAINTIFF**

JAMES M MERRILL, CARLOS N WANZELER, STEVEN M LABRIOLA, JOSEPH H CRAFT, SANDERLEY RODRIGUES DE VASCONCELOS, SANTIAGO DE LA ROSA, RANDY N CROSBY AND FAITH R SLOAN
AND
TELEXFREE, INC AND TELEXFREE, LLC, **DEFENDANT(S)**

### RBS CITIZENS, NA, **TRUSTEE**

**CASE NO**: 14-11858-DJC

### ANSWER OF TRUSTEE

RBS CITIZENS, NA, 525 WILLIAM PENN PLACE, PITTSBURGH, PA, SUMMONED AS TRUSTEE FOR THE DEFENDANT, MAKES AN ANSWER THAT AT THE TIME OF ORIGINAL SERVICE OF THE SUMMONS UPON TRUSTEE IT HAD IN ITS POSSESSION GOODS, EFFECTS AND CREDITS IN THE AMOUNTS AS FOLLOWS:

| **TITLE** | **ACCT. TYPE / NUMBER** | **AMOUNT HELD** |
|---|---|---|
| JAMES M MERRILL | NONE | $ 0.00 |
| CARLOS N WANZELER | NONE | $ 0.00 |
| STEVEN M LABRIOLA | NONE | $ 0.00 |
| JOSEPH H CRAFT | NONE | $ 0.00 |
| SANDERLEY RODRIGUES | | |
| DE VASCONCELOS | NONE | $ 0.00 |
| SANTIAGO DE LA ROSA | NONE | $ 0.00 |
| RANDY N CROSBY | NONE | $ 0.00 |
| FAITH R SLOAN | NONE | $ 0.00 |
| TELEXFREE, INC | NONE | $ 0.00 |
| TELEXFREE, LLC | NONE | $ 0.00 |

**TOTAL AMOUNT HELD:**   $ 0.00

**CASE NO**:   14-11858-DJC

ON BEHALF OF RBS CITIZENS, NA I HAVE PREPARED THE FOREGOING ANSWER
WITH THE ASSISTANCE OF AGENTS, EMPLOYEES AND REPRESENTATIVES OF THE
BANK WHO ORDINARILY WORK ON SUCH RECORDS MATTERS AND ARE BELIEVED TO
HAVE RELEVANT AND CORRECT INFORMATION AND RECORDS UPON WHICH THIS
AMENDED ANSWER IS BASED.  ACCORDINGLY SUCH ANSWER, AS SET FORTH
HEREIN, IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

SIGNED UNDER OATH THIS  7TH  DAY OF  MAY  , 2014

RBS CITIZENS BANK, N.A.

BY: _____
PENNY J DONALDSON
OPERATIONS CLERK
PHONE: 888-999-6884

**CERTIFICATION**

I HEREBY CERTIFY THAT ON \_\_MAY 7, 2014\_, I MAILED A COPY OF THE WITHIN ANSWER TO THE PLAINTIFF'S ATTORNEY.

FRANK HUNTINGTON, SENIOR TRIAL COUNSEL
BOSTON REGIONAL OFFICE
33 ARCH ST., 23RD FL
BOSTON MA 02110-1424

PENNY J DONALDSON

,

MAY 7, 2014

US DISTRICT COURTHOUSE
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA 02210

**RE:** SECURITIES AND EXCHANGE COMMISSION

VS.

JAMES M MERRILL, CARLOS N WANZELER, STEVEN M LABRIOLA, JOSEPH H CRAFT,
SANDERLEY RODRIGUES DE VASCONCELOS, SANTIAGO DE LA ROSA, RANDY N
CROSBY AND FAITH R SLOAN
AND
TELEXFREE, INC AND TELEXFREE, LLC

**CASE NO.:** 14-11858-DJC

TRANSMITTED HERE WITH PLEASE FIND AN ANSWER OF TRUSTEE – RBS CITIZENS,
N.A., FOR FILING IN THE ABOVE-REFERENCED MATTER.  THANK YOU FOR YOUR
ATTENTION TO THIS MATTER.

RBS CITIZENS BANK, N.A.

BY:  Penny J Donaldson

PENNY J DONALDSON
**IT'S AUTHORIZED REPRESENTATIVE**

**CC:** FRANK HUNTINGTON, SENIOR TRIAL COUNSEL
BOSTON REGIONAL OFFICE
33 ARCH ST., 23RD FL
BOSTON MA 02110-1424