UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TELEXFREE, INC., TELEXFREE, LLC, JAMES M. MERRILL, CARLOS N. WANZELER, STEVEN M. LABRIOLA, JOSEPH H. CRAFT, SANDERLEY RODRIGUES DE VASCONCELOS, SANTIAGO DE LA ROSA, RANDY N. CROSBY, and FAITH R. SLOAN, <br><br> Defendants, <br><br> and <br><br> TELEXFREE FINANCIAL, INC, TELEXELECTRIC, LLP and TELEX MOBILE HOLDINGS, INC., <br><br> Relief Defendants. | Case No. 14-cv-11858-NMG |

### DEFENDANT FAITH R. SLOAN'S VERIFIED MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT AND THE PRELIMINARY INJUNCTION ENTERED BY THE COURT ON MAY 8, 2014 BEYOND THE TIME LIMITED BY DOCUMENT 121

The Defendant, Faith R. Sloan ("Sloan"), hereby moves for leave to file a pleading in response to Plaintiff's Amended Complaint and the Preliminary Injunction entered by the Court on May 8, 2014 (Document 88) on or before June 29, 2014.

In support of her motion, the Defendant, Sloan, says that she did not have actual notice of the filing of Plaintiff's Complaint until Tuesday, May 27, 2014, when a copy thereof was e-

1

*[Handwritten: Motion allowed, in part, and denied, in part; defendants' responsive pleading shall be filed on or before June 25, 2014. /s/ NMGorton, USDJ 6/3/14]*