UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>)<br>) |
| v. | ) Case No. 14-cv-11858-NMG<br>) |
| TELEXFREE, INC., TELEXFREE, LLC, JAMES M. MERRILL, CARLOS N. WANZELER, ET AL.<br>        Defendants | )<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR LIMITED RELIEF FROM "CONSENT ORDER AS TO DEFENDANT JAMES MERRILL"**

Now comes the Defendant, James Merrill, by and through undersigned counsel, with the assent of Plaintiff Securities and Exchange Commission ("SEC"), and hereby moves this Court for limited relief from the Consent Order as to Defendant James Merrill (Dkt. 102) entered on May 9, 2014, such that (1) all funds contained within the accounts identified herein shall be consolidated into a single account (that being St. Mary's Credit Union Account No. 20846424), (2) all such funds shall be returned to Mr. Merrill and be freely available to him on a going-forward basis, and (3) Mr. Merrill shall hereafter be permitted to deposit and withdraw funds into/from the consolidated account. In support of this motion, Mr. Merrill states the following:

1. The Consent Order presently freezes, *inter alia*, any and all assets in the following accounts:

    a. American Express Centurion Acct. No. ***********1004
    b. American Express Centurion Acct. No. ***********1006
    c. Middlesex Savings Acct. No. *****6126
    d. St. Mary's Credit Union Acct. No. ****6424.

*Motion allowed. /s/ NMGorton, USDJ 7/2/14*

1