UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>TELEXFREE, INC., )<br>TELEXFREE LLC, )<br>JAMES M. MERRILL, )<br>CARLOS N. WANZELER, )<br>STEVEN M. LABRIOLA, )<br>JOSEPH H. CRAFT, )<br>SANDERLEY RODRIGUES DE VASCONCELOS, )<br>SANTIAGO DE LA ROSA, )<br>RANDY N. CROSBY and )<br>FAITH R. SLOAN, )<br><br>Defendants, )<br><br>and )<br><br>TELEXFREE FINANCIAL, INC., )<br>TELEXELECTRIC, LLC and )<br>TELEX MOBILE HOLDINGS, INC., )<br><br>Relief Defendants. ) | Case No. 1:14 CV 11858-NMG |

**PLAINTIFF'S ASSENTED-TO MOTION TO MODIFY
THE MAY 9, 2014 ORDER AS TO DEFENDANTS TELEXFREE, INC.,
TELEXFREE, LLC, AND RELIEF DEFENDANT TELEXFREE FINANCIAL, LLC**

The Securities and Exchange Commission ("Commission") hereby moves, and

defendants TelexFree, Inc., TelexFree, LLC, and relief defendant TelexFree Financial, LLC

(collectively "the Debtors") hereby assent, to modify the May 9, 2014 consent order (docket no.

100) to allow Stephen B. Darr, as Chapter 11 Trustee of TelexFree (the "Trustee"), to maintain

bank accounts at RaboBank, NA in the name of the Debtors, as well as permit the Trustee to

pursue claims and recover all property of the respective Debtors apart from those assets seized or

restrained now or in the future by the United States Attorney for the District of Massachusetts or

*Motion allowed.*

*N/M Gorton, USDJ  7/17/14*