UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| v. | ) Case No. 14-cv-11858-NMG ) |
| TELEXFREE, INC., ET AL. Defendants | ) ) ) |

**ASSENTED-TO MOTION FOR LIMITED RELIEF FROM "CONSENT ORDER AS TO DEFENDANT CARLOS WANZELER"**

The Defendant, Carlos Wanzeler, through undersigned counsel, moves this Court for limited relief from the Consent Order as to Defendant Carlos Wanzeler (Dkt. No. 101) entered on May 9, 2014, such that the following bank account will not be subject to the Court's Order: St. Mary's Credit Union, Account Number ***9009, held in the name of Brazilian Help, Inc.  As grounds and reasons therefore, the identified business account of Brazilian Help, Inc. is not related to the conduct of TelexFree, Inc. as alleged in the SEC action.  The SEC assents to this motion and agrees that the identified account should not be the subject of the Court's Order and that the order freezing the bank account can be lifted, given that the account is unrelated to any TelexFree, Inc. conduct.

Wherefore, Mr. Wanzeler respectfully requests that the Court grant this motion.

                    Respectfully submitted,
                    Counsel for Carlos Wanzeler,

                    /s/ Paul V. Kelly
                    Paul V. Kelly (BBO No. 267010)
                    John J. Commisso (BBO No. 647002)
                    Jackson Lewis P.C.
                    75 Park Plaza
                    Boston, MA 02116
                    Tel.: (617) 367-0025
                    Fax: (617) 367-2155
                    Paul.Kelly@jacksonlewis.com
                    John.Commisso@jacksonlewis.com

Dated: March 24, 2015

## Certificate of Service

    I, Paul Kelly, certify that on this date a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants.

                    /s/ Paul Kelly
                    Paul Kelly

4851-9640-9122, v. 1