UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>    v.<br><br>TELEXFREE, INC.,<br>TELEXFREE LLC,<br>JAMES M. MERRILL,<br>CARLOS N. WANZELER,<br>STEVEN M. LABRIOLA,<br>JOSEPH H. CRAFT,<br>SANDERLEY RODRIGUES DE VASCONCELOS,<br>SANTIAGO DE LA ROSA,<br>RANDY N. CROSBY and<br>FAITH R. SLOAN,<br><br>             Defendants,<br><br>   and<br><br>TELEXFREE FINANCIAL, INC.,<br>TELEXELECTRIC, LLC and<br>TELEX MOBILE HOLDINGS, INC.,<br><br>             Relief Defendants. | Case No. 1:14 CV 11858-NMG |

**PLAINTIFF'S ASSENTED-TO MOTION TO MODIFY PRELIMINARY INJUNCTION ORDER, ORDER FREEZING ASSETS AND ORDER TO AS TO OTHER EQUITABLE RELIEF AS TO DEFENDANT SANDERLEY RODRIGUES DE VASCONCELOS AND REQUIRING A FURTHER ACCOUNTING**

        The Securities and Exchange Commission ("Commission") hereby moves, and defendant Sanderly Rodrigues de Vasconcelos ("Rodrigues") hereby assents that this Court enter an order with two parts: (1) requiring that Rodrigues provide an accounting as specified in the attached order; and (2) modify the Preliminary Injunction Order Freezing Assets and Order as to Other Equitable Relief as to Defendant Sanderley Rodrigues de Vasconcelos ("Preliminary Injunction Order") (ECF: 89) so that Rodrigues may withdraw $200,000 to be used as bail in an

unrelated federal criminal case.

WHEREFORE, the Commission respectfully requests that this Court enter the proposed Order to o Provide Accountings and Carve-Out as to Sanderley Rodrigues De Vasconcelos

                              Respectfully submitted,

                              SECURITIES AND EXCHANGE COMMISSION

                              By its attorneys

                              /s/ Deena R. Bernstein
                              Frank C. Huntington (BBO #544045)
                              Deena R. Bernstein (BBO #558721)
                              Scott Stanley (NY Bar No. 4504601)
                              33 Arch Street, 23rd Floor
                              Boston, Massachusetts  02110
                              Telephone:  (617) 573-8960 (Huntington direct)
                              Facsimile:  (617) 573-4590
                              E-mail:  huntingtonF@sec.gov

Dated:  June 10, 2015.

## Certificate of Service

    I, Deena Bernstein, certify that on June 10, 2015, the foregoing motion was filed electronically with the Court.  Notice will be sent by e-mail to counsel of record for the defendants through the Court's electronic filing system, and the filings may be accessed through the Court's system.

                              Deena R. Bernstein
                              Deena R. Bernstein