UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>TELEXFREE, INC.,<br>TELEXFREE LLC,<br>JAMES M. MERRILL,<br>CARLOS N. WANZELER,<br>STEVEN M. LABRIOLA,<br>JOSEPH H. CRAFT,<br>SANDERLEY RODRIGUES DE VASCONCELOS, )<br>SANTIAGO DE LA ROSA,<br>RANDY N. CROSBY and<br>FAITH R. SLOAN,<br><br>Defendants, )<br><br>and )<br><br>TELEXFREE FINANCIAL, INC.,<br>TELEXELECTRIC, LLC and<br>TELEX MOBILE HOLDINGS, INC.,<br><br>Relief Defendants. ) | Case No. 1:14 CV 11858-NMG |

**DEFENDANT SANDERLEY RODRIGUES DE VASCONCELOS'S ASSENTED-TO MOTION TO CORRECT PARAGRAPH III OF THE ORDER TO PROVIDE ACCOUNTINGS AND CARVE-OUT AS TO DEFENDANT SANDERLEY RODRIGUES DE VASCONCELOS**

Defendant Sanderley Rodrigues de Vasconcelos ("Rodrigues") hereby moves,

and the Securities and Exchange Commission ("SEC") hereby assents, this Court to modify

and/or correct an order entered on June 11, 2015 (ECF # 304) granting a carve-out for defendant

Rodrigues and ordering an accounting. Rodrigues requests that this Court modify the order as to

Paragraph III, regarding the account number in Paragraph III of the order. Rodrigues requests

that Paragraph III of the order be changed to reflect the correct bank account number.

*Motion allowed.* *NMGorton, USDJ 6/19/15*