UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELEXFREE, INC., ) <br> TELEXFREE LLC, ) <br> JAMES M. MERRILL, ) <br> CARLOS N. WANZELER, ) <br> STEVEN M. LABRIOLA, ) <br> JOSEPH H. CRAFT, ) <br> SANDERLEY RODRIGUES DE VASCONCELOS, ) <br> SANTIAGO DE LA ROSA, ) <br> RANDY N. CROSBY and ) <br> FAITH R. SLOAN, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> TELEXFREE FINANCIAL, INC., ) <br> TELEXELECTRIC, LLC and ) <br> TELEX MOBILE HOLDINGS, INC., ) <br> ) <br> Relief Defendants. ) | Case No. 1:14 CV 11858-NMG |

## [Proposed]
## ORDER TO PROVIDE ACCOUNTINGS AND CARVE-OUT AS TO SANDERLEY RODRIGUES DE VASCONCELOS

On the basis of the assented-to motion filed by defendant Sanderley Rodrigues de Vasconcelos to correct Paragraph III of the Order to Provide Accountings and Carve-Out as to Defendant Sanderley Rodrigues de Vasconcelos entered on June 11, 2015 (ECF #304), it is **hereby ordered** that Paragraph III of that order is corrected to state as follows:

## III.

It is **hereby further ordered** that Rodrigues may withdraw $200,000 from Wells Fargo Bank account number xxxx-0153 to be used for bail in an unrelated criminal case pending in the District of Massachusetts.

/s/ NM Gorton
UNITED STATES DISTRICT JUDGE

Dated: June 19, 2015.