UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-cv-11858-NMG |
| | ) |
| TELEXFREE, INC., | ) |
| TELEXFREE LLC, | ) |
| SANDERLEY RODRIGUES DE VASCONCELOS, *et al* | ) |
| | ) |
| Defendants, | ) |

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### MOTION FOR MEMORANDUM OF *LIS PENDENS*

Plaintiff Securities and Exchange Commission ("Commission") respectfully requests that

the Court endorse the Memorandum of *Lis Pendens* ("Memorandum") filed herewith. The

purpose of the Memorandum is to provide notice, pursuant to Florida General Laws Chapter 48

Section 23, of the pendency of the instant action and of the Court's allowance of the

Commission's motion for a preliminary injunction, asset freeze, and other equitable relief, to

individuals interested in, *inter alia*, purchasing, attaching, or encumbering certain real properties

relative to Defendant Sanderley Rodrigues DeVasconcelos located at:

1) 5600 N. Flagler Drive, #307, West Palm Beach, FL

2) 1014 17th Street, West Palm Beach, FL

3) 711 Division Avenue, West Palm Beach, FL

4) 1103 18th Street, #1, West Palm Beach, FL

*Motion allowed.*

*N/M/Gorton, USDJ   8/10/15*