UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TELEXFREE, INC.,<br>TELEXFREE LLC,<br>SANDERLEY RODRIGUES DE VASCONCELOS, et al<br><br>Defendants, | Case No. 1:14-cv-11858-NMG |

## MEMORANDUM OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on April 15, 2014, by Plaintiff Securities and Exchange Commission ("Commission"), and is now pending in the United States District Court for the District of Massachusetts between the above named parties.

Plaintiff Securities and Exchange Commission obtained a Temporary Restraining Order and Asset Freeze ("Freeze Order') on April 16, 2014 and a Preliminary Injunction Order ("PI Order") on May 8, 2014, against Defendant Sanderley Rodrigues DeVasconceleos, which may effect the title to certain real properties, including all improvements thereon and appurtenances thereto, the legal descriptions of which are:

1) Parcel ID Number: 74-43-43-04-25-000-3070
   Location: 5600 N Flagler Drive, Unit #307, West Palm Beach, Palm Beach County, FL
   Unit 307 of The Palm Beach House Condominium, recorded in O.R. Book 2929, page 1

2) Parcel ID: 74-43-43-16-09-000-1460
   Location: 1014 17th Street, West Palm Beach, Palm Beach County, FL
   Lot 146, Tamarind Park, Plat Two

3) Parcel ID: 74-43-43-21-06-005-0012
   Location: 711 Division Avenue, West Palm Beach, Palm Beach County, FL
   The South 43 feet of Lot 1, Block 5, WS Clows Addition, Plat Book 1

4) Parcel ID: 74-43-43-16-08-000-0930
   Location: 1103 18th Street, Unit #1, West Palm Beach, Palm Beach County, FL
   Lot 93, Tamarind Park, Plat Book 18

The above described real properties may be subject to the Court's Freeze Order and PI Order and may be used to satisfy any judgment obtained by the Commission in this action.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION,**

By its attorney,

/s/ Frank Huntington
Frank C. Huntington (Mass. Bar No. 544045)
huntingtonf@sec.gov
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8960 (telephone)
(617) 573-4590 (facsimile)

*Endorsed by:*

___Nathaniel M. Gorton___
Nathaniel M. Gorton, United States District Judge

Dated: __Aug 10__, 2015

2