UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-civ-11858-NMG |
| | ) | |
| TELEXFREE, INC., | ) | |
| TELEXFREE, LLC, | ) | |
| JAMES M. MERRILL, | ) | |
| CARLOS N. WANZELER, | ) | |
| STEVEN M. LABRIOLA, | ) | |
| JOSEPH H. CRAFT, | ) | |
| SANDERLEY RODRIGUES DE VASCONCELOS, | ) | |
| SANTIAGO DE LA ROSA, | ) | |
| RANDY CROSBY and | ) | |
| FAITH R. SLOAN, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TELEXFREE FINANCIAL, INC., | ) | |
| TELEXELECTRIC, LLLP and | ) | |
| TELEX MOBILE HOLDINGS, INC., | ) | |
| | ) | |
| Relief Defendants. | ) | |

_____ )

**DECLARATON OF MARK ALBERS**

Mark Albers, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1.      I am a Forensic Accountant in the Boston Regional Office of plaintiff Securities and Exchange Commission ("the Commission").  My duties include conducting investigations relating to potential violations of the federal securities laws.

2.      My relevant professional experience includes:  (a) nearly three years as an Auditor for Deloitte and Touche LLP; (b) thirteen years as a Forensic Accountant for Deloitte

Financial Advisory Services LLP, where I investigated financial statement fraud, asset misappropriation fraud, bribery and corruption, and securities litigation cases; and (c) nearly three years as a Senior Staff Accountant for the Securities and Exchange Commission's Enforcement Division.

3.      I hold a Bachelor's of Science in Business Administration with a concentration in Accounting from Michigan State University.  I am a Certified Public Accountant in the state of Illinois and I am a Certified Fraud Examiner.

4.      I make this declaration based upon my personal knowledge as set forth below and in support of the Commission's motion to hold defendant Sanderley Rodrigues de Vasconcelos ("Rodrigues") in civil contempt.

5.      I was asked to review certain documents, including bank statements, bank transaction documents, and bank wire transfer records concerning personal and business accounts under the control of Rodrigues, as well as bank accounts belonging to defendants TelexFree, Inc. and TelexFree, LLC (collectively "TelexFree").  Members of the Commission's accounting staff working under my supervision assisted with the review of these documents.

6.      The documents reflect that Rodrigues conducted financial and other transactions through a number of shell companies:  Atlantic Star USA Inc. ("Atlantic Star"), Atlas Global Trust LLC ("Atlas Global"), Ayin Investments, LLC ("Ayin Investments"), JMJM Logistics LLC ("JMJM"), SCZV LLC ("SCZV"), SMA Logistics, LLC ("SMA Logistics"), VICSS, Inc. ("VICSS"), World Global Business Inc. ("World Global"), WWW Global Business Inc. ("WWW Global"), and ZVX Investment Corp. ("ZVX Investment").

7.      On April 19, 2014, Rodrigues was served with the Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief (Dkt. #30).  At that time, Rodrigues had two open accounts for himself and his wife, and a total of six open accounts for some of his

shell companies.  As shown in the table below, the accounts held a total of more than

$1.5 million as of April 19, 2014.

| Account Name | Bank | Account # | Balance as of 4/19/14 |
|---|---|---|---|
| Rodrigues & his wife | Wells Fargo | xxxx0153 | $1,270,771 |
| JMJM Logistics | BMO Harris | xxxx7205 | -$52 |
| | JPMorgan Chase | xxxx5661 | -$144 |
| SMA Logistics | BMO Harris | xxxx6934 | $16,350 |
| WWW Global | BMO Harris | xxxx6837 | $3,200 |
| | JPMorgan Chase | xxxx7958 | $211,498 |
| ZVX Investment | BMO Harris | xxxx0869 | $25,166 |
| | | | $1,536,790 |

8.      The bank records reflect that, between April 21 and April 25, 2014, Rodrigues

withdrew a total of $21,600 from the BMO Harris accounts for SMA Logistics and ZVX

Investment.

9.      The bank records reflect that, on May 1, 2014, Rodrigues withdrew $211,473 to

close the JPMorgan account for WWW Global.  The withdrawal – which JPMorgan has

indicated was processed by mistake – was in the form of a cashier's check payable to a third

party that was deposited into the account of an entity called Five Star Investments & Properties

LLC ("Five Star").

