UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:14-civ-11858-NMG |
| | ) |
| TELEXFREE, INC., | ) |
| et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| TELEXFREE FINANCIAL, INC., | ) |
| et al., | ) |
| | ) |
| Relief Defendants. | ) |
| | ) |

**Status Report**

At the direction of the Court during the October 16, 2015 hearing, Plaintiff Securities and

Exchange Commission ("the Commission" or "SEC") and Defendant Sanderley Rodrigues de

Vasconselos ("Rodrigues") have had several telephonic conferences to determine whether the

issues raised by the Commission's Motion for Contempt could be resolved without action by this

Court.  After those communications, the parties have not resolved the issue of the return of funds

reflecting dissipation of assets by Rodrigues in violation of this Court's Asset Freeze order.

The Commission has also taken other steps to obtain the information required by the

court-ordered accounting without causing defendant Rodrigues to waive his right against self-

incrimination under the Fifth Amendment.  As a result of these other steps to obtain information,

the Commission received almost all information required by the court-ordered accounting.  The

only information not proved were transfers related to TelexFree obtained through international

accounts.  Although, the Commission still contends that Rodrigues waived his rights against self-

incrimination by consenting to the court-ordered accounting, the Commission no longer needs

this Court to order that Rodriguez provide the previously ordered court-ordered accounting.

However, because Rodrigues has failed to return funds equal to his prior dissipation of assets, the

Commission respectfully requests that this Court take action on that part of its motion for

contempt.

Respectfully submitted,

/s/ Deena R. Bernstein
Frank C. Huntington  (Mass. Bar No. 544045)
Deena R. Bernstein (Mass. Bar No. 558721)

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-88813  (Bernstein direct)
(617) 573-4590  (fax)

Dated:  November 30, 2015                              bernsteind@sec.gov  (Bernstein email)

<u>**Certificate of Service**</u>

     I, Deena R. Bernstein, certify that on November 30, 2015, the foregoing was filed electronically with the Court.  Notice will be sent by e-mail to counsel of record through the Court's electronic filing system, and the filings may be accessed through the Court's system.

/s/ Deena R. Bernstein
Deena R. Bernstein