UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TELEXFREE, INC.,<br>TELEXFREE, LLC,<br>JAMES M. MERRILL,<br>CARLOS N. WANZELER,<br>STEVEN M. LABRIOLA,<br>JOSEPH H. CRAFT,<br>SANDERLEY RODRIGUES DE VASCONCELOS,<br>SANTIAGO DE LA ROSA,<br>RANDY CROSBY and<br>FAITH R. SLOAN,<br><br>Defendants,<br><br>and<br><br>TELEXFREE FINANCIAL, INC.,<br>TELEXELECTRIC, LLLP and<br>TELEX MOBILE HOLDINGS, INC.,<br><br>Relief Defendants. | **CHAMBERS COURTESY COPY**<br><br>Case No. 1:14-civ-11858-NMG |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission ("the Commission") moves for leave to file a Second Amended Complaint in the form submitted herewith as to those defendants remaining in the case..

The Second Amended Complaint is intended to correct two errors. First, as set forth in paragraph 5 of the original Complaint (ECF #2) and the Amended Complaint (ECF #128), the Commission alleges that all defendants violated Section 5 of the Securities Act of 1933

*Motion allowed.* s/NMGorton, USDJ 9/28/17