UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELEXFREE, INC., )<br>et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>TELEXFREE FINANCIAL, INC., )<br>et al., )<br>)<br>Relief Defendants. )<br>) | Case No. 1:14-civ-11858-NMG |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT TELEXELECTRIC, LLLP.**

Plaintiff Securities and Exchange Commission ("Commission") having filed a Complaint on April 14, 2014, relief defendant TelexElectric, LLLP. ("Relief Defendant") having failed to answer, plead or otherwise defend this action, a default having been entered on August 13, 2018, the Court having considered the Commission's motion for entry of a default judgment and all the pleadings and evidence submitted in support thereof:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable, for the sum of $2,022,239, representing the receipt or benefit from the use of the proceeds of violations of the federal securities laws without legitimate claim to the funds. Relief Defendant shall satisfy this obligation by paying $2,022,239 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment. Relief Defendant may transmit

payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; TelexElectric, LLLP. as a Relief Defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Relief Defendant shall pay post judgment interest on any delinquent

amounts pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: __Nov. 2__, 2018

_____Nathaniel M. Gorton_____
UNITED STATES DISTRICT JUDGE