UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> TELEXFREE, INC., et al., <br><br> Defendants, <br><br> and <br><br> TELEXFREE FINANCIAL, INC, et al., <br><br> Relief Defendants. | Case No. 14-cv-11858-NMG |

### DEFENDANT FAITH R. SLOAN'S ASSENTED-TO MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND JURY TRIAL

The Defendant, Faith R. Sloan, in the above-entitled matter hereby moves that the Final Pretrial Conference be continued from Tuesday, January 29, 2019 at 2 p.m. and that the Jury Trial be continued from Monday, February 4, 2019 at 9 a.m. to dates convenient to the Court.

In support of this Motion, the Defendant says that her counsel is scheduled to have a pre-operation session at the Newton Wellesley Hospital where he will undergo a procedure to remove a kidney stone on February 5, 2019.

The Plaintiff's attorney believes that the Court's decision upon their Motion for Partial Summary Judgment is likely to obviate the need for a jury trial.

*Motion allowed: The pretrial conference is re-scheduled for Thurs., Feb. 7, 2019, at 3:00 p.m. and the jury trial shall commence on Mon., Feb. 11, 2019, at 9:00 a.m.*

*NMGorton, USDJ 12/20/18*