10.     Between May 2014 and February 2015, Rodrigues used an account at PayPal, an

online payment service provider, to deposit more than $152,000 and withdraw more than

$176,000.  The available documents do not identify the source of all funds that passed through

the PayPal account.

11.     Between June 2014 and April 2015, Rodrigues opened a total of five new

accounts for himself and some of his shell companies at BMO Harris, Regions Bank

("Regions"), SunTrust Bank ("SunTrust"), and CenterState Bank of Florida ("CenterState").   As shown in the table below, he used those accounts to deposit more than $502,000 and withdraw more than $295,000.  The available documents do not identify the source of all funds that passed through the accounts.

| Account Name | Bank | Account # | Date Opened | Total Deposits | Total Withdrawals |
|---|---|---|---|---|---|
| WWW Global | BMO Harris | xxxx2209 | 6/18/14 | $419,157 | $274,920 |
| SCZV | BMO Harris | xxxx1644 | 7/11/14 | $2,398 | $2,269 |
| World Global | SunTrust | xxxx9119 | 12/19/14 | $50,200 | $18,483 |
| Atlantic Star | Regions | xxxx1634 | 4/9/15 | $30,500 | $48 |
| Rodrigues | Center State | xxxx3721 | 4/21/15 | $300 | $175 |
| | | | | $502,555 | $295,895 |

12.     The accounting that Rodrigues submitted on July 30, 2015 does not identify sixteen accounts in which he had a direct or indirect interest at some point after January 1, 2012.

| Account Name | Bank | Account # |
|---|---|---|
| Rodrigues | Loyal Bank | xxxx8840 |
| | PayPal | xxxx4686 |
| | Wells Fargo | xxxx7444 |
| | Workers Credit Union | xxxx0687 |
| Rodrigues & his wife | Bank of America | xxxx4086 |
| SCZV | BMO Harris | xxxx0877 |
| | | xxxx1644 |
| | Wells Fargo | xxxx5981 |
| SMA Logistics | BMO Harris | xxxx6934 |
| VICSS | Bank of America | xxxx7546 |
| | | xxxx9710 |
| | Wells Fargo | xxxx5484 |
| WWW Global | TD Bank | xxxx7958 |
| | | xxxx9583 |
| | Wells Fargo | xxxx5727 |

| ZVX Investment | BMO Harris | xxxx0869 |

13.     The bank records reflect that, from October 2012 through April 2014, business or personal accounts under the control of Rodrigues received more than $1.35 million from TelexFree or its investors.  In the table below, Column A reflects instances where a check or wire transfer was made from a TelexFree bank account to one of Rodrigues's accounts.  Column B reflects instances where TelexFree was mentioned in the check memo or wire detail. Column C reflects deposits in the amount of, or multiples of, known TelexFree promoter plan prices (*i.e.*, $1,425 for an "AdCentral" package).  Column D shows the total deposited into each account.

| Name on Account | Bank | Account # | A Transfers from Telexfree | B Funds Received from | C TelexFree Investors | D Total |
|---|---|---|---|---|---|---|
| Rodrigues & his wife | Wells Fargo | xxxx7444 | $0 | $73,000 | $15,675 | $88,675 |
| | Bank of America | xxxx4086 | $16,676 | $0 | $30,971 | $47,647 |
| Rodrigues | Loyal Bank | xxxx8840 | $30,797 | $0 | $0 | $30,797 |
| | Workers Credit Union | xxxx0687 | $0 | $24,947 | $0 | $24,947 |
| SCZV | Wells Fargo | xxxx5981 | $0 | $239,414 | $81,108 | $320,522 |
| VICCS | Bank of America | xxxx7546 | $3,600 | $33,947 | $52,077 | $89,624 |
| | | xxxx9710 | $0 | $7,300 | $1,375 | $8,675 |
| | Wells Fargo | xxxx5484 | $0 | $31,350 | $9,975 | $41,325 |
| WWW Global | Bank of America | xxxx9053 | $231,367 | $96,000 | $82,421 | $409,788 |
| | TD Bank | xxxx9583 | $0 | $38,250 | $87,238 | $125,488 |
| | Wells Fargo | xxxx5727 | $0 | $5,867 | $41,325 | $47,192 |
| ZVX Investment | Wells Fargo | xxxx0482 | $0 | $119,000 | $0 | $119,000 |
| | | | **$282,440** | **$669,075** | **$402,165** | **$1,353,680** |

Executed this 12th day of August 2015.


<u>/s/ Mark Albers</u>
Mark Albers
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110